# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Maxwell Kadel, et al. <br> *Plaintiff* <br> v. <br> Dale Folwell, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 1:19-cv-272-LCB-LPA <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Univ. of North Carolina at Chapel Hill, North Carolina State Univ. & Univ. of North Carolina at Greensboro .

Date: 03/26/2019

/s/Catherine F. Jordan
*Attorney's signature*

Catherine F. Jordan/NC State Bar No. 34030
*Printed name and bar number*

NC Department of Justice
PO Box 629
Raleigh, NC 27603
*Address*

cjordan@ncdoj.gov
*E-mail address*

(919) 716-6920
*Telephone number*

(919) 716-6764
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users.

Respectfully submitted, this the 26th day of March, 2019.

/s/Catherine F. Jordan
Catherine F. Jordan
Special Deputy Attorney General