UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

Maxwell Kadel, et al.

        Plaintiff(s),

vs. Dale Folwell, et al.

        Defendant(s).

**Case No.:** 1:19-cv-272-LCB-LPA

### DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

<u>Univ. of N.C. at Greensboro</u> who is <u>a defendant</u>,
(Name of Party)     (Plaintiff/moving party or defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

      ( ) Yes        (✓) No

2. Does party have any parent corporations?

      ( ) Yes        (✓) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____
_____
_____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   ( ) Yes  (✓) No

   If yes, identify all such owners: _____
   _____
   _____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   ( ) Yes  (✓) No

   If yes, identify entity and nature of interest: _____
   _____
   _____

/s/Catherine F. Jordan            3/26/2019
(Signature)                       (Date)

MDNC (01/03)

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** with the Clerk of the Court using the CM/ECF system, which will provide notice to all registered users.

This the 26th day of March, 2019.

JOSHUA H. STEIN
Attorney General

/s/ Catherine F. Jordan
Catherine F. Jordan
Special Deputy Attorney General
NC State Bar No. 34030
cjordan@ncdoj.gov

NC Department of Justice
PO Box 629
Raleigh, NC 27602
Telephone: 919-716-6920
Fax: 919-716-6764

*Attorney for Defendant University of North Carolina at Greensboro*
