UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:19-cv-00272

| | |
|---|---|
| MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK, by his next friends and parents, JASON FLECK and ALEXIS THONEN; JULIA MCKEOWN; MICHAEL D. BUNTING, JR.; C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING; and SAM SILVAINE, <br><br> Plaintiffs, <br> v. <br><br> DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; NORTH CAROLINA STATE UNIVERSITY; UNIVERSITY OF NORTH CAROLINA AT GREENSBORO; and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES, <br><br> Defendants. | **ORDER GRANTING EXTENSION OF TIME** |

THIS CAUSE, being heard by the undersigned upon Consent Motion of Defendants Dale Folwell, Dee Jones and North Carolina State Health Plan for Teachers and State Employees ("SHP") for an Order extending the time within which to file and serve an Answer or other responsive pleadings, pursuant to Rule 6 of the Federal Rules of Civil Procedure;

IT IS THEREFORE ORDERED THAT the Defendants Dale Folwell, Dee Jones

and SHP's time to file and serve an Answer or other responsive pleadings be extended, up to and including the 12th day of June 2019.

This the ____ day of May, 2019.

_____
District Court Judge/Magistrate/Clerk