IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:19-CV-272-LCB-LPA

| | |
|---|---|
| MAXWELL KADEL, JASON FLECK, CONNOR THONEN-FLECK, by his next friends and parents, JASON FLECK AND ALEXIS THONEN, JULIA MCKEOWN, MICHAEL D. BUNTING, JR., C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING, and SAM SILVAINE,<br><br>    Plaintiffs,<br><br>    v.<br><br>DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees, UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, NORTH CAROLINA STATE UNIVERSITY, UNIVERSITY OF NORTH CAROLINA AT GREENSBORO, and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES,<br><br>    Defendants. | **PROPOSED ORDER ON MOTION FOR EXTENSION OF TIME** |

    This matter having come before the Court on the motion by Defendants University of North Carolina at Chapel Hill, North Carolina State University, and University of North Carolina at Greensboro pursuant to Fed. R. Civ. P. 6(b) for an extension of time in which to serve an Answer or other response; and good cause having been show, it is hereby

**ORDERED** that Defendants University of North Carolina at Chapel Hill, North Carolina State University, and University of North Carolina at Greensboro shall have up to and including June 12, 2019, to serve Plaintiffs with their answer or other response to the Complaint.

    This the _____ day of May, 2019.

                                                           _____
                                                           U.S. District Judge/Magistrate/Clerk