IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:19-cv-00272

| | |
|---|---|
| MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK, by his next friends and parents, JASON FLECK and ALEXIS THONEN; JULIA MCKEOWN; MICHAL D. BUNTING, JR.; C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING; and SAM SILVAINE, <br><br> Plaintiffs, <br><br> v. <br><br> DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; NORTH CAROLINA STATE UNIVERSITY; UNIVERSITY OF NORTH CAROLINA AT GREENSBORO; and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES, <br><br> Defendants. | **NOTICE OF APPEARANCE OF MARK A. JONES** |

1

Mark A. Jones of the law firm Bell, Davis & Pitt, P.A., hereby provides notice that he will appear as counsel on behalf of Defendants Dale Folwell, Dee Jones, and North Carolina State Health Plan for Teachers and State Employees, in the above-referenced matter. The undersigned respectfully requests that he be served with copies of all future pleadings, notices, orders, and communications.

This the 7th day of June, 2019.

    Respectfully submitted by,

*/s/ Mark A. Jones*
Mark A. Jones
N.C. Bar No. 36215
Kevin G. Williams
N. C. Bar No. 25760
BELL, DAVIS & PITT, P.A.
100 North Cherry St., Suite 600
Winston-Salem, NC 27120-1029
Telephone: (336) 722-3700
Facsimile: (336) 722-8153
kwilliams@belldavispitt.com
mjones@belldavispitt.com

*Counsel for Defendants Dale Folwell, Dee Jones, and North Carolina State Health Plan for Teachers and State Employees*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

This the 7th day of June, 2019.

                                                                             */s/ Mark A. Jones*

#747609