IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:19-cv-00272

| | |
|---|---|
| MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK, by his next friends and parents, JASON FLECK and ALEXIS THONEN; JULIA MCKEOWN; MICHAL D. BUNTING, JR.; C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING; and SAM SILVAINE, <br><br> Plaintiffs, <br><br> v. <br><br> DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; NORTH CAROLINA STATE UNIVERSITY; UNIVERSITY OF NORTH CAROLINA AT GREENSBORO; and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES, <br><br> Defendants. | **ORDER** |

**IT IS HEREBY ORDERED** that Defendants DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees, and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES ("SHP") ("SHP Defendants"), and the UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, NORTH CAROLINA STATE UNIVERSITY, and the UNIVERSITY OF NORTH CAROLINA AT GREENSBORO ("University Defendants", or collectively with SHP Defendants "Defendants") be allowed through and including July 8, 2019, within which to serve their answers or other appropriate responses to the Complaint in the above-referenced matter.

**IT IS FURTHER ORDERED** that, should the Defendants file a motion to dismiss Plaintiffs' Complaint, the Court adopts the following briefing schedule:

- July 8, 2019 – Defendants' Motion to Dismiss and Brief due.
- August 5, 2019 – Plaintiffs' Brief in Response to Motion to Dismiss due.
- August 19, 2019 – Defendants' Reply Brief due.

This the ____ day of June, 2019.

_____
The Honorable Loretta C. Biggs

#747697