IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:19-cv-00272

| | |
|---|---|
| MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK, by his next friends and parents, JASON FLECK and ALEXIS THONEN; JULIA MCKEOWN; MICHAL D. BUNTING, JR.; C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING; and SAM SILVAINE,<br><br>Plaintiffs,<br><br>v.<br><br>DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; NORTH CAROLINA STATE UNIVERSITY; UNIVERSITY OF NORTH CAROLINA AT GREENSBORO; and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES,<br><br>Defendants. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME AND MOTION TO JOIN BRIEFING SCHEDULE** |

This matter having come before the Court on the motion by Defendants DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, DEE JONES, in

her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees, and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES ("SHP") ("SHP Defendants"), and the UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, NORTH CAROLINA STATE UNIVERSITY, and the UNIVERSITY OF NORTH CAROLINA AT GREENSBORO ("University Defendants", or collectively with SHP Defendants "Defendants") and hereby request an extension of time, through and including July 8, 2019, within which to file and serve their answers or other appropriate responses to the Complaint in the above-referenced matter; and good cause having been shown, it is hereby ORDERED that Defendants shall have up to and including July 8, 2019 to file their Answers or other appropriate responses to the Complaint.

This the _____ day of June, 2019.

_____
U.S. District Judge/Magisrate/Clerk