IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:19-cv-00272

| | |
|---|---|
| MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK, by his next friends and parents, JASON FLECK and ALEXIS THONEN; JULIA MCKEOWN; MICHAL D. BUNTING, JR.; C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING; and SAM SILVAINE,<br><br>Plaintiffs,<br><br>v.<br><br>DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; NORTH CAROLINA STATE UNIVERSITY; UNIVERSITY OF NORTH CAROLINA AT GREENSBORO; and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES,<br><br>Defendants. | **NOTICE OF SPECIAL APPEARANCE OF JOHN G. KNEPPER** |

Pursuant to Local Rule 83.1(d), please take note of the special appearance of John G. Knepper as counsel for the Defendants Dale Folwell, Dee Jones, and the North Carolina State Health Plan for Teachers and State Employees, in the above-referenced matter.

Mr. Knepper certifies that he is an active member in good standing of the Bar of the State of Wyoming. Mr. Knepper also certifies that he understands that, by entering a special appearance in this matter, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action in which he is specifically appearing. Mr. Knepper certifies that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

Mr. Knepper is appearing in the above-captioned civil action in association with Kevin G. Williams and Mark A. Jones of Bell, Davis & Pitt, P.A. Mr. Williams and Mr. Jones are active members in good standing of the bar of this Court. Mr. Williams and Mr. Jones certify that they will remain responsible to this Court for the conduct of the litigation and acknowledges that either Mr. Williams or Mr. Jones must sign all pleadings and papers, except for certificates of service. Mr. Williams and Mr. Jones further certify that one or both of them will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

Dated this 17th day of June, 2019.

                          Respectfully submitted by,

                          */s/ John G. Knepper*
                          John G. Knepper
                          Wyo. Bar No. 7-4608
                          LAW OFFICE OF JOHN G. KNEPPER, LLC
                          Post Office Box 1512
                          Cheyenne, WY 82003-1512
                          Telephone: (307) 632-2842
                          Facsimile: (307) 432-0310
                          John@KnepperLLC.com

                          */s/ Kevin G. Williams*
                          Kevin G. Williams
                          N. C. Bar No. 25760
                          Mark A. Jones
                          N.C. Bar No. 36215
                          BELL, DAVIS & PITT, P.A.
                          100 North Cherry St., Suite 600
                          Winston-Salem, NC 27120-1029
                          Telephone: (336) 722-3700
                          Facsimile: (336) 722-8153
                          kwilliams@belldavispitt.com
                          mjones@belldavispitt.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

This the 17th day of June, 2019.

                                                   */s/ John G. Knepper*