UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:19-cv-00272

MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK, by his next friends and parents, JASON FLECK and ALEXIS THONEN; JULIA MCKEOWN; MICHAEL D. BUNTING, JR.; C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING; and SAM SILVAINE,

   Plaintiffs,

 v.

DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; NORTH CAROLINA STATE UNIVERSITY; UNIVERSITY OF NORTH CAROLINA AT GREENSBORO; and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES,

   Defendants.

**ORDER GRANTING MOTION TO WITHDRAW**

 THIS CAUSE, being heard by the undersigned upon Motion for an Order allowing the withdrawal of attorney Olga E. Vysotskaya de Brito, Special Deputy Attorney General, as counsel in this matter.

 IT IS HEREBY ORDERED that aforementioned counsel shall be permitted to withdraw from this matter and the aforementioned counsel's limited appearance on the docket as counsel for Defendants Dale Folwell, Dee Jones and North Carolina State Health

Plan for Teachers and State Employees is HEREBY terminated.

This the ____ day of July, 2019.

_____
District Court Judge/Magistrate/Clerk