IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:19-cv-00272

| | |
|---|---|
| MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK, by his next friends and parents, JASON FLECK and ALEXIS THONEN; JULIA MCKEOWN; MICHAL D. BUNTING, JR.; C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING; and SAM SILVAINE, <br><br> Plaintiffs, <br><br> v. <br><br> DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; NORTH CAROLINA STATE UNIVERSITY; UNIVERSITY OF NORTH CAROLINA AT GREENSBORO; and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES, <br><br> Defendants. | **NOTICE OF APPEARANCE OF SAM M. HAYES** |

Sam M. Hayes hereby provides notice that he will appear as counsel on behalf of Defendants Dale Folwell, Dee Jones, and the North Carolina State Health Plan for Teachers and State Employees in the above-referenced matter. The undersigned respectfully requests that he be served with copies of all future pleadings, notices, orders, and communications.

Dated this 5th day of July, 2019.

Respectfully submitted by,

*/s/ Sam M. Hayes*
Sam M. Hayes
N. C. Bar No. 25552
General Counsel
North Carolina Department of State Treasurer
3200 Atlantic Avenue
Raleigh, North Carolina 27604
Telephone: (919) 814-4000
Sam.Hayes@nctreasurer.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

This the 5th day of July, 2019.

<em>/s/ Sam M. Hayes</em>