# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Maxwell Kadel, et al.<br>*Plaintiff* | )<br>) |
| v. | ) Case No. 1:19-cv-272-LCB-LPA |
| Dale Folwell, et al.<br>*Defendant* | )<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Univ. of North Carolina at Chapel Hill, North Carolina State Univ. & Univ. of North Carolina at Greensboro.

Date: 7/8/19

/s/Kimberly D. Potter
*Attorney's signature*

Kimberly D. Potter/NC State Bar No. 24314
*Printed name and bar number*

NC Department of Justice
PO Box 629
Raleigh, NC 27602
*Address*

kpotter@ncdoj.gov
*E-mail address*

(919) 716-6920
*Telephone number*

(919) 716-6764
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users.

Respectfully submitted, this the 8th day of July, 2019.

/s/Kimberly D. Potter  
Kimberly D. Potter  
Special Deputy Attorney General