IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:19-CV-272-LCB-LPA

| | |
|---|---|
| MAXWELL KADEL, JASON FLECK, CONNOR THONEN-FLECK, by his next friends and parents, JASON FLECK AND ALEXIS THONEN, JULIA MCKEOWN, MICHAEL D. BUNTING, JR., C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING, and SAM SILVAINE,<br><br>    Plaintiffs,<br><br>    v.<br><br>DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees, UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, NORTH CAROLINA STATE UNIVERSITY, UNIVERSITY OF NORTH CAROLINA AT GREENSBORO, and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES,<br><br>    Defendants. | **DEFENDANTS UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, NORTH CAROLINA STATE UNIVERSITY, AND UNIVERSITY OF NORTH CAROLINA AT GREENSBORO'S MOTION TO DISMISS** |

NOW COMES Defendants, University of North Carolina at Chapel Hill, North Carolina State University, and University Of North Carolina at Greensboro ("University Defendants"), appearing specially by and through undersigned counsel, pursuant to Rule

12(b)(1), (2), and (6) of the Federal Rules of Civil Procedure, and move for the dismissal of Plaintiff's Complaint for lack of personal jurisdiction, lack of subject matter jurisdiction, lack of standing, and failure to state a claim upon which relief can be granted. In support of this Motion, University Defendants rely on the Complaint and the detailed arguments and dispositive authorities contained in Defendants University of North Carolina at Chapel Hill, North Carolina State University, and University of North Carolina at Greensboro's Memorandum in Support of Motion to Dismiss filed contemporaneously herewith.

This the 8th day of July, 2019.

JOSHUA H. STEIN
Attorney General

/s/Kimberly D. Potter
Kimberly D. Potter
Special Deputy Attorney General
NC State Bar No. 24314
kpotter@ncdoj.gov

/s/Catherine F. Jordan
Catherine F. Jordan
Special Deputy Attorney General
NC State Bar No. 34030
cjordan@ncdoj.gov

NC Department of Justice
PO Box 629
Raleigh, NC 27602
Tel: 919-716-6920
Fax: 919-716-6764
*Attorneys for Defendants University of North Carolina at Chapel Hill, North Carolina State University, and University Of North Carolina at Greensboro*

## CERTIFICATE OF SERVICE

I certify that the foregoing **DEFENDANTS UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, NORTH CAROLINA STATE UNIVERSITY, AND UNIVERSITY OF NORTH CAROLINA AT GREENSBORO'S MOTION TO DISMISS** was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users.

This the 8th day of July, 2019.

/s/Kimberly D. Potter
Kimberly D. Potter
Special Deputy Attorney General