IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:19-CV-272-LCB-LPA

| | |
|---|---|
| MAXWELL KADEL, JASON FLECK, CONNOR THONEN-FLECK, by his next friends and parents, JASON FLECK AND ALEXIS THONEN, JULIA MCKEOWN, MICHAEL D. BUNTING, JR., C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING, and SAM SILVAINE,<br><br>    Plaintiffs,<br><br>    v.<br><br>DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees, UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, NORTH CAROLINA STATE UNIVERSITY, UNIVERSITY OF NORTH CAROLINA AT GREENSBORO, and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES,<br><br>    Defendants. | **PROPOSED ORDER ON MOTION FOR EXTENSION OF TIME** |

This matter having come before the Court on the motion by Defendants University of North Carolina at Chapel Hill, North Carolina State University, and University of North Carolina at Greensboro pursuant to Fed. R. Civ. P. 6(b) and LR 6.1 for an extension of time in which to serve a reply; and good cause having been show, it is hereby **ORDERED** that

Defendants University of North Carolina at Chapel Hill, North Carolina State University, and University of North Carolina at Greensboro shall have up to and including September 18, 2019, to serve Plaintiffs with their reply.

This the 14th day of August, 2019.

_____
U.S. District Judge/Magistrate/Clerk