IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DALE FOLWELL, *et al.*, <br><br> *Defendants*. | No. 1:19-cv-00272-LCB-LPA |

**ORDER**

Upon consideration of the unopposed motion by Plaintiffs Maxwell Kadel; Julia McKeown; Jason Fleck; Connor Thonen-Fleck, by his next friends and parents, Jason Fleck and Alexis Thonen; Michael D. Bunting; C.B., by his next friends and parents, Michael D. Bunting, Jr. and Shelley K. Bunting; and Sam Silvaine for approval and entry of their stipulation with Defendants University of North Carolina at Chapel Hill, University of North Carolina at Greensboro, and North Carolina State University, to toll the limitations period for the claims of Plaintiffs Max Kadel, Julia McKeown, and Sam Silvaine under Title VII of the Civil Rights Act of 1964 (the "Tolling Stipulation"), it is hereby

**ORDERED**, that the motion for approval and entry of the Tolling Stipulation is **GRANTED**. The Tolling Stipulation, entered on the docket as ECF No. 42-1, shall be deemed filed as of the date of this order.

Dated: _____  _____
Loretta C. Biggs
U.S. District Court Judge for the
Middle District of North Carolina