# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, *et al.*, <br><br> *Defendants*. | Case No. 1:19-cv-00272-LCB-LPA |

## NOTICE OF SUBSTITUTION OF COUNSEL

In accordance with Local Rule 83.1(e), Meredith T. Brown respectfully requests the Clerk of the Court to withdraw her appearance as counsel for Maxwell Kadel, Jason Fleck, Connor Thonen-Fleck, by his next friends and parents, Jason Fleck and Alexis Thonen, Julia McKeown, Michael D. Bunting, Jr., C.B., by his next friends and parents, Michael D Bunting, Jr. and Shelley K. Bunting, and Sam Silvaine (collectively, "Plaintiffs"). Ms. Brown will be imminently departing Lambda Legal Defense and Education Fund, Inc. and thus will no longer represent Plaintiffs in this matter. Tara L. Borelli and Omar Gonzalez-Pagan, from the same law firm, will continue to represent the Plaintiffs in this matter as counsel of record.

\* \* \*

Dated: February 28, 2020

Respectfully submitted,

/s/ Amy E. Richardson
Amy E. Richardson
N.C. State Bar No. 28768
HARRIS, WILTSHIRE & GRANNIS LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Telephone: 919-429-7386
Facsimile: 202-730-1301
arichardson@hwglaw.com

Deepika H. Ravi*
HARRIS, WILTSHIRE & GRANNIS LLP
919 M Street N.W., 8th Floor,
Washington, D.C. 20036
Telephone: 202-730-1300
Facsimile: 202-730-1301
dravi@hwglaw.com

Noah E. Lewis*
TRANSGENDER LEGAL DEFENSE AND
EDUCATION FUND, INC.
20 West 20th Street, Suite 705
New York, NY 10011
Telephone: 646-862-9396
Facsimile: 646-930-5654
nlewis@transgenderlegal.org

Meredith Taylor Brown*
Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: 212-809-8585
Facsimile: 212-809-0055
tbrown@lambdalegal.org
ogonzalez-pagan@lambdalegal.org

Tara Borelli*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30318-1210
Telephone: 404-897-1880
Facsimile: 404-897-1884
tborelli@lambdalegal.org

*Counsel for Plaintiffs*

*Appearing by special appearance pursuant to L.R. 83.1(d)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Substitution of Counsel was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users.

Dated: February 28, 2020                /s/ Amy E. Richardson
                                        Amy E. Richardson
                                        N.C. State Bar No. 28768
                                        HARRIS, WILTSHIRE & GRANNIS LLP
                                        1033 Wade Avenue, Suite 100
                                        Raleigh, NC 27605-1155
                                        Telephone: 919-429-7386
                                        Facsimile: 202-730-1301
                                        arichardson@hwglaw.com