IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:19-CV-272-LCB-LPA

| | |
|---|---|
| MAXWELL KADEL, JASON FLECK, CONNOR THONEN-FLECK, by his next friends and parents, JASON FLECK AND ALEXIS THONEN, JULIA MCKEOWN, MICHAEL D. BUNTING, JR., C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING, and SAM SILVAINE, <br><br>      Plaintiffs, <br><br>      v. <br><br> DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees, UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, NORTH CAROLINA STATE UNIVERSITY, UNIVERSITY OF NORTH CAROLINA AT GREENSBORO, and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES, <br><br>      Defendants. | **MOTION FOR EXTENSION OF TIME** |

PURSUANT TO Fed. R. Civ. P. 6(b), Defendants University of North Carolina at Chapel Hill ("UNC"), North Carolina State University ("NCSU") and University of North Carolina at Greensboro ("UNCG"), and collectively referred to as ("University

1

Defendants"), hereby request an extension of time in which to serve an answer or other response to Plaintiffs' Complaint for Declaratory, Injunctive, and Other Relief. In support of this motion, University Defendants show the following:

1. On March 11, 2019, Plaintiffs filed their Complaint in the United States District Court, Middle District of North Carolina.

2. On or about March 13, 2019, University Defendants filed a Waiver of the Service of Summons in this Civil Action.

3. On July 8, 2019, University Defendants filed a Motion to Dismiss.

4. On March 11, 2020, the Court denied University Defendants' Motion to Dismiss.

5. The time for University Defendants to file a responsive pleading is on or before March 25, 2020. This date has not passed.

6. Due to other pressing matters and responsibilities, the undersigned counsel needs additional time to consult with her clients and complete a response. An allowance of additional time will enable University Defendants and counsel to more accurately respond to Plaintiffs' remaining claims and better preserve University Defendants' rights and interests.

7. University Defendants do not seek an extension for any improper purpose.

8. Good cause exists for the requested extension of the deadline. In February and March 2020, University Defendants have been managing the ongoing and rapidly-evolving COVID-19 outbreak and its landscape. On or about March 14, 2020, Governor

Cooper issued an executive order closing all K-12 public schools in North Carolina, and banning gatherings of more than 100 people. University Defendants' employees and the undersigned counsel were encouraged to work with our supervisors to explore telework and alternate schedules. University Defendants and undersigned counsel are striving to balance the current state of emergency with pending court deadlines.

9. The undersigned counsel requests an additional thirty (30) days to confer with University Defendants and adequately prepare a responsive pleading.

10. The undersigned counsel contacted Plaintiffs' counsel who does not object to this motion.

WHEREFORE, University Defendants request that the Court extend the deadline for serving its answer or other responsive pleadings up to and including April 24, 2020.

Respectively submitted, this the 19th day of March, 2020.

                        JOSHUA H. STEIN
                        Attorney General


                        /s/Catherine F. Jordan
                        Catherine F. Jordan
                        Special Deputy Attorney General
                        NC State Bar No. 34030
                        cjordan@ncdoj.gov

                        NC Department of Justice
                        PO Box 629
                        Raleigh, NC 27602
                        Tel: 919-716-6920
                        Fax: 919-716-6764

                        *Counsel for Defendants University of North Carolina at Chapel Hill, North Carolina State University, and University of North Carolina at Greensboro*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the **MOTION FOR EXTENSION OF TIME** was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

This the 19th day of March, 2020.

/s/Catherine F. Jordan
Catherine F. Jordan
Special Deputy Attorney General

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the **MOTION FOR EXTENSION OF TIME** was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

This the 19th day of March, 2020.

/s/Catherine F. Jordan
Catherine F. Jordan
Special Deputy Attorney General