IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK, by his next friends and parents, JASON FLECK and ALEXIS THONEN; JULIA MCKEOWN; MICHAEL D. BUNTING, JR.; C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING; and SAM SILVAINE,<br>       *Plaintiffs*,<br><br>v.<br><br>DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; NORTH CAROLINA STATE UNIVERSITY; UNIVERSITY OF NORTH CAROLINA AT GREENSBORO; and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES,<br>       *Defendants*. | Civil Action No. 1:19-cv-00272 |

### NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of David Brown of Transgender Legal Defense and Education Fund, Inc., as counsel of record for all Plaintiffs in the above-captioned civil action.

1

Mr. Brown certifies that he is an active member in good standing of the State Bar of New York. Mr. Brown further certifies that he understands that, by entering an appearance, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

Mr. Brown is appearing in the above-captioned civil action in association with Amy E. Richardson of Harris, Wiltshire & Grannis, LLP. Ms. Richardson is an active member in good standing of the bar of this Court. Ms. Richardson certifies that she will remain responsible to this Court for the conduct of the litigation and acknowledges that she must sign all pleadings and papers, except for certificates of service. Ms. Richardson further certifies she will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

\* \* \*

Dated: April 8, 2020

Respectfully submitted,

/s/ Amy E. Richardson

| | |
|---|---|
| Amy E. Richardson<br>N.C. State Bar No. 28768<br>HARRIS, WILTSHIRE & GRANNIS LLP<br>1033 Wade Avenue, Suite 100<br>Raleigh, NC 27605-1155<br>Telephone: 919-429-7386<br>Facsimile: 202-730-1301<br>arichardson@hwglaw.com | Tara L. Borelli*<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>730 Peachtree Street NE, Suite 640<br>Atlanta, GA 30318-1210<br>Telephone: 404-897-1880<br>Facsimile: 404-897-1884<br>tbrown@lambdalegal.org<br>tborelli@lambdalegal.org |
| Deepika H. Ravi*<br>HARRIS, WILTSHIRE & GRANNIS LLP<br>919 M Street N.W., 8th Floor,<br>Washington, D.C. 20036<br>Telephone: 202-730-1300<br>Facsimile: 202-730-1301<br>dravi@hwglaw.com | Omar Gonzalez-Pagan*<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>120 Wall Street, 19th Floor<br>New York, NY 10005<br>Telephone: 212-809-8585<br>Facsimile: 212-809-0055<br>ogonzalez-pagan@lambdalegal.org |
| Noah E. Lewis*<br>David Brown*<br>Alejandra Caraballo*<br>TRANSGENDER LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>520 8th Ave, Ste. 2204<br>New York, NY 10018<br>Telephone: 646-993-1680<br>Facsimile: 646-993-1686<br>dbrown@transgenderlegal.org | |

*Counsel for Plaintiffs*

* Appearing by special appearance pursuant to L.R. 83.1(d).

## **CERTIFICATE OF SERVICE**

I, David Brown, hereby certify that on April 8, 2020, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

/s/ David Brown
David Brown
TRANSGENDER LEGAL DEFENSE AND
EDUCATION FUND, INC.
520 8th Ave, Ste. 2204
New York, NY 10018
Telephone: 646-993-1680
Facsimile: 646-993-1686
dbrown@transgenderlegal.org