IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK, by his next friends and parents, JASON FLECK and ALEXIS THONEN; JULIA MCKEOWN; MICHAEL D. BUNTING, JR.; C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING; and SAM SILVAINE,<br>      *Plaintiffs*,<br><br>v.<br><br>DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; NORTH CAROLINA STATE UNIVERSITY; UNIVERSITY OF NORTH CAROLINA AT GREENSBORO; and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES,<br>      *Defendants*. | Civil Action No. 1:19-cv-00272 |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of

Alejandra Caraballo of Transgender Legal Defense and Education Fund, Inc., as counsel

of record for all Plaintiffs in the above-captioned civil action.

1

Ms. Caraballo certifies that she is an active member in good standing of the State Bar of New York. Ms. Caraballo further certifies that she understands that, by entering an appearance, she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

Ms. Caraballo is appearing in the above-captioned civil action in association with Amy E. Richardson of Harris, Wiltshire & Grannis, LLP. Ms. Richardson is an active member in good standing of the bar of this Court. Ms. Richardson certifies that she will remain responsible to this Court for the conduct of the litigation and acknowledges that she must sign all pleadings and papers, except for certificates of service. Ms. Richardson further certifies she will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

\* \* \*

Dated: April 8, 2020

Respectfully submitted,

/s/ Amy E. Richardson

Amy E. Richardson
N.C. State Bar No. 28768
HARRIS, WILTSHIRE & GRANNIS LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Telephone: 919-429-7386
Facsimile: 202-730-1301
arichardson@hwglaw.com

Deepika H. Ravi*
HARRIS, WILTSHIRE & GRANNIS LLP
919 M Street N.W., 8th Floor,
Washington, D.C. 20036
Telephone: 202-730-1300
Facsimile: 202-730-1301
dravi@hwglaw.com

Noah E. Lewis*
David Brown*
Alejandra Caraballo*
TRANSGENDER LEGAL DEFENSE AND
EDUCATION FUND, INC.
20 West 20th Street #705
New York, NY 10011
Telephone: 646-862-9396
Facsimile: 646-930-5654
nlewis@transgenderlegal.org

Tara L. Borelli*
LAMBDA LEGAL DEFENSE AND
  EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30318-1210
Telephone: 404-897-1880
Facsimile: 404-897-1884
tborelli@lambdalegal.org

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
  EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: 212-809-8585
Facsimile: 212-809-0055
ogonzalez-pagan@lambdalegal.org

*Counsel for Plaintiffs*

* Appearing by special appearance pursuant to L.R. 83.1(d).

## **CERTIFICATE OF SERVICE**

I, Alejandra Caraballo, hereby certify that on April 8, 2020, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

       /s/ Alejandra Caraballo
Alejandra Caraballo*
TRANSGENDER LEGAL DEFENSE
    AND EDUCATION FUND, INC.
20 West 20th Street #705
New York, NY 10011
Telephone: 646-862-9396
Facsimile: 646-930-5654
nlewis@transgenderlegal.org