IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:19-cv-272-LCB

| | |
|---|---|
| MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK, by his next friends and parents, JASON FLECK and ALEXIS THONEN; JULIA MCKEOWN; MICHAEL D. BUNTING, JR.; C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING; and SAM SILVAINE, <br><br>        Plaintiffs, <br><br>        v. <br><br>DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; NORTH CAROLINA STATE UNIVERSITY; UNIVERSITY OF NORTH CAROLINA AT GREENSBORO; and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES, <br><br>        Defendants. | **NOTICE OF APPEAL** |

Notice is hereby given that Defendant North Carolina State Health Plan for Teachers and State Employees hereby appeals to the United States Court of Appeals for the Fourth Circuit. This appeal is taken from the *Memorandum Order and Opinion*, (Doc. No. 45), entered on March 11, 2020.

Respectfully submitted, this the 8th day of April, 2020.

| | |
|---|---|
| */s/ Ben Gardner* * <br> J. Benjamin Garner <br> N.C. Bar No. 41257 <br> General Counsel <br> North Carolina Department of <br>   the State Treasurer <br> 3200 Atlantic Avenue <br> Raleigh, North Carolina  27604 <br> Telephone:  (919) 814-4000 <br> Facsimile:  (919) 855-5805 <br> Ben.Garner@nctreasurer.com | */s/ John G. Knepper* <br> John G. Knepper <br> Wyo. Bar No. 7-4608 <br> LAW OFFICE OF JOHN G. KNEPPER, LLC <br> Post Office Box 1512 <br> Cheyenne, WY  82003-1512 <br> Telephone:  (307) 632-2842 <br> Facsimile:  (307) 432-0310 <br> John@KnepperLLC.com <br><br> /s/ *Kevin G. Williams* <br> Kevin G. Williams <br> N.C. Bar No. 25760 <br><br> /s/ *Mark A. Jones* <br> Mark A. Jones <br> N.C. Bar No. 36215 <br> BELL, DAVIS & PITT, P.A. <br> 100 North Cherry St., Suite 600 <br> Winston-Salem, NC 27120-1029 <br> Telephone: (336) 722-3700 <br> Facsimile: (336) 722-8153 <br> kwilliams@belldavispitt.com <br> mjones@belldavispitt.com |

*Notice of Special Appearance Forthcoming*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

This the 8th day of April, 2020.

                                                   */s/ Mark A. Jones*