IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:19-CV-272-LCB-LPA

| | |
|---|---|
| MAXWELL KADEL, JASON FLECK, CONNOR THONEN-FLECK, by his next friends and parents, JASON FLECK AND ALEXIS THONEN, JULIA MCKEOWN, MICHAEL D. BUNTING, JR., C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING, and SAM SILVAINE,<br><br>    Plaintiffs,<br><br>    v.<br><br>DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees, UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, NORTH CAROLINA STATE UNIVERSITY, UNIVERSITY OF NORTH CAROLINA AT GREENSBORO, and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES,<br><br>    Defendants. | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, NORTH CAROLINA STATE UNIVERSITY, AND THE UNIVERSITY OF NORTH CAROLINA AT GREENSBORO** |

NOW COMES undersigned counsel on behalf of Defendants University of North Carolina at Chapel Hill, North Carolina State University, and The University of North Carolina at Greensboro, by and through the Office of the North Carolina Attorney General,

and pursuant to Local Rule 83.1(e), and hereby gives notice that Special Deputy Attorney General Catherine F. Jordan is withdrawing as counsel for these Defendants.

Ms. Jordan has resigned her employment with the North Carolina Attorney General's Office. Her last day of employment was April 16, 2020. She presently lives in Park City, Utah and, as of May 4, 2020, will be employed by the Utah Attorney General's Office in the position of Assistant Solicitor General.

Assistant Attorney General Nora F. Sullivan, admitted to practice in this Court, hereby substitutes and appears in this action as counsel for Defendants University of North Carolina at Chapel Hill, North Carolina State University, and The University of North at Greensboro. Undersigned counsel is aware of and will comply with all pending deadlines in the case, including proceeding with any scheduled trial or hearings.

The undersigned further requests that Special Deputy Attorney General Catherine F. Jordan be terminated and removed from the docket as counsel representing Defendants University of North Carolina at Chapel Hill, North Carolina State University, and The University of North at Greensboro, and that all future pleadings, motions, notices, correspondence and other papers relating to representation of these Defendants be served on undersigned substituted counsel.

Respectfully submitted, this 22nd day of April, 2020.

>JOSHUA H. STEIN
>Attorney General
>
>/s/Nora F. Sullivan
>Nora F. Sullivan
>Assistant Attorney General
>NC State Bar No. 43284
>nsullivan@ncdoj.gov
>
>NC Department of Justice
>PO Box 629
>Raleigh, NC 27602
>Tel.: 919-716-6920
>Fax: 919-716-6764
>
>*Counsel for Defendants University of North Carolina at Chapel Hill, North Carolina State University, and The University of North Carolina at Greensboro*

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Substitution of Counsel was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This 22nd day of April, 2020.

/s/Nora F. Sullivan
Nora F. Sullivan
Assistant Attorney General