IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:19-cv-272-LCB

| | |
|---|---|
| MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK, by his next friends and parents, JASON FLECK and ALEXIS THONEN; JULIA MCKEOWN; MICHAEL D. BUNTING, JR.; C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING; and SAM SILVAINE,<br><br>Plaintiffs,<br><br>v.<br><br>DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; NORTH CAROLINA STATE UNIVERSITY; UNIVERSITY OF NORTH CAROLINA AT GREENSBORO; and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES,<br><br>Defendants. | **NOTICE OF APPEARANCE / SUBSTITUTION OF COUNSEL** |

The undersigned counsel, Mr. James Benjamin Garner, Esq., hereby provides notice to this Honorable Court, of his appearance as counsel for the North Carolina State Health Plan for Teachers and State Employees; Dale Folwell (sued in his official capacity as State Treasurer of North Carolina); and Dee Jones (sued in her official capacity as Executive

Administrator of the Plan). The undersigned—General Counsel to the North Carolina Department of the State Treasurer—further requests that former General Counsel Sam M. Hayes be terminated and removed from the docket as counsel representing the above Defendants, and that all future pleadings, motions, notices, correspondence, and other papers relating to representation of these Defendants be served on undersigned substituted counsel.

Respectfully submitted, this the 24th day of April, 2020.

> */s/ J. Benjamin Garner*
> J. Benjamin Garner
> N.C. Bar No. 41257
> General Counsel
> North Carolina Department of
>     the State Treasurer
> 3200 Atlantic Avenue
> Raleigh, North Carolina  27604
> Telephone:  (919) 814-4000
> Facsimile:  (919) 855-5805
> Ben.Garner@nctreasurer.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

This the 24th day of April, 2020.

                                      */s/ J. Benjamin Garner*
                                      J. Benjamin Garner
                                      N.C. Bar No. 41257
                                      General Counsel
                                      North Carolina Department of
                                          the State Treasurer
                                      3200 Atlantic Avenue
                                      Raleigh, North Carolina 27604
                                      Telephone: (919) 814-4000
                                      Facsimile: (919) 855-5805
                                      Ben.Garner@nctreasurer.com