AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Maxwell Kadel, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-272-LCB-LPA |
| Dale Folwell, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Univ. of North Carolina at Chapel Hill, North Carolina State Univ. & Univ. of North Carolina at Greensboro .

Date: 05/20/2020

/s/ Zach Padget
*Attorney's signature*

Zach Padget, NC State Bar No. 46610
*Printed name and bar number*

NC Department of Justice
P.O. Box 629
Raleigh, NC 27302
*Address*

zpadget@ncdoj.gov
*E-mail address*

(919) 716-6920
*Telephone number*

(919) 716-6764
*FAX number*