IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:19-CV-272-LCB-LPA

| | |
|---|---|
| MAXWELL KADEL, JASON FLECK, CONNOR THONEN-FLECK, by his next friends and parents, JASON FLECK AND ALEXIS THONEN, JULIA MCKEOWN, MICHAEL D. BUNTING, JR., C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING, and SAM SILVAINE, <br><br> Plaintiffs, <br><br> v. <br><br> DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees, UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, NORTH CAROLINA STATE UNIVERSITY, UNIVERSITY OF NORTH CAROLINA AT GREENSBORO, and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES, <br><br> Defendants. | **UNIVERSITY DEFENDANTS' CONSENT MOTION FOR THIRD EXTENSION OF TIME TO ANSWER PLAINTIFFS' COMPLAINT** |

PURSUANT TO Fed. R. Civ. P. 6(b) and Local Rule 6.1, Defendants the University of North Carolina at Chapel Hill, North Carolina State University, and the University of North Carolina at Greensboro (collectively the "University Defendants"), hereby request a

14-day extension of time in which to answer Plaintiffs' Complaint for Declaratory, Injunctive, and Other Relief. Undersigned counsel has conferred with counsel for Plaintiffs, and Plaintiffs consent to the additional extension requested. In support of this motion, University Defendants state the following:

1. By text order entered April 23, 2020, this Court granted a motion by the University Defendants for additional time to answer Plaintiffs' Complaint. The University Defendants' current deadline to answer is May 26, 2020, which has not yet passed.

2. Undersigned counsel has worked diligently to educate herself on the procedural history and claims at issue in this matter, and to prepare an Answer to Plaintiffs' complaint on behalf of the three University Defendants. Likewise, the University Defendants have worked diligently to consider and confirm their individual responses to each of Plaintiffs' allegations. Undersigned counsel's ability to confer with the University Defendants and finalize their Answer has been complicated by the current COVID-19 health crisis and the remote working conditions of all persons involved. Counsel reasonably requires additional time to confirm and finalize the University Defendants' Answer to Plaintiffs' Complaint.

3. Likewise, undersigned counsel is working diligently to meet other pressing demands, deadlines, and responsibilities in the midst of a global state of emergency. The University Defendants, too, have been working to address critical and pressing concerns regarding, among other things, commencement, summer courses, and the status of university operations for the Fall 2020 semester. The ongoing health crisis constitutes good

cause for an allowance of additional time, which will enable the University Defendants and undersigned counsel to more accurately respond to Plaintiffs' claims and better preserve the University Defendants' rights and interests.

4. In addition, Assistant Attorney General Zachary Padget has recently entered his appearance on behalf of the University Defendants.

5. The University Defendants do not seek an extension for any improper purpose.

6. As noted above, undersigned counsel has conferred with Plaintiffs' counsel regarding this requested extension of time. Plaintiffs' counsel has indicated that Plaintiffs consent to the requested extension.

WHEREFORE, the University Defendants request that the Court grant them an extension of 14 days, to and including June 9, 2020, in which to serve their Answer to Plaintiffs' Complaint.

Respectfully submitted, this 20th day of May, 2020.

JOSHUA H. STEIN
Attorney General

/s/Nora F. Sullivan
Nora F. Sullivan
Assistant Attorney General
NC State Bar No. 43284
nsullivan@ncdoj.gov

NC Department of Justice
PO Box 629
Raleigh, NC 27602
Tel.: 919-716-6920
Fax: 919-716-6764

*Counsel for Defendants University of North Carolina at Chapel Hill, North Carolina State University, and The University of North Carolina at Greensboro*

## CERTIFICATE OF SERVICE

I certify that the foregoing University Defendants' Consent Motion for Third Extension of Time to Answer Plaintiffs' Complaint was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This 20th day of May, 2020.

/s/Nora F. Sullivan
Nora F. Sullivan
Assistant Attorney General