IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:19-CV-272-LCB-LPA

| | |
|---|---|
| MAXWELL KADEL, JASON FLECK, CONNOR THONEN-FLECK, by his next friends and parents, JASON FLECK AND ALEXIS THONEN, JULIA MCKEOWN, MICHAEL D. BUNTING, JR., C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING, and SAM SILVAINE,<br><br>Plaintiffs,<br><br>v.<br><br>DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees, UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, NORTH CAROLINA STATE UNIVERSITY, UNIVERSITY OF NORTH CAROLINA AT GREENSBORO, and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES,<br><br>Defendants. | **PROPOSED ORDER ON UNIVERSITY DEFENDANTS' CONSENT MOTION FOR THIRD EXTENSION OF TIME TO ANSWER PLAINTIFFS' COMPLAINT** |

This matter having come before the Court on the motion by Defendants The University of North Carolina at Chapel Hill, North Carolina State University, and The University of North Carolina at Greensboro pursuant to Fed. R. Civ. P. 6(b) and LR 6.1 for a third extension of time in which to serve their Answer to Plaintiffs' Complaint for

Declaratory, Injunctive, and Other Relief; and good cause having been show, it is hereby **ORDERED** that Defendants The University of North Carolina at Chapel Hill, North Carolina State University, and The University of North Carolina at Greensboro shall have up to and including June 9, 2020, to serve Plaintiffs with their Answer.

This \_\_\_\_\_ day of _____, 2020.

_____
U.S. District Judge/Magistrate/Clerk