# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

Maxwell Kadel, et al

     v.                                    Case Number: 1:19CV00272

Dale Folwell, et al

# N O T I C E

**Take notice** that a proceeding in this case has been set/re**set** as indicated below:

| | |
|---|---|
| **PLACE:** | **L. Richardson Preyer Building** |
| | **324 W. Market St., Greensboro, NC** |
| **COURTROOM NO.:** | **1A** |
| **DATE AND TIME:** | **August 3, 2020 at 9:30 a.m.** |
| **PROCEEDING:** | **Initial Pretrial Conference** |

**Local Rule 16.1(b) provides that the parties must hold their R. 26(f) conference at least 14 days before the scheduled initial pretrial conference and submit to the court their report within 10 days thereafter.** The scheduled initial pretrial conference is automatically canceled upon the submission to the court of the Joint Rule 26(f) Report (LR 16.2). **If parties are unable to reach agreement on a discovery plan and therefore submit separate Rule 26(f) Reports (LR 16.3), they shall appear for the scheduled initial pretrial conference.**

---

John S. Brubaker, Clerk

By: /s/ Kimberly Garrett, Deputy Clerk

Date:  June 10, 2020

TO:     ALL COUNSEL AND/OR PARTIES OF RECORD