IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, *et al.*,

    *Plaintiffs*,

v.

DALE FOLWELL, *et al.*,

    *Defendants*.

No. 1:19-cv-00272-LCB-LPA

**ORDER**

Upon consideration of the Motion for Leave to File First Amended Complaint ("Motion") by Plaintiffs Maxwell Kadel; Julia McKeown; Jason Fleck; Connor Thonen-Fleck; Michael D. Bunting; C.B., by his next friends and parents, Michael D. Bunting, Jr. and Shelley K. Bunting; and Sam Silvaine, and for good cause shown, it is hereby **ORDERED** that Plaintiffs' motion for leave to amend is **GRANTED**. The First Amended Complaint at ECF No. 62-1 is deemed filed as of the date Plaintiffs filed their Motion for Leave.

Dated: _____

_____
Loretta C. Biggs
U.S. District Court Judge for the
Middle District of North Carolina