IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, et al. )
) ORDER APPOINTING MEDIATOR
vs. )
) 1:19CV272
DALE FOLWELL, et al. )
)

It appearing to the Court that Jonathan Harkavy, was appointed as mediator in the case, but is unable to serve. The parties have conferred regarding their needs with respect to the mediation and at this time, the parties respectfully request that KENNETH P. CARLSON, JR., be substituted as the mediator.

THEREFORE, IT IS ORDERED, that the order of August 17, 2020, appointing Jonathan Harkavy, as mediator is hereby rescinded.

IT IS FURTHER ORDERED that KENNETH P. CARLSON, JR., is appointed mediator in the above entitled case.

FURTHER, pursuant to Local Rule 83.9e(b), the mediator shall confer with the parties regarding scheduling of the mediated settlement conference, determine the place and time of the conference, and give notice to the parties. FURTHER, when the mediated settlement conference is completed, the mediator shall submit the Report of Mediator to the clerk, pursuant to Local Rule 83.9f.

Let copies of this order be sent to counsel for the parties, to Jonathan Harkavy and to Kenneth P. Carlson, Jr.

This the 23rd day of October, 2020.

/s/ John S. Brubaker
John S. Brubaker
Clerk of Court