IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:19-CV-272-LCB-LPA

| | |
|---|---|
| MAXWELL KADEL, JASON FLECK, CONNOR THONEN-FLECK, by his next friends and parents, JASON FLECK AND ALEXIS THONEN, JULIA MCKEOWN, MICHAEL D. BUNTING, JR., C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING, and SAM SILVAINE, <br><br>Plaintiffs, <br><br>v. <br><br>DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees, UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, NORTH CAROLINA STATE UNIVERSITY, UNIVERSITY OF NORTH CAROLINA AT GREENSBORO, and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES, <br><br>Defendants. | **MOTION TO WITHDRAW AS COUNSEL** |

NOW COMES Assistant Attorney General Nora F. Sullivan and respectfully requests an order allowing allow her to withdraw as counsel for Defendants the University of North Carolina at Chapel Hill ("UNC-Chapel Hill"), North Carolina State University

1

("NC State") and the University of North Carolina at Greensboro ("UNC Greensboro"), collectively referenced herein as the "University Defendants." In support of this motion, undersigned counsel states as follows:

1. Assistant Attorney General Nora F. Sullivan has accepted a position outside the Education Section of the Attorney General's Office, effective December 9, 2020.

2. Assistant Attorney General Zach Padget will continue to represent the University Defendants, so there will be no detriment to or disruption in the University Defendants' legal representation.

3. The undersigned certifies that the granting of this Motion will not delay the proceedings in this matter or adversely affect the interest of the parties or this Court.

**WHEREFORE**, the undersigned counsel respectfully requests that this Court grant Ms. Sullivan's Motion to Withdraw as Counsel for the University Defendants.

This 8th day of December, 2020.

JOSHUA H. STEIN
Attorney General

/s/Nora F. Sullivan
Nora F. Sullivan
Assistant Attorney General
NC State Bar No. 43284
nsullivan@ncdoj.gov

NC Department of Justice
PO Box 629
Raleigh, NC  27602
Tel: 919.716.6920
Fax: 919.716.6764

*Counsel for Defendants University of North Carolina at Chapel Hill, North Carolina State University, and University of North Carolina at Greensboro*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

This 8th day of December, 2020.

/s/Nora F. Sullivan
Nora F. Sullivan
Assistant Attorney General