IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:19-CV-272-LCB-LPA

| | |
|---|---|
| MAXWELL KADEL, JASON FLECK, CONNOR THONEN-FLECK, by his next friends and parents, JASON FLECK AND ALEXIS THONEN, JULIA MCKEOWN, MICHAEL D. BUNTING, JR., C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING, and SAM SILVAINE,<br><br>Plaintiffs,<br><br>v.<br><br>DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees, UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, NORTH CAROLINA STATE UNIVERSITY, UNIVERSITY OF NORTH CAROLINA AT GREENSBORO, and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES,<br><br>Defendants. | **PROPOSED ORDER ON MOTION TO WITHDRAW AS COUNSEL** |

THIS MATTER is before the Court upon the Motion of Assistant Attorney General Nora F. Sullivan to withdraw as counsel for Defendants the University of North Carolina at Chapel Hill ("UNC-Chapel Hill"), North Carolina State University ("NC State") and the

1

University of North Carolina at Greensboro ("UNC Greensboro"), collectively referenced herein as the "University Defendants."

Assistant Attorney General Nora F. Sullivan having moved the Court to be permitted to withdraw from representation on behalf of the University Defendants, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Assistant Attorney General Nora F. Sullivan is permitted to withdraw as counsel of record for the University Defendants. It is further ORDERED that the Clerk shall delete the aforementioned attorney from the notice list.

This the _____ day of _____, 2020.

_____

United States District Court Judge

Middle District of North Carolina