AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Maxwell Kadel, et al. <br> *Plaintiff* <br> v. <br> Dale Folwell, et al. <br> *Defendant* | Case No. 1:19-cv-00272 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 12/09/2020

/s/ Lauren E. Snyder
*Attorney's signature*

Lauren E. Snyder  54150
*Printed name and bar number*

Harris, Wiltshire & Grannis LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
*Address*

lsnyder@hwglaw.com
*E-mail address*

(919) 504-9823
*Telephone number*

(202) 730-1301
*FAX number*

# CERTIFICATE OF SERVICE

I, Lauren E. Snyder, hereby certify that on December 9, 2020, I electronically filed the foregoing APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered users.

/s/ Lauren E. Snyder

Lauren E. Snyder
N.C. State Bar No. 54150
HARRIS, WILTSHIRE & GRANNIS LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Telephone: 919-504-9823
Facsimile: 202-730-1301
lsnyder@hwglaw.com