IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, *et al.*, <br><br> Defendants. | Case No. 1:19-cv-00272-LCB-LPA |

## JOINT MOTION FOR ENTRY OF STIPULATED
## CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER

The Parties, through the undersigned counsel, respectfully move this Court, pursuant to Federal Rules of Civil Procedure 7(b) and 26(c) and Local Civil Rule 26.2, for entry of the Stipulated Protective Order ("Protective Order"), attached hereto as Exhibit A, limiting the use and disposition of certain information produced, obtained, or exhibited in the above-captioned action, including particularly sensitive and highly personal information of individuals identified or disclosed by the Parties.

Through this proposed Protective Order, the Parties[1] seek to limit the use of information and documents to maintain the confidentiality of highly personal and

---

[1] Defendant North Carolina State Health Plan for Teachers and State Employees ("NCSHP") is not currently a party to this Protective Order pursuant to its position that it is immune from suit. *See, e.g.*, ECF No. 50. The Parties reserve the right, however, to seek to add NCSHP as a party to the Protective Order should NCSHP participate in this litigation in the future.

sensitive information.  This case involves, for example, information related to Plaintiffs' protected health and medical information.  Recognizing the inherently sensitive nature of this kind of confidential information, the Parties have agreed to a procedure for handling such information as set forth in the Protective Order accompanying this motion.  The Parties have agreed to limit the designation of documents and information as confidential information under the Protective Order based on a good faith belief that the documents and information are appropriate for such designation under Federal Rule 26(c) or for reasons identified within the Protective Order.

The Fourth Circuit has affirmed that protective orders shielding personal and sensitive information "encourage full disclosure of all relevant evidence in order to 'secure the just, speedy, and inexpensive determination' of civil disputes."  *In re Grand Jury Subpoena*, 836 F.2d 1468, 1472 (4th Cir. 1988) (quoting Fed. R. Civ. P. 1).  "Absent such orders, witnesses would be deterred from providing essential testimony in civil litigation, thus undermining the adversary process."  *Id*. at 1472.  The Parties accordingly move this Court to exercise its broad discretion in controlling discovery by entering the accompanying proposed Protective Order.

Dated: January 19, 2021

Respectfully submitted,

/s/ Amy E. Richardson
Amy E. Richardson
N.C. State Bar No. 28768
Lauren E. Snyder
N.C. State Bar No. 54150
HARRIS, WILTSHIRE & GRANNIS LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Telephone: 919-429-7386
Facsimile: 202-730-1301
arichardson@hwglaw.com

Deepika H. Ravi*
HARRIS, WILTSHIRE & GRANNIS LLP
919 M Street N.W., 8th Floor,
Washington, D.C. 20036
Telephone: 202-730-1300
Facsimile: 202-730-1301
dravi@hwglaw.com

David Brown*
Alejandra L. Caraballo*
Noah E. Lewis*
TRANSGENDER LEGAL DEFENSE AND
    EDUCATION FUND, INC.
520 8th Ave, Ste. 2204
New York, NY 10018
Telephone: 646-993-1680
Facsimile: 646-993-1686
dbrown@transgenderlegal.org
acaraballo@transgenderlegal.org
nlewis@transgenderlegal.org

Tara Borelli*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30318-1210
Telephone: 404-897-1880
Facsimile: 404-897-1884
tborelli@lambdalegal.org

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: 212-809-8585
Facsimile: 212-809-0055
ogonzalez-pagan@lambdalegal.org

*Counsel for Plaintiffs*

*Appearing by special appearance pursuant to L.R. 83.1(d)

JOSHUA H. STEIN
Attorney General

/s/Zach Padget
Zach Padget
Assistant Attorney General
NC State Bar No. 46610
zpadget@ncdoj.gov

NC Department of Justice
PO Box 629
Raleigh, NC 27602
Tel: 919-716-6920
Fax: 919-716-6764

*Counsel for Defendants University of North Carolina at Chapel Hill, North Carolina State University, and University of North Carolina at Greensboro*

| | |
|---|---|
| */s/ James Benjamin Garner* | */s/ John G. Knepper* |
| James Benjamin Garner | John G. Knepper |
| N.C. Bar. No. 41257 | Wyo. Bar No. 7-4608 |
| General Counsel | LAW OFFICE OF |
| North Carolina Department of |    JOHN G. KNEPPER, LLC |
|    the State Treasurer | Post Office Box 1512 |
| 3200 Atlantic Avenue | Cheyenne, WY 82003-1512 |
| Raleigh, North Carolina 27604 | Telephone: (307) 632-2842 |
| Telephone: (919) 814-4000 | Facsimile: (307) 432-0310 |
| Ben.Garner@nctreasurer.com | John@KnepperLLC.com |
| | |
| | */s/ Kevin G. Williams* |
| | Kevin G. Williams |
| | N. C. Bar No. 25760 |
| | BELL, DAVIS & PITT, P.A. |
| | 100 North Cherry St., Suite 600 |
| | Winston-Salem, NC 27120-1029 |
| | Telephone: (336) 722-3700 |
| | Facsimile: (336) 722-8153 |
| | kwilliams@belldavispitt.com |
| | mjones@belldavispitt.com |

/s/ Mark A. Jones
Mark A. Jones
N.C. Bar No. 36215
BELL, DAVIS & PITT, P.A.
100 North Cherry St., Suite 600
Winston-Salem, NC  27120-1029
Telephone: (336) 722-3700
Facsimile: (336) 722-8153
kwilliams@belldavispitt.com
mjones@belldavispitt.com

*Counsel for Defendants Dale Folwell, Dee Jones, and the North Carolina State Health Plan for Teachers and State Employees*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users.

Dated: January 19, 2021

/s/ Amy E. Richardson
Amy E. Richardson
N.C. State Bar No. 28768
HARRIS, WILTSHIRE & GRANNIS LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Telephone: 919-429-7386
Facsimile: 202-730-1301
arichardson@hwglaw.com