IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, *et al.*,

    Plaintiffs,

v.

DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, *et al.*,

    Defendants.

Case No. 1:19-cv-00272-LCB-LPA

**ORDER**

Upon consideration of the Joint Motion for Entry of Stipulated Confidentiality Agreement and Protective Order filed by the Parties, and for good cause shown, it is hereby **ORDERED** that the Parties' Joint Motion for Entry of Stipulated Confidentiality Agreement and Protective Order is **GRANTED.**

Dated: _____

_____
Loretta C. Biggs
U.S. District Court Judge for the
Middle District of North Carolina