| UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:19-cv-00272-LCB-LPA |
|---|---|
| Name of Plaintiff(s):<br>Maxwell Kadel et al<br><br>VERSUS<br><br>Name of Defendant(s):<br>Dale Folwell et al | REPORT<br><br>OF<br><br>MEDIATOR |
| Mediator Name: Kenneth P. Carlson, Jr. | *(For Placement on the CM/ECF Docket)* |
| Telephone No: 336-721-6843 | __X__ This is an **Interim Report**. A final report is to be filed after resumption of the mediation |
| E-Mail Address: kcarlson@constangy.com | |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

   ✓ was held on December 11, 2020 and is being continued pending scheduling of a continued mediated settlement conference which is expected to occur by the end of February 2021.

   ☐ was NOT held because _____

2. **Attendance**

   ☐ No objection was made on the grounds that any required attendee was absent.

   ✓ Objection was made by defendants Dale Folwell and Dee Jones, in their official capacities, to the absence of the individually named plaintiffs. However, such defendants do not intend to pursue any legal action or remedy concerning same.

3. **Outcome**

   ☐ Complete settlement of the case
   ☐ Conditional settlement or other disposition
   ☐ Partial settlement of the case
   ✓ Recess *(i.e., mediation to be resumed at a later date)*
   ☐ Impasse
   ☐ Additional Information: _____

   **RECEIVED** In This Office
   JAN 27 2021
   CLERK U.S. DISTRICT COURT
   GREENSBORO, N.C.

4. **Settlement Filings.**
   a) The document(s) to be filed to effect the settlement are: NA
   b) The person responsible for filing the document(s) is: NA
   c) The agreed deadline for filing the document(s) is: NA

**Submission of Report.** Please submit the completed and signed report by mail to Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

_[signature]_                                        1/25/21
Mediator Signature                                    Date

7203481v.1