# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**MAXWELL KADEL,** *et al.,*

    *Plaintiffs***,**

    **v.**

**DALE FOLWELL,** *et al.,*

    *Defendants***.**

No. 1:19-cv-00272-LCB-LPA

## ORDER

Upon consideration of the Motion to Extend Discovery Deadlines, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**. It is **FURTHER ORDERED** that the deadlines for discovery in this case shall be amended as follows:

1. The date for completion of all discovery is August 31, 2021.
2. Reports required by Rule 26(a)(2)(B) and disclosures required by Rule 26(a)(2)(C) are due during the discovery period:
   a. From Plaintiffs by June 1, 2021.
   b. From the University Defendants and the State Health Plan Defendants affirmative and rebuttal expert reports are due by July 1, 2021.
   c. Plaintiff's rebuttal expert reports are due by August 2, 2021.
3. Depositions of fact witnesses will occur before the close of discovery.
4. Expert depositions will occur between August 2 and August 31, 2021.

Dated: _____           _____