UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

Maxwell Kadel, et al., )
)
    Plaintiffs, ) Civil Action No. 1:19-cv-272-LCB-LPA
v. )
)
Dale Folwell, in his capacity as State )
Treasurer of North Carolina, et al., )
    Defendants. )
_____)

## AFFIDAVIT OF SERVICE

    I, Ashli Stanton, do hereby certify that I have served a true and exact copy of the Summons and Complaint, on the State of North Carolina Department of Public Saftey c/o Jane Ammons Gilchrist, at 512 N. Salisbury St., 14th Floor, Raleigh, NC 27604. I personally delivered said documents to Jane Ammons Gilchrist on March 11th, 2021 at 4:14PM.

    I aslo delivered a true and exact copy of the Consent to Jurisdiction by A United States Magistrate Judge to the State of North Carolina Department of Public Saftey at the same address on March 12th, 2021 at 4:01PM. This was accepted and signed for by Jane Savatteri, with the NC DPS office.

    I further certify that I am over the age of 21 and not an attorney or a party to this action and that I am not related by blood or marriage to a party to the action or to the person upon whom service was made.

Ashli Stanton
Private Process Server
(919) 961-2195

Sworn to and subscribed before me
this the 15 of March, 2021.

Notary Public
Kelly DeLaCruz
Printed Name
My commission expires: 8.28.21

# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

| | | |
|---|---|---|
| MAXWELL KADEL, et al., | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:19-cv-272-LCB-LPA |
| DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, et. al., | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* State of North Carolina Department of Public Safety
Jane Ammons Gilchrist
Archdale Building, 14th Floor
512 N Salisbury St, Raleigh, NC 27604-1159

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amy E. Richardson
Harris, Wiltshire & Grannis LLP
1033 Wade Ave, Suite 100
Raleigh, NC 27605-1155

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



John S. Brubaker
Clerk

/s/ Jamie L. Sheets
Deputy Clerk

March 9, 2021
Date

Civil Action No. 1:19-cv-272-LCB-LPA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* North Carolina Dept. of Public Safety
was received by me on *(date)* 3/11/2021.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jane Ammons Gilchrist, who is designated by law to accept service of process on behalf of *(name of organization)* N.C. Dept. of Public Safety on *(date)* 3/11/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/12/2021

*Server's signature*

Ashli Stanton, private process server
*Printed name and title*

PO Box 1803
Raleigh, NC 27602
*Server's address*

Additional information regarding attempted service, etc: