THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION
FILE No. 1:19-CV-00272-LCB-LPA

| | |
|---|---|
| MAXWELL KADEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF APPEARANCE** |
| v. ) | ON BEHALF OF THE N. C. |
| ) | DEPARTMENT OF PUBLIC SAFETY |
| JASON FLECK, *et al*., ) | |
| ) | |
| Defendants. ) | |
| ) | |

NOW COMES Assistant Attorney General Alan McInnis, and hereby gives cousel for the parties and this Court, notice of his appearance on behalf of the N. C. Department of Public Safety.

Please include copies of all future pleadings, correspondence and inquires to the undersigned at the address indicated below.

Respectfully submitted, this the 18th day of February, 2021.

> **JOSHUA H. STEIN**
> **ATTORNEY GENERAL**
>
> /s/ *Alan McInnes*
> Alan McInnes
> Assistant Attorney General
> N.C. State Bar No. 20938
> N.C. Department of Justice
> Public Safety Section
> P. O. Box 629
> Raleigh, North Carolina 27602-0629
> Telephone: (919) 716-6529
> Facsimile: (919) 716-6761
> E-mail: amcinnes@ncdoj.gov

# CERTIFICATE OF SERVICE

I, Alan McInnes, hereby certify that on this day, I electronically filed my **NOTICE OF APPEARANCE**, with the Clerk of the Court utilizing the CM/ECF system, which will provide electronic notification to the following:

Deepika H. Ravi
HARRIS, WILTSHIRE & GRANNIS, LLP
1919 M Street, NW, Eighth Floor
Washington, DC  20036
dravi@hwglaw.com
*Attorney for Plaintiffs*

Noah E. Lewis
TRANSGENDER LEGAL DEFENSE
  & EDUCATION FUND, INC.
20 West 20th Street, Suite 705
New York, NY 10011
nlewis@transgenderlegal.com
*Attorney for Plaintiffs*

Alejandra L. Craballo
TRANSGENDER LEGAL DEFENSE
  & EDUCATION FUND, INC.
520 8TH Avenue, Suite 2204
New York, NY 10011
acaraballo@transgenderlegal.com
*Attorney for Plaintiffs*

David Brown
TRANSGENDER LEGAL DEFENSE
  & EDUCATION FUND, INC.
520 8TH Avenue, Suite 2204
New York, NY 10011
dbrown@transgenderlegal.com
*Attorney for Plaintiffs*

Omar Gonzalez-Pagan
LAMBDA LEGAL DEFENSE
 AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY  10005
Ogonzalez-pagan@lambalegal.org
*Attorney for Plaintiffs*

Lauren E. Snyder
HARRIS, WILTSHIRE & GRANNIS, LLP
1033 Wade Avenue, Suite 100
Raleigh, NC  27605-1155
lsnyder@hwglaw.com
*Attorney for Plaintiffs*

Tara L. Boreli
LAMBDA LEGAL DEFENSE
 AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY  10005
tborelli@lamdalegal.org
*Attorney for Plaintiffs*

Carl S. Charles
LAMBDA LEGAL DEFENSE
 AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY  10005
ccharles@lamdalegal.org
*Attorney for Plaintiffs*

Amy E. Richardson
HARRIS, WILTSHIRE & GRANNIS, LLP
1033 Wade Avenue, Suite 100
Raleigh, NC  27605-1155
arichardson@hwglaw.com
*Attorney for Plaintiffs*

Dana Caraway
*Pro Se Plaintiff*

John G. Knepper
LAW OFFICE OF JOHN G. KNEPPER, LLC
P. O. Box 1512
Cheyenne, WY 82003
John@KnepperLLC.com
*Attorney for Dale Folwell, the State Health Plan*
 *and Dee Jones*

James Benjamin Garner
N. C. DEPARTMENT OF STATE TREASURER
3200 Atlantic Avenue
Raleigh, NC 27604
Ben.Garner@nctreasurer.com
*Attorney for Dale Folwell, the State Health Plan*
 *and Dee Jones*

Kevin Guy Williams
BELL DAVIS & PITT, P.A.
P.O. Box 21029
Winston-Salem, NC 27120-1029
kwilliams@belldavispitt.com
*Attorney for Dale Folwell, the State Health Plan*
 *and Dee Jones*

Mark A. Jones
BELL DAVIS & PITT, P.A.
P.O. Box 21029
Winston-Salem, NC 27120-1029
mjones@belldavispitt.com
*Attorney for Dale Folwell, the State Health Plan,*
 *and Dee Jones*

Zachary A. Padget
N. C. DEPARTMENT OF JUSTICE
114 W. Edenton Street
Raleigh, NC 27603
zpadgett@ncdoj.gov
*Attorney for UNC Chapel Hill, UNC Greensboro*
 *and NC State*

Kimberly D. Potter
N. C. DEPARTMENT OF JUSTICE
EDUCATION SECTION
114 W. Edenton Street

Raleigh, NC  27603
kpotter@ncdoj.gov
*Attorney for UNC Chapel Hill, UNC Greensboro,*
 *and NC State*

This the 18th day of March, 2021.

/s/ *Alan McInnes*
Alan McInnes
Assistant Attorney General