# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Maxwell Kadel, et al. )<br>*Plaintiff* )<br>v. )<br>Dale Folwell, et al. )<br>*Defendant* ) | Case No. 1:19-cv-00272 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Dana Caraway.

Date: 03/23/2021

/s/ Amy E. Richardson
*Attorney's signature*

Amy E. Richardson 28768
*Printed name and bar number*

Harris, Wiltshire & Grannis LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155

*Address*

arichardson@hwglaw.com
*E-mail address*

(919) 429-7386
*Telephone number*

(202) 730-1301
*FAX number*

## CERTIFICATE OF SERVICE

I, Amy E. Richardson, hereby certify that on March 23, 2021, I electronically filed the foregoing APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

/s/ Amy E. Richardson
Amy E. Richardson
N.C. State Bar No. 28768
Harris, Wiltshire & Grannis LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Telephone: 919-429-7386
Facsimile: 202-730-1301
arichardson@hwglaw.com