IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK; JULIA MCKEOWN; MICHAEL D. BUNTING, JR.; C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING; SAM SILVAINE; and DANA CARAWAY,<br>　　　　　　　　*Plaintiffs*,<br><br>v.<br><br>DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; NORTH CAROLINA STATE UNIVERSITY; UNIVERSITY OF NORTH CAROLINA AT GREENSBORO; NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES, and STATE OF NORTH CAROLINA, DEPARTMENT OF PUBLIC SAFETY,<br>　　　　　　　　*Defendants*. | Civil Action No. 1:19-cv-00272 |

**NOTICE OF SPECIAL APPEARANCE**

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Carl S. Charles of Lambda Legal Defense and Education Fund, Inc., as counsel of record for Plaintiff Dana Caraway in the above-captioned civil action. Mr. Charles remains counsel for all other plaintiffs, and notices this special appearance for Ms. Caraway now

1

that she is also a plaintiff in this action. *See* ECF No. 75 (Plaintiffs' First Amended Complaint for Declaratory, Injunctive, and Other Relief).

Mr. Charles certifies that he is an active member in good standing of the State Bar of New York. Mr. Charles further certifies that he understands that, by entering an appearance, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

Mr. Charles is appearing in the above-captioned civil action in association with Amy E. Richardson of Harris, Wiltshire & Grannis, LLP. Ms. Richardson is an active member in good standing of the bar of this Court. Ms. Richardson certifies that she will remain responsible to this Court for the conduct of the litigation and acknowledges that she must sign all pleadings and papers, except for certificates of service. Ms. Richardson further certifies she will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

* * *

Dated: March 23, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ Amy E. Richardson | /s/ Carl S. Charles |
| Amy E. Richardson | Carl S. Charles* |
| N.C. State Bar No. 28768 | Tara L. Borelli* |
| Lauren E. Snyder | LAMBDA LEGAL DEFENSE AND |
| N.C. State Bar No. 54150 |    EDUCATION FUND, INC. |
| HARRIS, WILTSHIRE & GRANNIS LLP | 730 Peachtree Street NE, Suite 640 |
| 1033 Wade Avenue, Suite 100 | Atlanta, GA 30318-1210 |
| Raleigh, NC 27605-1155 | Telephone: 404-897-1880 |
| Telephone: 919-429-7386 | Facsimile: 404-897-1884 |
| Facsimile: 202-730-1301 | ccharles@lambdalegal.org |
| arichardson@hwglaw.com | tborelli@lambdalegal.org |
| | |
| Deepika H. Ravi* | Omar Gonzalez-Pagan* |
| HARRIS, WILTSHIRE & GRANNIS LLP | LAMBDA LEGAL DEFENSE AND |
| 919 M Street N.W., 8th Floor, |    EDUCATION FUND, INC. |
| Washington, D.C. 20036 | 120 Wall Street, 19th Floor |
| Telephone: 202-730-1300 | New York, NY 10005 |
| Facsimile: 202-730-1301 | Telephone: 212-809-8585 |
| dravi@hwglaw.com | Facsimile: 212-809-0055 |
| | ogonzalez-pagan@lambdalegal.org |
| | |
| Noah E. Lewis* | |
| David Brown* | |
| Alejandra Caraballo* | |
| TRANSGENDER LEGAL DEFENSE AND | |
|    EDUCATION FUND, INC. | |
| 20 West 20th Street #705 | |
| New York, NY 10011 | |
| Telephone: 646-862-9396 | |
| Facsimile: 646-930-5654 | |
| nlewis@transcendlegal.org | |

*Counsel for Plaintiffs*

\* Appearing by special appearance pursuant to L.R. 83.1(d).

**CERTIFICATE OF SERVICE**

    I, Carl S. Charles, hereby certify that on March 23, 2021, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

                                                /s/ Carl S. Charles
                                                Carl S. Charles
                                                LAMBDA LEGAL DEFENSE AND
                                                     EDUCATION FUND, INC.
                                                730 Peachtree Street NE, Suite 640
                                                Atlanta, GA 30318-1210
                                                Telephone: 404-897-1880
                                                Facsimile: 404-897-1884
                                                ccharles@lambdalegal.org