IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:19-cv-00272

| | |
|---|---|
| MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK, by his next friends and parents, JASON FLECK and ALEXIS THONEN; JULIA MCKEOWN; MICHAL D. BUNTING, JR.; C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING; and SAM SILVAINE, <br><br> Plaintiffs, <br><br> v. <br><br> DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; NORTH CAROLINA STATE UNIVERSITY; UNIVERSITY OF NORTH CAROLINA AT GREENSBORO; and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES, <br><br> Defendants. | **ORDER GRANTING MOTION TO EXTEND DISCOVERY DEADLINE** |

This matter having come before the Court on the motion by Defendants the UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, NORTH CAROLINA

STATE UNIVERSITY, and the UNIVERSITY OF NORTH CAROLINA AT GREENSBORO ("University Defendants") and hereby request an extension of time to complete discovery. Upon consideration of the Motion to Extend Discovery Deadlines, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. It is FURTHER ORDERED that the deadlines for discovery in this case shall be amended as follows:

1. Defendants' affirmative and rebuttal expert reports due by May 1, 2021
2. Plaintiff's rebuttal experts due by June 1, 2021
3. Expert depositions between May 1, 2021, and June 30, 2021
4. All discovery to be completed by June 30, 2021

This the _____ day of March, 2021.

_____
U.S. District Judge/Magistrate/Clerk