# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Maxwell Kadel, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-00272 |
| Dale Folwell, et al. ) | |
| *Defendant* ) | |

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Dana Caraway.

Date: 03/24/2021

/s/ Lauren E. Snyder
*Attorney's signature*

Lauren E. Snyder 54150
*Printed name and bar number*

Harris, Wiltshire & Grannis LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155

*Address*

lsnyder@hwglaw.com
*E-mail address*

(919) 504-9823
*Telephone number*

(202) 730-1301
*FAX number*

## CERTIFICATE OF SERVICE

      I, Lauren E. Snyder, hereby certify that on March 24, 2021, I electronically filed the foregoing APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

      /s/ Lauren E. Snyder
Lauren E. Snyder
N.C. State Bar No. 54150
Harris, Wiltshire & Grannis LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Telephone: 919-504-9823
Facsimile: 202-730-1301
lsnyder@hwglaw.com