IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MAXWELL KADEL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:19CV272 |
| | ) | |
| DALE FOLWELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter having come before the Court on the motion by Defendants the UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, NORTH CAROLINA STATE UNIVERSITY, and the UNIVERSITY OF NORTH CAROLINA AT GREENSBORO ("University Defendants") and hereby request an extension of time to complete discovery. Upon consideration of the Motion to Extend Discovery Deadlines, and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the deadlines for discovery in this case shall be amended as follows:

1. Defendants' affirmative and rebuttal expert reports due by May 1, 2021

2. Plaintiff's rebuttal experts due by June 1, 2021

3. Expert depositions between May 1, 2021, and June 30, 2021

4. All discovery to be completed by June 30, 2021

This, the 25th day of March, 2021.

                                                     /s/ L. Patrick Auld
                                                    **L. Patrick Auld**
                                   **United States Magistrate Judge**