THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION
FILE No. 1:19-CV-00272-LCB-LPA

| | |
|---|---|
| MAXWELL KADEL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| JASON FLECK, *et al.*, | ) |
| Defendants. | ) |

THIS MATTER, brought on for consideration upon motion of Defendant North Carolina Department of Public Safety ("NCDPS") for an Order extending the time within which to answer or otherwise respond to the First Amended Complaint pursuant to Rule 6 of the Federal Rules of Civil Procedure; and

IT APPEARING that the Plaintiffs do not oppose the motion and good cause exists to grant the motion;

IT IS THEREFORE ORDERED THAT the Defendant NCDPS's time to file and serve an answer or other responsive pleadings be extended, up to and including the 16th day of April 2021.

This the ____ day of April, 2021.

_____
District Court Judge/Magistrate/Clerk