# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, *et al.*,

                *Plaintiffs*,

        v.

DALE FOLWELL, *et al.*,

                *Defendants*.

No. 1:19-cv-00272-LCB-LPA

## STIPULATION TO MODIFY PROTECTIVE ORDER

Pursuant to Paragraph 23 of the Stipulated Protective Order approved by the Court in this case (ECF No. 70), which allows the Protective Order to be modified "by written agreement of the parties," the parties hereby agree to modify the Protective Order solely to include Plaintiff Dana Caraway and Defendant North Carolina Department of Public Safety as parties to the Protective Order. The parties are making this modification in light of the Court's order granting Plaintiffs' motion to amend the complaint in this matter (ECF No. 74) and the Amended Complaint's addition of Ms. Caraway and the Department of Public Safety as parties in this case (ECF No. 75).

**IT IS SO ORDERED.**

This the ___ day of _____, 2021.

_____
**L. Patrick Auld**
**United States Magistrate Judge**

Dated: April 14, 2021

Respectfully submitted,

/s/ Amy E. Richardson
Amy E. Richardson
N.C. State Bar No. 28768
Lauren E. Snyder
N.C. State Bar No. 54150
HARRIS, WILTSHIRE & GRANNIS LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Telephone: 919-429-7386
Facsimile: 202-730-1301
arichardson@hwglaw.com

Deepika H. Ravi*
HARRIS, WILTSHIRE & GRANNIS LLP
919 M Street N.W., 8th Floor,
Washington, D.C. 20036
Telephone: 202-730-1300
Facsimile: 202-730-1301
dravi@hwglaw.com

David Brown*
Alejandra Caraballo*
Noah E. Lewis*
TRANSGENDER LEGAL DEFENSE
    AND EDUCATION FUND, INC.
520 8th Ave, Ste. 2204
New York, NY 10018
Telephone: 646-993-1680
Facsimile: 646-993-1686
dbrown@transgenderlegal.org
acaraballo@transgenderlegal.org
nlewis@transgenderlegal.org

*Counsel for Plaintiffs*

*Appearing by special appearance pursuant to L.R. 83.1(d)

Tara Borelli*
Carl Charles
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30318-1210
Telephone: 404-897-1880
Facsimile: 404-897-1884
tborelli@lambdalegal.org

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: 212-809-8585
Facsimile: 212-809-0055
ogonzalez-pagan@lambdalegal.org

/s/ James Benjamin Garner
James Benjamin Garner
N.C. Bar. No. 41257
General Counsel
North Carolina Department of
    the State Treasurer

/s/ John G. Knepper
John G. Knepper
Wyo. Bar No. 7-4608
LAW OFFICE OF JOHN G. KNEPPER, LLC
Post Office Box 1512
Cheyenne, WY 82003-1512

2

3200 Atlantic Avenue
Raleigh, North Carolina 27604
Telephone: (919) 814-4000
Ben.Garner@nctreasurer.com

Telephone: (307) 632-2842
Facsimile: (307) 432-0310
John@KnepperLLC.com


/s/ Kevin G. Williams
Kevin G. Williams
N. C. Bar No. 25760
BELL, DAVIS & PITT, P.A.
100 North Cherry St., Suite 600
Winston-Salem, NC 27120-1029
Telephone: (336) 722-3700
Facsimile: (336) 722-8153
kwilliams@belldavispitt.com
mjones@belldavispitt.com


/s/ Mark A. Jones
Mark A. Jones
N.C. Bar No. 36215
BELL, DAVIS & PITT, P.A.
100 North Cherry St., Suite 600
Winston-Salem, NC 27120-1029
Telephone: (336) 722-3700
Facsimile: (336) 722-8153
kwilliams@belldavispitt.com
mjones@belldavispitt.com

*Counsel for Defendants Dale Folwell, Dee Jones, and the North Carolina State Health Plan for Teachers and State Employees*


JOSHUA H. STEIN
Attorney General

/s/ Zach Padget
Zach Padget
N.C. Bar No. 46610
Assistant Attorney General
NC Department of Justice
PO Box 629

3

Raleigh, NC 27602
Telephone: (919) 716-6920
Facsimile: (919) 716-6764
zpadget@ncdoj.gov

*Counsel for Defendants The University of North Carolina at Chapel Hill, North Carolina State University, and The University of North Carolina at Greensboro*

JOSHUA H. STEIN
Attorney General

/s/ Alan D. McInnes
Alan D. McInnes
Assistant Attorney General
N.C. State Bar No. 20938
N.C. Department of Justice
Public Safety Section
P. O. Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6529
Facsimile: (919) 716-6761
amcinnes@ncdoj.gov

*Counsel for Defendant State of North Carolina Department of Public Safety*

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 14, 2021, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF electronic filing system which will send notification of such filing to all registered users.

*/s/ Amy E. Richardson*
Amy E. Richardson

*Counsel for Plaintiffs*
