IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL et al, | ) |
| Plaintiffs, | ) |
| v. | ) 1:19CV272 |
| DALE FOLWELL, in his official capacity as State Treasurer of North Carolina et al, | ) |
| Defendants. | ) |

## ORDER

This matter having come before the Court on the unopposed motion by Defendant NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY to amend the scheduling order (the "Motion"). Upon consideration of the Motion, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. It is FURTHER ORDERED that the deadlines in this case shall be amended as follows:

   a. June 1, 2021: Plaintiffs' current June 1 deadline to serve supplemental expert reports, per Docket Entry No. 90, remains the same;

   b. June 15, 2021: Deadline for NCDPS to file leave to amend its pleadings;

   c. July 1, 2021: NCDPS's affirmative and rebuttal expert reports;

   d. July 31, 2021: Plaintiffs' rebuttal expert reports;

   e. July 1, 2021, through September 30, 2021: Expert depositions.

  f. September 30, 2021:  Close of discovery.

This, the 11th day of May, 2021.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**
