IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, *et al.*,

    *Plaintiffs*,

v.

DALE FOLWELL, *et al.*,

    *Defendants*.

No. 1:19-cv-00272-LCB-LPA

**ORDER**

Upon consideration of the Unopposed Motion to Extend Expert Discovery Deadlines, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**. It is **FURTHER ORDERED** that the deadlines for discovery in this case shall be amended as follows:

1. The deadline for production of Plaintiffs' expert rebuttal reports by Dr. George Brown and Dr. Randi C. Ettner is extended by 10 days to June 11, 2021.

Dated: _____                               _____