IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MAXWELL KADEL et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:19CV272 |
| | ) | |
| DALE FOLWELL, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Unopposed Motion to Extend Expert Discovery Deadlines, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**. It is **FURTHER ORDERED** that the deadlines for discovery in this case shall be amended as follows:

1. The deadline for production of Plaintiffs' expert rebuttal reports by Dr. George Brown and Dr. Randi C. Ettner is extended by 10 days to June 11, 2021.

This, the 12th day of May, 2021.

                                                /s/ L. Patrick Auld
                                                **L. Patrick Auld**
                                                **United States Magistrate Judge**