| UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:19-cv-00272-LCB-LPA |
|---|---|
| Name of Plaintiff(s):<br>Maxwell Kadel, et al<br><br>VERSUS<br><br>Name of Defendant(s):<br>Dale Folwell, et al | REPORT<br><br>OF<br><br>MEDIATOR |
| Mediator Name: Kenneth P. Carlson, Jr. | *(For Placement on the<br>CM/ECF Docket)* |
| Telephone No: 336-721-6843<br>E-Mail Address: kcarlson@constangy.com | \_\_\_\_ This is an **Interim Report**. A final report is to be filed after resumption of the mediation |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:
   ✓  was held on  December 11, 2020 and continued through May 24, 2021
   ___  was NOT held because _____

2. **Attendance**
   ___  No objection was made on the grounds that any required attendee was absent.
   ✓  Objection was made by:  See Interim Mediator's Report dated January 25, 2021.

3. **Outcome**
   ___  Complete settlement of the case
   ___  Conditional settlement or other disposition
   ___  Partial settlement of the case
   ___  Recess *(i.e.,* mediation to be resumed at a later date)
   ✓  Impasse
   Additional Information: _____

4. **Settlement Filings.**
   a) The document(s) to be filed to effect the settlement are: _____
   b) The person responsible for filing the document(s) is: _____
   c) The agreed deadline for filing the document(s) is: _____

**Submission of Report.** Please submit the completed and signed report by mail to Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

**I have submitted this completed report with ten (10) days after conclusion of the conference.**

_____       5/26/21
Mediator Signature                                Date

RECEIVED In This Office
MAY 28 2021
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.
1:10pm  ACC

7469668v.1

Case 1:19-cv-00272-LCB-LPA   Document 102   Filed 05/28/21   Page 1 of 1