IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:19-cv-00272

| | |
|---|---|
| MAXWELL KADEL; et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DALE FOLWELL, in his official )<br>capacity as State Treasurer of North )<br>Carolina; et al. )<br>)<br>Defendants. )<br>) | **ORDER GRANTING NCDPS'S MOTION TO EXTEND DEADLINE FOR EXPERT DISCLOSURES** |

This matter having come before the Court on the motion by Defendant NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY to extend its deadline for submission of expert disclosures (the "Motion"). Upon consideration of the Motion, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. It is FURTHER ORDERED that NCDPS has up until July 12, 2021, to submit its expert disclosures.

_____
U.S. District Judge/Magistrate