IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | 1:19CV272 |
| DALE FOLWELL, in his official ) | |
| capacity as State Treasurer of North ) | |
| Carolina, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

This matter is before the Court on a Joint Motion for Entry of Stipulation to Correct Defendant North Carolina Department of Public Safety's Answer. (ECF No. 104).

Upon consideration of the unopposed motion by Defendant State of North Carolina Department of Public Safety ("DPS") and Plaintiffs Maxwell Kadel, Jason Fleck, Connor Thonen-Fleck, Julia McKeown, Michael D. Bunting, Jr., C.B., by his next friends and parents, Michael D. Bunting, Jr. and Shelley K. Bunting, Sam Silvaine, and Dana Caraway (collectively, "Plaintiffs") to correct DPS's Answer (ECF No. 96) and clarify DPS's position as to the allegations in paragraphs fifteen through seventeen and paragraph 178 of Plaintiffs' Amended Complaint (ECF No. 75),

IT IS HEREBY ORDERED, that the motion for approval and entry of the Stipulation is GRANTED. The Stipulation, entered on the docket as ECF No. 104-1, shall be deemed filed as of the date of this Order.

This, the 12th day of July, 2021.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**
