# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, et al.,<br><br>*Defendants*. | No. 1:19-cv-00272-LCB-LPA<br><br>**ORDER ON MOTION TO WITHDRAW AS COUNSEL** |

THIS MATTER is before the Court upon the Motion to withdraw Alejandra Caraballo as counsel of record for all Plaintiffs in the above-captioned civil action ("Plaintiffs").

Counsel for the Plaintiffs, having moved the Court to permit Ms. Caraballo to withdraw from representation on behalf of the Plaintiffs, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Alejandra Caraballo is permitted to withdraw as counsel of record for the Plaintiffs. It is further ORDERED that the Clerk shall delete the aforementioned attorney from the notice list.

This the _____ day of _____, 2021.

_____
United States District Court Judge
Middle District of North Carolina