# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, *et al.*,

    *Plaintiffs*,

v.

DALE FOLWELL, *et al.*,

    *Defendants*.

No. 1:19-cv-00272-LCB-LPA

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Grace Wynn of Harris, Wiltshire & Grannis LLP as counsel of record for all Plaintiffs in the above-captioned civil action.

Ms. Wynn certifies that she is an active member in good standing of the State Bars of Florida and North Carolina (but has not been admitted to the United States District Court in the Middle District of North Carolina). Ms. Wynn further certifies that she understands that, by entering an appearance, she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

Ms. Wynn is appearing in the above-captioned civil action in association with Amy E. Richardson of Harris, Wiltshire & Grannis LLP. Ms. Richardson is an active member in good standing of the bar of this Court. Ms. Richardson certifies that she will remain responsible to this

Court for the conduct of the litigation and acknowledges that she must sign all pleadings and papers, except for certificates of service. Ms. Richardson further certifies she will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

Dated: August 17, 2021

/s/ Amy E. Richardson
Amy E. Richardson
N.C. State Bar No. 28768
Lauren E. Snyder
N.C. State Bar No. 54150
HARRIS, WILTSHIRE & GRANNIS LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Telephone: 919-429-7386
Facsimile: 202-730-1301
arichardson@hwglaw.com

David Brown*
Noah E. Lewis*
TRANSGENDER LEGAL DEFENSE AND EDUCATION FUND, INC.
520 8th Ave, Ste. 2204
New York, NY 10018
Telephone: 646-993-1680
Facsimile: 646-993-1686
dbrown@transgenderlegal.org

Michael W. Weaver*
MCDERMOTT WILL & EMERY
444 W. Lake St., Suite 4000
Chicago, IL 60606
Telephone: 312-984-5820
Facsimile: 312-984-7700
mweaver@mwe.com

/s/ Grace Wynn
Deepika H. Ravi*
Grace Wynn* †
Evan R. Marolf*
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street N.W., 8th Floor,
Washington, D.C. 20036
Telephone: 202-730-1300
Facsimile: 202-730-1301
dravi@hwglaw.com
gwynn@hwglaw.com

Tara Borelli*
Carl S. Charles*
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30318-1210
Telephone: 404-897-1880
Facsimile: 404-897-1884
tborelli@lambdalegal.org

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: 212-809-8585
Facsimile: 212-809-0055
ogonzalez-pagan@lambdalegal.org

*Counsel for Plaintiffs*

\* Appearing by special appearance pursuant to L.R. 83.1(d).

† Admitted in North Carolina and Florida only. Practicing under the supervision of D.C. Bar members.

# CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2021 I served the foregoing Notice to the following counsel via electronic mail:

John G. Knepper
LAW OFFICE OF JOHN G. KNEPPER, LLC
John@KnepperLLC.com

James Benjamin Garner
General Counsel
North Carolina Department of the State Treasurer
Ben.Garner@nctreasurer.com

Kevin G. Williams
BELL, DAVIS & PITT, P.A.
kwilliams@belldavispitt.com

Mark A. Jones
BELL, DAVIS & PITT, P.A.
mjones@belldavispitt.com

*Counsel for Defendants Dale Folwell, Dee Jones, and the North Carolina State Health Plan for Teachers and State Employees*

Alan D. McInnes
N.C. Department of Justice
amcinnes@ncdoj.gov

*Counsel for Defendant State of North Carolina Department of Public Safety*

Dated: August 17, 2021

/s/ Grace Wynn
Grace Wynn* †
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street N.W., 8th Floor,
Washington, D.C. 20036
Telephone: 202-730-1300
Facsimile: 202-730-1301
gwynn@hwglaw.com

*Counsel for Plaintiffs*