IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK; JULIA MCKEOWN; MICHAEL D. BUNTING, JR.; C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING; SAM SILVAINE; and DANA CARAWAY,<br>      *Plaintiffs*,<br><br>v.<br><br>DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; NORTH CAROLINA STATE UNIVERSITY; UNIVERSITY OF NORTH CAROLINA AT GREENSBORO; NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES, and STATE OF NORTH CAROLINA, DEPARTMENT OF PUBLIC SAFETY,<br>      *Defendants*. | Civil Action No. 1:19-cv-00272 |

**NOTICE OF SPECIAL APPEARANCE**

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Adam M. Safer of McDermott Will & Emery as counsel of record for all Plaintiffs in the above-captioned civil action.

1

Mr. Safer certifies that he is an active member in good standing of the State of Illinois Bar. Mr. Safer further certifies that he understands that, by entering an appearance, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which he is specially appearing and that he will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

Mr. Safer is appearing in the above-captioned civil action in association with Amy E. Richardson of Harris, Wiltshire & Grannis, LLP. Ms. Richardson is an active member in good standing of the bar of this Court. Ms. Richardson certifies that she will remain responsible to this Court for the conduct of the litigation and acknowledges that she must sign all pleadings and papers, except for certificates of service. Ms. Richardson further certifies she will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

* * *

Dated: August 20, 2021

Respectfully submitted,

/s/ Amy E. Richardson
Amy E. Richardson
N.C. State Bar No. 28768
Lauren E. Snyder
N.C. State Bar No. 54150
HARRIS, WILTSHIRE & GRANNIS LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Telephone: 919-429-7386
Facsimile: 202-730-1301
arichardson@hwglaw.com

/s/ Adam M. Safer
Adam M. Safer*
Michael W. Weaver*
MCDERMOTT WILL & EMERY
444 W. Lake St., Suite 4000
Chicago, IL 60606
Telephone: 312-984-7744
Facsimile: 312-984-7700
asafer@mwe.com
mweaver@mwe.com

Noah E. Lewis*
David Brown*
TRANSGENDER LEGAL DEFENSE AND EDUCATION FUND, INC.
20 West 20th Street #705
New York, NY 10011
Telephone: 646-862-9396
Facsimile: 646-930-5654
nlewis@transcendlegal.org
dbrown@transgenderlegal.org

Carl S. Charles*
Tara L. Borelli*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
158 West Ponce De Leon Ave., Ste. 105
Decatur, GA 30030
Telephone: 404-897-1880
Facsimile: 404-506-9320
tbrown@lambdalegal.org
tborelli@lambdalegal.org

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: 212-809-8585
Facsimile: 212-809-0055
ogonzalez-pagan@lambdalegal.org

*Counsel for Plaintiffs*

\* Appearing by special appearance pursuant to L.R. 83.1(d).

**CERTIFICATE OF SERVICE**

      I, Adam M. Safer, hereby certify that on August 20, 2021, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

      /s/ Adam M. Safer
Adam M. Safer*
MCDERMOTT WILL & EMERY
444 W. Lake St., Suite 4000
Chicago, IL 60606
Telephone: 312-984-7744
Facsimile: 312-984-7700
asafer@mwe.com

4

Case 1:19-cv-00272-LCB-LPA   Document 109   Filed 08/20/21   Page 4 of 4