IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, *et al.*,

    *Plaintiffs*,

v.

DALE FOLWELL, *et al.*,

    *Defendants*.

No. 1:19-cv-00272-LCB-LPA

## ORDER

Upon consideration of the joint motion by Plaintiffs Maxwell Kadel, Jason Fleck, Connor Thonen-Fleck, Julia McKeown, Michael D. Bunting, Jr., C.B., by his next friends and parents, Michael D. Bunting, Jr. and Shelley K. Bunting, and Sam Silvaine (collectively, "Plaintiffs"), and Defendants University of North Carolina at Chapel Hill, North Carolina State University, University of North Carolina at Greensboro (collectively, "University Defendants"), to dismiss with prejudice Plaintiffs' claims against the University Defendants under Title IX of the Education Amendments of 1972 ("Title IX"), and Title VII of the Civil Rights Act of 1964 ("Title VII"), which are the only claims being brought against University Defendants, it is hereby

**ORDERED** that the motion is **GRANTED**. Plaintiffs' claims against the University Defendants under Title IX and Title VII are dismissed with prejudice. Each

party will bear its own attorney's fees and costs, with the exception of the attorney's fees and costs paid as part of the parties' settlement.

Dated: _____  _____
U.S. District Court Judge for the
Middle District of North Carolina