# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK; JULIA MCKEOWN; MICHAEL D. BUNTING, JR.; C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING; SAM SILVAINE; and DANA CARAWAY,<br>                      *Plaintiffs*,<br><br>v.<br><br>DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; NORTH CAROLINA STATE UNIVERSITY; UNIVERSITY OF NORTH CAROLINA AT GREENSBORO; NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES, and STATE OF NORTH CAROLINA, DEPARTMENT OF PUBLIC SAFETY,<br>                      *Defendants*. | Civil Action No. 1:19-cv-00272 |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Dmitriy Tishyevich of McDermott Will & Emery LLP as counsel of record for all Plaintiffs in the above-captioned civil action.

1

Mr. Tishyevich certifies that he is an active member in good standing of the Bars of the State of New York and the State of California. Mr. Tishyevich further certifies that he understands that, by entering an appearance, he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which he is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

Mr. Tishyevich is appearing in the above-captioned civil action in association with Amy E. Richardson of Harris, Wiltshire & Grannis, LLP. Ms. Richardson is an active member in good standing of the bar of this Court. Ms. Richardson certifies that she will remain responsible to this Court for the conduct of the litigation and acknowledges that she must sign all pleadings and papers, except for certificates of service. Ms. Richardson further certifies she will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

* * *

Dated: August 23, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ Amy E. Richardson<br>Amy E. Richardson<br>N.C. State Bar No. 28768<br>Lauren E. Snyder<br>N.C. State Bar No. 54150<br>HARRIS, WILTSHIRE & GRANNIS LLP<br>1033 Wade Avenue, Suite 100<br>Raleigh, NC 27605-1155<br>Telephone: 919-429-7386<br>Facsimile: 202-730-1301<br>arichardson@hwglaw.com | Carl S. Charles*<br>Tara L. Borelli*<br>LAMBDA LEGAL DEFENSE AND<br>   EDUCATION FUND, INC.<br>158 West Ponce De Leon Ave., Ste. 105<br>Decatur, GA 30030<br>Telephone: 404-897-1880<br>Facsimile: 404-506-9320<br>tbrown@lambdalegal.org<br>tborelli@lambdalegal.org |
| Michael W. Weaver*<br>Adam M. Safer*<br>MCDERMOTT WILL & EMERY<br>444 W. Lake St., Suite 4000<br>Chicago, IL 60606<br>Telephone: 312-984-5820<br>Facsimile: 312-984-7700<br>mweaver@mwe.com | Omar Gonzalez-Pagan*<br>LAMBDA LEGAL DEFENSE AND<br>   EDUCATION FUND, INC.<br>120 Wall Street, 19th Floor<br>New York, NY 10005<br>Telephone: 212-809-8585<br>Facsimile: 212-809-0055<br>ogonzalez-pagan@lambdalegal.org |
| /s/ Dmitriy Tishyevich<br>Dmitriy Tishyevich*<br>MCDERMOTT WILL & EMERY<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: 212-547-5534<br>Facsimile: 212-547-5444<br>dtishyevich@mwe.com | Noah E. Lewis*<br>David Brown*<br>TRANSGENDER LEGAL<br>   DEFENSE AND EDUCATION<br>   FUND, INC.<br>20 West 20th Street #705 New York, NY 10011<br>Telephone: 646-862-9396<br>Facsimile: 646-930-5654<br>nlewis@transcendlegal.org<br>dbrown@transgenderlegal.org |

*Counsel for Plaintiffs*

\* Appearing by special appearance pursuant to L.R. 83.1(d).

# **CERTIFICATE OF SERVICE**

      I, Dmitriy Tishyevich, hereby certify that on August 23, 2021, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

      */s/ Dmitriy Tishyevich*
Dmitriy Tishyevich*
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017
Telephone: 212-547-5534
Facsimile: 212-547-5444