IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK;; JULIA MCKEOWN; MICHAEL D. BUNTING, JR.; C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING; SAM SILVAINE; and DANA CARAWAY, a/k/a DOWD CARAWAY,<br><br>*Plaintiffs*,<br><br>v.<br><br>DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; NORTH CAROLINA STATE UNIVERSITY; UNIVERSITY OF NORTH CAROLINA AT GREENSBORO; and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES; and NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY,<br><br>*Defendants*. | No. 1:19-cv-00272-LCB-LPA<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

NOW COMES Noah Lewis, having previously made a special appearance pursuant to Local Rule 83.1, respectfully requests an order allowing him to withdraw as counsel for all Plaintiffs in the above-captioned civil action ("Plaintiffs"). In support of this motion, undersigned counsel states as follows:

1. On March 11, 2019, the undersigned counsel entered a notice special notice of appearance for Mr. Lewis of the Transgender Legal Defense and Education Fund ("TLDEF") as counsel for the Plaintiffs.

2. Mr. Lewis has resigned from his position effective August 27, 2021.

3. David Brown will continue to represent Plaintiffs on behalf of TLDEF, and all other counsel of record will continue to represent all Plaintiffs, so there will be no detriment to or disruption to the Plaintiff's legal representation.

4. The undersigned certifies that the granting of this Motion will not delay the proceedings in this matter or this Court.

**WHEREFORE**, undersigned counsel respectfully asks this Court to grant this motion for leave of Court to withdraw Mr. Lewis's representation of the above named Plaintiffs, and to terminate his appearance as counsel of record in this case.

* * *

Respectfully submitted, this 27th day of September, 2021.

Dated: September 27, 2021

Respectfully submitted,

/s/ David Brown
David Brown*
Noah E. Lewis*
TRANSGENDER LEGAL DEFENSE
   AND EDUCATION FUND, INC.
520 8th Ave, Ste. 2204
New York, NY 10018
Telephone: 646-993-1680
Facsimile: 646-993-1686
dbrown@transgenderlegal.org

Amy E. Richardson
N.C. State Bar No. 28768
HARRIS, WILTSHIRE & GRANNIS LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Telephone: 919-429-7386
Facsimile: 202-730-1301
arichardson@hwglaw.com

Deepika H. Ravi*
HARRIS, WILTSHIRE & GRANNIS LLP
919 M Street N.W., 8th Floor,
Washington, D.C. 20036
Telephone: 202-730-1300
Facsimile: 202-730-1301
dravi@hwglaw.com

Tara Borelli*
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30318-1210
Telephone: 404-897-1880
Facsimile: 404-897-1884
tborelli@lambdalegal.org

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
   EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: 212-809-8585
Facsimile: 212-809-0055
ogonzalez-pagan@lambdalegal.org

*Counsel for Plaintiffs*

\* Appearing by special appearance pursuant to L.R. 83.1(d).

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users.

Dated: September 27, 2021

/s/ David Brown
David Brown*
Noah E. Lewis*
Transgender Legal Defense
    and Education Fund, Inc.
520 8th Ave, Ste. 2204
New York, NY 10018
Telephone: 646-993-1680
Facsimile: 646-993-1686
dbrown@transgenderlegal.org

*Counsel for Plaintiffs*