IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK;; JULIA MCKEOWN; MICHAEL D. BUNTING, JR.; C.B., by his next friends and parents, MICHAEL D. BUNTING, JR. and SHELLEY K. BUNTING; SAM SILVAINE; and DANA CARAWAY, a/k/a DOWD CARAWAY, *Plaintiffs*, v. DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; NORTH CAROLINA STATE UNIVERSITY; UNIVERSITY OF NORTH CAROLINA AT GREENSBORO; and NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES; and NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, *Defendants*. | No. 1:19-cv-00272-LCB-LPA

**PROPOSED ORDER ON MOTION TO WITHDRAW AS COUNSEL** |

THIS MATTER is before the Court upon the Motion of undersigned counsel for Noah Lewis to withdraw as counsel of record for all Plaintiffs in the above-captioned civil action ("Plaintiffs").

Undersigned Counsel, having moved the Court to permit Mr. Lewis to withdraw from representation on behalf of the Plaintiffs, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Noah Lewis is permitted to withdraw as counsel of record for the Plaintiffs. It is further ORDERED that the Clerk shall delete the aforementioned attorney from the notice list.

This the _____ day of _____, 2021.

_____
United States District Court Judge
Middle District of North Carolina Case