IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:19-cv-272-LCB-LPA

| | |
|---|---|
| MAXWELL KADEL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | **O R D E R** |
| DALE FOLWELL, in his official ) | |
| capacity as State Treasurer of ) | |
| North Carolina, *et al.*, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the Court upon the Consent Motion of the Plan Defendants, pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rule 26.1(d), for an extension of time to complete two (2) expert-witness depositions.

IT APPEARING TO THE COURT that the parties have set forth good cause for the granting of this extension request, to wit, the unexpected medical complications experienced by Dr. Randi C. Ettner and Dr. Paul McHugh.

IT FURTHER APPEARING TO THE COURT that the parties have been working together to timely schedule and conduct depositions, and that the two remaining expert-witness depositions can be conducted by October 15, 2021 (for Dr. McHugh) and October 22, 2021 (for Dr. Ettner), and that all parties fully consent to the granting of this extension request, it is

THEREFORE ODERED, that the Plan Defendants' Consent Motion (Doc. No. ___) is GRANTED and the Pretrial Schedule Order in this matter is hereby amended such that the deadline for taking the deposition of Dr. Randi C Ettner is extended to October 22, 2021, and the deadline for completing the deposition of Dr. Paul McHugh is extended to October 15, 2021.

SO ORDERED, this the ____ day of September, 2021

_____