IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:19-cv-272-LCB-LPA

| | |
|---|---|
| MAXWELL KADEL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| DALE FOLWELL, in his official ) | |
| capacity as State Treasurer of ) | |
| North Carolina, *et al.*, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the Court upon the Joint-Consent Motion of the
Parties, pursuant to Rules 6(b) and 16(b)(4), Fed. R. Civ. Proc., and L.R. 6.1
and 26.1(d), M.D.N.C., for entry of an Order extending the deadlines to file
dispositive motions so that opening briefs would be due December 15, 2021,
Response Briefs would be due January 17, 2022, and Reply Brief would be due
January 31, 2022.

IT APPEARING TO THE COURT that the Parties have set forth good
cause for the granting of this extension request, including the scope and
volume of the discovery and the delay associated with several witnesses'
unexpected medical complications.

IT FURTHER APPEARING TO THE COURT that the Motion is a Joint
Consent Motion of all parties, that the parties worked together throughout

discovery to ensure the timely completion thereof, and that parties believe this extension request should not have an impact on the projected start of the trial in July 2022.

IT IS THEREFORE ODERED, that the Parties Joint-Consent Motion (Doc. No. ___) is GRANTED and the deadline to file dispositive motions is hereby extended so that opening briefs are due December 15, 2021, Response Briefs are due January 17, 2022, and Reply Briefs are due January 31, 2022.

SO ORDERED, this the ____ day of October, 2021

_____