IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:19-cv-272-LCB-LPA

| | |
|---|---|
| MAXWELL KADEL, *et al.*, | )<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) **O R D E R** |
| DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, *et al.*, | )<br>)<br>)<br>) |
| Defendants. | ) |

THIS MATTER is before the Court upon the Consent Motion of the Plan Defendants, pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rule 26.1(d), for an extension of time to extend the deadline to complete the expert witness deposition of Dr. Paul McHugh until October 31, 2021.

IT APPEARING TO THE COURT that the parties have set forth good cause for the granting of this extension request, to wit, the continued medical complications experienced by Dr. Paul McHugh.

IT FURTHER APPEARING TO THE COURT that the parties have been working together to timely conduct depositions and that it is believed the deposition of Dr. McHugh's can be completed by October 31, 2021.

THEREFORE ODERED, that the Plan Defendants' Consent Motion (Doc. No. ___) is GRANTED the deadline for completing the deposition of Dr. Paul McHugh is extended to October 31, 2021.

SO ORDERED, this the ____ day of October, 2021