IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:19-cv-00272

| | |
|---|---|
| MAXWELL KADEL, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, *et al.*, | ) |
| Defendants. | ) |

**NOTICE OF INTENT TO FILE DISPOSITIVE MOTIONS**

Pursuant to LR 56.1 (a), Counsel for Defendants Dale Folwell, Dee Jones, and the North Carolina State Health Plan for Teachers and State Employees, hereby give notice of their intention to file dispositive motions in this case.

This is the 13th day of October, 2021.

Respectfully submitted,

*/s/ John G. Knepper*

John G. Knepper
Wyo. Bar No. 7-4608
LAW OFFICE OF JOHN G. KNEPPER, LLC
Post Office Box 1512
Cheyenne, WY 82003-1512
Telephone: (307) 632-2842
Facsimile: (307) 432-0310
John@KnepperLLC.com

*/s/ Kevin G. Williams*

Kevin G. Williams
N.C. Bar No. 25760
Mark A. Jones
N.C. Bar No. 36215
BELL, DAVIS & PITT, P.A.
100 North Cherry Street, Suite 600
Winston-Salem, NC 27101
Telephone: (336) 722-3700
Facsimile: (336) 722-8153
kwilliams@belldavispitt.com

1

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users.

This the 13th day of October, 2021.

*/s/ Kevin G. Williams*
Kevin G. Williams

BELL, DAVIS & PITT, P.A
100 North Cherry St., Suite 600
Winston-Salem, NC 27101
Telephone: (336) 722-3700
Facsimile: (336) 722-8153
kwilliams@belldavispitt.com
