THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION
FILE No. 1:19-CV-00272-LCB-LPA

MAXWELL KADEL, )
)
      Plaintiff, )
) **NORTH CAROLINA**
v. ) **DEPARTMENT OF PUBLIC**
) **SAFETY'S NOTICE OF INTENT**
JASON FLECK, *et al.*, ) **TO FILE DISPOSITIVE MOTION**
)
      Defendants. )
)

Pursuant to LR 56.1 (a), Counsel for Defendant North Carolina Department of Public Safety hereby gives notice of its intention to file dispositive motions in this case.

This is the 13th day of October, 2021.

                                     **JOSHUA H. STEIN**
                                     **ATTORNEY GENERAL**

                                     /s/ *Alan McInnes*
                                     Alan McInnes
                                     Assistant Attorney General
                                     N.C. State Bar No. 20938
                                     N.C. Department of Justice
                                     Public Safety Section
                                     P. O. Box 629
                                     Raleigh, North Carolina 27602-0629
                                     Telephone: (919) 716-6529
                                     Facsimile: (919) 716-6761
                                     E-mail:    amcinnes@ncdoj.gov

# CERTIFICATE OF SERVICE

I, Alan McInnes, hereby certify that on this day, I electronically filed my **NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY'S NOTICE OF INTENT TO FILE DISPOSITIVE MOTION**, with the Clerk of the Court utilizing the CM/ECF system, which will provide electronic notification to the following:

Deepika H. Ravi
HARRIS, WILTSHIRE & GRANNIS, LLP
1919 M Street, NW, Eighth Floor
Washington, DC 20036
dravi@hwglaw.com
*Attorney for Plaintiffs*

Noah E. Lewis
TRANSGENDER LEGAL DEFENSE
 & EDUCATION FUND, INC.
20 West 20th Street, Suite 705
New York, NY 10011
nlewis@transgenderlegal.com
*Attorney for Plaintiffs*

Alejandra L. Craballo
TRANSGENDER LEGAL DEFENSE
 & EDUCATION FUND, INC.
520 8TH Avenue, Suite 2204
New York, NY 10011
acaraballo@transgenderlegal.com
*Attorney for Plaintiffs*

David Brown
TRANSGENDER LEGAL DEFENSE
 & EDUCATION FUND, INC.
520 8TH Avenue, Suite 2204
New York, NY 10011
dbrown@transgenderlegal.com
*Attorney for Plaintiffs*

2

Case 1:19-cv-00272-LCB-LPA   Document 125   Filed 10/13/21   Page 2 of 5

Omar Gonzalez-Pagan
LAMBDA LEGAL DEFENSE
 AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY  10005
Ogonzalez-pagan@lambalegal.org
*Attorney for Plaintiffs*

Lauren E. Snyder
HARRIS, WILTSHIRE & GRANNIS, LLP
1033 Wade Avenue, Suite 100
Raleigh, NC  27605-1155
lsnyder@hwglaw.com
*Attorney for Plaintiffs*

Tara L. Boreli
LAMBDA LEGAL DEFENSE
 AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY  10005
tborelli@lamdalegal.org
*Attorney for Plaintiffs*

Carl S. Charles
LAMBDA LEGAL DEFENSE
 AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY  10005
ccharles@lamdalegal.org
*Attorney for Plaintiffs*

Amy E. Richardson
HARRIS, WILTSHIRE & GRANNIS, LLP
1033 Wade Avenue, Suite 100
Raleigh, NC  27605-1155
arichardson@hwglaw.com
*Attorney for Plaintiffs*

Dana Caraway
*Pro Se Plaintiff*

John G. Knepper
LAW OFFICE OF JOHN G. KNEPPER, LLC
P. O. Box 1512
Cheyenne, WY 82003
John@KnepperLLC.com
*Attorney for Dale Folwell, the State Health Plan*
 *and Dee Jones*

James Benjamin Garner
N. C. DEPARTMENT OF STATE TREASURER
3200 Atlantic Avenue
Raleigh, NC 27604
Ben.Garner@nctreasurer.com
*Attorney for Dale Folwell, the State Health Plan*
 *and Dee Jones*

Kevin Guy Williams
BELL DAVIS & PITT, P.A.
P.O. Box 21029
Winston-Salem, NC 27120-1029
kwilliams@belldavispitt.com
*Attorney for Dale Folwell, the State Health Plan*
 *and Dee Jones*

Mark A. Jones
BELL DAVIS & PITT, P.A.
P.O. Box 21029
Winston-Salem, NC 27120-1029
mjones@belldavispitt.com
*Attorney for Dale Folwell, the State Health Plan,*
 *and Dee Jones*

Zachary A. Padget
N. C. DEPARTMENT OF JUSTICE
114 W. Edenton Street
Raleigh, NC 27603
zpadgett@ncdoj.gov
*Attorney for UNC Chapel Hill, UNC Greensboro*
 *and NC State*

Kimberly D. Potter
N. C. DEPARTMENT OF JUSTICE
EDUCATION SECTION
114 W. Edenton Street
Raleigh, NC 27603
kpotter@ncdoj.gov
*Attorney for UNC Chapel Hill, UNC Greensboro,
 and NC State*

This the 13th day of October, 2021.

                                        /s/ *Alan McInnes*
                                        Alan McInnes
                                        Assistant Attorney General