IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, *et al.*,

    *Plaintiffs*,

v.

DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, *et al.*,

    *Defendants*.

Case No. 1:19-cv-00272-LCB-LPA

## ORDER

Upon consideration of the Plaintiffs' Unopposed Motion for Leave to File Combined Overlength Dispositive Briefs, it is hereby

**ORDERED** that the motion is **GRANTED**. Plaintiffs may file combined opening, response, and reply dispositive briefs, limited to 14,000 words, 14,000 words, and 7,000 words, respectively.

This, the ___ day of November, 2021.

_____
U.S. District Court Judge for the
Middle District of North Carolina