# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

November 5, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

       Re:   North Carolina State Health Plan for Teachers and State Employees
              v. Maxwell Kadel, et al.
              No. 21-674
              (Your No. 20-1409)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on November 2, 2021 and placed on the docket November 5, 2021 as No. 21-674.

                                Sincerely,

                                **Scott S. Harris**, Clerk

                                by

                                Jacob A. Levitan
                                Case Analyst