THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION
FILE No. 1:19-CV-00272-LCB-LPA

| | |
|---|---|
| MAXWELL KADEL, | ) |
| Plaintiff, | ) **NOTICE OF SUBSTITUTION OF** |
| v. | ) **COUNSEL** |
| JASON FLECK, *et al*., | ) **Local Rule 83.1(e)(2)** |
| Defendants. | ) |

**NOW COMES** Defendant, North Carolina Department of Public Safety ("Defendant"), by and through undersigned counsel, Special Deputy Attorney General James B. Trachtman, and provides notice pursuant to Local Rule 83.1(e)(2) that there has been a substitution of counsel in this case. Special Deputy Attorney General James B. Trachtman is hereby being substituted as counsel for the Defendant in place of Assistant Attorney General Alan D. McInnes, who will no longer be employed in this section of the Department of Justice and will no longer be representing the Defendant. Special Deputy Attorney General Trachtman is aware of and will comply with all pending deadlines in the case, including proceeding with any scheduled trial or hearings. Said substitution is being made pursuant to Local Rule 83.1(e)(2).

Respectfully submitted, this 10th day of November, 2021.

          JOSHUA H. STEIN
          Attorney General

          /s/ James B. Trachtman
          James B. Trachtman
          Special Deputy Attorney General
          N.C. State Bar No. 22360
          N.C. Department of Justice
          Public Safety Section
          P. O. Box 629
          Raleigh, North Carolina 27602-0629
          Telephone: (919) 716-6943
          Facsimile: (919) 716-6761
          E-Mail: jtrachtman@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated above, I electronically filed the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will provide electronic notification to counsel.

DATED: November 10, 2021.

          /s/ James B. Trachtman
          James B. Trachtman
          Special Deputy Attorney General