IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, et al.,

    Plaintiffs,

v.                      1:19CV272

DALE FOLWELL, et al.,

    Defendants.

### ORDER

This matter is before the Court on the Plaintiffs' Unopposed Motion for Leave to File Combined, Overlength Dispositive Briefs. (ECF No. 126.).

IT IS HEREBY ORDERED that the motion is DENIED.

This, the 10th day of November 2021.

                          /s/ Loretta C. Biggs
                          United States District Judge