# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, et al.,<br><br>   *Plaintiffs*,<br><br>v.<br><br>DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, et al.,<br><br>   *Defendants*. | No. 1:19-cv-00272-LCB-LPA<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

NOW COMES Evan Marolf, having previously made a special appearance pursuant to Local Rule 83.1, to respectfully request an order allowing him to withdraw as counsel for all Plaintiffs in the above-captioned civil action. In support of this Motion, undersigned counsel states as follows:

1. On August 11, 2021, Mr. Marolf of Harris, Wiltshire & Grannis LLP ("HWG") entered a notice of special appearance as counsel for the Plaintiffs.

2. Mr. Marolf has accepted a position outside of HWG and is resigning his position effective November 23, 2021.

3. Amy Richardson, Lauren Snyder, Deepika Ravi, and Grace Wynn will continue to represent Plaintiffs on behalf of HWG, as well as all counsel who have entered a notice of appearance, so there will be no detriment to or disruption to the Plaintiffs' legal representation.

4. The undersigned certifies that the granting of this Motion will not delay the proceedings in this matter or this Court.

**WHEREFORE**, undersigned counsel respectfully asks this Court to grant this Motion for Leave of Court to withdraw his representation of the above-named Plaintiffs, and to terminate his appearance as counsel of record in this case.

\* \* \*

Dated: November 24, 2021

Respectfully submitted,

/s/ Amy E. Richardson
Amy E. Richardson
N.C. State Bar No. 28768
Lauren E. Snyder
N.C. State Bar No. 54150
HARRIS, WILTSHIRE & GRANNIS LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Telephone: 919-429-7386
Facsimile: 202-730-1301
arichardson@hwglaw.com

/s/ Evan R. Marolf
Deepika H. Ravi*
Evan R. Marolf*
Grace H. Wynn*
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street N.W., 8th Floor,
Washington, D.C. 20036
Telephone: 202-730-1300
Facsimile: 202-730-1301
dravi@hwglaw.com

David Brown*
TRANSGENDER LEGAL DEFENSE
 AND EDUCATION FUND, INC.
520 8th Ave, Ste. 2204
New York, NY 10018
Telephone: 646-993-1680
Facsimile: 646-993-1686
dbrown@transgenderlegal.org

Tara Borelli*
Carl S. Charles*
LAMBDA LEGAL DEFENSE AND
 EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30318-1210
Telephone: 404-897-1880
Facsimile: 404-897-1884
tborelli@lambdalegal.org

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
 EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: 212-809-8585
Facsimile: 212-809-0055
ogonzalez-pagan@lambdalegal.org

Michael W. Weaver*
Adam M. Safer*
MCDERMOTT WILL & EMERY
444 W. Lake St., Suite 4000
Chicago, IL 60606
Telephone: 312-984-5820
Facsimile: 312-984-7700
mweaver@mwe.com

Dmitriy G. Tishyevich*  
Warren Haskel*  
MCDERMOTT WILL & EMERY  
One Vanderbilt Avenue  
New York, NY 10017-3852  
Telephone: 212-547-5534  
Facsimile: 646-417-7668  
dtishyevich@mwe.com  

Lauren H. Evans*  
MCDERMOTT WILL & EMERY  
One Vanderbilt Avenue  
New York, NY 10017-3852  
Telephone: 202-756-8864  
Facsimile: 202-591-2900  
levans@mwe.com

*Counsel for Plaintiffs*

* Appearing by special appearance pursuant to L.R. 83.1(d).

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users.

Dated: November 24, 2021	/s/ Amy E. Richardson
Amy E. Richardson
N.C. State Bar No. 28768
HARRIS, WILTSHIRE & GRANNIS LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Telephone: 919-429-7386
Facsimile: 202-730-1301
arichardson@hwglaw.com

*Counsel for Plaintiffs*