## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, *et al.*;

        *Plaintiffs*,

     v.

DALE FOLWELL, in his official capacity
as State Treasurer of North Carolina, *et al.*,

        *Defendants*.

1:19-cv-00272-LCB-LPA

## [PROPOSED] ORDER GRANTING EIGHT MEDICAL ORGANIZATIONS' MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF

Upon this Court's review and full consideration of the Motion for Leave to File Amici Curiae Brief in Support of Plaintiff's Motion for Summary Judgment (Docket No. XX) and accompanying Memorandum of Law filed by the American Academy of Pediatrics, American College of Obstetricians and Gynecologists, the American Medical Association, American Psychiatric Association, the Endocrine Society, the North American Society for Pediatric and Adolescent Gynecology, National Association of Nurse Practitioners in Women's Health, and the Society of OB/GYN Hospitalists, it is hereby ORDERED that the Motion is GRANTED, and the attached proposed Amici Curiae Brief of the medical organizations shall be docketed.

Dated: _____

                                       _____

                                       Loretta C. Biggs
                                       United States District Judge