# EXHIBIT 4

# Declaration of Wayne Goodwin

EXHIBIT 4

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION
FILE No. 1:19-CV-00272-LCB-LPA

MAXWELL KADEL,                          )
                                        )
                    Plaintiff,          )        **DECLARATION OF**
                                        )     **GEORGE WAYNE GOODWIN**
        v.                              )
                                        )
JASON FLECK, *et al.*,                  )
                                        )
                    Defendants.         )
                                        )
                                        )
                                        )

I, George Wayne Goodwin, more commonly known as Wayne Goodwin, hereby declare under penalty of perjury as follows:

1.      I am an adult over the age of 18 years, have never been adjudged incompetent, suffer from no mental or emotional illness, and make this declaration of my own free will, stating facts of which I have personal knowledge.

2.      I am not a named Defendant herein. I have been retained by counsel for the North Carolina Department of Public Safety ("Defendant DPS" or "DPS") as an expert in connection with the above-captioned litigation. A true, correct, and authentic copy of my expert report is attached hereto as Exhibit 1 and incorporated herein by reference (the "Report").

3.      As more fully discussed in the Report, Defendant DPS has no control over or ability to override the State Defendants' actions vis-a-vis the State Health Plan offered

EXHIBIT 4

to the Plaintiffs and similarly-situated State employees. As currently interpreted by the Attorney General of North Carolina, North Carolina law prohibits State agencies, including Defendant DPS, from providing any general health insurance policies or health insurance coverage other than what is offered through the State Health Plan, including supplemental health insurance policies for gender confirming care. Further, those State agencies of the North Carolina government, including Defendant DPS, are unable to provide the options identified in the Expert Disclosure Report from Jamison Green, Ph.D. for coverage of gender confirming care to transgender employees and their eligible dependents who are transgender and other persons eligible for coverage. Given the statutory and other limitations applicable to Defendant DPS and current interpretations of law by the Attorney General, there do not appear to be any allowed solutions or strategies that Defendant DPS can avail itself of to provide insurance coverage of gender confirming care for transgender employees and qualified dependents without either potentially violating North Carolina state law or potentially violating federal law.

FURTHER DECLARANT SAYETH NOT.

EXHIBIT 4

Pursuant to 28 U.S.C. § 1746(2), I verify under penalty of perjury that the foregoing Declaration is true and correct in substance and in fact to the best of my knowledge and belief.

This the 21st day of November, 2021.

_George Wayne Goodwin_
GEORGE WAYNE GOODWIN

EXHIBIT 4