# EXHIBIT 5

# Expert Report of Jamison Green, Ph.D.

EXHIBIT 5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, *et al.*,

                 *Plaintiffs*,

       v.

DALE FOLWELL, *et al.*,

                 *Defendants*.

No. 1:19-cv-00272-LCB-LPA

## EXPERT DISCLOSURE REPORT OF
## JAMISON GREEN, PH.D.

### I.      PRELIMINARY STATEMENT

1.      I, Jamison Green, Ph.D., have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation.

2.      I have actual knowledge of the matters stated and would so testify if called as a witness. I reserve the right to supplement or amend this report based on any future information that is provided to me, including but not limited to information produced by Defendants in discovery or in response to Defendants' expert disclosures.

3.      This report contains my opinions and conclusions, including: that employers of all sizes whose health insurance plans contain an exclusion for gender confirming care have a variety of viable options that can be utilized to provide their transgender employees with access to that care.

## II.   QUALIFICATIONS AND BACKGROUND

### A.   Qualifications

4.     I am the owner and founding member of Transgender Strategies Consulting, LLC, a limited liability company registered in the State of Washington. Through this business, I regularly consult with corporations of all sizes, small businesses, professional organizations, local, state, and federal government agencies, and education institutions concerning transgender health care access issues and other workplace issues.

5.     In 2011, I received a Ph.D. in Law from the Manchester Metropolitan University in Manchester, England.  The research for my degree focused on extensive analysis of a family law case at the intersection of law and medicine that continues to impact the lives of gender-diverse people around the world and how this intersection has manifested historically in both the United States and European law and policy.  A true and correct copy of my Curriculum Vitae is attached hereto as Exhibit A.

6.     I have taught a doctoral-level course in Transgender Experience, Identities, Policies and Communities.  I am also a current member of the Ethics Faculty of the Global Education Initiative of the World Professional Association for Transgender Health ("WPATH").

7.     For over 25 years, I have provided training and policy consulting services on transgender issues, specifically focused on helping employers provide health care access and ensure social equity in business and professional contexts.  These contexts include but are not limited to medical providers in hospitals, medical schools, and clinical settings, providing professional continuing education to legal professionals,

EXHIBIT 5

psychologists, marriage and family therapists, licensed clinical social workers, law enforcement officers, and clergy members.

8.    In the course of this work, I extensively researched, investigated, and proposed to employers many different solutions and strategies that employers can utilize to ensure their transgender employees or dependents have access to health insurance coverage that includes gender confirming care.  I also worked with employers of all sizes to provide transgender employees with equal dignity, rights, and access to health care as a core benefit of employment, including helping employers to remove blanket exclusions from their health benefit plans and policies, and to procure access when the exclusions could not be removed.

9.    I have consulted with several government bodies regarding the text of non-discrimination laws and regulations impacting transgender and gender-diverse people, most notably the City and County of San Francisco, the California Department of Fair Employment and Housing and the Health Ministries of British Columbia, Norway, Sweden, France, Kazakhstan, and Kyrgyzstan.

10.    I have been elected three times to the Board of Directors of WPATH, a nonprofit, educational organization with an interdisciplinary professional membership of over 2,100 physicians, nurses, psychologists, attorneys, scientific researchers, and others whose professional work impacts the lives of transgender, gender diverse and gender-nonconforming people worldwide.  I was elected to two four-year terms as an at-large director, and once to a six-year term as President of WPATH.  Because of the timing of elections and global conferences, my board service extended to a total of 15 years.

EXHIBIT 5

11.     Since 1979, WPATH has promulgated the internationally accepted Standards of Care for the Health of Transgender and Gender-Nonconforming People and holds biennial scientific symposia in which the latest research in this topic is presented and discussed.  WPATH has been acknowledged as the leading authority in the field of transgender health by the American Medical Association, American Psychiatric Association, American Psychological Association, and many other professional groups. In addition, the World Health Organization, the United States Department of State, the U.S. Department of Health and Human Services, and many state and federal courts cite WPATH as the leading authority on scientific, medical, and social policy matters pertaining to transgender and gender-nonconforming people.

12.     I am a co-author of the latest revision of the WPATH Standards of Care, Version 7 (2012), and I am a lead author of the Ethics section in the forthcoming Version 8. I have also served as the chair of several WPATH standing committees: The Public Policy, Advocacy, and Liaison Committee, the Legal Issues Committee, and the Ethics Committee.  I have also served as a member of the Communications Committee and the Bylaws, Policy and Procedures Committee.

13.     I have published several academic articles and book chapters on the topic of transgender health, rights, and related policy concerns, and my monograph, *Becoming a Visible Man*, won the 2005 prize for Best Book in Transgender Studies from the Center for Lesbian and Gay Studies at City University of New York.  It is used as a text in numerous university courses in a variety of disciplines and has just been released in a revised second edition (Vanderbilt University Press, 2020).

4

EXHIBIT 5

14.     I have received numerous awards and certificates of recognition from professional associations and governmental bodies for my contributions to transgender health and rights.

**B.      Materials Considered in Preparing This Report**

15.     I have reviewed the Complaint for Declaratory, Injunctive, and Other Relief, ECF No. 1; and the proposed First Amended Complaint for Declaratory, Injunctive, and Other Relief, ECF No. 62-1.

16.     In preparing this report, I relied on my education and training, my research experience, and my over 25 years of professional consulting, teaching, and training of employers, agencies, organizations, states, and nations about ensuring transgender health care access and insurance coverage.

17.     The knowledge I have relied upon in preparing this report is the same type of knowledge that experts in my field of practice and study regularly rely upon when forming opinions.  I may wish to supplement these opinions or the bases for them because of new publications or in response to statements and issues that may arise in my area of expertise.

