# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, *et al.*; <br><br> *Plaintiffs*, <br><br> v. <br><br> DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, *et al.*, <br><br> *Defendants*. | 1:19-cv-00272-LCB-LPA |

## NOTICE OF APPEARANCE OF SHANA L. FULTON

COMES NOW the undersigned, Shana L. Fulton, an attorney admitted to practice in this Court, and hereby gives notice of appearance as counsel of record for *Amici Curiae* in the above-captioned case.

Respectfully submitted, this the 30th day of November, 2021.

/s/ Shana L. Fulton
Shana L. Fulton
NC State Bar No. 27836
sfulton@brookspierce.com
Sarah M. Saint
NC State Bar No. 52586
ssaint@brookspierce.com
BROOKS PIERCE McLENDON
  HUMPHREY & LEONARD, LLP
150 Fayetteville Street
1700 Wells Fargo Capitol Center (27601)
Post Office Box 1800
Raleigh, NC 27602
Telephone: 919-882-2522
Fax: 336-232-9172

Matthew D. Cipolla
 JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
(212) 891-1600

Howard S. Suskin
D. Matthew Feldhaus
Connor S.W. Rubin
Scott M. De Nardo
  JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350

Illyana A. Green
  JENNER & BLOCK LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001
(202) 639-6000

*Counsel for Amici Curiae*

# CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Respectfully submitted, this the 30th day of November, 2021.

/s/ Shana L. Fulton
Shana L. Fulton
  NC State Bar No. 27836
  sfulton@brookspierce.com
BROOKS PIERCE McLENDON
  HUMPHREY & LEONARD, LLP
150 Fayetteville Street
1700 Wells Fargo Capitol Center (27601)
Post Office Box 1800
Raleigh, NC 27602
Telephone: 919-882-2522
Fax: 336-232-9172
*Counsel for Amici Curiae*
