```
 1           IN THE UNITED STATES DISTRICT COURT
 2          FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
 3                 Civil Action No. 1:19-cv-00272
 4
       MAXWELL KADEL, et al.,           )
 5                                      )
                       Plaintiffs,      )
 6                                      )
          vs.                           )
 7                                      )
       DALE FOLWELL, in his official    )
 8     capacity as State Treasurer of   )
       North Carolina, et al.,          )
 9                                      )
                       Defendants,      )
10     _____)
11
12              DEPOSITION OF DAN H. KARASIC, M.D.
13                            Remote
                       September 20, 2021
14                    9:00 a.m. Pacific Time
15
16
17
18
19     Prepared by:
       Vicki L. O'Ceallaigh Champion, CR
20     Certificate No. 50534
21
22
23     Prepared for:
24
25     (Certified copy)
```

```
 1      A.   No.
 2      Q.   Have you served as a principal investigator
 3   on any private grants?
 4      A.   No.
 5      Q.   Dr. Karasic, what is gender dysphoria?
 6           MR. HASKEL:  Objection to the form.
 7      A.   So gender dysphoria -- well, first of all,
 8   there are a couple gender dysphorias.  There is the
 9   gender dysphoria, the symptom.  You might say small
10   letter "G," small letter "D."
11           There is also gender dysphoria, capital "G,"
12   capital "D," the DSM-5 diagnosis.  If for gender
13   dysphoria the symptom, it is distress about the
14   difference between one's identified or lived gender
15   and one's assigned gender.
16   BY MR. KNEPPER:
17      Q.   Okay.  And then what is the diagnosis of
18   gender dysphoria?
19      A.   So the diagnosis of gender dysphoria is a
20   diagnosis that the American Psychiatric Association
21   has put in DSM-5.  That includes the presence of
22   persistent gender dysphoria along with -- well, it
23   lists various manifestations of that, but it also --
24   as potential symptoms and also has that the symptoms
25   cause social or occupational -- impairment of social
```

1  occupational functioning or clinically significant
2  distress.
3     Q.   Is it clinically significant distress?
4     A.   Distress.
5     Q.   And how is that distinguished from the
6  distress identified as a symptom?  You described it
7  as little-G-little-D dysphoria.
8          MR. HASKEL:  Object to form.
9     A.   So the gender dysphoria as a symptom was --
10 or has been something that has been described in
11 people long before there was -- the DSM-5 came out
12 in 2013, but for example, WPATH Standards of Care 7
13 refers to gender dysphoria, not capitalized, and not
14 as -- not as an APA diagnosis, but as this symptom
15 of distress.
16 BY MR. KNEPPER:
17    Q.   So what -- let me just -- if an
18 individual -- and this is what I'm trying to
19 understand:  If an individual suffers from gender
20 dysphoria, little-G-little-D, does that mean that
21 they suffer from gender dysphoria, the psychiatric
22 diagnosis?
23         MR. HASKEL:  Objection to form, foundation.
24 You can answer.
25    A.   Not necessarily.  I would say very often

1   actually a question.  I think you were
2   characterizing his testimony, which I don't know if
3   that's a question or you were going to ask a
4   question after --
5            MR. KNEPPER:  Hold on.  Hold on.  I stopped,
6   because I wanted to let Dr. Karasic speak.
7            MR. HASKEL:  Okay.
8            MR. KNEPPER:  I absolutely will finish my
9   question, but I want to give the Witness -- when he
10  raised his finger and said he wanted to say
11  something, I wanted to give him an opportunity to
12  make sure that I was saying something correctly.
13  BY MR. KNEPPER:
14       Q.   So go ahead, Dr. Karasic.
15       A.   So on that last answer, I was saying in the
16  example I was giving was a "no" to the question of
17  do all transgender people also have a diagnosis of
18  gender dysphoria, and I was giving an example that
19  related to the difference between gender dysphoria
20  and gender incongruence of ICD-11, so just to
21  clarify my answer --
22       Q.   Thank you.  That does -- that does clarify
23  for me.
24            I'm going to ask you the converse question
25  now.  Do all individuals -- are all individuals who

1 suffer from gender dysphoria, the psychiatric DSM-5
2 diagnosis, transgender?
3      MR. HASKEL:  Objection to form,
4 foundation.
5   A.   So being transgender is an identity.  So
6 there are -- you know, there are different ways to
7 define it.  I think we tend to think about people
8 who identify as transgender and then to look at
9 that, you know, another -- if we are looking at
10 differences between the term "transgender" and
11 "gender dysphoria," that gender dysphoria is a
12 symptom or a diagnosis.  Transgender is a
13 diagnosis -- I mean, an identity.  I'm sorry -- an
14 identity.
15      And so there may be people who have symptoms
16 of gender dysphoria, but they personally don't
17 identify as transgender.  Similarly, to give an
18 example, there can be people who have same-sex
19 attraction, but don't identify as either lesbian or
20 bisexual.
21 BY MR. KNEPPER:
22   Q.   Are there any peer reviewed studies that
23 attempt to quantify that distinction between the
24 number of individuals who suffer from gender
25 dysphoria and the number of individuals who claim a