```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


  MAXWELL KADEL, et al.,              )
                                      )
        Plaintiffs,                   )
                                      )
        -vs-                          ) Civil Action No.
                                      )  1:19-cv-00272
  DALE FOLWELL, in his official       )
  capacity as State Treasurer of      )
  North Carolina, et al.,             )
                                      )
        Defendants.                   )
```

         The videotaped videoconference deposition of RANDI C. ETTNER, Ph.D., reported remotely by JUNE M. FUNKHOUSER, CSR, RMR, and Notary Public, pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, commencing at 9:35 a.m. on October 15, 2021.

1  dysphoria?
2      A   First I'd like to correct the statement
3  that the specific study done at the University of
4  Minnesota is upcoming.
5      Q   Okay.
6      A   It's already been published.  It was
7  actually spoken about on Good Morning America.  I'm
8  not an epidemiologist, so I cannot really give an
9  answer about prevalence or incidence of any medical
10 condition.
11     Q   Do all transgender individuals suffer
12 from gender dysphoria?
13     A   No.
14     Q   Are all individuals suffering from gender
15 dysphoria transgender?
16     A   Yes.
17     Q   Is there an article that you would cite
18 to support that conclusion?
19     A   Well, gender dysphoria by definition
20 includes a portion of the transgender or
21 gender-nonconforming population.
22     Q   So we've used a couple of terms, and I
23 just would like you to define them as you used
24 them.  So what does it mean to be -- the