```
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
 2
                   ~~~~~~~~~~~~~~~~~~~~
 3
       MAXWELL KADEL, et al.,
 4
                  Plaintiffs,
 5
 6
            vs.          Case No. 1:19-cv-272-LCB-LPA
 7
 8     DALE FOLWELL, in his official
       capacity as State Treasurer of
 9     North Carolina, et al.,
10
                  Defendants.
11
12                 ~~~~~~~~~~~~~~~~~~~~
13                   Video Deposition of
                   STEPHEN B. LEVINE, M.D.
14
15                  September 10, 2021
                        9:05 a.m.
16
17                      Taken at:
                  Veritext Legal Solutions
18                 1100 Superior Avenue
                     Cleveland, Ohio
19
20                  Tracy Morse, RPR
21
22
23
24
25
```

1  substance abuse, they didn't distinguish
2  between trans and -- statistically, but other
3  studies have indicated that everything else,
4  like suicide in the last thirty days, thinking
5  about suicide in the last thirty days, making a
6  suicide attempt, substance abuse, it's all
7  higher in the trans community.
8        It's not low in sexual minority
9  communities.  Either is domestic violence in
10 either of those communities, but it's much less
11 in the trans -- in the lesbian and gay
12 community than it is in the straight -- in the
13 trans community.  And it's even less in the
14 straight community, but obviously we have these
15 same problems in the straight community, the
16 cis gender community.
17       Q.   Return to the question.  Do you
18 consider surgery for the treatment of gender
19 dysphoria to be experimental?
20            MR. CHARLES:  I object to form.
21       A.   I have the same answer that I had
22 to the hormonal question and for the same
23 reasons.
24       Q.   Do all transgender people suffer
25 from a gender dysphoria?

1  A. No.
2  Q. Are there any studies or
3  scientifically valid research that indicates
4  what percentage of transgender people suffer
5  from gender dysphoria?
6          MR. CHARLES: Object to form.
7  A. What percentage of transgender
8  people suffer from gender dysphoria? I don't
9  think -- I can't recall a study that asks that
10 question and use -- and had numbers to explain
11 the answer. People like myself get to see
12 individuals who are transgender but not
13 dysphoric or who are dysphoric but not
14 transgender.
15 Q. That was going to be my followup
16 question. Are there people who are dysphoric
17 who are not transgender?
18 A. Oh, yes. Oh, yes. Many years ago,
19 before I ever got involved with any lawyer
20 about these issues, I remember recommending to
21 a group of alcohol specialists that they ought
22 to look at the gender identity -- they ought to
23 ask questions about the sexual identity of the
24 people being treated for substance abuse and
25 alcoholism. Because in my limited clinical

1    experience, I've run into -- I keep running
2    into people who presented with substance abuse
3    and really dangerous degrees of substance abuse
4    that would get them hospitalized.
5         And then when I talked to them, they tell
6    me stories about their hidden gender dysphoria
7    or their struggles about -- let me just take a
8    man, for example -- the struggles about the
9    sense that they have that they're feminine and
10   they can't -- they have feminine interests,
11   they have feminine interests but social -- and
12   they have a sense of themselves as more
13   feminine than masculine and yet they are too
14   afraid to show it and then they drink
15   themselves into hepatitis or whatever.
16        Q.   But you would not consider those
17   individuals to be transgender?
18        A.   Well, they don't call themselves
19   transgender.  They present themselves as cis
20   gender people.
21             MR. KNEPPER:  That's all I have.
22   Carl, do you have any follow up?
23             MR. CHARLES:  What time is your
24   flight?
25             MR. KNEPPER:  7:15.