```
 1           UNITED STATES DISTRICT COURT
             NORTH CAROLINA MIDDLE DISTRICT
 2    _____
 3    MAXWELL KADEL, et al.,
 4                  Plaintiffs,
 5         vs.            Case No. 1:19-cv-00272-LCB-LPA
 6    DALE FOLWELL, et al.,
 7                  Defendants.
      _____
 8

            THE DEPOSITION OF GEORGE R. BROWN, M.D.
 9                  September 23, 2021
10
11
12         **PORTIONS ATTORNEYS' EYES ONLY**
13
14
15
16
17
18
19    Reported by:
20    PATRICIA A. NILSEN, RMR, CRR, CRC
      Licensed Court Reporter 717 for the State of
21    Tennessee
22
23
24
25
```

1    Foundation.  Object to the extent it's outside the
2    scope of Dr. Brown's opinions.
3    A.       So the short answer is no, but I also want
4    to point out that the presence of symptoms is --
5    also has to be considered at a particular -- in a
6    particular time frame.  So it's not just a simple
7    matter of, does the person experience gender
8    dysphoria if they have transgender identity.  They
9    could have last year; they might have it next year;
10   they don't have it today.  It depends on where they
11   are in time, and a variety of other parameters
12   specific to the individual.
13           But it is true that there are transgender
14   people who, sitting here today, if they were
15   sitting here today, do not have gender dysphoria
16   with little G, little D or big G, big D.
17   Q.       Are there studies that identify the
18   portion of -- the portion, prevalence, ratio of
19   gender dysphoria, the diagnosis in transgender
20   individuals?
21                   MR. TISHYEVICH:  Objection, to the
22   extent it's beyond the scope of Dr. Brown's
23   opinions.
24   A.       The answer to that is, no one knows the
25   answer to that.