IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, *et al.*,

    Plaintiffs,

v.

DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, *et al.*,

    Defendants.

Civil Action No.
1:19-cv-272-LCB-LPA

## AFFIDAVIT OF ADAM KORN

I, Adam Korn, of full age, and pursuant to 28 U.S.C. § 1746, hereby state as follows:

1. I have personal knowledge of the facts set forth in this Affidavit.

2. I am currently a Vice President of Client Services for CaremarkPCS Health, L.L.C, including CVS Health and its corporate affiliates (collectively "Caremark").

3. I have been employed by Caremark for approximately 4 years.

4. A discreet range of information is generally submitted to the Caremark PBM by retail pharmacies when filling prescriptions. Pharmacies should provide the PBM the same pieces of information, regardless of

PLAN DEF0205466

whether or not the drug at issue is subject to a prior authorization requirement.

5. Caremark will automatically adjudicate pharmacy claims without additional interventions where the drug has no PA requirement, or where the PA requirement and all other plan provisions are satisfied (including eligibility, covered drug, pharmacy network and quantity limits).

6. Where a claim for a particular drug carries no PA requirement and meets the other criteria above, that claim will be paid or otherwise fully adjudicated as appropriate. Caremark will reject a drug claim despite all plan provisions being satisfied where a drug requires a valid Prior Authorization, but none exists.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this __29th__ day of September, 2021 at Scottsdale, Arizona.

_____
Adam Korn

PLAN DEF0205467