# ADDITIONAL DECLARATIONS
# BUNTING AND CARAWAY