# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, *et al.*,

         *Plaintiffs*,

        v.

DALE FOLWELL, in his official capacity as
State Treasurer of North Carolina, *et al.*,

         *Defendants*.

Case No. 1:19-cv-00272-LCB-LPA

---

**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL EXHIBITS TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THEIR STATUTORY CLAIMS**

This matter comes before the Court on the motion of Plaintiffs Maxwell Kadel, *et al.* ("Plaintiffs") to seal Exhibits 23(a), 23(c), and 23(d), which were submitted in support of Plaintiffs' Partial Motion for Summary Judgment on their Statutory Claims.

The Court finds that the documents at issue contain Plaintiffs' personal and private health information. Plaintiffs' health information should not be in the public realm.

Having considered Plaintiffs' Motion, and for good cause shown, IT IS HEREBY ORDERED that Plaintiffs' Motion to Seal is GRANTED and that Exhibits 23(a), 23(c), and 23(d) are ACCEPTED UNDER SEAL.

This _____ day of November 2021.

_____
The Honorable Loretta C. Biggs
United States District Judge