IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> DALE FOLWELL, *et al.*, <br><br> *Defendants.* | No. 1:19-cv-272-LCB-LPA |

**MOTION TO STRIKE:**
**(1) PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON THEIR CONSTITUTIONAL CLAIMS AND SUPPORTING MEMORANDUM / ATTACHMENTS (Doc. Nos. 138-144, 146-151); AND (2) PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON THEIR STATUTORY CLAIMS AND SUPPORTING MEMORANDUM / ATTACHMENTS (Doc. Nos. 152-158, 160-165)**

Pursuant to Local Rules 7.3(d)(1), 56.1(c), 83.4(a) and (b), Defendants, the North Carolina State Health Plan for Teachers and State Employees, Dale Folwell (*in his official capacity as State Treasurer of North Carolina),* and Dee Jones (*in her official capacity as Executive Administrator of the State Health Plan*), by and through undersigned counsel, respectfully move the Court to enter an Order striking Document Nos. 138-144, 146-158, and 160-165.

The Plan Defendants' Motion is supported by the accompanying Memorandum, (Doc. No. 169), and an accompanying Motion to Expedite Consideration, (Doc. No. 170).

Respectfully submitted, this the 6th day of December, 2021.

*/s/ John G. Knepper*
John G. Knepper
Wyo. Bar No. 7-4608
Law Office of John G. Knepper, LLC
1720 Carey Avenue, Suite 590
Cheyenne, WY 82001
Telephone: (307) 632-2842
John@KnepperLLC.com

*/s/ Kevin G. Williams*
Kevin G. Williams
N.C. Bar No. 25760

*/s/ Mark A. Jones*
N.C. Bar No. 36215
BELL, DAVIS & PITT, P.A
100 N. Cherry St., Suite 600
Winston-Salem, NC 27101
T(336)722-3700;F 722-8153
kwilliams@belldavispitt.com
mjones@belldavispitt.com

# CERTIFICATE OF SERVICE

I hereby certify that on 6th day of December, the foregoing Motion to Strike was filed electronically with the Clerk of Court using the CM/ECF electronic filing system which will send notification of such filing to all registered users.

| | |
|---|---|
| */s/ John G. Knepper* <br> John G. Knepper <br> Wyo. Bar No. 7-4608 <br> Law Office of John G. Knepper, LLC <br> 1720 Carey Avenue, Suite 590 <br> Cheyenne, WY 82001 <br> Telephone: (307) 632-2842 <br> John@KnepperLLC.com | */s/ Kevin G. Williams* <br> Kevin G. Williams <br> N.C. Bar No. 25760 <br><br> */s/ Mark A. Jones* <br> N.C. Bar No. 36215 <br> BELL, DAVIS & PITT, P.A <br> 100 N. Cherry St., Suite 600 <br> Winston-Salem, NC 27101 <br> T(336)722-3700;F 722-8153 <br> kwilliams@belldavispitt.com <br> mjones@belldavispitt.com |