IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DALE FOLWELL, *et al.*,<br><br>    *Defendants.* | No. 1:19-cv-272-LCB-LPA |

### MOTION TO EXPEDITE CONSIDERATION OF
### PLAN DEFENDANTS' MOTION TO STRIKE (Doc. No. 168)

NOW COME Defendants, the North Carolina State Health Plan for Teachers and State Employees, Dale Folwell (*in his official capacity as State Treasurer of North Carolina)*, and Dee Jones (*in her official capacity as Executive Administrator of the State Health Plan*), by and through undersigned counsel, respectfully moving this Honorable Court to expedite its consideration of the Plan Defendants' Motion to Strike, filed this day, December 6, 2021. (Doc. No. 168). Expedited consideration is necessary, rather than consideration after Local Rule 7.3(f)'s standard response and reply periods, because the Court's resolution of the Motion to Strike could impact the existing briefing schedule.

WHEREFORE, the Plan Defendants respectfully ask the Court to expedite consideration of their Motion to Strike Plaintiffs' multiple and simultaneous motions for summary judgment, multiple supporting briefs, and multiple attachments. (Doc. No.168).

Respectfully submitted, this the 6th day of December, 2021.

| | |
|---|---|
| */s/ John G. Knepper* | */s/ Kevin G. Williams* |
| John G. Knepper | Kevin G. Williams |
| Wyo. Bar No. 7-4608 | N.C. Bar No. 25760 |
| Law Office of John G. Knepper, LLC | |
| 1720 Carey Avenue, Suite 590 | */s/ Mark A. Jones* |
| Cheyenne, WY 82001 | N.C. Bar No. 36215 |
| Telephone: (307) 632-2842 | BELL, DAVIS & PITT, P.A |
| John@KnepperLLC.com | 100 N. Cherry St., Suite 600 |
| | Winston-Salem, NC 27101 |
| | T(336)722-3700;F 722-8153 |
| | kwilliams@belldavispitt.com |
| | mjones@belldavispitt.com |

## CERTIFICATE OF SERVICE

I hereby certify that on 6th day of December, the foregoing Motion to Strike was filed electronically with the Clerk of Court using the CM/ECF electronic filing system which will send notification of such filing to all registered users.

*/s/ John G. Knepper*
John G. Knepper
Wyo. Bar No. 7-4608
Law Office of John G. Knepper, LLC
1720 Carey Avenue, Suite 590
Cheyenne, WY 82001
Telephone: (307) 632-2842
John@KnepperLLC.com

*/s/ Kevin G. Williams*
Kevin G. Williams
N.C. Bar No. 25760

*/s/ Mark A. Jones*
N.C. Bar No. 36215
BELL, DAVIS & PITT, P.A
100 N. Cherry St., Suite 600
Winston-Salem, NC 27101
T(336)722-3700;F 722-8153
kwilliams@belldavispitt.com
mjones@belldavispitt.com