# CERTIFICATE OF COMPLIANCE

I hereby certify that Plaintiffs' Opposition to Motion to Strike is in compliance with Local Rule 7.3(d)(1) because the body of the brief, including headings and footnotes, does not exceed 6,250 words as indicated by Microsoft Word, the program used to prepare the document.

Dated: December 8, 2021

/s/ Amy E. Richardson
Amy E. Richardson
N.C. State Bar No. 28768
HARRIS, WILTSHIRE & GRANNIS LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Telephone: 919-429-7386
Facsimile: 202-730-1301
arichardson@hwglaw.com