# DECLARATION OF AMY RICHARDSON
# PARTS II & III