# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, et al.,

        *Plaintiffs*,

        v.

DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, et al.,

        *Defendants*.

Case No. 1:19-cv-00272-LCB-LPA

## ORDER GRANTING PLAINTIFFS' MOTION TO SEAL EXHIBITS TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

This matter comes before the Court on the motion of Plaintiffs Maxwell Kadel, et al. ("Plaintiffs") to seal Paragraphs 50-67 of Exhibit 23(a), Paragraphs 9-13 of Exhibit 23(c), and Paragraph 126 of Exhibit 23(d) ("Specified Paragraphs"), which were submitted in support of Plaintiffs' Motion for Summary Judgment.

The Court finds that the documents at issue contain Plaintiffs' personal and private health information. Plaintiffs' health information should not be in the public realm.

Having considered Plaintiffs' Motion, and for good cause shown, IT IS HEREBY ORDERED that Plaintiffs' Motion to Seal is GRANTED and that the Specified Paragraphs of Exhibits 23(a), 23(c), and 23(d) are ACCEPTED UNDER SEAL.

This \_\_\_\_ day of _____ 2021.

        _____
        The Honorable Loretta C. Biggs
        United States District Judge