# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, et al.,

*Plaintiffs*,

v.

DALE FOLWELL, et al.,

*Defendants*.

No. 1:19-cv-00272-LCB-LPA

## SUPPLEMENTAL DECLARATION OF AMY RICHARDSON

I, Amy Richardson, do hereby declare as follows:

1.      I am more than 18 years of age, have personal knowledge of the facts set forth herein, and am otherwise competent to testify to the matters set forth herein.

2.      I am a partner with Harris, Wiltshire & Grannis LLP, and counsel for Plaintiffs in this matter.  I submit this declaration in support of Plaintiffs' Opposition to State Health Plan Defendants' Motion for Partial Summary Judgment.

3.      Attached to this declaration as Exhibit A is an excerpt from the deposition transcript of Plaintiff Sgt. Dana Caraway, not already filed with the court. It is a true and correct copy of the document.

4.      Sensitive, protected, and/or irrelevant information has been redacted on certain pages of the attached exhibits in accordance with Federal Rule of Civil Procedure 5.1(a) and Local Rule 5.4(a)(3), with black boxes placed over the redacted text.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 30, 2021

/s/ Amy Richardson
Amy Richardson

# CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users.

Dated:  December 30, 2021

/s/ Amy E. Richardson
Amy E. Richardson
N.C. State Bar No. 28768
HARRIS, WILTSHIRE & GRANNIS LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Telephone: 919-429-7386
Facsimile: 202-730-1301
arichardson@hwglaw.com

# Exhibit A

1    break because I think we've been going for quite a

2    while.

3                        (SHP Exhibit 7, Caraway Payment

4            Advice, marked for identification, as of this

5            date.)

6            Q.    Sergeant Caraway, have you seen a

7    document like this before?

8            A.    Yes.

9            Q.    Would you refer to this as your pay

10   advice?

11           A.    That would be a monthly pay stub, yes.

12           Q.    Does that include various deductions for

13   benefits; is that correct?

14           A.    Correct.

15           Q.    You mentioned SEANC dues.  Is that one

16   of the deductions there?

17           A.    That is one of the deductions.

18           Q.    It looks like at the top there is says

19   BYUP 8020 PT.  Is that the deduction for the State

20   Health Plan?

21           A.    No.  That is my monthly out-of-pocket

22   expense for the State Health Plan.

23           Q.    The deduction from your pay for the cost

24   of the State Health Plan?

25           A.    Yes.





**Exhibit
0007 SHP**

Caraway

Pay Period: 05/01/2020 through 05/31/2020   Name: ▮▮▮▮ Caraway   Personnel No: ▮▮▮▮
Check Date: 05/29/2020                      Organization: 1901-Public Safety

| | Earnings | Deductions | Taxes | Net Pay | Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| Current: | 4,567.09 - | 1,643.48 - | 1,010.52 = | 1,913.09 | # BYUP 80/20 PT | 50.00 | 250.00 |
| YTD: | 21,708.16 - | 8,535.50 - | 4,675.29 = | 8,497.37 | ** Total Health Insurance | 50.00 | 250.00 |

| Earnings | Hours | Current | YTD | Deductions | Current | YTD |
|---|---|---|---|---|---|---|
| | | | | * 401k Savings Plan EE | 50.00 | 250.00 |
| | | | | * 457 Savings Plan EE | 50.00 | 250.00 |
| Regular Salary | | 2,887.47 | 15,221.39 | * TSERS EE | 274.03 | 1,302.50 |
| Vacation Leave | | | 1,428.65 | 401K Loan | 186.44 | 932.20 |
| Sick Leave | 24.50 | 569.14 | 1,422.85 | 457 Def Comp Loan Payment | 582.32 | 2,911.60 |
| Holiday Comp Leave | | | 1,300.88 | SEANC Dues | 14.00 | 216.75 |
| Paid Holiday | | | 185.84 | SEANC Insurance | 53.59 | 267.95 |
| State of Emergency Leave | 24.50 | 569.14 | 569.14 | Colonial Life Ins Co | 94.25 | 471.25 |
| ** Total Base Pay | | 4,025.75 | 20,128.75 | Protective Life Ins Co | 227.83 | 1,139.15 |
| | | | | CPO Foundation | 10.00 | 50.00 |
| Comm Disease Comp Payout | 14.70 | 341.48 | 341.48 | American Heritage Ins Co | 27.52 | 137.60 |
| Holiday Premium Pay | | | 640.19 | SS Police Benev. Assoc. | 23.50 | 117.50 |
| Shift Premium 10% | 12.25 | 28.42 | 426.30 | CO | | 239.00 |
| CDE Worked Premium | 7.38 | 171.44 | 171.44 | ** Total Other Deductions | 1,593.48 | 8,285.50 |
| ** Total Other Pay | | 541.34 | 1,579.41 | | | |
| | | | | Total Deductions | 1,643.48 | 8,535.50 |
| Total Earnings | | 4,567.09 | 21,708.16 | | | |

| Tax Authority | Tax Type | Status | EXMT AddlAmt | Cur Tax | YTD Tax | Cur Txbl Earn | YTD Txbl Earn |
|---|---|---|---|---|---|---|---|
| Federal | Withholding | Single | | 490.97 | 2,221.74 | 4,143.06 | 19,655.66 |
| Federal | Social Security | | | 280.06 | 1,330.41 | 4,517.09 | 21,458.16 |
| Federal | Medicare | | | 65.49 | 311.14 | 4,517.09 | 21,458.16 |
| North Carolina | Withholding | Single | | 174.00 | 812.00 | 4,143.06 | 19,655.66 |
| Total Taxes | | | | 1,010.52 | 4,675.29 | | |