## CERTIFICATE OF WORD COUNT

Pursuant to L.R. 7.3(d)(1), the undersigned certifies that the State Health Plan Defendants' Response to Plaintiffs' Motion to Seal Exhibits (Doc. 190) complies with the Court's word limit as calculated using the word count feature of the word processing software. Specifically, the Response contains less than 6,250 words, including the body of the Response and headings, but not including the caption, signature lines, this certificate, or the certificate of service.

This the 4th of January, 2022.

| | |
|---|---|
| */s/ John G. Knepper* | */s/ Kevin G. Williams* |
| John G. Knepper | Kevin G. Williams |
| Wyo. Bar No. 7-4608 | N.C. Bar No. 25760 |
| Law Office of John G. Knepper, LLC | |
| 1720 Carey Avenue, Suite 590 | */s/ Mark A. Jones* |
| Cheyenne, WY 82001 | N.C. Bar No. 36215 |
| Telephone: (307) 632-2842 | BELL, DAVIS & PITT, P.A |
| John@KnepperLLC.com | 100 N. Cherry St., Suite 600 |
| | Winston-Salem, NC 27101 |
| | T(336)722-3700;F 722-8153 |
| | kwilliams@belldavispitt.com |
| | mjones@belldavispitt.com |

#800266