THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION
FILE No. 1:19-CV-00272-LCB-LPA

| | |
|---|---|
| MAXWELL KADEL, <br><br> Plaintiff, <br><br> v. <br><br> JASON FLECK, *et al.*, <br><br> Defendants. | **(Proposed)** <br> **ORDER GRANTING** <br> **NORTH CAROLINA** <br> **DEPARTMENT OF PUBLIC** <br> **SAFETY'S** <br> **CONSENT MOTION FOR AN** <br> **EXTENSION OF THE DEADLINE** <br> **TO FILE REPLY BRIEF** |

THIS MATTER is before the Court on a consent motion for a six-day extension of the deadline to file a Reply Brief by Defendant, North Carolina Department of Public Safety ("NCDPS"). The Court finds that good cause exists to grant the requested extension. Therefore,

IT IS HEREBY ORDERED that NCDPS shall have up to and including January 19, 2022 to file its Reply Brief.


Dated this the _____ day January, 2022.


_____
United States District Court Judge / Magistrate