# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

January 18, 2022

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

    Re:  North Carolina State Health Plan for Teachers and State Employees
           v. Maxwell Kadel, et al.
           No. 21-674
           (Your No. 20-1409)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk