IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:19-cv-272-LCB-LPA

_____

MAXWELL KADEL, et al.,                    )
                                          )
                    Plaintiffs;           )
v.                                        )
                                          )
DALE FOLWELL, in his official             )
capacity as State Treasurer of North      )
Carolina, et al,                          )
                                          )
                    Defendants.           )
_____-

**Expert Witness Declaration of**
**Paul R. McHugh, MD**
**Baltimore, Maryland 21218**

**Knowledge Training and Experience :**

    **1.**    **Education and Training - Retention - Compensation :**  After graduating from

Phillips Academy, Andover, in 1948, I received an A.B. degree from Harvard College in 1952

and an MD degree from Harvard Medical School in 1956.   I completed my medical internship at

the Peter Bent Brigham Hospital Boston, Massachusetts (1956-57) , my residency in neurology

at the Massachusetts General Hospital (1957-60) and a Neuropathology Fellowship at the

Massachusetts General Hospital (1958-59).  I served as a Clinical Assistant in Psychiatry at the

Maudsley Hospital, London, England (1960-61) with additional training as a Member of the

Neuropsychiatry Division Walter Reed Army Institute of Research, Washington, D.C. (1961-64).

My professional background, experience, and publications are further detailed in the updated

copy of my  curriculum vitae attached as Exhibit A to this declaration. I was retained as an expert

in this case by Attorney John Knepper. I have reviewed the case Complaint and Answer and will

receive no compensation for my analysis-report-testimony in this matter.

2.        **Board Certifications, License History, and Practice of Medicine :**  I was

qualified in both Psychiatry and Neurology by the American Board of Psychiatry and Neurology.

National Board of Medical Examiners, Certified #35725;  American Board of Psychiatry and

Neurology, Certified #9508 ;  Massachusetts Registration #26021 ;  New York Registration

#93799 ;  Oregon Registration #8693 ;  Maryland Registration #D-18666

3.        **Medical Staff and Faculty Appointments :**   I served as Asst. Professor, then

Associate Professor, then Full Professor of Psychiatry at  Cornell University Medical College

(1964-1971). I also served as the Founder and First Director of Bourne Behavioral Research

Laboratory, Westchester Division of the New York Hospital, Department of Psychiatry, Cornell

Medical College (1967-68).   I then served as Professor and Chairman: Department of Psychiatry

at the University of Oregon Health Sciences Center (1973-75).   From 1975 to 2001, I served as

the Henry Phipps Professor of Psychiatry and the director of the Department of Psychiatry and

Behavioral Science at the Johns Hopkins University School of Medicine.   During this time

period, I also served as the psychiatrist-in-chief at the Johns Hopkins Hospital and Professor in

Department of The Johns Hopkins School of Hygiene and Public Health, Mental Health (1975

- ). I also served as the Chairman of the Medical Board of the The Johns Hopkins Hospital,

1984-89.   I continue to serve as the University Distinguished Service Professor of Psychiatry at

Johns Hopkins University School of Medicine (1998 - ).

4.      **Publications and Editorial Work:**    I have published many peer reviewed articles in scientific journals.  (See attached Curriculum Vitae).  I have also published a number of books including :

**Author:**

McHugh, P. R. (2006). Try to Remember: Psychiatry's Clash over Meaning, Memory, and Mind. New York: DANA

McHugh, P.R.  (2008). The Mind Has Mountains: Reflections on Society and Psychiatry. Baltimore, MD: Johns Hopkins University Press.

**Co-author:**

— Hedblom, J. H., & McHugh, P. R. (2007). *Last Call: Alcoholism and Recovery*

— Fagan, P. J., & McHugh, P. R. Sexual Disorders: Perspectives on Diagnosis and Treatment.

— Neubauer, D. N., & McHugh, P. R. Understanding Sleeplessness: Perspectives on Insomnia.

— McHugh, P. R., & Slavney, P. R. (1998). *The Perspectives of Psychiatry,* 2nd ed. Baltimore, Maryland: Johns Hopkins University Press.

**Editor:**

— McHugh, P. R., & McKusick. Eds. (1990). *Genes, Brain, and Behavior.The Perspectives of Psychiatry (*1983 with Phillip R. Slavney)

I also served as an Editor or Reviewer for the following Journals:

**Editorial Positions:** 1. Associate Editor for the American Journal of Physiology: Regulatory, Integrative and Comparative Physiology, 1982 - 1996;  President, Association for

Research in Nervous and Mental Disease (ARNMD), December 1989, "Genes, Brain and Behavior"

**Editorial Boards**: The Journal of Nervous and Mental Disease, Comprehensive Psychiatry, Medicine, Psychological Medicine, The Johns Hopkins University Press, International Review of Psychiatry, The American Scholar

**Book Service Editorial Boards:**  The Handbook of Psychiatry, Cambridge University Press ;  The Scientific Basis of Psychiatry, Cambridge University Press;  Brill's Studies in Epistemology, Psychology and Psychiatry ;  The Handbook of Behavioral Neurobiology;  and The Johns Hopkins Series in Contemporary Medicine and Public Health.

5.    **Awards :**  In 1992, I was elected to the Institute of Medicine (IOM) - National Academies of Science (now known as the National Academy of Medicine).  In 2001, I was appointed by President George W. Bush to the President's Council on Bioethics. I have received a number of Fellowships including those from the American College of Physicians, the American College of Psychiatrists, the American Psychiatric Association, and the Royal College of Psychiatrists. Other awards include:

William C. Menninger Award, American College of Physicians, 1987.

The Distinguished Achievement Award, The New York Hospital-Cornell Med. Center, Ctr. Alumni Council, 1988.

The Johns Hopkins University Alumni Association Excellence in Teaching Award, 1992.

Joseph Zubin Award of the American Psychopathological Association, 1995.

Distinguished Service Award, The American College of Psychiatrists, 2002.

Visiting Scholar, The Phi Beta Kappa Society, 2003-2004.

Distinguished Life Fellow, American Psychiatric Association, 2003.

Paul Hoch Award of the American Psychopathological Association , 2006.

Rhoda and Bernard Sarnat International Award in Mental Health of the Institute of Medicine, 2008.

Distinguished Career Award. Society for the Study of Ingestive Behavior, 2009.

Doctor Honoris Causa. University of Zaragoza, Spain, 2012.

**6.        Research Grants :**  Principal Investigator for research grants from the National Institutes of Health: A. Hormonal Studies in Depression. 1964 - 1968 ;   B. Establishment of a primate research resource. 1967 - 1970 ;   C. Hypothalamic studies in endocrinology. 1970 - 1974 ;   D. #R01AM18554 Hypothalamus in Feeding Behavior. 1975- 1985 ; E. #R01AM19302 Gastrointestinal Integration and Feeding.  1985-95. (Became Co Principal Investigator in 1989, T.H. Moran became Principal Investigator). (See attached Curriculum Vitae).

7.        **Psychiatric Misadventures** *:*  In 1992, I published McHugh, P.R. *Psychiatric Misadventures*. The American Scholar, 61:497-510,  1992.  This essay was selected and reprinted in The Best American Essays, 1993.  ed. R. Atwan, Publisher, Ticknor & Fields, New York.   An important part of my career has been engaged in observing and warning the public and mental health professions about Psychiatric Misadventures.  I think this scientific, clinical, and health care system history will be helpful to the court in the Kadel v. Folwell case.

8.        **The Psychiatric Misadventure of Lobotomies - a Tragic Psychiatric Misadventure that Damaged Tens of Thousands of Patients, Robbing Them of Their Emotions and Personality:**

A lobotomy, or leucotomy, is a form of psychosurgery, a neurosurgical treatment for mental disorders that involves severing severing prefrontal cortex connections in the patient's brain. The peak of the lobotomy era was earlier than my training, teaching, and practice but I learned much from the history of this bio-medical disaster.  This "treatment" — received much attention, endorsement,  and even awards as neurologist Antonioa Egas Moniz,  shared the Nobel

Prize for Physiology or Medicine in 1949 for the "discovery of the therapeutic value of leucotomy in certain psychoses".  By 1951, nearly 20,000 lobotomies had reportedly been performed in the United States and proportionally more in the United Kingdom.   British psychiatrist Maurice Partridge, who conducted a follow-up study of 300 patients, reported that the treatment achieved its effects by "reducing the complexity of psychic life". Following the operation, "spontaneity, responsiveness, self-awareness, and self-control were reduced. The activity was replaced by inertia, and people were left emotionally blunted and restricted in their intellectual range." Many of these patients were left with with severe and disabling impairments. Proper informed consent was not obtained for these experimental "treatments".  Surgeon Walter Freedman, who used the procedure widely, coined the term "surgically induced childhood" to refer to the results of lobotomy. [See, e.g.,  Partridge, Maurice. *Pre-frontal leucotomy:*. Oxford: Blackwell Scientific Publications; 1950.]  Currently, the lobotomy era is viewed as an unethical psychiatric misadventure and an assault on the rights, health, and personalities of vulnerable patients. Like the infamous Tuskegee research, and the horrific experiments of the Nazis and Imperial Japan in WWII, lobotomies are a textbook example of why informed consent protections are vital for patient safety and dignity.

7.     **Early Warnings about the Methodological Limitations of a Psychiatric Dictionary — the Diagnostic and Statistical Manual of Mental Disorders (DSM) of the American Psychiatric Association — a Psychiatric Misadventure of Assessment and Diagnosis:**

In 1997, I testified in the *Rhode Island vs. Quattrochi* case Daubert hearing that the Diagnostic and Statistical Manual of Mental Disorders of the American Psychiatric Association (DSM) was essentially a dictionary based on consensus-seeking voting methodologies rather

than evidence-seeking scientific methodologies. [ See, Grove, W. M. and Barden, R.C. (2000)

Protecting the Integrity of the Legal System : The Admissibility of Testimony from Mental

Health Experts Under Daubert/Kumho Analyses, Psychology, Public Policy and Law, Vol 5, No.

1, 234-242. ]    In 2012, I  published an essay in *The New England Journal of Medicine* (with

co-author Phillip R. Slavney) seeking reforms to the Diagnostic and Statistical Manual of Mental

Disorders (DSM) of the American Psychiatric Association which was soon to be published in its

fifth edition. One of our main criticisms contended that the DSM used a top-down checklist

approach to diagnosis rather than a thorough bottom-up approach. We compared the DSM to a

field guide used by amateur birders to identify birds.  It is important for legal professionals to

understand that the DSM was created using a consensual, political process of committees and

voting methodologies. Voting by committees is not a reliable-valid scientific, evidence-based

process. The DSM was thus not built using uniformly valid and reliable scientific processes.  In

the DSM methodology, small groups of professionals, some with ideological or personal

agendas, would form committees and create diagnoses to be "voted" into the DSM.  The field

has increasingly come to see the DSM as controversial and in need of reforms.

    The limitations of the DSM methodology are now well known leading to calls for

corrections from the relevant scientific community.  See, e.g., Lee, C.,  *The NIMH Withdraws*

*Support for DSM-5: The latest development is a humiliating blow to the APA*. Psychology Today

News Blog at https://www.psychologytoday.com/us/blog/side-effects/201305/the-nimh-

withdraws-support-dsm-5 ["Just two weeks before DSM-5 is due to appear, the National Institute

of Mental Health, the world's largest funding agency for research into mental health, has

indicated that it is withdrawing support for the APA's manual. In a humiliating blow to the

American <u>Psychiatric</u> Association, Thomas R. Insel, M.D., Director of the NIMH, made clear the agency would no longer fund research projects that rely exclusively on DSM criteria. Henceforth, the NIMH, which had thrown its weight and funding behind earlier editions of the manual, would be reorienting its research away from DSM categories."] ;   See, also U.S. National Institute of Mental Health Director Thomas Insel on Transforming Diagnosis,  April 29, 2013,  See,  https://www.nimh.nih.gov/about/directors/thomas-insel/blog/2013/transforming-diagnosis.shtml  "Unlike our definitions of ischemic heart disease, lymphoma, or AIDS, the DSM diagnoses are based on a consensus about clusters of clinical symptoms, not any objective laboratory measure. In the rest of medicine, this would be equivalent to creating diagnostic systems based on the nature of chest pain or the quality of fever. Indeed, symptom-based diagnosis, once common in other areas of medicine, has been largely replaced in the past half century as we have understood that symptoms alone rarely indicate the best choice of treatment. Patients with mental disorders deserve better. NIMH has launched the Research Domain Criteria (RDoC) project to transform diagnosis by incorporating genetics, imaging, cognitive science, and other levels of information to lay the foundation for a new classification system."]   In my opinion, the view that the DSM is insufficiently reliable and in need of methodological reforms is generally accepted by the relevant scientific community.

