```
IN THE UNITED STATES DISTRICT COURT FOR
   THE MIDDLE DISTRICT OF NORTH CAROLINA


MAXWELL KADEL, et al.,        )
                              )
           Plaintiffs,        )
                              )   No. 1:19-cv-272-LCB-LPA
      V.                      )
                              )
DALE FOLWELL, et al.,         )
                              )
           Defendants.        )
_____)
```

DEPOSITION
OF
MICHAEL D. BUNTING

AUGUST 9, 2021

THIS TRANSCRIPT IS NOT COMPLETE
PORTIONS OF THIS TRANSCRIPT AND/OR EXHIBITS
MAY BE DESIGNATED CONFIDENTIAL/ATTORNEYS EYES ONLY
AFTER REVIEW OF TRANSCRIPT BY ATTORNEYS WITHIN 30
DAYS OF DATE OF DEPOSITION PER PROTECTIVE ORDER

PNC PLAZA DOWNTOWN
301 Fayetteville Street, Suite 1700
Raleigh, North Carolina

Reported by: Michelle Maar, RDR, RMR, FCRR

```
 1   injection, this medication.  The implant is a one-time,
 2   less painful procedure.
 3       Q.    Is that the only concern you had?
 4       A.    That is the only reason I can recall.
 5       Q.    Do you assert that the State Health Plan does not
 6   cover any of C███'s medical treatment?
 7             MS. EVANS:  Object to form.
 8             THE WITNESS:  Ask that again please -- make sure
 9   I understand you correctly.
10   BY MR. KNEPPER:
11       Q.    Do you assert that the State Health Plan does not
12   cover or pay for any of C███'s medical treatment?
13             MS. EVANS:  Same objection.
14             THE WITNESS:  No.  I don't believe that.
15   BY MR. KNEPPER:
16       Q.    Your concern and claim is that the State Health
17   Plan does not cover treatment connected to C███'s gender
18   dysphoria.  Is that correct?
19             MS. EVANS:  Object to form.
20             THE WITNESS:  I believe I agree with that, yes.
21   BY MR. KNEPPER:
22       Q.    Who is Echo Meyer?
23       A.    A therapist.
24       Q.    Who does Echo Meyer treat?
25       A.    C███
```