```
 1         IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
 2
                 ~~~~~~~~~~~~~~~~~~~~
 3
       MAXWELL KADEL, et al.,
 4
 5              Plaintiffs,
 6
            vs.            Case No. 1:19-cv-272-LCB-LPA
 7
 8     DALE FOLWELL, in his official
       capacity as State Treasurer of
 9     North Carolina, et al.,
10
                Defendants.
11
12               ~~~~~~~~~~~~~~~~~~~~
13               Video Deposition of
                STEPHEN B. LEVINE, M.D.
14
15              September 10, 2021
                   9:05 a.m.
16
17                  Taken at:
              Veritext Legal Solutions
18              1100 Superior Avenue
                  Cleveland, Ohio
19
20             Tracy Morse, RPR
21
22
23
24
25
```

1    substance abuse, they didn't distinguish
2    between trans and -- statistically, but other
3    studies have indicated that everything else,
4    like suicide in the last thirty days, thinking
5    about suicide in the last thirty days, making a
6    suicide attempt, substance abuse, it's all
7    higher in the trans community.
8            It's not low in sexual minority
9    communities.  Either is domestic violence in
10   either of those communities, but it's much less
11   in the trans -- in the lesbian and gay
12   community than it is in the straight -- in the
13   trans community.  And it's even less in the
14   straight community, but obviously we have these
15   same problems in the straight community, the
16   cis gender community.
17       Q.    Return to the question.  Do you
18   consider surgery for the treatment of gender
19   dysphoria to be experimental?
20             MR. CHARLES:  I object to form.
21       A.    I have the same answer that I had
22   to the hormonal question and for the same
23   reasons.
24       Q.    Do all transgender people suffer
25   from a gender dysphoria?

1      A.    No.
2      Q.    Are there any studies or
3   scientifically valid research that indicates
4   what percentage of transgender people suffer
5   from gender dysphoria?
6              MR. CHARLES:  Object to form.
7      A.    What percentage of transgender
8   people suffer from gender dysphoria?  I don't
9   think -- I can't recall a study that asks that
10  question and use -- and had numbers to explain
11  the answer.  People like myself get to see
12  individuals who are transgender but not
13  dysphoric or who are dysphoric but not
14  transgender.
15     Q.    That was going to be my followup
16  question.  Are there people who are dysphoric
17  who are not transgender?
18     A.    Oh, yes.  Oh, yes.  Many years ago,
19  before I ever got involved with any lawyer
20  about these issues, I remember recommending to
21  a group of alcohol specialists that they ought
22  to look at the gender identity -- they ought to
23  ask questions about the sexual identity of the
24  people being treated for substance abuse and
25  alcoholism.  Because in my limited clinical

1  experience, I've run into -- I keep running
2  into people who presented with substance abuse
3  and really dangerous degrees of substance abuse
4  that would get them hospitalized.
5      And then when I talked to them, they tell
6  me stories about their hidden gender dysphoria
7  or their struggles about -- let me just take a
8  man, for example -- the struggles about the
9  sense that they have that they're feminine and
10 they can't -- they have feminine interests,
11 they have feminine interests but social -- and
12 they have a sense of themselves as more
13 feminine than masculine and yet they are too
14 afraid to show it and then they drink
15 themselves into hepatitis or whatever.
16      Q.   But you would not consider those
17 individuals to be transgender?
18      A.   Well, they don't call themselves
19 transgender.  They present themselves as cis
20 gender people.
21           MR. KNEPPER:  That's all I have.
22 Carl, do you have any follow up?
23           MR. CHARLES:  What time is your
24 flight?
25           MR. KNEPPER:  7:15.