```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
 3                 Civil Action No. 1:19-cv-00272
 4
       MAXWELL KADEL, et al.,            )
 5                                       )
                       Plaintiffs,       )
 6                                       )
            vs.                          )
 7                                       )
       DALE FOLWELL, in his official     )
 8     capacity as State Treasurer of    )
       North Carolina, et al.,           )
 9                                       )
                       Defendants,       )
10     _____)
11
12                DEPOSITION OF DAN H. KARASIC, M.D.
13                             Remote
                         September 20, 2021
14                     9:00 a.m. Pacific Time
15
16
17
18
19     Prepared by:
       Vicki L. O'Ceallaigh Champion, CR
20     Certificate No. 50534
21
22
23     Prepared for:
24
25     (Certified copy)
```

1  actually a question.  I think you were
2  characterizing his testimony, which I don't know if
3  that's a question or you were going to ask a
4  question after --
5           MR. KNEPPER:  Hold on.  Hold on.  I stopped,
6  because I wanted to let Dr. Karasic speak.
7           MR. HASKEL:  Okay.
8           MR. KNEPPER:  I absolutely will finish my
9  question, but I want to give the Witness -- when he
10 raised his finger and said he wanted to say
11 something, I wanted to give him an opportunity to
12 make sure that I was saying something correctly.
13 BY MR. KNEPPER:
14      Q.   So go ahead, Dr. Karasic.
15      A.   So on that last answer, I was saying in the
16 example I was giving was a "no" to the question of
17 do all transgender people also have a diagnosis of
18 gender dysphoria, and I was giving an example that
19 related to the difference between gender dysphoria
20 and gender incongruence of ICD-11, so just to
21 clarify my answer --
22      Q.   Thank you.  That does -- that does clarify
23 for me.
24           I'm going to ask you the converse question
25 now.  Do all individuals -- are all individuals who

Veritext Legal Solutions
www.veritext.com                                      888-391-3376
Case 1:19-cv-00272-LCB-LPA   Document 197-18   Filed 01/19/22   Page 2 of 3

1  suffer from gender dysphoria, the psychiatric DSM-5
2  diagnosis, transgender?
3           MR. HASKEL:  Objection to form,
4  foundation.
5       A.   So being transgender is an identity.  So
6  there are -- you know, there are different ways to
7  define it.  I think we tend to think about people
8  who identify as transgender and then to look at
9  that, you know, another -- if we are looking at
10 differences between the term "transgender" and
11 "gender dysphoria," that gender dysphoria is a
12 symptom or a diagnosis.  Transgender is a
13 diagnosis -- I mean, an identity.  I'm sorry -- an
14 identity.
15           And so there may be people who have symptoms
16 of gender dysphoria, but they personally don't
17 identify as transgender.  Similarly, to give an
18 example, there can be people who have same-sex
19 attraction, but don't identify as either lesbian or
20 bisexual.
21 BY MR. KNEPPER:
22      Q.   Are there any peer reviewed studies that
23 attempt to quantify that distinction between the
24 number of individuals who suffer from gender
25 dysphoria and the number of individuals who claim a