IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DALE FOLWELL, *et al.*, <br><br> *Defendants*. | No. 1:19-cv-00272-LCB-LPA |

## **PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLENGTH REPLY**

Pursuant to Federal Rule of Civil Procedure 7(b)(1) and Local Civil Rule 7.3, and for the reasons discussed below, Plaintiffs, through undersigned counsel, respectfully move for leave to file to an overlength reply in support of their Motion for Summary Judgment, proportionate to the increase the Court already permitted for the parties' motions for summary judgment. (ECF Nos. 176, 178).

In support of this Motion, Plaintiffs state that:

1. On December 10, 2021, this Court ordered that Plaintiffs were permitted to file a single dispositive Motion for Summary Judgment and an accompanying memorandum/brief with an enlarged word count not to exceed 9,000 words. (ECF No. 176).

2. In that same Order, this Court also granted Dale Folwell, Dee Jones, and the North Carolina State Health Plan for Teachers and State Employees ("the State Health Plan") Defendants leave to file a responsive brief with the same 9,000-word limit.

1

(ECF No. 176).

3. Plaintiffs filed a Motion for Summary Judgment complying with this word limit on December 20, 2021. (ECF No. 178).

4. The State Health Plan Defendants filed a 39-page response, which made use of the expanded word limit allowed by this Court. (ECF No. 197).

5. The North Carolina Department of Public Safety ("DPS") filed a separate response. (ECF No. 196).

Plaintiffs now seek leave to file to file a reply brief with a 1,500 word increase from the 3,125-word limit set for replies by the local rules, resulting in a total word count of 4,625 words. Local Civil Rule 7.3(d)(1).

Good cause exists for this enlargement of the word limit as Plaintiffs will be filing a single, consolidated reply in which they will address the arguments in the responses filed by the State Health Plan and DPS. Further, the State Health Plan's response was an overlength brief, as allowed by the Court. Plaintiffs' request is narrowly tailored to include only the most minimal increase in word count necessary to respond effectively. Plaintiffs must address three distinct federal laws and a bevy of arguments raised by the Defendants in their two separate responses. The requested expansion is proportionally similar to the prior expansion that the Court granted Plaintiffs when it enlarged the word limit from 6,250 words to 9,000 words—a 2,750-word increase. (ECF No. 176). Without this expansion, Plaintiffs do not believe they will be able to adequately rebut all of the arguments Defendants raised in their two responses.

Counsel for Plaintiffs consulted with counsel for all Defendants. Defendant DPS stated "no objection." Defendants Folwell, Jones, and NCSHP stated that, "in light of the Court's previously word-limit rulings, the State Health Plan defendant's take no position on the request."

Dated: January 25, 2022

/s/ Amy E. Richardson
Amy E. Richardson
N.C. State Bar No. 28768
Lauren E. Snyder
N.C. State Bar No. 54150
HARRIS, WILTSHIRE & GRANNIS LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Telephone: 919-429-7386
Facsimile: 202-730-1301
arichardson@hwglaw.com

Deepika H. Ravi*
Grace Wynn*
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street N.W., 8th Floor,
Washington, D.C. 20036
Telephone: 202-730-1300
Facsimile: 202-730-1301
dravi@hwglaw.com

Michael W. Weaver*
MCDERMOTT WILL & EMERY
444 W. Lake St., Suite 4000
Chicago, IL 60606
Telephone: 312-984-5820
Facsimile: 312-984-7700
mweaver@mwe.com

Tara Borelli*
Carl S. Charles*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30318-1210
Telephone: 404-897-1880
Facsimile: 404-897-1884
tborelli@lambdalegal.org

Omar Gonzalez-Pagan* LAMBDA
LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: 212-809-8585
Facsimile: 212-809-0055
ogonzalez-pagan@lambdalegal.org

David Brown*
Alejandra Caraballo*
Noah E. Lewis*
TRANSGENDER LEGAL
DEFENSEAND EDUCATION
FUND, INC.
520 8th Ave, Ste. 2204
New York, NY 10018
Telephone: 646-993-1680
Facsimile: 646-993-1686
dbrown@transgenderlegal.org

*Counsel for Plaintiffs*

\* Appearing by special appearance pursuant to L.R. 83.1(d).

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users.

Dated: January 25, 2022

/s/ Amy E. Richardson
Amy E. Richardson
N.C. State Bar No. 28768
HARRIS, WILTSHIRE & GRANNIS LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Telephone: 919-429-7386
Facsimile: 202-730-1301
arichardson@hwglaw.com

*Counsel for Plaintiffs*