IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, *et al.*,

        *Plaintiffs*,

v.

DALE FOLWELL, *et al.*,

        *Defendants*.

No. 1:19-cv-00272-LCB-LPA

**ORDER**

Upon consideration of the Plaintiffs' Motion for Leave to File Overlength Reply, it is hereby

**ORDERED** that the motion is **GRANTED**. Plaintiffs may file a reply brief limited to 4,625 words.

This, the ___ day of January, 2022.

                                                                           _____
                                                                   U.S. District Court Judge for the
                                                                   Middle District of North Carolina