IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DALE FOLWELL, *et al.*, <br><br> *Defendants*. | No. 1:19-cv-00272-LCB-LPA |

**MOTION TO EXPEDITE CONSIDERATION OF
PLAINTIFFS' MOTION FOR LEAVE TO FILE
OVERLENGTH REPLY (ECF No. 198)**

NOW COME Plaintiffs, by and through undersigned counsel, respectfully moving this Honorable Court to expedite its consideration of Plaintiffs' Motion for Leave to File Overlength Reply, filed this day, January 25, 2022 (ECF No. 198). Expedited consideration is necessary, rather than consideration after Local Rule 7.3(f)'s standard response and reply periods, because Plaintiffs' Reply is currently due on February 2, 2022. If the standard response and reply periods were to apply, Plaintiffs' Motion for Leave to File Overlength Reply would not be decided until well after Plaintiffs' Reply is due.

WHEREFORE, Plaintiffs respectfully ask the Court to expedite consideration of their Motion for Leave to File Overlength Reply (ECF No. 198).

1

Respectfully submitted, this the 25th day of January, 2022.

| | |
|---|---|
| /s/ Amy E. Richardson<br>Amy E. Richardson<br>N.C. State Bar No. 28768<br>Lauren E. Snyder<br>N.C. State Bar No. 54150<br>HARRIS, WILTSHIRE & GRANNIS LLP<br>1033 Wade Avenue, Suite 100<br>Raleigh, NC 27605-1155<br>Telephone: 919-429-7386<br>Facsimile: 202-730-1301<br>arichardson@hwglaw.com | Tara Borelli*<br>Carl S. Charles*<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>730 Peachtree Street NE, Suite 640<br>Atlanta, GA 30318-1210<br>Telephone: 404-897-1880<br>Facsimile: 404-897-1884<br>tborelli@lambdalegal.org |

Deepika H. Ravi*
Grace Wynn*
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street N.W., 8th Floor,
Washington, D.C. 20036
Telephone: 202-730-1300
Facsimile: 202-730-1301
dravi@hwglaw.com

Omar Gonzalez-Pagan* LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: 212-809-8585
Facsimile: 212-809-0055
ogonzalez-pagan@lambdalegal.org

Michael W. Weaver*
MCDERMOTT WILL & EMERY
444 W. Lake St., Suite 4000
Chicago, IL 60606
Telephone: 312-984-5820
Facsimile: 312-984-7700
mweaver@mwe.com

David Brown*
Alejandra Caraballo*
Noah E. Lewis*
TRANSGENDER LEGAL DEFENSEAND EDUCATION FUND, INC.
520 8th Ave, Ste. 2204
New York, NY 10018
Telephone: 646-993-1680
Facsimile: 646-993-1686
dbrown@transgenderlegal.org

*Counsel for Plaintiffs*

\* Appearing by special appearance pursuant to L.R. 83.1(d).

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users.

Dated: January 25, 2022

/s/ Amy E. Richardson
Amy E. Richardson
N.C. State Bar No. 28768
HARRIS, WILTSHIRE & GRANNIS LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Telephone: 919-429-7386
Facsimile: 202-730-1301
arichardson@hwglaw.com

*Counsel for Plaintiffs*