IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, et al.,

        Plaintiffs,

        v.

DALE FOLWELL, et al.,

        Defendants.

1:19CV272

## ORDER

This matter is before the Court on Plaintiffs' Motion for Leave to File Overlength Reply. (ECF No. 198.)

Based on the representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiffs may file a reply brief limited to 4,625 words.

This, the 27th day of January 2022.

                              /s/ Loretta C. Biggs
                              United States District Judge