**C.      Prior Testimony**

18.     I have not testified as an expert at trial or by deposition within the last four years.

**D.      Compensation**

19.     I am being compensated at an hourly rate for actual time devoted, at a rate of $400.00 per hour, billed in 15-minute increments.

EXHIBIT 5

20.     My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

## III.    EXPERT OPINIONS

### A.    Employer Options When Health Insurance Plan Maintains Exclusion for Gender Confirming Care

21.     It is my opinion that there are a variety of solutions available to employers of varying sizes when the employer's main health insurance plan maintains an exclusion for gender confirming care.

22.     A strategy that several employers have used is to purchase a separate, inclusive plan in which their transgender employees or their dependents may enroll as a coverage option.  I am personally aware of several employers who have done this, including the American Friends Service Committee and the United Unitarian Association from the nonprofit sector, as well as small professional organizations.

23.     Another strategy that several employers have used is to establish a fund administered by the employer's Human Resources/Benefits department to which transgender employees or covered dependents submit their receipts to receive reimbursement of uncovered medical expenses.  The City of Berkeley, California has utilized this method, as have some health sector organizations and nonprofit corporations.

24.     A third solution also available to employers is to provide an affected employee with a stipend for the purpose of purchasing an individual plan in the marketplace that does not contain exclusions for gender confirming care.

EXHIBIT 5

25.     Another strategy available to some employers is to purchase a type of policy "extension" —informally called a "rider"—that would attach to the employer's current plan structure and offer coverage of the care being sought by transgender employees.  That rider would be invoked whenever the benefits are accessed.  I am personally aware of several differently sized companies that have used this option, including Genentech, a biotechnology company with 14,000 employees, as well as companies from the insurance and technology sectors. The availability of this option may vary, but it should be researched by employers seeking solutions for exclusions of gender confirming care in their health plans.

## IV.     CONCLUSION

26.     In summary, there are several viable solutions or strategies that employers have historically and can presently avail themselves of to provide insurance coverage of gender confirming care for transgender employees and qualified dependents.  I may supplement these opinions in response to information produced by Defendants in discovery or in response to Defendants' expert disclosures.

27.     I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of March, 2021.


_____
Jamison Green, Ph.D.

EXHIBIT 5

# CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2021, I caused a copy of the foregoing document

and all attachments to be served upon the following parties via email:

John G. Knepper
LAW OFFICE OF JOHN G. KNEPPER, LLC
P.O. Box 1512
Cheyenne, WY 82003
John@KnepperLLC.com

James Benjamin Garner
NORTH CAROLINA DEPARTMENT OF
STATE TREASURER
3200 Atlantic Avenue
Raleigh, NC 27604
Ben.Garner@nctreasurer.com

Kevin Guy Williams
Mark A. Jones
BELL DAVIS & PITT, P.A.
P.O. Box 21029
Winston-Salem, NC 27120-1029
kwilliams@belldavispitt.com
mjones@belldavispitt.com

*Counsel for Dale Folwell; Dee Jones;*
*N.C. State Health Plan for Teachers and*
*State Employees; and State of North*
*Carolina, Department of Public Safety*

Zach Padget
Kimberly D. Potter
NC DEPARTMENT OF JUSTICE
P.O. Box 629
Raleigh, NC 27602
zpadget@ncdoj.gov
kpotter@ncdoj.gov

*Counsel for Defendants University of*
*North Carolina at Chapel Hill; North*
*Carolina State University; and University*
*of North Carolina at Greensboro*

Dated: March 1, 2021

/s/ Amy E. Richardson
Amy E. Richardson, N.C. SBN 28768
HARRIS, WILTSHIRE & GRANNIS LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
P: 919-429-7386 | F: 202-730-1301
arichardson@hwglaw.com

*Counsel for Plaintiffs*

8

EXHIBIT 5

# Exhibit A

EXHIBIT 5

# Jamison Green, Ph.D.
## Author, Educator, Public Speaker, Expert Policy Consultant

5421 NE 51st CIR., Vancouver, WA 98661
510-393-4785 Mobile • 360-312-4522 Skype • jgreenphd1@gmail.com

## Education

- Ph.D., Equalities Law, 2011, Manchester Metropolitan University, England.
- M.F.A., English/Creative Writing (fiction), 1972, University of Oregon.
- B.A., English, 1970, University of Oregon, Eugene, Oregon.

## Employment

- President, Jamison Green & Associates, Transgender Training & Policy Consulting for Business, Education and Government, 2007—present (self-employment). Since 2018 dba Transgender Strategies Consulting, LLC. Advise HR and legal staff, plus train managers and co-workers of transitioning employees regarding transgender non-discrimination policies and workplace best practices for diversity and inclusion for many major corporations across the country. Guided the evolution of the Human Rights Campaign (HRC) Foundation's Workplace Project's Corporate Equality Index (CEI) with respect to transgender-inclusive healthcare benefits; developed educational materials, and conducted live trainings and webinars for HRC to distribute to employers to guide their implementation of these programs. Wrote several commissioned papers and reports (see Publications section). Delivered numerous invited lectures, training sessions, and keynote speeches in the U.S., Europe, Africa, and Asia. Created guidelines for all Macy's and Bloomingdale's retail employees on respectful treatment of transgender customers, co-workers, and managers/supervisors, plus a more detailed guide for HR managers. Conducted transgender trainings for the Securities & Exchange Commission in two cities, and comprehensive diversity & inclusion training for all employees at the Presidio Trust.

- Adjunct Professor in the Ph.D. program in Human Sexuality at California Institute of Integral Studies, San Francisco, 2014—2016. Taught hybrid (asynchronous online & live classroom) courses in transgender history, experience, and culture, and in gender in society. Advised students in research and dissertation processes.