        The unreliability of the DSM assessment process is important to understanding defects in transgender treatment methodologies.  Patients are diagnosed with a DSM checklist for "gender dysphoria" and sent down a road towards potential sterility or other damages to normal, healthy organs based solely on unverified patient reports and the DSM checklist process. This inherently

unreliable process may explain in part why research in this field indicates an ongoing lack of understanding of how to help these vulnerable, suffering patients.

8.    **Early Warnings to Protect Patients from the Predicted Iatrogenic Damages of the "Repressed Memory Therapy" and "Multiple Personality Disorder" Industries — a Psychiatric Misadventure that damaged tens of thousands of patients and families:**

In the early 1990s, I took the — very unpopular at the time — public position that "repressed childhood memories of trauma" , "recovered memory therapy" (RMT), and "multiple personality disorder" (MPD) were psychiatric misadventures employing unreliable, unscientific notions and methods that posed dangers to patients and to the integrity of the mental health system.  See, McHugh, P.R., *Psychiatric Misadventures*, The American scholar, January 1993 ; McHugh, P.R. Resolved: Multiple Personality Disorder is an Individually and Socially Created Artifact. J. of the Amer. Academy of Child and Adolescent Psychiatry, 34:7 1995;  McHugh, P.R. Witches, multiple personalties, and other psychiatric artifacts. Nature Medicine, 1:2 110-114, 1995 ; and McHugh, P.R. Multiple Personality Disorder—A Socially Constructed Artifact. J. of Practical Psychiatry and Behavioral Health, 1:3 158-166, 1995.  By the end of the 1990s, after many dozens of research studies, dozens of civil malpractice lawsuits against "recovered memory" and "MPD" therapists, the closing of several RMT-MPD clinics,  multiple media exposes, and several licensing revocations of RMT-MPD industry leaders, these treatments largely collapsed saving tens of thousands of patients and families from harm.

It is now well documented that the RMT-MPD misadventure was perhaps the worst disaster to befall the mental health system since lobotomies.  See Pendergrast, M. (2017). *The repressed memory epidemic: How it happened and what we need to learn from it.* New York, NY: Springer ; See also, Barden RC: *Reforming the Mental Health System: Coordinated,*

*Multidisciplinary Actions Ended "Recovered Memory" Treatments and Brought Informed Consent to Psychotherapy*. Psychiatric Times. 2014;31(6): June 6, 2014.   In sum, the field has come to agree that the RMT-MPD industries were indeed another Psychiatric Misadventure.

**9**.    **Early Warnings have not been Used to Protect Patients from the Documented Methodological Errors and Predicted Iatrogenic Damages of the Transgender Treatment Industry - yet another Psychiatric Misadventure :**

Many years ago, our clinical experiences and research at Johns Hopkins led to the closing of the transgender clinic. Research showed insufficient benefits for the risks involved in such experimental, unproven treatments on vulnerable patients.  Like lobotomies, the RMT-MPD industries, and over-reliance on the DSM, the Transgender Treatment Industry is a Psychiatric Misadventure based upon failures to apply proper scientific methodologies and patient protections.  The DSM, the RMT-MPD industries and the Transgender Treatment Industries are all examples of failures to avoid confirmation bias, that is failures to properly generate and rigorously test alternative hypotheses without regard for ideological preconceptions.  The key motivation of a psychiatrist and all physicians should be to develop, scientifically validate, and then apply the very best and most effective treatments to relieve the suffering of patients — not rapidly apply untested but "politically correct" treatments.

In recent years, this controversial field has faced increasing scrutiny as national research reviews in England, Sweden, and Finland as well a Cochrane Review and studies by multiple researchers have concluded that the evidentiary base for these experimental treatments is weak and demonstrates few benefits or actually shows this procedures can cause more harm than good. The rapid expansion in the number of patients and the rapid demographic shift in patients demonstrate how little we know about these troubles.  Faced with overwhelming life problems

and chronic psychiatric illness, some patients seek a simple solution for their suffering.  Whether its "recovered memories", "multiple personalities" or "transgender transitioning" such patient can pin their hopes upon this newly ascribed solution to complex life problems.  This enormous increase in cases in the US and Europe cannot be explained and was not predicted by the movement's genetic, biological, "brain structure" or "immutable" theories of the etiology of gender discordance.

In contrast, the exponential growth in patients was indeed predicted and is readily explained by a social contagion theory — the same process by which adopting repressed memories and multiple personalities came to damage so many tens of thousands of lives.   See, Hruz, PW, Mayer, LS, and McHugh, PR, "Growing Pains: Problems with Puberty Suppression in Treating Gender Dysphoria," The New Atlantis, Number 52, Spring 2017 pp. 3 -36; See also, Van Mol, A., Laidlaw, M. K., Grossman, M., McHugh, P. ,  Gender-Affirmation Surgery Conclusion Lacks Evidence, Am J Psychiatry 177:8, August 2020 ajp.psychiatryonline.org 765.

10.   **The Transgender Treatment Industry Has Come Under Increasing Criticism In Recent Years as Methodological Errors and Systemic Failures have been publicly aired and debated including:  (See Detailed Notes and Research-Review Citations attached).**

A)     Current transgender theories failed to predict the widely reported exponential increase in cases (i.e. this is clearly not due to genetics, "brain structures", or "immutability"… social contagion seems more likely).

B)     Current transgender theories failed to predict the rapid and unusual changes in patient demographics (from young boys with early onset-chronic dysphoria to adolescent females with rapid onset of gender dysphoria symptoms.

C)    The Transgender Treatment Industry has failed to conduct competent randomized clinical trials to assess the safety and effectiveness of treatments despite offering "treatments" for 50 years.

D)    The Transgender Treatment Industry has failed to conduct competent, rigorous long-term treatment outcome research despite having 50 years to do so.

E)    The Transgender Treatment Industry has failed to conduct competent research on the social contagion theory in an attempt to understand the rapid increase in patients and demographic shift — in fact, they tried to suppress such research.  This is true even though psychiatry has known for many years that some psychiatric disorders can be influenced by the peer group dynamics of adolescent girls.  (e.g., eating disorders).    See, e.g.  L. Littman (2018), Parent Reports of Adolescents & Young Adults Perceived to Show Signs of a Rapid Onset of Gender Dysphoria, PLoS ONE 13(8): e0202330.

F)    The Transgender Treatment Industry has failed to properly and fully inform patients and the public of the serious risks, dangers, controversies, and methodological shortcomings of the current experimental treatments offered.

G)    The Transgender Treatment Industry has tragically failed to acknowledge and properly learn from and adapt to the valid criticisms.  The industry has yet to admit and advance beyond its scientific and clinician flaws, errors, and mistakes. Until it does, it will continue on as an example of a Psychiatric Misadventure.

11.    **SUMMARY OPINIONS:**   It is my opinion, to a reasonable degree of medical certainty that:

— There are currently no long-term, peer-reviewed published, reliable and valid, research studies documenting the number or percentage of patients receiving gender affirming medical interventions who are **_helped_** by such procedures.

— There are no long-term, peer-reviewed published, reliable and valid, research studies documenting the number or percentage of patients receiving gender affirming medical interventions who are **_injured or harmed_** by such procedures.

— There are no long-term, peer-reviewed published, reliable and valid, research studies documenting the reliability and validity of _assessing_ gender identity by relying solely upon the unverified statements of a patient.

— A currently unknown number (but likely larger than 50% ) of patients reporting gender dysphoria suffer from psychiatric illness(es) that can complicate and may distort their judgments and perceptions of gender identity.

— A currently unknown percentage and number of patients — many of them adolescent females — reporting gender dysphoria have been heavily influenced and/or manipulated by a source of social contagion  — peer group, social media, YouTube influencers, therapists, and/or parents.  Detailed psycho-social investigations of such patients — sometimes over a period of years — may be necessary to better understand the psychiatric-psychological-and neurological complexities of reported gender discordance.

— Patients suffering from gender dysphoria or related issues **_have a right to be protected_** from experimental, potentially harmful treatments lacking reliable and valid, peer reviewed, published, long-term scientific evidence of safety and effectiveness.

— Multiple research studies have shown that a large percentage of children (over 80% in some studies) who initially reported gender discordance will, *if simply left alone*, develop a natural acceptance of their natal (biological) sex.  Halting this natural healing process with hormones or surgery — when there are no reliable ways to predict which children will heal on their own — is an improper and experimental process that will produce lasting damage to many children.

— Medical treatments may differ significantly by sex according to chromosomal assessment but not by gender identity. *Misinforming physicians of a patient's biological sex* can have deleterious effects on treatment for a variety of medical conditions.

— Affirmation ("transgender transitioning") medical treatments — hormones and surgery — for gender dysphoria and "transitioning" remain unproven and have thus *not been accepted by the relevant scientific communities* (biology, genetics, neonatolgy, medicine, psychiatry, psychology, etc).

— Affirmation ("transgender transitioning") medical treatments — hormones and surgery — for gender dysphoria and "transitioning" remain unproven and poorly researched and thus *have no known, peer reviewed and published error rates* — these treatments methods lack demonstrated, reliable and valid error rates.

— Professional and political associations WPATH, the American Medical Association, the American Academy of Pediatrics, the American Endocrine Society, etc. are **not** the relevant scientific community, they are organizations that rely upon consensus-seeking methodologies including voting rather than careful, prudent,  evidence-based, Popperian-testable scientific methodologies.

12.   LIMITATIONS ON EXPERT WITNESS REPORTS: - RETENTION -

COMPENSATION:   My opinions and hypotheses in this matter are — as all expert reports —

subject to the limitations of documentary and related evidence, the impossibility of absolute

predictions, as well as the limitations of social, biological, and medical science. I have not met

with, nor personally interviewed, anyone in this case.  As always, I have no expert opinions

regarding the veracity of witnesses in this case.  I have not yet reviewed all of the evidence in

this case and my opinions are subject to change at any time as new information becomes

available to me. Only the trier of fact can determine the credibility of witnesses and how

scientific research may or may not be related to the specific facts of any particular case.  In my

opinion, a key role of an expert witness is to help the court, lawyers, parties, and the public

understand and apply reliable scientific, technical, and investigative principles, hypotheses,

methods, and information.  I have transmitted this confidential expert report directly to Attorney

John Knepper (john@knepperllc.com) for distribution as consistent with the laws of the

appropriate jurisdiction for this case.


Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the

United States of America that my foregoing report in the Kadel v. Folwell case is true and

correct.


**Signed: _____ Date:  _____**
          **Paul R. McHugh, MD**

12.   LIMITATIONS ON EXPERT WITNESS REPORTS:   My opinions and hypotheses in this matter are — as all expert reports — subject to the limitations of documentary and related evidence, the impossibility of absolute predictions, as well as the limitations of social, biological, and medical science. I have not met with, nor personally interviewed, anyone in this case. As always, I have no expert opinions regarding the veracity of witnesses in this case. I have not yet reviewed all of the evidence in this case and my opinions are subject to change at any time as new information becomes available to me. Only the trier of fact can determine the credibility of witnesses and how scientific research may or may not be related to the specific facts of any particular case. In my opinion, a key role of an expert witness is to help the court, lawyers, parties, and the public understand and apply reliable scientific, technical, and investigative principles, hypotheses, methods, and information. I have transmitted this confidential expert report directly to John Knepper (john@knepperllc.com), for distribution as consistent with the laws of the appropriate jurisdiction for this case.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that my foregoing report in the Kadel v. Folwell case is true and correct.