- International Guidelines Manager, Center of Excellence for Transgender Health, Department of Family and Community Medicine, University of California, San Francisco, 2011—2014. Conducted independent research to analyze all existing healthcare protocols for transgender people, and produce a gap assessment report; establish baseline status of services available and mechanisms for knowledge dissemination in Kyrgyzstan, Peru, South Africa, and the U.S., and planned and executed a conference with health ministry representatives, physicians, and NGO representatives to determine what health disparities existed in each region. Developed practical strategies to address disparities and the unique problems they produce in each of the four environments/cultures. Underwritten by the Open Society Foundations.

EXHIBIT 5

## Employment (cont'd)

- Primary Care Protocols Manager, Center of Excellence for Transgender Health, Department of Family and Community Medicine, University of California San Francisco, 2009—2011. Conducted gap analysis among available primary care protocols developed for transgender care, organized a 9-member Medical Advisory Board, drafted prototype text for physicians to review and approve, designed concept for interactive online resource for primary care physicians unfamiliar with transgender health concerns. Underwritten by the California Endowment.

- President-Elect, World Professional Association for Transgender Health (WPATH), 2011—2014, serving as President 2014—2016, and as Past-President 2016—2018.

  Board Member, WPATH (formerly HBIGDA), elected to two terms of service, 2003—2007 and 2007—2011.

  - Author of all WPATH policy statements; co-author of *WPATH Standards of Care*.
  - Media spokesperson for the Association.
  - Chair of the Public Policy, Advocacy & Liaison Committee (2007-2014).
  - Member of the Communications Committee, Legal Issues Committee, and Policy & Procedures Committee (2009-2018).
  - Chair of the Ethics Committee (2014-2018); Co-Chair of Ethics Committee, 2019+; member of the Global Education Initiative (GEI) Steering Committee and faculty.
  - Member of the Standards of Care Committee and core writing group (2009-2021).
  - As President, serve as an *ad hoc* member of all Association committees, organize an international Scientific Symposium (in Amsterdam, June 2016) for over 1000 physician, mental health, legal, social scientist, and NGO providers of services to transgender people concerned about transgender health and rights.
  - Specific accomplishments during my presidency: Changed the Association's business model to one more beneficial for and responsive to its members; membership tripled during the second half of my term due to programs I either initiated or coaxed into realization, after 36 years of slow, inconsistent growth. Example programs: instituted a Development Committee, created a fund-raising campaign to meet a challenge grant from an NGO in the UK to fund translations of the *Standards of Care* (now available in 19 languages, with more to come), moved from university-housed, volunteer association management to professional medical association management company, implemented tiered membership dues model to allow more professionals from the global south to join, divided the membership into regions to more efficiently handle political and geographic issues that affect only a portion of the membership, while still encouraging global communication about scientific or treatment-related issues, and drove the Association to institute a certification program for professionals in the field of transgender health to increase the number of knowledgeable providers and improve available care. Arguably, these two years have seen the most dramatic changes for the organization since its inception in 1979.

- Adjunct Instructor, Queer Psychology, John F. Kennedy University & Extension, 2006—2011. Co-taught courses with a psychologist for grad students and licensed clinicians.

EXHIBIT 5

## Employment (cont'd)

- Director, Technical Publications, Visa U.S.A. 2005−2007. Managed a staff of 9 writers; distributed assignments, monitored performance, provided development opportunities, conducted annual performance reviews, and determined salary increases within specified departmental budget, resolved any conflicts within or outside the group. My team wrote and maintained Visa card processing system software documentation, guides for other unique software development projects, and the 2000+ page Visa Operating Regulations, which is contractually committed to be revised and re-released every 6 months, in hard copy, to every Visa card issuing and/or acquiring bank or financial institution globally. This is a high-visibility and high stakes project (because of its cost), which my staff was able to accomplish virtually without errors.

- Faculty, San Francisco State University, Summer Institute on Sexuality, Social Inequality, and Health, National Sexuality Resource Center, 2005. Taught a 4-week classroom course on "Moral Panics" to ~25 post-graduate students. Lectured, assigned readings and papers; read & graded papers; delivered constructive feedback.

- Technical Writing Specialist, Visa International and Visa U.S.A., 1999−2005. As an individual contributor, created Visa's Y2K Response Plan for the Development Division. Produced business documentation (internal to banks) for Visa Gift Card, Visa Payroll Card, and other similar specialty cards, legal notices, and a stand-alone card processing system to be implemented in Ukraine.

- Diversity Consultant (self-employed, occasional) specializing in sexuality & gender issues in colleges, universities, corporations, and government agencies, 1989−2007. Columnist, PlanetOut.com, "Visible Man" 1999−2005.

- Consulting Technical Writer (freelance, through a broker): Banking/Financial, Medical Device Development and Manufacturing companies, Computer Hardware and Software Design and Manufacturing, on contract with IBM, NEC, Visa International, Inc., and Visa, U.S.A., 1992−1999.

- Manager, System Software Documentation, Sun Microsystems, Inc., Mountain View, CA, 1988−1991. Managed staff of 12 writers; reduced customer complaints about documentation by 90%.

- Vice President of Operations, Paperback Software International, Inc., Berkeley, CA, 1986−1988. Managed all product production, documentation, artwork, order fulfillment, shipping, receiving, writing and editorial functions; provided guidance for staff of 14. Reduced production costs by 30%, and defective product returns from 40% to 5%. Promoted to Vice President from Director of Publications position in 10 months.

- Manager of Publications & Engineering Services, North Star Computers, San Leandro, CA, 1983−1986. Managed staff of 19, including writers, an editor, 7 draftsmen, and 3 creative artists. Oversaw engineering change control process and the transfer of technology from engineering to manufacturing. Team's publications won several design awards from the Society for Technical Communications.