Signed: *Paul r. mchugh*        Date: 0/1/21
          Paul R. McHugh, MD

Exhibit A

<u>Curriculum Vitae</u>

# PAUL R. McHUGH, M.D.

| | |
|---|---|
| Home address: | 3707 St. Paul Street<br>Baltimore, Maryland 21218 |
| Born: | May 21, 1931 |
| Place of Birth: | Lawrence, Massachusetts |
| Marital Status: | Married:  Wife's name Jean, 3 children |
| Schooling: | Phillips Academy, Andover, 1948<br>Harvard College, A.B., 1952<br>Harvard Medical School, M.D., 1956 |
| Medical Internship: | Peter Bent Brigham Hospital<br>Boston, Massachusetts (1956-57) |
| Neurology Residency: | Massachusetts General Hospital  (1957-60) |
| Neuropathology Fellow: | Massachusetts General Hospital  (1958-59) |
| Teaching Fellow in Neurology<br>and Neuropathology: | Harvard Medical School (1957-60) |
| Clinical Assistant in<br>Psychiatry: | Maudsley Hospital, London, England  (1960-61) |
| Member Neuropsychiatry<br>Division: | Walter Reed Army Institute of Research, Washington,<br>D.C. (1961-64) |
| Assistant Professor of<br>Psychiatry and of Neurology: | Cornell University Medical College (1964-68) |
| Associate Professor of<br>Psychiatry and of Neurology: | Cornell University Medical College (1968-71) |
| Professor of Psychiatry and<br>of Neurology: | Cornell University Medical College (1971) |
| Director of Electroencephalo-<br>graphy: | The New York Hospital (1964-68) |

| | |
|---|---|
| Founder and First Director: | Bourne Behavioral Research Laboratory, Westchester Division of the New York Hospital, Department of Psychiatry, Cornell Medical College (1967-68) |
| Clinical Director and Supervisor of Psychiatric Education: | Westchester Division of the New York Hospital, Department of Psychiatry (1968-73) |
| Professor and Chairman: | Department of Psychiatry University of Oregon Health Sciences Center (1973-75) |
| Henry Phipps Professor of Psychiatry and Director: | Department of Psychiatry and Behavioral Sciences, The Johns Hopkins University School of Medicine, 1975 - 2001 |
| Psychiatrist-in-Chief: | The Johns Hopkins Hospital, 1975 - 2001 |
| Professor in Department of Mental Health: | The Johns Hopkins School of Hygiene and Public Health, 1975 - |
| Director: Blades Center for Clinical Practice and Research in Alcoholism | The Johns Hopkins Medical Institutions, 1992 -2001 |
| University Distinguished Service Professor of Psychiatry | The Johns Hopkins University, 1998 - |

Qualified in both Psychiatry and Neurology by the American Board of Psychiatry and Neurology.
National Board of Medical Examiners, Certified #35725
American Board of Psychiatry and Neurology, Certified #9508
Massachusetts Registration #26021
New York Registration #93799
Oregon Registration #8693
Maryland Registration #D-18666

Selective Administrative Responsibilities

| | |
|---|---|
| Chairman of the Associate Professor Promotions Committee: | The Johns Hopkins University School of Medicine, 1978-84 |
| Chairman of the Medical Board: | The Johns Hopkins Hospital, 1984-89 |

| | |
|---|---|
| Chairman of the Professorial Promotions Committee: | The Johns Hopkins University School of Medicine, 1985 - 1991 |
| Member of Management Advisory Committee: | The Johns Hopkins Health System, 1989 - 1996 |

Board of Trustees/Advisors:
The Kennedy Krieger Research Institute, Inc., 1993 - 2001
The Johns Hopkins Hospital (ex-officio), 1984 – 1989
Association for Research in Nervous and Mental
   Disease, 1987 -
The College of Notre Dame of Maryland, 1999 – 2005
False Memory Syndrome Foundation, 1993 –
President, Johns Hopkins Chapter, Phi Beta Kappa,
   2001 - 2002
President's  Council on Bioethics, 2001 – 2008
United States Conference of Catholic Bishops National
   Review Board, 2002 - 2007

Fellowships:
American College of Physicians
American College of Psychiatrists
American Psychiatric Association
Royal College of Psychiatrists

Memberships:
Alpha Omega Alpha
American Academy of Clinical Psychiatrists
American Association of Chairmen of Departments
   of Psychiatry
American College of Neuropsychopharmacology
American Medical Association
American Neurological Association
American Physiological Society
Association for Research in Nervous and Mental Disease
Baltimore City Medical Society
Eastern Psychological Association
Harvey Society
International Society of Psychoneuroendocrinology
Maryland Psychiatric Society
Medical and Chirurgical Faculty of the State of Maryland
New York Academy of Sciences
Order of Malta
Phi Beta Kappa
The Pavlovian Society
The Peripatetic Club
Sigma XI
Society of Biological Psychiatry
Society for Neuroscience

| | |
|---|---|
| Research Advisory Groups: | Bio-Psychology Study Section, NIH, 1985 - 86<br>Chairman, Bio-Psychology Study Section, 1986 - 89<br>American Federation for Aging Research (AFAR)<br>Scientific Council of NARSAD (National Alliance for<br>  Research on Schizophrenia and Depression, 1986 -<br>Scientific and Professional Advisory Board of FMS<br>  (False Memory Syndrome) Foundation, 1992 -<br>Co-Chairman, Ethics Committee of American College of<br>  Neuropsychopharmacology (ACNP), 2001 - 2003 |
| Editorial Positions: | 1. Associate Editor<br>   *American Journal of Physiology*<br>   Regulatory, Integrative and Comparative<br>   Physiology, 1982 - 1996<br><br>2. President, Association for Research in Nervous and<br>   Mental Disease (ARNMD), December 1989, "Genes,<br>   Brain and Behavior" |
| Editorial Boards: | The Journal of Nervous and Mental Disease<br>*Comprehensive Psychiatry*<br>*Medicine*<br>*Psychological Medicine*<br>The Johns Hopkins University Press<br>*International Review of Psychiatry*<br>*The American Scholar* |
| Book Service Editorial Boards: | *The Handbook of Psychiatry*, Cambridge University Press<br><br>*The Scientific Basis of Psychiatry*, Cambridge<br>University Press<br><br>*Brill's Studies in Epistemology, Psychology<br>and Psychiatry*<br><br>*Handbook of Behavioral Neurobiology*<br><br>*The Johns Hopkins Series in Contemporary<br>Medicine and Public Health* |
| Grants: | Principal Investigator from the United States Public Health<br>Service, N.I.H. Training:<br>1. NIH Clinical Traineeship 1960 - 1963<br>2. Interdisciplinary Training Program in Psychiatry and<br>   Neuroscience (Director) 1990 – 1996 |

Principal Investigator for research grants from the National Institutes of Health:

1. Hormonal Studies in Depression. 1964 - 1968
2. Establishment of a primate research resource. 1967 - 1970
3. Hypothalamic studies in endocrinology. 1970 - 1974
4. #R01AM18554 Hypothalamus in Feeding Behavior. 1975-1985.
5. #R01AM19302 Gastrointestinal Integration and Feeding. 1985-95. (Became Co-Principal Investigator in 1989, T.H. Moran became Principal Investigator).

Awards and Honors:

William C. Menninger Award, Amer. College of Physicians, 1987.

The Distinguished Achievement Award, The New York Hospital-Cornell Med. Center, Ctr. Alumni Council, 1988.

Member, Institute of Medicine, National Academy of Sciences,1992.

The Johns Hopkins University Alumni Association Excellence in Teaching Award, 1992.

Joseph Zubin Award of the American Psychopathological Association, 1995.

Distinguished Service Award, The American College of Psychiatrists, 2002.

Visiting Scholar, The Phi Beta Kappa Society, 2003-2004.

Distinguished Life Fellow, American Psychiatric Association, 2003.

Paul Hoch Award of the American Psychopathological Association , 2006.

Rhoda and Bernard Sarnat International Award in Mental Health of the Institute of Medicine, 2008.

Distinguished Career Award. Society for the Study of Ingestive Behavior, 2009.

*Doctor Honoris Causa*. University of Zaragoza, Spain, 2012.

Representative Sample
of Invited Lectures:

Distinguished Guest Lecturer at the Annual Meeting of The Royal College of Psychiatrists, London, England, July 5, 1978.

The Charles Getz, M.D. Memorial Lecture, The University of Maryland, School of Medicine, Baltimore, MD, March 6, 1979.

Dean's Lecture, The Johns Hopkins Medical Institutions Baltimore, MD, November 13, 1978.

Phineas J. Sparer Distinguished Visiting Professor, University of Tennessee, Memphis, TN, May 16, 1984.

Eastern Psychological Association Annual Meeting, New York, April 25, 1986.

Litchfield Lecturer, Univ. of Oxford, Oxford, England, June 1986.

Chairman, Symposium on Role of the Stomach in Regulation of Satiety. FASEB, Washington, D.C., March 31, 1987.

Telford Lecturer, Washington and Lee University, Lexington, Virginia, April 28, 1988.

Harvey Shein Memorial Lecturer. American Association of Directors of Psychiatric Residency Training, New Orleans, Louisiana, January 13, 1990.

Robert O. Jones Memorial Lecturer. Dalhousie University Medical School, Halifax, Nova Scotia, Canada, March 23, 1990.

Hasenbush Visiting Professor, Massachusetts Mental Health Center, Harvard Medical School, Boston, Mass., January 30, 1991.

Mapother Lecturer, Maudsley Hospital, Institute of Psychiatry, London, England, November 4, 1992.

William Paley Lecturer, Department of Medicine, Cornell Medical College, New York Hospital, February 4, 1993.

Theodore E. Woodward Lecturer, University of Maryland, April 15, 1993.

Sister Virgina Geiger Lecturer, College of Notre Dame of Maryland, Baltimore, Maryland, May 9, 1995.

Phi Beta Kappa Address, Washington & Lee University, Virginia, March 7, 1996.

Biele Lecturer, Thomas Jefferson University, Philadelphia, Pennsylvania, April 10, 1996.

Weniger Lecturer, University of Pittsburgh Medical Center, Pittsburgh, Pennsylvania, April 26, 1996.

Taylor Lecturer in Neuropsychiatry, University of Maryland School of Medicine, Baltimore, Maryland, April 24, 1997.

Tumulty Lecturer, Johns Hopkins University School of Medicine, Baltimore, Maryland, May 14, 1997.

Mendelsohn Lecturer, New England Medical Center, Boston, Massachusetts, April 16, 1998.

Denny Brown Lecturer, Beth Israel Deaconess Hospital, Boston, Massachusetts, May 18, 2000.

Raymond D. Adams Honorary Lecture, Massachusetts General Hospital, Boston, Massachusetts, June 8, 2000.

Distinguished Psychiatrist Lecture, American Psychiatric Association, May 7, 2001.

## PUBLICATIONS:

## Books:

1.     McHugh, P.R. and Slavney, P.R.:   <u>The Perspectives of Psychiatry</u>, The Johns Hopkins University Press, Baltimore, MD, 1983.

     a. McHugh, P.R. and Slavney, P.R.:   <u>Perspectives de la Psiquiatria</u>, Masson, Barcelona, Spain, 1985.

      b. McHugh, P.R. and Slavney, P.R.:  <u>Psychiatriche Perspektiven</u>, Springer-Verlag Berlin Heidelberg, Germany, 1984.

      c. McHugh, P.R. and Slavney, P.R.:  <u>Les Perspectives de la Psychiatrie</u>, Masson, Paris, France., 1986.

      d. McHugh, P.R. and Slavney, P.R.:  <u>As Perspectivas da Psiquiatria</u>, Artes Medicas, Porto Alegre, Brazil, 1988.

2.     Slavney, P.R. and McHugh, P.R.:  <u>Psychiatric Polarities</u>.  The Johns Hopkins University Press, Baltimore, MD, 1987.

3.     McHugh, P.R. and McKusick, V.A. (eds):  <u>Genes, Brain and Behavior</u>.  Assoc. Res. Nerv. Ment. Dis., Vol. 69, Raven Press, New York, 1990.

4.     McHugh, P.R. and Slavney, P.R.:  <u>The Perspectives of Psychiatry, 2nd Edition</u>, The   Johns Hopkins University Press, Baltimore, MD, 1998.

5.     McHugh, P.R.:  <u>The Mind Has Mountains: Reflections on Society and   Psychiatry</u>. The Johns Hopkins University Press, Baltimore, MD, 2006.

6.     McHugh, P.R.:  <u>Try  to Remember:  Psychiatry's Clash Over Meaning, Memory, and Mind</u>.  Dana Press, 2008.

## Papers:

1.     Gibbons, J.L. and McHugh, P.R.:  Plasma Cortisol in Depressive Illness.  <u>J. Psychiatr. Res.</u>, <u>1</u>: 162, 1962.

2.     Hays, R., McHugh, P.R., and Williams, H.:  Absence of Thirst in Hydro-cephalus. <u>New Engl. J. Med.</u>, <u>269</u>: 277, 1963.

3.     McHugh, P.R.:  Occult Hydrocephalus.  <u>Quart. J. Med.</u>, <u>33</u>: 297-308, 1964.

4.     McHugh, P.R. and Smith, G.P.:  Central Nervous System Control of Adreno-cortical Secretion.  <u>Symposium on Medical Aspects of Stress in the Military Climate</u>. Walter Reed Army Institute of Research, 421-429, April 1964.

5.     Smith, G.P., Boren, J. and McHugh, P.R.:  Gastric Secretory Response to Acute Environmental Stress.  <u>Symposium on Medical Aspects of Stress in the Military Climate</u>.  Walter Reed Army Institute of Research, 353-365, April 1964.