EXHIBIT 5

# Employment (cont'd)

- Technical & Marketing Writer, Publications Manager, Cooper Medical / Cooper LaserSonics, San Leandro & Mountain View, CA, 1979—1982. Wrote operation & service manuals for intraocular microsurgery systems, surgical lasers; regulatory notices; regulatory affairs documentation; product newsletters (with physicians). Took all photographs to illustrate manua1s. Publications won recognition from the American Medical Writer's Association. Directed photo shoots for marketing brochures and trade show exhibits.

- Legal and Technical Writer, and Affirmative Action Representative, The Bank of California, San Francisco, 1978—1979. Analyzing President Johnson's Executive Order instituting affirmative action, I independently wrote an Affirmative Action Plan for the Bank, which was under a consent decree for discrimination against women and minorities. The plan showed how the Bank would respond to each requirement stated in the Executive Order; it was approved by several Executive Vice Presidents of the Bank. The Vice President of Affirmative Action Compliance and I flew to Los Angeles to present the plan to representatives of the U.S. Treasury Department for review, where it was accepted as meeting the requirements.

- Instructor of Legal Writing, Summer Institute, Lewis and Clark College School of Law, Portland, Oregon, 1977. Taught in a special program for women and minority candidates who were admitted to first year of law school on the condition that they successfully passed the Summer Institute Program. Students took abbreviated versions of traditional law courses: Contracts, Torts, Criminal Law, Civil Procedure, and Legal Writing. Assigned readings from texts for the other courses and developed writing assignments based on those readings; evaluated students' writing problems and gave constructive feedback to help them build skills. Ultimately, instructors evaluated each student's performance and estimated their capability to succeed in law school. When the other instructors, who were traditional law professors at the college, realized that I didn't have a law degree, they strongly encouraged me to go to law school, saying I was "a natural."

- Construction Cable Splicer, Pacific Northwest Bell Telephone Co., Portland, Oregon, 1973-1976. Spliced telephone cables in all kinds of weather, and all kinds of physical settings: buried plant (b-boxes or trenches), underground (manholes), and aerial (climbing ladders or poles, or using "cherry-picker" truck). On-call 24 hours. Selected to train for underwater splicing and was assigned to various special projects requiring advanced problem-solving and analytical skills.

EXHIBIT 5

# Publications

- ***Becoming a Visible Man***, Second Edition, Vanderbilt University Press, 2020.

- "History, Societal Attitudes, and Contexts" in *Gender Confirmation Surgery: Principles and Techniques for an Emerging Field*. Loren S. Schechter, editor. Springer Nature, Switzerland. 2020.

- ***Navigating Trans\*+ and Complex Gender Identities***. London and New York: Bloomsbury. 2019. Co-authored with Rhea Ashley Hoskin, Cris Mayo, and sj Miller.

- "Doctor Livingstone, You Presume" in *Glimmerings: Trans Elders Tell Their Stories*, Margot Wilson and Aaron Devor, Editors. Victoria, B.C.; Transgender Publishing, an imprint of Castle Carrington Publishing. 2019.

- "What *do* you want us to call you?" Co-authored with Dallas Denny and Jason Cromwell. *TSQ: Transgender Studies Quarterly*, Vol. 5, No. 1, pp. 100-110, February 2018. DOI: 10.1215/23289252-4291812

- "Employment Issues: A Personal View" in *The Transgender Handbook*, Walter Pierre Bouman and Jon Arcelus, Editors. New York; Nova Science Publishers, Inc. 2017.

- Legal issues for transgender people: a review of persistent threats. Green J. *Sex Health*. 2017 Oct;14(5):431-435. DOI: 10.1071/SH17104.

- Comparing self-and provider-collected swabbing for HPV DNA testing in female-to-male transgender adult patients: a mixed-methods biobehavioral study protocol. Reisner SL, Deutsch MB, Peitzmeier SM, White Hughto JM, Cavanaugh T, Pardee DJ, McLean S, Marrow EJ, Mimiaga MJ, Panther L, Gelman M, Green J, Potter J. *BMC Infect Dis* 2017 Jun 23;17(1):444. DOI: 10.1186/s12879-017-2539-x

- Winter S, De Cuypere G, Green J, et al. "The Proposed ICD-11 Gender Incongruence of Childhood Diagnosis: A World Professional Association for Transgender Health Membership Survey. *Archives of Sexual Behavior*. 2016 Oct;45(7):1605-14. DOI: 10.1007/s10508-016-811-6. Epub 2016 Aug 4.

- "Transgender: why should we care?" *The Lancet*. Published online June 17, 2016, DOI: http://dx.doi.org/10.1016/S0140-6736(16)30840-6

- Winter S, Diamond M, Green J, et al. "Transgender people: health at the margins of society." *The Lancet*. Published online June 17, 2016, DOI: http://dx.doi.org/10.1016/S0140-6736(16)000683-8

- "Medicare May Cover Transsexual Surgery" *LGBT Health*, Vol. 1, No. 4, Dec. 2014.

- Deutsch MB, Green J, Keatley J, et al. "Electronic Medical Records and the Transgender Patient: Recommendations from the World Professional Association for Transgender Health EMR Working Group." (2013) *Journal of the American Medical Informatics Association*. Published Online First, 30 April 2013. DOI: 10.1136/amiajnl-2012-001472.

- "If I Follow The Rules, Will You Make Me a Man?: Patterns in Transsexual Validation" (2012). *University of La Verne Law Review*: vol. 34 (November), 23-87.