6.     McHugh, P.R., Black, W.C. and Mason, J.M.:  Some Hormonal Responses to

Electrical Self Stimulation in the Macaca Mulatta.  Am. J. Physiol., 210: 109-113, 1966.

7.      McHugh, P.R.:  Hydrocephalic Dementia.  Bull. N.Y. Acad. Med., 42:907-917, 1966.

8.      McHugh, P.R. and Smith, G.P.:  The Plasma 17-OH-CS Response to Amygdaloid Stimulations With and Without After-Discharges.  Am. J. Physiol., 212: 619-622, 1967.

9.      McHugh, P.R. and Smith, G.P.: Negative Feedback in Adrenocortical response to limbic stimulation in Macaca Mulatta.  Am. J. Physiol., 213: 1445-1450, 1967.

10.     Smith, G.P. and McHugh, P.R.:  Gastric Secretory Response to Amygdaloid or Hypothalamic Stimulation in Monkeys.  Am. J. Physiol., 213:  640-644, 1967.

11.     Reis, D.J. and McHugh, P.R.:  Hypoxia as a Cause of Bradycardia During Amygdala Stimulation in Monkey.  Am. J. Physiol., 214: 601-610, 1968.

12.     McHugh, P.R.:  Hypothalamic Controls in Feeding Behavior as Revealed by "Disconnection" Method.  In:  Transactions of the American Neurological Association, 95:  100-103, 1970.

13.     McHugh, P.R. and Goodell, H.:  Behavior of Patients with Sedative Poisoning Seen in a General Hospital.  Archives of General Psychiatry, 25: 256-264, 1971.

14.     Andersen, A. and McHugh, P.R.:   Oat Carcinoma with Hyperadrenalism Manifesting Itself as a Suicide Attempt.  Journal of Nervous and Mental Disease, 152:  6, 1971.

15.     McHugh, P.R. and Gibbs, J.:  Aspects of Subcortical Organization of Feeding Revealed by Hypothalamic Disconnections in Macaca Mulatta.  Brain, 95: 279-293, 1972.

16.     Folstein, M., Folstein, S., and McHugh, P.R.:  Clinical Predictors of Improvement After Electroconvulsive Therapy of Patients with Schizophrenia, Neurotic Reactions, and Affective Disorders.  Biological Psychiatry, 7:  147-152, 1973.

17.     Slavney, P.R. and McHugh, P.R.:  The Hysterical Personality:  A Controlled Study.  Archives of General Psychiatry, 30:  325-329, 1974.

18.     Luria, R. and McHugh, P.R.:  The Reliability and Clinical Utility of the Present

State Examination.  <u>Archives of General Psychiatry</u>, <u>30</u>:  866-871, 1974.

19.     Sovner, R. and McHugh, P.R.:  Lithium Treatment in Periodic Catatonia.  The <u>Journal of Nervous and Mental Disease</u>, <u>158</u>: 214-221, 1974.

20.     Breakey, W.R., Goodell, H., Lorenz, P.L. and McHugh, P.R.:  Hallucinogenic Drugs as Precipitants of Schizophrenia.  <u>Psychol. Med.</u>, <u>4</u>:  255-261, 1974.

21.     Robinson, R.G., McHugh, P.R. and Folstein, M.F.:  Measurement of Appetite Disturbances in Psychiatric Disorders.  <u>J. Psychiat. Res.</u>, <u>12</u>:  59-68, 1975.

22.     Slavney, P.R. and McHugh, P.R.:  The Hysterical Personality:  An Attempt at Validation with the MMPI.  <u>Archives of General Psychiatry</u>, <u>32</u>:  186-190, 1975.

23.     McHugh, P.R. and Folstein, M.F.:  Psychiatric Syndromes of Huntington's Chorea:  A Clinical and Phenomenological Study.  Seminars in Psychiatry.  In <u>Psychiatric Aspects of Neurologic Disease</u>.  D. Frank Benson, M.D. and Dietrich Blumer, M.D., Ed.  Grune & Stratton, New York, pp. 267-286, 1975.

24.     Von Greif, H., McHugh, P.R., and Stokes, P.:  The Familial History in Sixteen Males with Bipolar Manic-Depressive Illness.  In <u>Genetic Research in Psychiatry</u>.  R.R. Fieve, D. Rosenthal, and H. Brill, Ed.  The Johns Hopkins University Press, 233-239, 1975.

25. Folstein, M., Folstein, S., and McHugh, P.R.:  "Mini-Mental State":  A Practical Method for Grading the Cognitive State of Patients for the Clinician.  <u>Journal of Psychiatric Research</u>, <u>12</u>:  189-198, 1975.  **[CITATION CLASSIC, 1989]**.

26.     Robinson, R.G., McHugh, P.R. and Bloom, F.E.:  Chlorpromazine Induced Hyperphagia in the Rat.  <u>Psychopharmacology Communications</u>, <u>1</u>:  37-50, 1975.

27.     Sovner, R. and McHugh, P.R.:  Bipolar Course in Schizoaffective Illness. <u>Biological Psychiatry</u>, <u>11</u>:  195-204, 1976.

28.     McHugh, P.R., Gibbs, J., Falasco, J.D., Moran, T. and Smith, G.P.:  Inhibitions of Feeding Examined in Rhesus Monkeys with Hypothalamic Disconnections. <u>Brain</u>, <u>98</u>:  441-454, 1975.

29.     Gibbs, J., Falasco, J. and McHugh, P.R.:  Cholecystokinin Decreases Feeding in Rhesus Monkeys.  <u>Am. J. Physiol.</u>, <u>230</u>:  15-18, 1976.

30.     McHugh, P.R., Moran, T.H. and Barton, C.N.:  Satiety:  A Graded Behavioral Phenomenon Regulating Caloric Intake.  <u>Science</u>, <u>190</u>:  167-169, 1975.

31.    McHugh, P.R. and Moran, T.H.:  An Examination of the Concept of Satiety in Hypothalamic Hyperphagia.  In:  <u>Anorexia Nervosa</u>, R. Vigersky, Ed. Raven Press, New York, 1977, pp. 67-73.

32.    Slavney, P.R., Rich, G.B., Pearlson, G.D. and McHugh, P.R.:  Phencyclidine Abuse and Symptomatic Mania.  <u>Biol. Psychiat.</u>, <u>12</u>:  697-700, 1977.

33.    McHugh, P.R., Moran, T.H.:  The Accuracy of the Regulation of Caloric Ingestion in the Rhesus Monkey:  Caloric Regulation in Rhesus Monkeys.  <u>Am. J. Physiol.</u>, <u>235</u>:  R29-34, 1978.

34.    Folstein, M.F., Maiberger, R. and McHugh, P.R.:  Mood Disorder as a Specific Complication of Stroke.  Journal of Neurology, Neurosurgery and Psychiatry, 40, 1018-1020, 1977.

35.    Folstein, M.F. and McHugh, P.R.:  Defective Long Term Caloric Regulation in Obesity.  <u>NIDA Research Monograph Studies</u>, <u>20</u>:  182-188, 1978.

36.    McHugh, P.R. and Folstein, M.F.:  Psychopathology of Dementia: Implications for Neuropathology:  Res. Publ. Assoc. Res. Nerv. Ment. Dis. 57:  17-30, 1978

37    Folstein, M.F. and McHugh, P.R.  Dementia Syndrome of Depression in Alzheimer's disease.  In <u>Senile Dementia and Related Disorders</u>.  Katzman, R. et al., Eds., New York:  Raven Press, pp. 87-96, 1978.

38.    Robinson, R.G., Folstein, M.F. and McHugh, P.R.  Reduced Caloric Intake Following Small Bowel Bypass Surgery:  A Systematic Study of Possible Causes.  <u>Psychol. Med.</u>, <u>9</u>:  37-53, 1979.

39.    McHugh, P.R.:  Aspects of the Control of Feeding:  Application of Quantification in Psychobiology.  <u>The Johns Hopkins Medical Journal</u>, <u>144</u>:  147-155, 1979.

40.    McHugh, P.R., Moran, T.H.:  Calories and Gastric Emptying:  A Regulatory Capacity with Implications for Feeding.  <u>American Journal of Physiology</u>, <u>236</u>:  R254-R260, 1979.

41.    Folstein, S.E., Folstein, M.F., McHugh, P.R.:  Psychiatric Syndromes in Huntington's Disease.  <u>Advances in Neurology</u>, <u>23</u>:  281-289, Raven Press, New York, 1979.

42.    Robinson, R.G., Folstein, M.F., Simonson, M., McHugh, P.R.:  Differential Antianxiety Response to Caloric Intake Between Normal and Obese

Subjects. Psychosomatic Medicine, 42: 415-427, 1980.

43. Moran, T.H., McHugh, P.R.: Distinctions Amongst Three Sugars in Their Effects on Gastric Emptying and Satiety. American Journal of Physiology, 241: R25-R30, 1981.

44. Rabins, P.V., Tune, L.E., McHugh, P.R.: Tardive Dyskinesia. The Johns Hopkins Medical Journal, 148: 206-211, 1981.

45. Tune, L.E., McHugh, P.R., Coyle, J.T.: Management of Extrapyramidal Side Effects Induced by Neuroleptics. The Johns Hopkins Medical Journal, 148: 149-153, 1981.

46. Pearlson, G.D., Veroff, A.E., McHugh, P.R.: The Use of Computed Tomography in Psychiatry: Recent Applications to Schizophrenia, Manic-depressive Illness and Dementia Syndrome. The Johns Hopkins Medical Journal, 149: 194-202, 1981.

47. Tune, L.E., McHugh, P.R., Coyle, J.T.: Drug Management in Chronic Schizophrenia. The Johns Hopkins Medical Journal, 150: 45-48, 1982.

48. Moran, T.H., McHugh, P.R.: Cholecystokinin Suppresses Food Intake by Inhibiting Gastric Emptying. American Journal of Physiology, 242: R491-R497, 1982.

49. McHugh, P.R., Slavney, P.R.: Methods of Reasoning in Psychopathology: Conflict and Resolution. Comprehensive Psychiatry, 23: 197-215, 1982.

50. Tune, L.E., Folstein, M., Rabins, P., Jayaram, G., McHugh, P.R.: Familial Parkinson's Disease: A Case Report. The Johns Hopkins Medical Journal, 151: 65-70, 1982.

51. McHugh, P.R., Moran, T.H., Wirth, J.B.: Post-Pyloric Regulation of Gastric Emptying in Rhesus Monkeys. American Journal of Physiology, 243: R403-R415, 1982.

52. Hunt, J.N., McHugh, P.R.: Does Calcium Mediate the Slowing of Gastric Emptying in Primates? American Journal of Physiology, 243: G200-G203, 1982.

53. Brener, W., Hendrix, T.R., McHugh, P.R.: Regulation of the Gastric Emptying of Glucose. Gastroenterology, 85: 76-82, 1983.

54. Wirth, J.B., McHugh, P.R.: Gastric Distension and Short-Term Satiety in the Rhesus Monkey. American Journal of Physiology, 245: R174-R180, 1983.

55.     McHugh, P.R., Robinson, R.G.:  The Two Way Trade—Psychiatry and Neuroscience.  The British Journal of Psychiatry, 143: 303-305, 1983.

56.     McHugh, P.R.:  The Control of Gastric Emptying.  Journal of Autonomic Nervous System, 9: 221-231, 1983.

57.     Slavney, P.R., McHugh, P.R.:  Life Stories and Meaningful Connections Reflections on a Clinical Method in Psychiatry and Medicine.  Perspectives in Biology and Medicine, 27: 279-288, 1984.

58.     Smith, G.T., Moran, T.H., Coyle, J.T., Kuhar, M.J., O'Donahue, T.L. and McHugh, P.R.:  Anatomic Localization of Cholecystokinin Receptors to the Pyloric Sphincter.  American Journal of Physiology, 246: R127-R130, 1984.

59.     McHugh, P.R., Moran, T.H.:  The Stomach:  A Conception of its Dynamic Role in Satiety.  Progress in Psychobiology and Physiological Psychology, 11: 197-232, Ed. A. Epstein and J. Sprague, Academic Press, Inc., 1985.

60.     McHugh, P.R.  Commentary on Charles Hanly's "Logical and Conceptual Problems of Existential Psychiatry".  The Journal of Nervous and Mental Disease, 173: 278, 1985.

61.     Slavney, P.R., McHugh, P.R.:  The Life-Story Method in Psychotherapy and Psychiatric Education:  The Development of Confidence.  American Journal of Psychotherapy, 39: 57-67, 1985.

62.     Moran, T.H., Robinson, P.H., McHugh, P.R.:  The Pyloric Cholecystokinin Receptor:  A Site of Mediation for Satiety.  Annals of the New York Academy of Science, 448: 621-623, 1985.