EXHIBIT 5

# Publications (cont'd)

- Pasha Mikalson, MSW, Seth Pardo, PhD, Jamison Green, PhD (2012): *First, Do No Harm: Reducing Disparities for Lesbian, Gay, Bisexual, Transgender, Queer and Questioning Populations in California. The California LGBTQ Reducing Mental Health Disparities Population Report*, Equality California and Mental Health America of Northern California.

- *Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People, Version 7.* (2011) Minneapolis, MN: World Professional Association for Transgender Health; co-author.

- Foreword to *Transfigurations* (photos) by Jana Marcus. Aptos, CA: 7Angels Press, 2011.

- *Forces in Motion: Law, Medicine, the Media, and the Religious Right in Kantaras v Kantaras* (dissertation in partial qualification for the degree of Ph.D. in Equalities Law (2011); held in The British Library).

- *Guide to Organizing for Transgender Health,* authored for the Transgender Law Center, San Francisco, 2008.

- *Transgender Rights in the U.S.A,* lead author for the National Sexuality Resource Center, San Francisco State University, funded by the Ford Foundation, 2008.

- Katherine Rachlin, PhD, Jamison Green, MFA, & Emilia Lombardi, PhD (2008): "Utilization of Health Care Among Female-to-Male Transgender Individuals in the United States," *Journal of Homosexuality*, 54:3, 243-258.

- "Evolutionary Changes," in the anthology *Love, Castro Street: Reflections of San Francisco,* editors Katherine V. Forrest and Jim Van Buskirk. Alyson Books, New York, 2007.

- "Part of the Package: Ideas of masculinity among male-identified transpeople." *Men and Masculinities*, 7 (3), 291-299 (2005).

- ***Becoming a Visible Man***, Vanderbilt University Press, 2004.

- "Centering: An Alternative Perspective" co-published simultaneously in *Journal of Bisexuality*, Vol. 3 No. 3 /4, pp. 277-285; and *Bisexuality and Transgenderism: InterSEXions of the Others* (eds: Jonathan Alexander and Karen Yescavage), Harrington Park Press, an imprint of Haworth Press, 2003.

- "The Art and Nature of Gender" presented at the Third International Congress on Sex and Gender, Oxford, England, September 21, 1998; published in *Transgender Tapestry*, Spring 1999, pp. 41-48; appears as a chapter in *Unseen Genders: Beyond the Binaries*, Haynes & McKenna (eds.), Peter Lang Publishing, New York, April 2001.

- "Introduction" to *Transgender Equality: A Handbook for Activists and Policy Makers* by P. Currah & S. Minter, published by the National Gay & Lesbian Task Force and the National Center for Lesbian Rights, June 2000.

- "In the Body of a Man" published in *Cupido Magazine* (Norway) and in the anthology *Male Lust*, edited by Kay, Nagle, and Gould, Haworth Press, March 2000.

- "FTM—An Emerging Voice" (article) appearing as a chapter in *Current Concepts in Transgender Identity*, Dallas Denny, Ed., Garland Publishers, New York, 1998.

EXHIBIT 5

**Publications (cont'd)**

- "Look! No, Don't!—The Visibility Dilemma for Transsexual Men" (article) appearing as a chapter in *Reclaiming Genders: Transsexual Grammars at the Fin de Siècle*, edited by Dr. Stephen Whittle and Ms. Kate More, Cassell, London & Washington D. C., June 1999; first presented as a paper at the 2nd International Congress on Sex and Gender Issues, June 21, 1997, King of Prussia, PA.

- "Gender Identity and Bisexuality" (co-authored with Dallas Denny, M.A.), chapter appearing in *Bisexuality: the psychology and politics of an invisible minority*, edited by Beth Firestein, Sage Publications, 1996.

- "Getting Real About FTM Surgery" (article) *Chrysalis, The Journal of Transgressive Gender Identities*, Vol. 2, No. 2, July 1995.

- "*Investigation into Discrimination Against Transgendered People*" A Report from the City & County of San Francisco Human Rights Commission, September 1994.

## Public Speaking • Representative Lectures

**Keynote Speeches (example venues; partial list)**

| | |
|---|---|
| 2019 | Coming Out, New York! Conference, New York, NY |
| 2018 | Kyiv Trans Conference, Kyiv, Ukraine |
| 2016 | Moving Trans History Forward, University of Victoria, Victoria, B. C. |
| 2015 | Harry Benjamin Resource Center International Conference, Oslo, Norway |
| | - Gender Expansion Conference, Missoula, MT |
| | - Your True Gender Conference, San Luis Obispo, CA |
| 2014 | Intelligence Community LGBT Summit, NSA HQ, Baltimore, MD |
| | - Kaiser Permanente Adult Transgender Mental Health Training, Lafayette, CA |
| 2013 | Transactions3, Transgender Health Conference, Waterford, Ireland |
| 2012 | Trans Rights as Human Rights & Implications for Transgender Health (Care), Linköping University Hospital, Linköping, Sweden |
| 2011 | First Event, Transgender Community of New England, Boston, MA |
| 2010 | Trans Health and Policy Conference, Cape Town, South Africa |
| 2009 | Southern Comfort Conference, Atlanta, GA |
| 2006 | National Coming Out Day, U.C. Davis School of Law |
| | - Campus Diversity Events, University of Missouri |
| 2005 | Southern Comfort Conference, Atlanta, GA |
| 2004 | Transsexual Disclosure; 6th Int'l Congress on Sex & Gender Issues, Manchester, England |
| | - National Coming Out Day, University of Michigan, Ann Arbor |
| 2003 | Portland Pride, Portland, OR |
| | - Medical and Social Change Conference, Oslo, Norway |