63.     Robinson, P.H., Moran, T.H., McHugh, P.R.:  Gastric Cholecystokinin Receptors and the Effect of Cholecystokinin on Feeding and Gastric Emptying in the Neonatal Rat.  Annals of the New York Academy of Science, 448: 627-629, 1985.

64.     Folstein, M.F., Robinson, R., Folstein, S., McHugh, P.R.  Depression and Neurological Disorders.  New Treatment Opportunities for Elderly Depressed Patients.  Journal of Affective Disorders, Supplement 1: S11-S14, 1985.

65.     Nestadt, G., McHugh, P.R.:  The Frequency and Specificity of Some "Negative" Symptoms.  Weissnauer Symposium, Basisstadien endogener Psychosen und das Borderline-Problem.  Ed. G. Huber, Schattauer, Stuttgart-New York, 1985.

66.     Folstein, M., Romanoski, A., Nestadt, G., Chahal, R., Merchant, A., Shapiro, S., Kramer, M., Anthony, J., Gruenberg, E., McHugh, P.R.:  Brief Report on the

Clinical Reappraisal of the Diagnostic Interview Schedule Carried Out at the Johns Hopkins Site of the Epidemiological Catchment Area Program of the NIMH. <u>Psychological Medicine</u>, <u>15</u>:  809-814, 1985.

67.     Moran, T.H., Robinson, P.H., Goldrich, M.S., McHugh, P.R.:  Two Brain Cholecystokinin Receptors:  Implications for Behavioral Actions.  <u>Brain Research</u>, <u>362</u>: 175-179, 1986.

68.     McHugh, P.R., Moran, T.H.  The Stomach, Cholecystokinin and Satiety. <u>Federation Proceedings</u>, <u>45</u>:  1384-1390, 1986.

69.     McHugh, P.R., Moran, T.H.  The Stomach and Satiety.  In:  <u>Interaction of the Chemical Senses with Nutrition</u>.  Ed. M.B. Kare, Academic Press, 167-180, 1986.

70.     Notturno, M.A., McHugh, P.R.:  Is Freudian Psychoanalytic Theory <u>Really</u> Falsifiable?  <u>Behavioral and Brain Sciences</u>, <u>9</u>:  250-252, 1986.

71.     Robinson, P.H., Moran, T.H., McHugh, P.R.:  Inhibition of Gastric Emptying  and Feeding by Fenfluramine.  <u>American Journal of Physiology</u>, <u>250</u>: R764-R769, 1986.

72.     McHugh, P.R., Moran, T.H.:  The Inhibition of Feeding Produced by Direct Intraintestinal Infusion of Glucose:  Is This Satiety?  <u>Brain Research Bulletin</u>, <u>17</u>:  415-418, 1986.

73.     McHugh, P.R.:  Commentary on Joseph H. Stephens, et al., "Inpatient Diagnoses During Adolf Meyer's Tenure as Director of The Henry Phipps Psychiatric Clinic, 1913-1940".  <u>The Journal of Nervous and Mental Disease</u>, <u>174</u>: 752-753, 1986.

74.     Moran, T.H., Smith, G.P., Hostetler, A.M., McHugh, P.R.:  Transport of Cholecystokinin (CCK) Binding Sites in Subdiaphragmatic Vagal Branches. <u>Brain Research</u>, <u>415</u>: 149-152, 1987.

75.     Robinson, P.H., Moran, T.H., Goldrich, M., McHugh, P.R.  Development of Cholecystokinin Binding Sites in Rat Upper Gastrointestinal Tract.  <u>Am. J. Physiol.</u>, <u>252</u>: G529-G534, 1987.

76.     McHugh, P.R.  Psychiatry and Its Scientific Relatives:  "A Little More Than Kin and Less Than Kind." <u>Journal of Nervous and Mental Disease</u>, <u>175</u>:  579-583, 1987.

77. Notturno, M.A., McHugh, P.R.  Is Freudian Psychoanalytic Theory Really Falsifiable?  <u>Metaphilosophy</u>, <u>18</u>: 306-320, 1987.

78. McHugh, P.R.  William Osler and the New Psychiatry.  <u>Annals of Internal Medicine</u>, <u>107</u>: 914-918, 1987.

79. Rabins, P., McHugh, P.R., Pauker, S., Thomas, J.  The Clinical Features of Late Onset Schizophrenia.  In:  <u>Schizophrenia and Aging</u>, pp. 235-238, N.E. Miller/G.D. Cohen, ed., The Guilford Press, NY, 1987.

80. Romanoski, A.J., Nestadt, G., Chahal, R., Merchant, A., Folstein, M.F., Gruenberg, E.M., McHugh, P.R.  Interobserver Reliability of a "Standardized Psychiatric Examination" (SPE) for Case Ascertainment (DSM III).  <u>J. Nerv. Ment. Dis.</u>, <u>176</u>: 63-71, 1988.

81. Moran, T.H., McHugh, P.R.  Gastric and Nongastric Mechanisms for Satiety Action of Cholecystokinin.  <u>Am. J. Physiol.</u>, <u>254</u>:R628-R632, 1988

82. Moran, T.H., Moody, T.W., Hostetler, A.M., Robinson, P.H., Goldrich, M. McHugh, P.R.  Distribution of Bombesin Binding Sites in the Rat Gastrointestinal Tract.  <u>Peptides</u>, <u>9</u>: 643-649, 1988.

83. Robinson, P.H., Moran, T.H., McHugh, P.R.  Cholecystokinin Inhibits Independent Ingestion in Neonatal Rats.  <u>Am. J. Physiol.</u>, <u>255</u>: R14-R20, 1988.

84. Moran, T.H., McHugh, P.R.  Anatomical and Pharmacological Differentiation of Pyloric, Vagal and Brain Stem Cholecystokinin Receptors.  In: <u>Cholecystokinin Antagonists</u>, Wang, R.Y., Schoenfeld, R., Ed., A.R. Liss, Inc., New York, <u>47</u>: 117-132, 1988.

85. Moran, T.H., Shnayder, L., Hostetler, A.M., McHugh, P.R.  Pylorectomy Reduces the Satiety Action of Cholecystokinin.  <u>Am. J. Physiol.</u>, <u>255</u>: R1059-R1063, 1988.

86. Folstein, M.F., Warren, A., McHugh, P.R.  Heterogeneity in Alzheimer's Disease: An Exercise in the Resolution of a Phenotype.  In:  <u>Genetics and Alzheimer's Disease</u>.  Sinet, P.M., Lamour, Y., Christen, Y. (Eds.), Springer-Verlag, Berlin Heidelberg, 1988, pp. 5-12.

87. Robinson, P.H., McHugh, P.R., Moran, T.H., Stephenson, J.D.  Gastric Control of Food Intake.  <u>J. Psychosomatic Res.</u>, <u>32</u>: 593-606, 1988.

88. Margolis, R., Moran, T.H., McHugh, P.R.  In Vitro Response of Rat Gastrointestinal Segments to Cholecystokinin and Bombesin.  <u>Peptides</u>, <u>10</u>: 157-161, 1989.

89.    McHugh, P.R.   Curt Richter and Johns Hopkins:   A Union of Assets.   Am. J.Physiol., 256:  R1169-R1170, 1989.

90.    Moran, T.H., McHugh, P.R.   Effects of Pylorectomy in Cholecystokinin (CCK) Satiety:  Evidence for Multiple and Separable Mechanisms.  In:  The Neuropeptide Cholecystokinin (CCK).  J. Hughes, G. Dockray and G. Woodruff (eds.), Ellis Norwood Limited, Chichester, 1989, 227-231.

91.    Hostetler, A.M., McHugh, P.R., Moran, T.H.   Bombesin Affects Feeding Independent of a Gastric Mechanism or Site of Action.  Am. J. Physiol., 257: R1219-R1224, 1989.

92.    McHugh, P.R.   The Neuropsychiatry of Basal Ganglia Disorders.   A Triadic Syndrome and Its Explanation.   Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 2:  239-247, 1989.

93.    McHugh, P.R., Moran, T.H., Killilea, M.  The Approaches to the Study of Human Disorders in Food Ingestion and Body Weight Maintenance.   Annals of the New York Academy of Sciences, 575:  1-12, 1989.

94.    McHugh, P.R.  The Basal Ganglia:  The Region, the Integration of Its Systems and Implications for Psychiatry and Neurology.  In:  Function and Dysfunction in the Basal Ganglia.  A.J. Franks, J.W. Ironside, R.H.S. Mindham, R.J. Smith, E.G.S. Spokes, W. Winlow (eds.), Manchester University Press, Manchester and New York, 1990, 259-269.

95.    Nestadt, G., Romanoski, A.J., Chahal, R., Merchant, A., Folstein, M.F., Gruenberg, E.M., McHugh, P.R.   An Epidemiological Study of the Histrionic Personality Disorder.  Psychological Medicine, 20:  413-422, 1990.

96.    Ladenheim, E.E., Jensen, R.T., Mantey, S.A., McHugh, P.R., Moran, T.H. Receptor Heterogeneity for Bombesin-line Peptides in the Rat Central Nervous System. Brain Research, 537: 233-240, 1990.

97.    Moran, T.H., McHugh, P.R.   Cholecystokinin Receptors.  In:   Handbook of Chemical Neuroanatomy, Vol. 9: Neuropeptides in the CNS.  Part II.  A. Bjorklund, T. Hokfelt and M. Kuhar (eds.), Elsevier Science Publishers, Amsterdam, pp. 455-476, 1990.

98.    Moran, T.H., Norgren, R., Crosby, R.J., McHugh, P.R.   Central and Peripheral Vagal Transport of Cholecystokinin Binding Sites Occurs in Afferent Fibers. Brain Research 526:  95-102, 1990.

99.    McHugh, P.R.   Clinical Issues in Food Ingestion and Body Weight Maintenance. Handbook of Behavioral Neurobiology, E.M. Stricker, ed., Volume 10, Plenum Publishing Corp., New York, 1990, 531-547.

100.  McHugh, P.R.  Explaining DSM-III-R in the '90s.  ACP Psychiatric Update, 10: 1-11, 1990.

101.  Schwartz, G.J., Moran, T.H., McHugh, P.R.  Autoradiographic and Functional Development of Gastric Cholecystokinin Receptors in the Rat.  Peptides, 11: 1199-1203, 1990.

102.  Stephens, J.H., McHugh, P.R.  Characteristics and Long-Term Follow-up of Patients Hospitalized for Mood Disorders in the Phipps Clinic, 1913-1940.  J. Nerv. Ment. Dis., 179: 64-73, 1991.

103.  McHugh, P.R., Moran, T.H.  Pyloric CCK Receptors and the Afferent Vagal System Mediate CCK Satiety.  In:  Brain-Gut Interactions, Y. Tache, D. Wingate, Eds., CRC Press, Boca Raton, 1991, Chapter 22, 263-265.

104.  Nestadt, G., Romanoski, A.J., Brown, C.H., Chahal, R., Merchant, A., Folstein, M.F., Gruenberg, E.M., McHugh, P.R.  DSM-III Compulsive Personality Disorder:  An Epidemiological Survey.  Psychological Medicine, 21: 461-471, 1991.

105.  Schwartz, G.J., McHugh, P.R., Moran, T.H.  Integration of Vagal Afferent Responses to Gastric Loads and Cholecystokinin in Rats.  Am. J. Physiol., 261: R64-R69, 1991.

106.  Moran, T.H., Crosby, R.J., McHugh, P.R.  Effects of Pylorectomy on Cholecystokin-induced Inhibition of Liquid Gastric Emptying.  Am. J. Physiol., 261: R531-R535, 1991.

107.  Schwartz, G.J., Netterville, L.A., McHugh, P.R., Moran, T.H.  Gastric Loads Potentiate Inhibition of Food Intake Produced by a Cholecystokinin Analogue.  Am. J. Physiol., 261: R1141-R1146, 1991.

108.  Moran, T.H., Shnayder, L., Schwartz, G.J., McHugh, P.R.  Pyloric Cholecystokinin Receptors.  In:  CCK Antagonists in Gastroenterology:  Basic and Clinical Status, G. Adler and C. Beglinger (eds.), Springer-Verlag, Berlin Heidelberg, 1991, 159-164.

109.  Moran, T.H., Schwartz, G.J., McHugh, P.R.  Brain-Gut Interactions in Cholecystokinin (CCK) Satiety.  In:  Diabetes, H. Rifkin, J.A. Colwell, S.I. Taylor (eds.), Elsevier Science, 1991, 512-515.