EXHIBIT 5

**Keynote Speeches (cont'd)**

2001    Transcending Boundaries, Yale University

        - National Coming Out Day, University of Oregon

        - InterSEXions: 5th Int'l Congress on Sex & Gender Issues, Perth, Australia

2000    First National Transgender Day of Remembrance, U.N. Plaza, San Francisco

        - San Diego Pride, San Diego, CA

        - San Francisco Pride Main Stage, San Francisco, CA

2000    Millennium March on Washington, Washington, D.C.—first and only trans man invited to speak at this national event

1995    First FTM International Conference of the Americas, San Francisco, CA

**Lectures (example titles and venues; partial list)**

2019    "Perspectives on Evolving and Ethical Transgender Care" – one of two featured presenters from other countries at a public meeting with physicians and clinicians from the national hospital and transgender community leaders held at Ráðhús Reykjavíkur (city hall) in Reykjavik, Iceland

2018, 2019, 2020  "Trans Men's History: Finding our place in the world" – Camp Lost Boys retreat, sessions in Los Angeles, CA area, Denver, CO area, and Atlanta, GA area

2015    "Making the Case for Transgender Health and Rights: Gender Recognition in the Courts and in Prison" Wayne Morse Center for Law and Politics, Public Affairs Speaker Series, University of Oregon School of Law, Eugene, OR
**-** "Walking the Blurred Line: Understanding Current Laws, Trends and Best Practices Impacting Transgender Workers" CLE Program sponsored by Pepper Hamilton LLP, Philadelphia, PA

2014    "Transgender Health: What's Law Got To Do With It?" – Bill Smith Memorial Lecture, School of Law, University of California, Davis

2013    "Transgender Experience: Identities, Policies, Communities" –  Public Lecture Series, California Institute of Integral Studies

        - "Transgender Health Access Issues" – LGBT Law Clinic, University of Mississippi School of Law

        - "Opportunities and Challenges in Transgender Lives" –  Opening plenary lecture at Transgender HealthCARE Conference, University of Rochester (NY) School of Medicine

2012    "The Transgender Experience" – Faculty Diversity Lecture Series, California Institute for Integral Studies

2006    "Visibilitè des FTMs" – Bibliotheque du Citè annual symposium, Lyon, France

2005    "Winning Trans Health" – Washington State Department of Public Health

2004    "Perspective on Development of FTM Community" – 6th International Super-Slim Conference on Politics of Gender / Sexuality, National Central University, Taiwan

EXHIBIT 5

**Lectures (cont'd)**

| | |
|---|---|
| 2002 | Hawaii International Social Sciences Conference, Honolulu, HI |
| | - American Assn. of Sex Educators, Counselors, and Therapists, Miami, FL |
| | - Health In Difference 4, LGBT Health Conf., Sydney, Australia |
| 2001 | "Transgender Awareness for Law Enforcement" – mandatory City of Berkeley Police Department training, Emeryville, CA |
| 2000 | "Transsexual Issues" – Paris, France & Stockholm, Sweden |
| 1999 | "Transgender Issues"– Sexuality Conference for U.C. System LGBT Students, held at U.C. Santa Barbara campus |
| | - "Pride is the Absence of Fear" – Regional Pride Month event, Lucent Technologies, IL |
| 1996 | "Unity Among Minorities" – Louisville Gender Society and Fairness Campaign, KY |
| 1992 | "Discrimination" – University of San Francisco School of Law, SF Bay Area Chapter of the National Lawyers Guild, San Francisco, CA |

**Workshops/Panels (example titles and venues; partial list)**

| | |
|---|---|
| 2018 & 2019 | "Beyond Transition: Needs of Post-Transition and Non-Transitioning Employees" with Donna Rose – Out & Equal Workplace Summit conferences in Seattle, Washington and Washington, D.C. |
| 2015 | "Rigid or Flexible? – Will the Real WPATH Standards of Care Please Stand Up" with André Wilson – Philadelphia Trans Health Professional Conference, Philadelphia, PA; repeated at the Gay & Lesbian Medical Association conference, Portland, OR |
| 2008-2015 | "Transgender Insurance Coverage" – Gay & Lesbian Medical Association |
| 2007-2014 | "Transgender Leadership"– Out & Equal Workplace Summit Pre-Conference All-Day Workshop |
| 2006 | "Transgender Insurance Coverage" – Gay & Lesbian Medical Association, San Francisco, CA |
| | - "Building Bridges Transgender Speaker Training"– Out & Equal Workplace Summit, Pre-conference Institute (all-day), Chicago, IL |
| | - "Why Bi? – Understanding Bisexuality as a Workplace Issue" – Out & Equal Summit, Chicago, IL |
| 2002 | Transfeminisms Conference, U.C. Santa Cruz, CA |
| 2000 | "Increasing Awareness of Transgender Health Concerns" American Public Health Assn. |
| 1999 | "Transsexual Education for Medical Professionals" – Kaiser and Alta Bates Hospitals, Northern CA |

EXHIBIT 5

**Workshops/Panels (cont'd.)**

1998    "Transgender Education and Inclusion" Workshops for GLB organizations in
         Stockholm and Malmö, Sweden

         "Sexual Orientation & Gender Identity: Issues for Practice and Research"– 106th
         Convention of the American Psychological Association, San Francisco, CA

## Selected Media Appearances

- "No Ordinary Man" documentary directed by Chase Joynt and Aisling Chin-Yee.
  Produced by Sarah Spring. Parabola Films, Canada, 2020.

- "The Data Trail" by Elizabeth Gehrman. *Harvard Medicine*, Winter 2020 issue.
  https://hms.harvard.edu/magazine/lgbtq-health/data-trail

- "Where Justice Ends" documentary about incarcerated trans people, directed by
  George Zuber, Buddha Dog Productions, 2019.