110.  Moran, T.H., Ameglio, P.J., Schwartz, G.J., McHugh, P.R.  Blockade of Type A, not Type B, CCK Receptors Attenuates Satiety Actions of Exogenous and Endogenous CCK.  American Journal of Physiology, 262: R46-R50, 1992.

111.    Moran, T.H., Sawyer, T.K., Seeb, D.H., Ameglio, P.J., Lombard, M.A.,McHugh, P.R.  Potent and Sustained Satiety Actions of a Cholecystokinin Octapeptide Analogue.  Am. J. Clin. Nutr., 55:  286S-290S, 1992.

112.    Schwartz, G.J., Netterville, L.A., McHugh, P.R., Moran, T.H.  Gastric Loads Potentiate Inhibition of Food Intake Produced by a Cholecystokinin Analogue.  Am. J. Physiol., 261:  R1141-1146, 1992.

113.    McHugh, P.R.  A Structure for Psychiatry at the Century's Turn - The View from Johns Hopkins.  Journal of the Royal Society of Medicine, 85:  483-487, 1992.

114.    McHugh, P.R.  Psychiatric Misadventures.  The American Scholar, 61:497-510, 1992.
        **[Selected and Reprinted in THE BEST AMERICAN ESSAYS 1993, ed. R. Atwan, Publisher, Ticknor & Fields, New York].**

115.    Moran, T. H., McHugh, P.R.: Vagal Receptor Transport. In: Neuroanatomy and Physiology of Abdominal Vagal Afferents. S. Ritter, R.C. Ritter and C.D. Barnes, (eds) CRC Press, Boc Raton, pp. 157-178, 1992.

116.    Nestadt, G., Romanoski, A.J., Samuels, J.F., Folstein, M.F., McHugh, P.R. The Relationship Between Personality and DSM-III Axis I Disorders in the Population: Results From an Epidemiological Survey. Am. J. Psychiatry, 149: 1228-1233, 1992.

117.    Brown, C.H., Gruenberg, E. M., McHugh, P.R. The Epidemiology of Psychiatrist-ascertained Depression and DSM-III Depressive disorders. Psychological Medicine, 22: 629-655, 1992.

118.    Moran, T.H., McHugh, P.R.: Gastric Mechanisms in CCK Satiety. In: Multiple Cholecystokinin Receptors in the CNS. C.T. Dourish, S.J. Cooper, S.D. Iversen and L.L. Iversen (eds), Oxford University Press, Oxford, pp. 183-205, 1992.

119.    Lyketsos, C.G., Hanson, A.L., Fishman, M., Rosenblatt, A., McHugh, P.R., Treisman, G.  Manic Syndrome Early and Late in the Course of HIV. Am. J. Psychiatry, 150:  326-327, 1993.

120.    McHugh, P.R. Multiple Personality Disorder. The Harvard Mental Health Letter, 10: Number 3, 4-6, September 1993.

121.    Treisman, G.J., Lyketsos, C.G., Fishman, M., Hanson, A.L., Rosenblatt, A., McHugh, P.R.  Psychiatric Care for Patients with HIV Infection.  The Varying Perspectives.  Psychosomatics, 34:  432-439, 1993.

122.  Schwartz, F.J., McHugh, P.R., Moran, T.H.  Gastric Loads and Cholecystokinin Synergistically Stimulate Rat Gastric Vagal Afferents.  Am. J. Physiol., 265: R1-5, 1993.

123.  Moran, T.H., Ameglio, P.J., Schwartz, G.J., Peyton, H.J., McHugh, P.R. Endogenous Cholecystokinin in the Control of Gastric Emptying of Liquid Nutrient Loads in Rhesus Monkeys.  Am. J. Physiol., 265:R371-375,1993.

124.  Moran, T.H., Ameglio, P.J., Peyton, H.J., Schwartz, G.J., McHugh, P.R. Blockade of Type A, But Not Type B CCK Receptors, Postpones Satiety in Rhesus Monkeys. Am. J. Physiol., 265: R620-R624, 1993.

125.  Schwartz, G.J., Berkow, G., McHugh, P.R., Moran, T.H.  Gastric Branch Vagotomy Blocks Nutrient and Cholecystokinin-induced Suppression of Gastric Emptying.  Am. J. Physiol., 264: R630-R637, 1993.

126.  McHugh, P.R.  Psychotherapy Awry.  The American Scholar, 63: 17-30, 1994.

127.  Schwartz, G.J., McHugh, P.R., Moran, T.H.  Pharmacological Dissociation of Responses to CCK and Gastric Loads in Rat Mechanosensitive Vagal Afferents.  Am. J. Physiol., 267: R303-R308, 1994.

128.  Nestadt, G., Samuels, J.F., Romanoski, A.J., Folstein, M.F., McHugh, P.R. Obsessions and Compulsions in the Community.  Acta Psychiatrica Scandinavica, 89: 219-224, 1994.

129.  Cohen, B.J., Nestadt, G., Samuels, J.F., Romanoski, A.J., McHugh, P.R.,   Rabins, P.V.  Personality Disorder in Later Life:  A Community Study.  British J. Psychiatry, 165:  493-499, 1994.

130.  Nestadt, G., Eaton, W.W., Romanoski, A.J., Garrison, R., Folstein, M.F., McHugh, P.R.  Assessment of DSM-III Personality Structure in a General Population Survey.  Comprehensive Psychiatry, 35: 54-63, 1994.

131.  Samuels, J.F., Nestadt, G., Romanoski, A.J., Folstein, M.F., McHugh, P.R.  DSM-III Personality Disorders in the Community.  Am. J. Psychiatry, 151: 1055-1062, 1994.

132.  Pulver, A., Nestadt, G., Housman, D., Kazazian, H.H., McHugh, P.R., Manschreck, T., Childs, B., et al.  Sequential Strategy to Identify a Susceptibility Gene For Schizophrenia:  Report of Potential Linkage on Chromosome 22q12-q13.1.  Part 1.  American Journal of Medical Genetics, 54: 36-43, 1994.

133.  Lyketsos, C., Hanson, A., Fishman, M., McHugh, P.R., Treisman, G.  Screening for Psychiatric Morbidity in a Medical Outpatient Clinic for HIV Infection: The Need for a Psychiatric Presence.  Int'l J. Psychiatry in Medicine, 24: 103-

113, 1994.

134.   McHugh, P.R.   A "Letter of Experience" about Faculty Promotion in Medical Schools.   Academic Medicine, 69:  877-881, 1994.

135.   McHugh, P.R.  Suicide and Medical Afflictions.   Medicine, 73: 297-298, 1994.

136.   McHugh, P.R.  What's the Story?  The American Scholar, 64: 191-203, 1995.

137.   McHugh, P.R.   Resolved:   Multiple Personality Disorder is an Individually and Socially Created Artifact.  J. of the Amer. Academy of Child and Adolescent Psychiatry, 34:7 1995.

138.   McHugh, P.R.   Witches, multiple personalities, and other psychiatric artifacts.  Nature Medicine, 1:2 110-114, 1995.

139.   McHugh, P.R.  Multiple Personality Disorder—A Socially Constructed Artifact.  J. of Practical Psychiatry and Behavioral Health, 1:3 158-166, 1995.

140.   Peyser, C.E., Folstein, M., Chase, G., Starkstein, S., Brandt, J., Cockrell, J., Bylsma, F.,  Coyle, J.T., McHugh, P.R., Folstein, S.   Trial of d-a-Tocopherol in Huntington's Disease.  Am J Psychiatry, 152:12 1771-1775, 1995.

141.   McHugh, P.R.  Hippocrates a la mode.  Nature Medicine, 1:5 507-509, 1996.

142.   McHugh, P.R.  The Kevorkian Epidemic.  The Amer Scholar, 66:1 15-27, 1997.

143.   Stephens, J.H., Richard, P., McHugh, P.R. Long-Term Follow-up of Patients Hospitalized for Schizophrenia, 1913 to 1940. J Nerv Ment Dis, 185:12, 715-721, 1997.

144.   McHugh, P.R.  Dying Made Easy.  Commentary, 107:2, 13-17, February, 1999.

145.   Stephens, J.H., Richard, P., McHugh, P.R.   Suicide in Patients Hospitalized for Schizophrenia, 1913 to 1940. J Nerv Ment Dis, 187, 10-14, 1999.

146.   McHugh, P.R.   How  Psychiatry  Lost  Its  Way.    Commentary, 108:5, 32-38, December, 1999.

147.   Stephens, J. H., Richard, P., McHugh, P.R.  Long-Term Follow-up of Patients with a Diagnosis of Paranoid State and Hospitalized, 1913 to 1940.  J Nerv Ment Dis, 188:4, 202-208, 2000.

148.   McHugh, P.R.  The Death of Freud and the Rebirth of Psychiatry.  The Weekly Standard, 31-36, July 17, 2000.

149.   McHugh, P.R.   Beyond DSM-IV:  From Appearances to Essences.  Psychiatric

Research Report, 17:2, 2-3, 14-15, 2001.

150.    McHugh, P.R.  Romancing Depression.   Commentary, 112:5, 38-42, December,
        2001.

151.    McHugh, P.R.  A Psychiatrist Looks at Terrorism.  The Weekly Standard, 21-24,
        December 10, 2001.

152.    McHugh, P.R.  Treating the Mind as Well as the Brain.  The Chronicle Review, The
        Chronicle of Higher Education, Section 2, B14, November 22, 2002.

153.    McHugh, P.R.   Classifying Psychiatric Disorders:   An Alternative Approach.
        Harvard Mental Health Letter, 7-8, November, 2002.

154.    McCabe, O.L., Gwon, H.S., McHugh, P.R., et al.  Academic Psychiatry and Health
        Care Reform:   Strategic Initiatives for Sustaining the Clinical Mission.
        Psychiatric Services, 54:2, 236-239, February 2003.

155.    McHugh, P.R.  The End of a Delusion.  The Psychiatric Memory Wars are Over.
        The Weekly Standard, 31-34, May 26, 2003.

156.    McHugh, P.R.  Zygote and "Clonote"-The Ethical Use of Embryonic Stem Cells.  N
        Engl J Med, 351:3, 209-211, July 15, 2004.

157.    McHugh, P.R., Lief, H.I., Freyd, P. and Fetkewicz, J.M.   From Refusal to
        Reconciliation.   Family Relationships After an Accusation Based on
        Recovered Memories.  J Nerv Ment Dis, 192:8, 525-531, 2004.

158.    McHugh, P.R.  The Adventures of a "Different" Pair.  Physiology and Behavior, 82:
        171-174, 2004.

**159.**   McHugh, P.R.  The Substance of Style.  The Weekly Standard, 31-33, August 30,
        2004.

**160.**   McHugh, P.R.  Surgical Sex.  First Things, 34-38, November 2004.

**161.**   Caplan, A.L. and McHugh, P.R.  Shall We Enhance?  A Debate.  Cerebrum, 6:4, 13-
        28, 2004.

**162.**   McHugh, P.R.  Teaching Darwin.  The Weekly Standard, March 28, 2005, 23-26.

**163.**   McHugh, P.R.  Striving for Coherence.  Psychiatry's Efforts Over Classification.
        JAMA, 293:20, 2526-2528, 2005.

**164.**    McHugh, P.R.  Annihilating Terri Schiavo.  <u>Commentary</u>, June 2005, 27-32.

**165.**    McHugh, P.R.  A Nation of Crazy People?  Overestimating Mental Illness in America.  <u>The Weekly Standard</u>, June 27, 2005, 9-12.

**166.**    McHugh, P.R. and Treisman, G.  PTSD: A Problematic Diagnostic Category.  <u>Journal of Anxiety Disorders</u>, 21: 211-222, 2007.

**167.**    McCabe, O.L., Kaminsky, M.J., and McHugh, P.R.  Clinical Assessment in Disaster Mental Health:  A Logic of Case Formulation."  <u>American Journal of Disaster Medicine</u>, 2(6):  297-306, 2007.

**168.**    Rosen, G.M., Spitzer, R.L., and McHugh, P.R.  Problems with the Post-traumatic Stress Disorder Diagnosis and its Future in DSM-V.  <u>British Journal of Psychiatry</u>, 192: 3-4, 2008.

**169.**    Hallett, M. and McHugh, P.R.  Seeking Free Will in Our Brains:  A Debate.  In:  **The Dana Foundation's Cerebrum:  Emerging Ideas in Brain Science,** 109-124, 2008.

**170.**    McHugh, P.R.  Hysteria in Four Acts.  <u>Commentary,</u> 126(5):  18-24,  December, 2008.

171.    McHugh, P.R.  Psychiatry at Stalemate.  In The **Dana Foundation: Cerebrum 2010: Emerging Ideas in Brain Science.** Updating the Diagnostic and Statistical Manual of Mental Disorders, pp. 93-102.