- "Meet Jamison Green, the Trans Health Care Pioneer You Didn't Learn About in
  History Class" by Kate Sosin for Logo. http://www.newnownext.com/jamison-green-
  trans-health-care-pioneer/10/2019/

- "Get to Know Your Trans Co-Workers" by Riley Griffin. Bloomberg Businessweek,
  March 21, 2019. https://www.bloomberg.com/news/features/2019-03-21/trans-
  people-describe-discrimination-support-in-the-workplace

- "Finding Kim" documentary directed by Aaron Bear, 2016.

- "Transgender When Transgender Wasn't Cool" Esquire Magazine, November 2015.

- "Sense8" cameo with spoken lines in episode 1. Wachowski Siblings, Netflix, 2015.

- "The Transgender Tipping Point" TIME Magazine, May 29, 2014.

- "Just Gender" documentary directed by George Zuber, Buddha Dog Productions, 2019.

- "Growing Old Gracefully: The Transgender Experience" documentary directed by Joe
  Ippolito, 2012.

- "Trans" documentary (www.transthemovie.com), 2012.

- McQuade, Aaron (27 September 2011, GLAAD.org). "Transgender Advocate Jamison
  Green Speaks About Policy Work and Education". Retrieved 13 January 2020.

- Serbia National Television hour-long interview with 3 physicians, 2008.

- "Transparenting" here! Family.  Family-focused LGBT cable television segment, 2005.

- "When an employee switches gender, what's a company to do?" interview & photo,
  USA Today Money section "Cover story," June 10, 2005.

- "The Opposite Sex: Rene's Story" documentary film for Showtime, airing multiple
  times since its release in 2004.

- "Changing Sexes: Female-to-Male" documentary for the Discovery Channel airing
  frequently from 2003 to 2009.

EXHIBIT 5

**Selected Media Appearances (cont'd)**

- "Pride.01: The Magazine for Gay Pride In the USA" feature on TransAmerica, the emergence of the transgender community, pp. 95-98, 2001.

- Fuji Television, live in Tokyo, Japan, April 22; several newspaper interviews in Japan (articles published in June, 2000) and NHK television interview in conjunction with the release of the film "Boy's Don't Cry" in Japan.

- Radio interview on GayBC, www.gaybc.com (British Columbia), Jan. 25, 2000.

- Featured in the article "Whose Movement Is It?" by Mubarak Dahir in *the Advocate* magazine, May 25, 1999, page 50.

- Radio interview with live translation with Columbia National Radio, February 4, 1999; followed by television interview later that month.

- Biographical photo essay published in *Now* magazine, England, September 1998 and *Interviú* in Spain and Columbia, South America, in January, 1999.

- Article in the December 23, 1998 issue of *Focus Magazine*, Tokyo, Japan, pp. 39-40.

- Radio, television, and print media in Sweden in conjunction with a lecture tour conducted in September/October 1998. Airtime in September and November; print exposure in October and November, 1998, and television aired in Norway in November, 1999.

- "A Self-Made Man" three-page interview article in the San Francisco Chronicle, September 21, 1997; can be found on the web site www.sfgate.com.

- "You Don't Know Dick: Courageous Hearts of Transsexual Men" a documentary film by Northern Light Productions, Boston, MA, released in 1997, winner "Best Documentary" at the New England Film Festival and the New York Lesbian & Gay Film Festival, and awarded a "Golden Apple" by the National Educational Media Network.

- NHK Public Television, Japan, interview, September 26, 1996.

- NDR Television, Berlin, interview with Lea Rosh for ARTE, broadcast throughout France and Germany, June 1996.

- Asahi National Broadcasting Co., Ltd., Japan, interview, April 1996.

- "Transexual Menace" a documentary film by Rosa Von Praunheim, Germany, 1996. (Filmed in USA).

- "The Body Lies" by Amy Bloom, interview (and photo by Amy Arbus) *New Yorker* magazine, July 18, 1994, pp. 38-49.

- "Kate Bornstein: Adventures in the Gender Trade" a documentary film by Susan Marenco and Jay Mason, Filmmakers Library, Inc., New York, 1993.

- "The Blank Point: What is Transsexualism?" a documentary film by Xiao-Yen Wang, Beijing-San Francisco Film Group, 1991.

EXHIBIT 5

## Awards & Honors

- 2020 WPATH Harry Benjamin Lifetime Distinguished Service Award.

- 2020 Legacy Award from the Transgender Legal Defense and Education Fund, NYC.

- 2019 Lou Sullivan Award, part of the 2019 Torch Awards in association with the National Transgender March in Washington, D.C.

- 2014 Pioneer Award from Fantasia Fair, the world's longest-running transgender conference (40th anniversary year) in Provincetown, MA.

- 2013 Profiles of Excellence recognition from ABC7/KGO TV News.

- 2011 Lifetime Achievement Award from FTM International, presented at the Philadelphia Trans Health Conference.

- 2010 Pioneer Award, TransFaith Summit 2010 and the Freedom Center for Social Justice.

- 2009 Vanguard Award, Transgender Law Center, San Francisco, for "leading when no one else did," accompanied by Certificates of Honor and Recognition from the California State Senate, California State Assembly, San Francisco Board of Supervisors, Mayor, City Attorney, and City Treasurer, and the Mayor of the City of Oakland.

- 2009 Transgender Advocacy Award, National LGBT Bar Association.

- 2009 Distinguished Service Award, Association of Gay & Lesbian Psychiatrists, APA, for "contributions to LGBT mental health."

- 2006 Inspiration Award, Ingersoll Gender Center, Seattle LGBT Center, Seattle, WA.

- 2006 Gender Odyssey Award, recognizing "significant contributions for our collective communities" at the FTM 2006 Gender Odyssey Conference, Seattle, WA.

- 2005 Lambda Literary Award Finalist: *Becoming a Visible Man*/Transgender category.