172.    McHugh, P.R.:  Leon Kass and the Poets.  In:  **Apples of Gold in Pictures of Silver.  Honoring the Work of Leon R. Kass**.  Edited by Y. Levin, T.W. Merrill, and A. Schulman, pp. 101-107, 2010.

173.    Smith, C.N., Rascino, J.C., Kripke, D.L., McHugh, P.R., Treisman, G.J., Squire, L.R.  Losing Memories Overnight: A Unique Form of Human Amnesia.  Neuropsychologia, 2010.

174.    Rosen, G.M., Lilienfeld, S.O., Frueh, C., and McHugh, P.R.,.  Reflections on PTSD's Future in DSM-V.  British Journal of Psychiatry 197: 343-344, 2010.

175.    McHugh, P.R. and Slavney, P.R.  Mental Illness – Comprehensive Evaluation or Checklist?  ***N. Engl. J. Med***.  366:20, 1853-1855, 2012.

176.

## Book Chapters:

1. McHugh, P.R.: Psychiatric Disturbances in Medical Patients.   In <u>Cecil-Loeb Textbook of Medicine</u>, 12<sup>th t</sup>Edition.  Beeson and McDermott (Ed.).  W.B. Saunders, Philadelphia, 1448-1456, 1967.

2. McHugh, P.R.: <u>Dementia</u>. *
   McHugh, P.R.: <u>The Concept of Disease in Psychiatry</u>. *
   McHugh, P.R.: <u>Functional Psychoses</u>. *
   McHugh, P.R.: <u>Personality Disorders and Neurotic Symptom</u>. *
   McHugh, P.R.: <u>Psychological Testing in Clinical Medicine</u>. *
   • In Cecil-Loeb Textbook of Medicine, Ed. by P.B. Beeson and W. McDermott. <u>13th Edition</u>, 102-128, 1970.

3. *Updated in:  Cecil-Loeb Textbook of Medicine, Ed. by P.B. Beeson and W. McDermott.  <u>14th Edition</u>, 5580, 1975.

4. *Updated in:  Cecil Textbook of Medicine, Ed. by P.B. Beeson, W. McDermott, and J.B. Wyngaarden, <u>15th Edition</u>, 1979.

5. *Updated in:   Cecil Textbook of Medicine, Ed. by J.B. Wyngaarden and L.H. Smith, Jr., <u>16th Edition</u>, 1979-1997, 1982.

6. *Updated in:  Cecil Textbook of Medicine, Ed. by J.B. Wyngaarden, L.H. Smith, Jr., and F. Plum, <u>17th Edition</u>, W.B. Saunders Company, 1985.

7. Folstein, M.F. and McHugh, P.R.: Phenomenological Approach to the Treatment of Organic Psychiatric Syndrome.  In: B.B. Wolman, (Ed.), <u>The Therapist Handbook-Treatment Methods of Mental Disorders</u>.   Van Nostrand Reinhold Ltd., 279-286, 1976.

8. McHugh, P.R.:  Education Control and the Hypothalamus.  In:  <u>Scientific Approaches to Clinical Neurology</u>.  E.S. Goldensohn and S.H. Appel (Ed.), Philadelphia: Lea & Febiger, Vol. <u>2</u>: 1786-1800, 1977.

9. Folstein, M.F. and McHugh, P.R.:  The Neuropsychiatry of Some Specific Brain Disorders.  In:  <u>Handbook of Psychiatry 2 - Mental Disorders and Somatic Illness</u>. M.H.Lader, Ed.,Cambridge Univ. Press, Chapter 10, 107-118,1983

10. McHugh, P.R.:  The Control of Gastric Emptying. In: <u>Vagal Nerve Function: Behavioral and Methodological Considerations</u>.  J.G. Kral, T.L.Powley and Powley and C.M. Brooks, (Ed.), Elsevier Science Publishers, 221-

231,1983

11.    McHugh, P.R.: Neuropsychiatry: The New Frontier. In: The 1984 Distinguished Visiting Professorship Lectures. J.E. Hamner III, (Ed.) The University of Tennessee Center for the Health Sciences (UTCHS), Memphis, 21-35,1985

12.    McHugh, P.R. and Folstein, M.F.: Organic Mental Disorders. In: Psychiatry, Volume 1, Chapter 73, 1-21, J.B. Lippincott Company, Philadelphia, 1985.*

13.    * Updated in: Psychiatry, 1987.

14.    * Updated in: Psychiatry, 1-24, 1988.

15.    McHugh, P.R.: Obesity, Eating, and Satiety Mechanisms. In: Diseases of the Nervous System, A.K. Asbury, (Ed.), W.B. Saunders Co., Philadelphia, 1985.

16.    Teitelbaum, M.L. and McHugh, P.R.: Hysterical Behavior. In: Current Therapy in Neurologic Disease - 3. R.T. Johnson, Ed., B.C. Decker Inc., Philadelphia, 1990.

17.    McHugh, P.R. Schizophrenia and the Disease Model. In: What is Schizophrenia, W.F. Flack, D.R. Miller, M. Wiener, (Ed.), Springer-Verlag, 73-80, 1992.

18.    McHugh, P.R. Food Intake and Its Disorders. In: Diseases of the Nervous System. Clinical Neurobiology. A.K. Asbury, G.M. McKhann, W.I. McDonald (Ed.), W.B. Saunders, Philadelphia, 529-536, 1992.

19.    Treisman, G.J., Fishman, M., Lyketsos, C.G. and McHugh, P.R. Evaluation and Treatment of Psychiatric Disorders Associated with HIV Infection. In: HIV, AIDS, and the Brain, New York: Raven Press, 1994.

20.    Robinson, P.H. and McHugh, P.R.: A Physiology of Starvation that Sustains Eating Disorders. In: Handbook of Eating Disorders: Theory, Treatment and Research. C. Szmukler, C. Dare and J. Treasure, (Ed.), John Wiley & Sons, Chichester, England, 109-123, 1995.

21.    McHugh, P.R. Emotional Disorders Associated with Dementing Illnesses. In: Progress in Alzheimer's Disease and Similar Conditions, L.L. Heston (Ed.), American Psychiatric Press, Inc., Washington, D.C., 1-8, 1997.

22.    McHugh, P.R. Foreword (Genius in a Time , Place and Person) to the 1997 Edition of: General Psychopathology By Karl Jaspers, Johns Hopkins Press, Baltimore, MD 1997.

23.    Treisman, G.J., Fishman, M., Schwartz, J.M., Lyketsos, C.G., McHugh, P.R. Treatment of Psychiatric Disorders in Patients Infected with HIV. In: Psychiatric Treatment of the Medically Ill, R.G. Robinson, W.R. Yates (Eds.), Marcel Dekker, Inc., New York, 181-205, 1999.

24.    McHugh, P.R.  Improving the Accuracy of Diagnosis.  In:  <u>Alzheimer Disease: The Changing View</u>, Katzman, R. and Bick K. (Ed.), Academic Press, San Diego, 211-224, 2000.

25.    McHugh, P.R. and Slavney, Phillip R.  The Education of Psychiatrists.  In: <u>New Oxford Textbook of Psychiatry</u>, Gelder, M.G., Lopez-Ibor, J.J., Andreasen, N. (Eds.), Oxford University Press, 41-47, 2000.

26.    McHugh, P.R.  Resolved:  Multiple Personality Disorder is an Individually and Socially Created Artifact.  In:  <u>Taking Sides:  Clashing Views on Controversial Issues in Abnormal Psychology</u>, Halgin, R.P. (Ed.), Second Edition, McGraw Hill, 48-53, 2003.

27.    McHugh, P.R. and Clark, M.R.  Diagnostic and Classificatory Dilemmas.  In:   , <u>Psychosomatic Medicine</u>, Blumenfield, M., Strain, J.J. (Eds.), Lippincott Williams & Wilkins:  Chapter 4, 39-45, 2006.

28.    Treisman, G.J. and McHugh, P.R.  Life Story as the Focus of Psychotherapy:  The Johns Hopkins Conceptual and Didactic Perspectives.  In:  <u>The Psychotherapy of Hope: The Legacy of Persuasion and Healing</u>.  Alarcon, R.D. and Frank, J.B.  The Johns Hopkins University Press, Baltimore:  Chapter 2, 22-33, 2012.

29.    McHugh, P.R.  Rendering Mental Disorders Intelligible: Addressing Psychiatry's Urgent Challenge.  In:  Philosophical Issues in Psychiatry II:  Nosology.  Kendler, K.S. and Parnas, J. (Eds.), Oxford University Press,  Chapter 13, 269-279, 2012.

30/    McHugh, P.R.  The Perspectives of Psychiatry:  The Public Health Approach.   In: <u>Public Mental Health</u>, Eaton, W.W. (Ed.), Oxford University Press, Chapter 2, 31-40, 2012.

## Miscellaneous Writings:

1.    McHugh, P.R.  Living With Uncertainty:  Issues of Responsibility in Informing the Individual.  <u>Huntington Review</u>, <u>I</u>:  11-15, 1982.

2.    McHugh, P.R.  Reimbursement for Inpatient Psychiatry.  <u>The Psychiatric Times</u>, <u>III</u>:  No. 12, 1, December, 1986.

3.    McHugh, P.R.  Factitious Disorder. <u>The Johns Hopkins Medical Grand Rounds</u>.  Vol. XIV, May, 1988.

4.    McHugh, P.R.    Foreword.  In:  DePaulo, J.R. and Ablow, K.   <u>Coping With Depression</u>.  McGraw Hill, New York, 1989.

5.      McHugh, P.R.  Book Review.  The Medical Basis of Psychiatry, Winokur, G. and Clayton, P.  W.B. Saunders, Philadelphia, 1986.  J. Nerv. Ment. Dis. 177: 54-55, 1989.

6.      McHugh, P.R.  Obituary, Curt Paul Richter, Ph.D. JAMA, 261:  3174, 1989.

7.      McHugh, P.R.  Only the Myth of Freud is Tarnished.  The New York Observer, 4: No. 15, 5, April 16, 1990.

8.      McHugh, P.R.  Does Psychiatry Whitewash Sex Offenders?  The Baltimore Sun, June 16, 1990.

9.      McHugh, P.R.  The Professorial Promotions Committee at Johns Hopkins School of Medicine:  A Letter of Experience, 1991.

10.     McHugh, P.R.  Reply to My Critics. The American Scholar, 62: 319-320, 1993.

11.     McHugh, P.R.  Further Reply to Critics.The American Scholar, 62:479-480,1993.

12.     McHugh, P.R.  Do Patients' Recovered Memories of Sexual Abuse Constitute a 'False Memory Syndrome'? Psychiatric News, XXVIII; 18, Dec. 3, 1993.

13.     McHugh, P.R.  Opinion: The Contemporary Witch-Craze: Remembered Sexual Abuse.  Hopkins Medical News, 17: 56, 1994.

14.     McHugh, P.R.  Book Review.  Suggestions of Abuse: True and False Memories of Childhood Sexual Trauma, Michael D. Yapko. New York Newsday, p. B8, June 30, 1994.

15.     McHugh, P.R., et al.  Controversy:  Psychotherapy Awry.  American Scholar, 63: 476-480, 1994.

16.     McHugh, P.R.  Book Review. An Anthropologist on Mars: Seven Paradoxical Tales. Sacks, O., Alfred A. Knopf, New York, 1995.  Baltimore Sunday Sun, February 19, 1995.

17.     McHugh, P.R.  Answer to Critics to June, 1995, Witches, multiple personalities, and other psychiatric artifacts.  Nature Medicine, Vol. 1, No. 6, 490-492, 1995.

18.     McHugh, P.R.  Book Review.  The Jung Cult.  Noll, R., Princeton Univ. Press, 1995.  The American Scholar, Vol. 64, 617-622, 1995.

19.     McHugh, P.R.  Book Review.  Emotional Intelligence: Why It Can Matter More Than IQ.  Goleman, D., Bantam Books, New York.  The Sun, September 10, 1995.

20.     McHugh, P.R.  Letter to the Editor.  Commentary, Vol. 100, No. 6, 8, December 1995.

21.     McHugh, P.R.  The Argument: Legalize cocaine?--A prescription for disaster!  The Sunday Sun, March 3, 1996.

22.     McHugh, P.R.  Book Review.  The Creation of Dr. B: A Biography of Bruno Bettelheim.  Pollak, R., Simon & Schuster.  The Sun, January 19, 1997.

23.     McHugh, P.R.  Book Review.  The Sexual Century.  Person, E.S., Yale University Press, 2000.  First Things, Vol. 107, 52-55, November, 2000.