- 2004 Sylvia Rivera Prize for Best Book in Transgender Studies (for *Becoming a Visible Man*), awarded by the Center for Lesbian and Gay Studies (CLAGS), City University of New York.

- 2000 Renaissance Transgender Education Association Individual Achievement Award, October 7, 2000, Philadelphia, PA.

- 2000 Outreach Institute of Gender Studies Award, recognizing "substantial contributions of learning and education in the area of sexuality and gender issues… [specifically] transgenderism and transsexualism."

- 1999 FTM International Pride Award for "his compassion, courage, vision, and integrity" from FTM International, Inc., San Francisco, CA (presented in October, 1999 at the FTM Forward Motion Conference in Los Angeles, CA).

EXHIBIT 5

## Awards & Honors (cont'd)

- Named as one of the GLBT movement's 25 "Best and Brightest Activists" in *The Advocate*, August 17, 1999.

- 1998 Virginia Prince Award for "lifetime contribution to the gender community," from the International Foundation for Gender Education, Waltham, MA.

- 1996 Community Leader Award, "for his countless endeavors to make us all free and proud to be who we are" from ETVC, San Francisco, CA (the nation's largest regionaltransgender community group, which changed its name in 1999 to Transgender San Francisco, or TGSF).

- 1995 Trinity Award, for "extraordinary acts of love and courage," recognizing leadership in the FTM community, from the International Foundation for Gender Education, Waltham, MA.

- 1995 Transgender Pioneer Award, for contributions to the law by a non-lawyer (for 1992 through 1994 work on the transgender protective ordinance in San Francisco) from the International Conference on Transgender Law and Employment Policy, Houston, TX.

## Community Service Positions

- Founding Board Member, Transgender Law & Policy Institute (TLPI), 2001—present.
- Board Member, TransYouth Family Allies, 2007—2011.
- Member, Human Rights Campaign Business Council, 2002—2007.
- Founding Board Member and Chair, Gender Education & Advocacy, 2000—present.
- President of FTM International (FTMI), 1991—1999.

## Significant Accomplishments

- Assisted the San Francisco Human Rights Commission in its investigation into discrimination against transgender people in May, 1994. Won contract to write the Commission's report from that investigation, which was issued in September, 1994. This report remains the most succinct and comprehensive statement of transgender issues, and what should be done, from a municipal standpoint, to address them.

- Appointed to work with City Attorney to draft language for the City & County's Transgender Protective Ordinance (1994; Ordinance in effect as of January, 1995).

- Invited to work with SFPD staff to create and conduct transgender awareness training for the San Francisco Police Academy. Delivered this training to every Academy class from 1995—2005, resulting in reduced police abuse of transgender citizens and better cooperation between police and community.

EXHIBIT 5

## Significant Accomplishments (cont'd)

- Advised San Francisco City & County regarding discrimination in health care coverage for transgender and transsexual people. Negotiated with Health System Service Board to remove exclusions and institute coverage for transsexual-related treatment for City & County employees, dependents and retirees (1996—2000). Benefits became available in 2001.

- Posited that trans-inclusive health coverage would not increase costs to employers. Utilization data from the City & County of San Francisco available in 2005 proved this assertion to be true; this information has been used by numerous corporate employers to provide benefits for millions of covered lives, influencing state insurance regulators to rule that transgender exclusions must be removed from plans sold in their states, and that affirmative benefits must be available.

- Invited to join the Human Rights Campaign Foundation's Business Council (2002), to advise the Human Rights Campaign (HRC) on transgender workplace equality. Resigned in 2007 when HRC lobbyists approved eliminating gender identity and expression from the Employment Non-Discrimination Act. Consultant to the HRC Workplace Project (2008—2015) guiding their efforts to secure health insurance coverage for transgender and transsexual people for medically necessary care.

- Appointed by the American Psychiatric Association as an advisor to the Gender Identity Disorder Task Force for the DSM-V revision effort, 2009—2010.

- Contributed to the literature review and WPATH amicus brief that were instrumental in achieving the May 30, 2014 decision by a review panel at the U.S. Dept. of Health & Human Services to eliminate the Medicare exclusion of transition-related care that had been in place since 1989, based on information provided in 1981.

- Participated in joint invitational meeting with representatives of WHO, WPATH, GATE, UCSF Center of Excellence for Transgender Health, and other international group representatives to deliberate upon and find consensus on the removal of Transsexualism from the International Classification of Diseases chapter on mental health and the creation of a revolutionary new chapter on conditions related to sexual health, which was approved by WHO in 2019 and will be implemented globally in 2022. Wrote the report *WPATH Consensus Process Regarding Transgender and Transsexual-Related Diagnoses in ICD-11*, released by WPATH in July 2013.

- Contributed to the March 13, 2014 report by Dr. Jocelyn Elders, et al., *Transgender Military Service*, from the Palm Center at SFSU, funded by the Tawani Foundation.

- First American trans person to be elected President of WPATH in its 40-year history. Established clinical professional training; instituted professional association management; restructured dues to allow more students and professionals from economically marginalized countries to become members; developed ethics committee; promoted board member training for organizational and fiduciary responsibility (see further accomplishments within WPATH as described on page 2 above).

EXHIBIT 5

## Advisory Boards

- Institute for Transgender Economic Advancement – promoting gender authenticity in the workplace and community-based initiatives to empower economic development.

- Out and Equal Workplace Advocates – Transgender Advisory Committee.

- Jim Collins Foundation – helping to fund surgery for economically disadvantaged trans people.

- Human Rights Campaign Foundation Business Council (2002-2007).

## Active Memberships

American Society on Aging

National LGBT Bar Association

National Writers Union (NWU, Pacific Northwest Chapter)

World Professional Association for Transgender Health (WPATH)

EXHIBIT 5