24.     McHugh, P.R.  Book Review.  New Oxford Textbook of Psychiatry and Contemporary Psychiatry.  New England Journal of Medicine, Vol. 345, 299-300, 2001.

25.      McHugh, P.R.  A Report From the President's Council on Bioethics. American College of Neuropsychopharmacology Bulletin, Vol. 8, No. 2, 5, 2002.

26     McHugh, P.R.  A Study on Minors Sexually Victimized by Catholic Priests is the Most Thorough Yet, But the Epidemic Raises More Questions.  The Sunday Sun, February 29, 2004.

27.     McHugh, P.R.  Wrong Prescription: How the Emptying of State-Run Mental Hospitals Produced a Social Disaster.  The Wall Street Journal, Book Review,  June 14-15, 2008.

28     McHugh, P.R.  Five Best: Paul McHugh on Books About the Factions and Follies of Psychiatry.  The Wall Street Journal, W8, June 28-29, 2008.

29.     McHugh, P.R.  Children of Men.  The Wall Street Journal, A15, December 18, 2012.

30.     McHugh, P.R.  A Manual Run Amok.  The Wall Street Journal, C3, Saturday/Sunday, May 18-19, 2013.

31.     McHugh, P.R.  'Death With Dignity' Claims Another Victim.  The Wall Street Journal, A13, Saturday/Sunday, May 25-26, 2013.

32.     McHugh, P.R.  Transgender Surgery Isn't the Solution.  The Wall Street Journal, A13, Friday, June 13, 2014.

## Abstracts (Representative Sampling):

1. McHugh, P.R., Black, W. and Mason, J.M.: Some Hormonal Effects of Electrical Self Stimulation in the Lateral Preoptic Region. Physiologist, 6: 232, 1963.

2. McHugh, P.R. and Smith, G.P.: Brain Stimulation and Plasma 17-Oh Corticosteroid Control. Physiologist, 7: 204, 1964.

3. Smith, G.P. and McHugh, P.R.: Gastric Secretory Response to Amygdaloid Stimulation. Physiologist, 7: 259, 1964.

4. McHugh, P.R. and Smith, G.P.: Negative Feedback in Plasma 17-CH corti-costeroid Response to Amygdaloid Stimulation in Macaca Mulatta. Excerpta Medica, International Congress Series. 111: 710, 1966.

5. Reis, D.J. and McHugh, P.R.: The Role of Apnea in the Genesis of Bradycardia Following Stimulation in the Monkey. Fed. Proc., 25: 701, 1966.

6. McHugh, P.R. and Goodell, H.: The Diagnosis of Hydrocephalic Dementia. Neurology, 16: 299, 1966.

7. McHugh, P.R. and Gibbs, J.: Inhibitions on Feeding Revealed by Hypothalamic Disconnections in Macaca Mulatta. Federation Proceedings, 30: 375, 1971.

8. McHugh, P.R.: Inhibition of Feeding in Monkeys After Ventromedial Hypothalamic Disconnection. Federation Proceedings, 31: 397, 1972.

9. McHugh, P.R., Moran, T., Gibbs, J. and Falasco, J.: Intragastric Nutrient Infusions and Caloric Satiety in Monkeys. Federation Proceedings, 34: 374, 1975.

10. McHugh, P.R., Moran, T.H.: Caloric Assessment of Food Intake by Rhesus Monkeys. Federation Proceedings, 35: No. 3, March 1, 1976.

11. McHugh, P.R., Moran, T.H.: Gastric Emptying and Satiety for Food in Rhesus Monkeys. Federation Proceedings, 36: No.3, March 1, 1977.

12. Moran, T.H., McHugh, P.R.: Caloric Regulation of Gastric Emptying in Rhesus Monkeys. Federation Proceedings, 37: No. 3, 228, March 1, 1977.

13. Moran, T.H., McHugh, P.R.: Cholecystokinin: Gastric Emptying and Feeding in Macaca Mulatta. Federation Proceedings, 38: 1131, 1979.

14.     McHugh, P.R., Moran, T.H.:  Feedback Control of Nutrient Delivery From
        Stomach of Rhesus Monkeys.  Federation Proceedings, 39:  No. 3, March,
        4, 1980.

15.     McHugh, P.R., Moran, T.H., Wirth, J.B.:  The Feedback Relationship Between Post
        Pyloric Glucose and Gastric Emptying Rate in Rhesus Monkeys.  Federation
        Proceedings, 40:  576, 1981.

16.     Wirth, J.B., McHugh, P.R.  Interrelationship of gastric post-pyloric signals of satiety.
        Eastern Psychological Association, 52nd Annual Meeting, New York, April
        22-25, page 90, 1981.

17.     Brener, W., Hendrix, T.R., McHugh, P.R.  Intraduodenal Glucose Calories Control
        Gastric Emptying in Man.  Gastroenterology, 80:  1116, 1981.

18.     Wirth, J.B., McHugh, P.R.:  The Stomach in Satiety.  Eastern Psychological Assn,
        53rd Annual Meeting, Baltimore, MD, April 14, 1982, pg 168.

19.     McHugh, P.R., Wirth, J.B.:  The Small Intestine and Satiety.  Eastern Psychological
        Association,  53rd Annual Meeting, Baltimore, MD, April14-17, 1982, page
        169.

20.     Wirth, J.B., McHugh, P.R.:  Initial Emptying from the Stomach is Greater with
        Larger Gastric Volumes.  Federation Proceedings, 41:  No. 5, 1744, 1982.

21.     McHugh, P.R., Goetz, K., Mearns, D., Wirth, J.B.:  The Interrelations of Gastric
        Volume and Intestinal Glucose on Gastric Emptying in Rhesus Monkeys.
        Federation Proceedings, 42:  No. 4, 1099, 1983.

22.     Morton, D.A., McHugh, P.R., Hendrix, T.R.:  Control of Gastric Emptying of
        Fructose in Man.  Gastroenterology, 84:  No. 5, Part 2, 1254, 1983.

23.     Smith, G.T., Moran, T.H., Coyle, J.T., Kuhar, M.J., O'Donohue, T.L., McHugh,
        P.R.:  Anatomical Localization of Cholecystokinin Receptors to the Pyloric
        Sphincter:  Physiological Implications.  The Physiologist, 26:  No. 4, A-96,
        1983.

24.     Smith, G.T., Moran, T.H., Coyle, J.T., Kuhar, M.J., O'Donohue, T.L., McHugh,
        P.R:  Autoradiographic Localization of Cholecystokinin Receptors to the
        Pyloric Sphincter of the Rat.  Society for Neuro-science, 13th Annual
        Meeting, November 6-11, 1983, Boston, MA.Society for Neuroscience, 9:
        Part 1, page 172, 1983.

25.     Moran, T.H., Robinson, P., Pronsky, C., McHugh, P.R.  Localization andSpecificity
        of Pyloric Cholecystokinin Receptors. FASEB Meeting, April 1-6, 1984, St.
        Louis, MO, Federation Proceedings, 43:  No. 4 page 1073, 1984.

26.    Moran, T.H., Pronsky, C., McHugh, P.R.  Localization and Specificity of Gastric Cholecystokinin Receptors.  Volume <u>55</u>:  page 89, 1984.

27.    Robinson, P.H., Moran, T.H., McHugh, P.R.  Receptors for Cholecystokinin (CCK) and Effect of CCK on Independent Ingestion in Rat Pups.  <u>Annual Meeting of the Society for Neuroscience</u>,  page 1015, 1984.

28.    Moran, T.H., Robinson, P.H., McHugh, P.R.  Localization and Specificity of Pyloric CCK Receptors.  <u>Federation Proceedings</u>, 42:1984.

29.    Moran, T.H., Goldrich, M., Robinson, P.H., McHugh, P.R.  Two Receptor Sites for the Mediation of CCK Satiety.  <u>Eastern Psychological Association</u>, Boston, <u>56</u>: 30, 1985.

30.    Moran, T.H., Moody, T.W., Goldrich, M.S., Robinson, P.H., McHugh, P.R.  Autoradiographic Localization of Bomesin Binding Sites Within the Gastrointestinal Tract.  <u>Society for Neuroscience</u>, <u>11</u>: 903, 1985.

31.    Margolis, R.L., Moran, T.H., McHugh, P.R.  The Contractility of Rat Gastrointestinal Tissue in Response to Bombesin and Cholecystokinin. <u>The American Physiological Society's Annual Fall Meeting</u>, October13-18, 1985, New York.

32.    Speedie, L.J., Rabins, P., Pearlson, G., Moberg, P., McHugh P.  Naming Deficits in Dementia of Depression.  <u>Journal of Clinical and Experimental Neuropsychology</u>, <u>7</u>, 645, 1985.

33.    Moran, T.H., Smith, G.P., Hostetler, A.M., McHugh, P.R.  Transport of CCK Receptors in Abdominal Vagal Branches.  <u>IXth International Conference on the Physiology of Food and Fluid Intake</u>.  Seattle, WA, July 7-11, 1986.

34.    McHugh, P.R.  The Stomach:  A Conception of Its Dynamic Role in Satiety.Invited Address.  <u>Eastern Psychological Association</u>, NY, <u>57</u>:55, 1986.

35.    Hostetler, A.M., Moran, T.H., McHugh, P.R.  Bombesin:  Gastric Emptying and Feeding.  <u>Eastern Psychological Association</u>, New York, <u>57</u>:  57, 1986.

36.    Moran, T.H., Hicks, A., McHugh, P.R.  Bombesin Inhibits Gastric Emptying in Rhesus Monkeys. FASEB 70th Annual Meeting, St. Louis, MO, <u>Federation Proceedings</u>, <u>45</u>, 140. 1986.

37.    Moran, T.H., McHugh, P.R.  Examination of Pyloric Cholecystokinin (CCK) CCK Receptors.  <u>Society for Neuroscience</u>, <u>12</u>:  Part 2, 1954, 1986.

38.    Garcha, G.S., McHugh, P.R., Moran, T.H., Robinson, P.H., Stephenson, J.D. Development of Cholecystokinin Receptors and Suppression of Ingestion and Gastric Emptying.  <u>Proceedings of the Physiological Society</u>, p.98P, 1987.

39.    Moran, T.H., Sawyer, T.K., Jensen, R.T., Crosby, R.J., McHugh, P.R.Cholecystokinin (CCK) Analogs as Probes in Assessing the Site of Action of CCK Satiety.  <u>Society for Neuroscience, 14</u>:  Part 2, 1108, 1988.

40.    Moran, T.H., McHugh, P.R.  Effects of Pylorectomy on Cholecystokinin Satiety and Gastric CCK Receptors.   CCK-88,  <u>Symposium on Cholecystokinin</u>, Cambridge, 1988.

41.    Crosby, R.J., Norgren, R., Moran, T.H., McHugh, P.R.  Central and Peripheral Transport of CCK-A Receptors on Vagal Afferent Fibers. FASEB 73rd Meeting, New Orleans, LA, <u>FASEB Jrnl, 3</u>: A998, 1989.

42.    Crosby, R.J., McHugh, P.R., Moran, T.H.  Peripheral Transport of Vagal CCK Binding Sites Occurs Within Afferent Fibers.  <u>Proceedings of the Eastern Psychological Association, 60</u>,:  38, 1989.

43.    Seeb, D.H., Moran, T.H., McHugh, P.R.  Inhibition of Feeding in Rhesus Monkeys by a Long Acting CCK Analog. <u>Proceedings of the Eastern Psychological Association, 60</u>, 39, 1989.

44.    Robinson, R.G., Starkstein, S.E., Fedoroff, P., Berthier, M.L., Mayberg, H.S., McHugh, P.R.  Bipolar Affective Versus Pure Manic Disorder After Brain Lesions.  <u>Society for Neuroscience, 15</u>, Part 2, 1123, 1989.

45.    Schwartz, G.T., Moran, T.H., McHugh, P.R.  Effects of Sulfated and Non-Sulfated Cholecystokinin on Pyloric Contractility in the Developing Rat.  <u>Society for Neuroscience, 15</u>, Part 2, 1279, 1989.

46. Moran, T.H., Crosby, R.J., McHugh, P.R.  Effect of Pylorectomy on the Inhibition of Gastric Emptying by Cholecystokinin (CCK).  <u>Society for Neuroscience, 15</u>, Part 2, 1280, 1989.

47.    McHugh, P.R., Amgelio, P.J., Moran, T.H.  Role of Endogenous Cholecystoknin (CCK) in the Regulation of Gastric Emptying of Liquid Glucose, Peptone and Intralipid Test Meals in Rhesus Monkeys.  FASEB 75th Annual Mtg., Atlanta, GA, <u>FASEB Journal, 5</u>, Pt I, A386, 1991.