# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, et al.,

　　　　　　　　　*Plaintiffs*,

　　　　　　v.

DALE FOLWELL, et al.,

　　　　　　　　　*Defendants*.

No. 1:19-cv-00272-LCB-LPA

## THIRD SUPPLEMENTAL DECLARATION OF AMY RICHARDSON

I, Amy Richardson, do hereby declare as follows:

1.　　I am more than 18 years of age, have personal knowledge of the facts set forth herein, and am otherwise competent to testify to the matters set forth herein.

2.　　I am a partner with Harris, Wiltshire & Grannis LLP, and counsel for Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Reply in Support of Plaintiffs' Motion for Summary Judgment.

3.　　Attached to this declaration are true and correct copies of the documents listed in the table below. Entries in the table indicate where documents have been excerpted or have had highlighting applied to indicate the relevant portions of the document.

1

| Exhibit | Description |
|---------|-------------|
| R1 | CVS/Caremark "Specialty Guideline Management – North Carolina State Health Plan: Lupron Depot 3.75mg (leuprolide acetate for depot suspension) Lupron Depot-3 Month 11.25mg (leuprolide acetate for depot suspension)," dated 2016, KADEL00130527 |
| R2 | CVS/Caremark "Specialty Guideline Management – North Carolina State Health Plan: Lupron Depot 3.75mg (leuprolide acetate for depot suspension) Lupron Depot-3 Month 11.25mg (leuprolide acetate for depot suspension)," dated 2017, KADEL00265955 |
| R3 | CVS/Caremark "Specialty Guideline Management – Triptodur (triptorelin)," KADEL00290571 |
| R4 | CVS/Caremark "Specialty Guideline Management – Supprelin LA (histrelin acetate)," KADEL00294761 |
| R5 | CVS/Caremark "Specialty Guideline Management – Eligard (leuprolide acetate)," KADEL00309332 |
| R6 | CVS/Caremark "Specialty Guideline Management – Trelstar (triptolerin pamoate)," KADEL00308907 |
| R7 | CVS/Caremark "Specialty Guideline Management – Vantas (histrelin acetate),"  KADEL00297881 |
| R8 | Excerpt of Dep. Tr. of Dan H. Karasic, M.D. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 2, 2022

/s/ Amy Richardson
Amy Richardson

2

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users.

Dated: February 2, 2022

/s/ Amy E. Richardson
Amy E. Richardson
N.C. State Bar No. 28768
HARRIS, WILTSHIRE & GRANNIS LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Telephone: 919-429-7386
Facsimile: 202-730-1301
arichardson@hwglaw.com

# Exhibit R1



CVS/caremark

# SPECIALTY GUIDELINE MANAGEMENT

## North Carolina State Health Plan:
## Lupron Depot 3.75mg (leuprolide acetate for depot suspension)
## Lupron Depot-3 Month 11.25mg (leuprolide acetate for depot suspension)

### PROGRAM RATIONALE

**Client Requested:** The intent of the criteria is to ensure that patients follow selection elements established by North Carolina State Health Plan's Commercial Prior Authorization Approval policy.

### PRIOR AUTHORIZATION CRITERIA[1]

Coverage is provided for:

- Endometriosis
- Uterine Leiomyomata (fibroids)
- Gender Dysphoria

### FDA-APPROVED INDICATIONS[2,3]

1. Endometriosis
   - Lupron Depot 3.75mg and Lupron Depot-3 Month 11.25mg is indicated for management of endometriosis, including pain relief and reduction of endometriotic lesions. Lupron Depot with norethindrone acetate 5 mg daily is also indicated for initial management of endometriosis and for management of recurrence of symptoms. Duration of initial treatment and retreatment should be limited to six months.
2. Uterine Leiomyomata (Fibroids)
   - Lupron Depot 3.75mg and Lupron Depot-3 Month11.25mg, concomitantly with iron therapy, is indicated for the preoperative hematologic improvement of patients with anemia caused by uterine leiomyomata. The clinician may wish to consider a one-month trial period on iron alone inasmuch as some of the patients will respond to iron alone. Lupron may be added if the response to iron alone is considered inadequate. Recommended duration of therapy with Lupron Depot 3.75 mg and 11.25 mg is up to 3 months. (The 11.25 mg dosage form is indicated only for women for whom three months of hormonal suppression is deemed necessary.)

### CRITERIA FOR APPROVAL

1. What is the diagnosis?
   a. Endometriosis → *Approve 6 months*
   b. Uterine Leiomyomata (fibroids) → *Approve 3 months*
   c. Gender Dysphoria→ *Approve 12 months*
   d. Other → *Deny*

### REFERENCES

1. North Carolina State Health Plan Commercial Prior Authorization Approval Policy.
2. Lupron Depot 3.75 mg [package insert]. North Chicago, IL: AbbVie Inc.; October 2013.
3. Lupron Depot-3 Month 11.25 mg [package insert]. North Chicago, IL: AbbVie Inc.; October 2013.

DOCUMENT HISTORY

| | |
|---|---|
| Written: | Specialty Clinical Development (ST) 06/2016 |
| Revised: | ST 12/2016 (added gender dysphoria) |
| Reviewed: | CDPR/LCB 06/2016, ME 02/2017 |

The Participating Group signed below hereby accepts and adopts as its own the criteria for use with Specialty Guideline Management, as administered by CVS/caremark.

Signature ____________________ Date ____________

Client Name ____________________

© 2016 Caremark. All rights reserved.
This document contains confidential and proprietary information of CVS/caremark and cannot be reproduced, distributed or printed without written permission from CVS/caremark. This page contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with CVS/caremark.

Exhibit R2

# SPECIALTY GUIDELINE MANAGEMENT

## North Carolina State Health Plan:
## Lupron Depot 3.75mg (leuprolide acetate for depot suspension)
## Lupron Depot-3 Month 11.25mg (leuprolide acetate for depot suspension)

### PROGRAM RATIONALE
**Client Requested:** The intent of the criteria is to ensure that patients follow selection elements established by North Carolina State Health Plan's Commercial Prior Authorization Approval policy.

### PRIOR AUTHORIZATION CRITERIA[1]
Coverage is provided for:
- Endometriosis
- Uterine Leiomyomata (fibroids)

### FDA-APPROVED INDICATIONS[2,3]
1. Endometriosis
   - Lupron Depot 3.75mg and Lupron Depot-3 Month 11.25mg is indicated for management of endometriosis, including pain relief and reduction of endometriotic lesions. Lupron Depot with norethindrone acetate 5 mg daily is also indicated for initial management of endometriosis and for management of recurrence of symptoms. Duration of initial treatment and retreatment should be limited to six months.
2. Uterine Leiomyomata (Fibroids)
   - Lupron Depot 3.75mg and Lupron Depot-3 Month11.25mg, concomitantly with iron therapy, is indicated for the preoperative hematologic improvement of patients with anemia caused by uterine leiomyomata. The clinician may wish to consider a one-month trial period on iron alone inasmuch as some of the patients will respond to iron alone. Lupron may be added if the response to iron alone is considered inadequate. Recommended duration of therapy with Lupron Depot 3.75 mg and 11.25 mg is up to 3 months. (The 11.25 mg dosage form is indicated only for women for whom three months of hormonal suppression is deemed necessary.)

### CRITERIA FOR APPROVAL

1. What is the diagnosis?
   a. Endometriosis → *Approve 6 months*
   b. Uterine Leiomyomata (fibroids) → *Approve 3 months*
   c. Gender Dysphoria→ *Deny*
   d. Other → *Deny*

### REFERENCES

1. North Carolina State Health Plan Commercial Prior Authorization Approval Policy.
2. Lupron Depot 3.75 mg [package insert]. North Chicago, IL: AbbVie Inc.; May 2017.
3. Lupron Depot-3 Month 11.25 mg [package insert]. North Chicago, IL: AbbVie Inc.; May 2017.

DOCUMENT HISTORY

| | |
| --- | --- |
| Written: | Specialty Clinical Development (ST) 06/2016 |
| Revised: | ST 12/2016 (added gender dysphoria), TE 12/2017 (removed gender dysphoria) |
| Reviewed: | CDPR/LCB 06/2016, ME 02/2017, ME 12/2017 |

The Participating Group signed below hereby accepts and adopts as its own the criteria for use with Specialty Guideline Management, as administered by CVS/Caremark.

Signature ______________________ Date ______________

Client Name ______________________

© 2017 CVS Caremark. All rights reserved.

This document contains confidential and proprietary information of CVS Caremark and cannot be reproduced, distributed or printed without written permission from CVS Caremark. This document contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with CVS Caremark.

CVS caremark

Exhibit R3

| Reference number(s) |
| --- |
| 2190-A, 2504-A |

# SPECIALTY GUIDELINE MANAGEMENT

## TRIPTODUR (triptorelin)

### POLICY

#### I. INDICATIONS

The indications below including FDA-approved indications and compendial uses are considered a covered benefit provided that all the approval criteria are met and the member has no exclusions to the prescribed therapy.

A. FDA-Approved Indication
Triptodur is indicated for the treatment of pediatric patients 2 years of age and older with central precocious puberty.

B. Compendial Use
Gender dysphoria (also known as gender non-conforming or transgender persons)
***NOTE: Some plans may opt-out of coverage for gender dysphoria.***

All other indications are considered experimental/investigational and are not a covered benefit.

#### II. CRITERIA FOR INITIAL APPROVAL

**A. Central precocious puberty (CPP)**

1. Authorization up to age 12 may be granted for the treatment of CPP in a female member when ALL of the following criteria are met:
   a. The diagnosis of CPP has been confirmed by a pubertal response to a gonadotropin releasing hormone (GnRH) agonist test or a pubertal level of a third generation luteinizing hormone (LH) assay.
   b. The diagnosis of CPP has been confirmed by assessment of bone age versus chronological age.
   c. The member was less than 8 years of age at the onset of secondary sexual characteristics.

2. Authorization up to age 13 may be granted for the treatment of CPP in a male member when ALL of the following criteria are met:
   a. The diagnosis of CPP has been confirmed by a pubertal response to a GnRH agonist test or a pubertal level of a third generation LH assay.
   b. The diagnosis of CPP has been confirmed by assessment of bone age versus chronological age.
   c. The member was less than 9 years of age at the onset of secondary sexual characteristics.

**B. Gender dysphoria**

1. Authorization of 12 months may be granted for pubertal suppression in preparation for gender reassignment in an adolescent member when ALL of the following criteria are met:
   a. The member has a diagnosis of gender dysphoria
   b. The member has reached Tanner stage 2 of puberty

2. Authorization of 12 months may be granted for gender reassignment in an adult member when ALL of the following criteria are met:
   a. The member has a diagnosis of gender dysphoria
   b. The member will receive Triptodur concomitantly with cross sex hormones

© 2018 CVS Caremark. All rights reserved.

This document contains confidential and proprietary information of CVS Caremark and cannot be reproduced, distributed or printed without written permission from CVS Caremark. This document contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with CVS Caremark.



## III. CONTINUATION OF THERAPY

### A. CPP

1. Authorization up to age 12 may be granted for continuation of therapy for CPP in a female member if the member is currently less than 12 years of age.
2. Authorization up to age 13 may be granted for continuation of therapy for CPP in a male member if the member is currently less than 13 years of age.

### B. Gender Dysphoria

All members (including new members) requesting authorization for continuation of therapy must meet ALL initial authorization criteria.

## IV. REFERENCES

1. Triptodur [package insert]. Atlanta, GA: Arbor Pharmaceuticals, LLC; September 2017.
2. Kletter GB, Klein KO, Wong YY. A pediatrician's guide to central precocious puberty. *Clin Pediatr.* 2015;54:414-424.
3. Carel J, Eugster EA, Rogol A, et al. Consensus statement on the use of gonadotropin-releasing hormone analogs in children. *Pediatrics*. 2009;123:e752-e762.
4. Houk CP, Kunselman AR, Lee PA. Adequacy of a single unstimulated luteinizing hormone level to diagnose central precocious puberty in girls. *Pediatrics*. 2009;123:e1059-e1063.
5. Kaplowitz P, Bloch C, the Section on Endocrinology. Evaluation and referral of children with signs of early puberty. *Pediatrics*. 2016;137:e20153732.
6. Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. *J Clin Endocrinol Metab.* 2017:102(11):3869–3903.
7. Gender Identity Research and Education Society. Guidance for GPs and other clinicians on the treatment of gender variant people. UK Department of Health. Published March 10, 2008.
8. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, 7th version. ©2012 World Professional Association for Transgender Health. Available at http://www.wpath.org.

© 2018 CVS Caremark. All rights reserved.

This document contains confidential and proprietary information of CVS Caremark and cannot be reproduced, distributed or printed without written permission from CVS Caremark. This document contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with CVS Caremark.



# Exhibit R4

| Reference number(s) |
| --- |
| 1973-A, 2078-A |

# SPECIALTY GUIDELINE MANAGEMENT

## Supprelin LA (histrelin acetate)

**POLICY**

### I. INDICATIONS

The indications below including FDA-approved indications and compendial uses are considered a covered benefit provided that all the approval criteria are met and the member has no exclusions to the prescribed therapy.

A. FDA-Approved Indication
Supprelin LA is indicated for the treatment of children with central precocious puberty.

B. Compendial Use
Gender Dysphoria (also known as gender non-conforming or transgender persons)
***NOTE: Some plans may opt-out of coverage for gender dysphoria.***

All other indications are considered experimental/investigational and are not a covered benefit.

### II. CRITERIA FOR INITIAL APPROVAL

**A. Central precocious puberty (CPP)**

1. Authorization up to age 12 may be granted for the treatment of CPP in a female member when ALL of the following criteria are met:
   a. The diagnosis of CPP has been confirmed by a pubertal response to a gonadotropin releasing hormone (GnRH) agonist test or a pubertal level of a third generation luteinizing hormone (LH) assay
   b. The diagnosis of CPP has been confirmed by assessment of bone age versus chronological age
   c. The member was less than 8 years of age at the onset of secondary sexual characteristics

2. Authorization up to age 13 may be granted for the treatment of CPP in a male member when ALL of the following criteria are met:
   a. The diagnosis of CPP has been confirmed by a pubertal response to a GnRH agonist test or a pubertal level of a third generation LH assay
   b. The diagnosis of CPP has been confirmed by assessment of bone age versus chronological age
   c. The member was less than 9 years of age at the onset of secondary sexual characteristics

© 2018 CVS Caremark. All rights reserved.

This document contains confidential and proprietary information of CVS Caremark and cannot be reproduced, distributed or printed without written permission from CVS Caremark. This document contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with CVS Caremark.



## III. CONTINUATION OF THERAPY

### A. CPP

1. Authorization up to age 12 may be granted for continuation of therapy for CPP in a female member if the member is currently less than 12 years of age.
2. Authorization up to age 13 may be granted for continuation of therapy for CPP in a male member if the member is currently less than 13 years of age.

## IV. REFERENCES

1. Supprelin LA [package insert]. Malvern, PA: Endo Pharmaceuticals Solutions Inc.; May 2017.
2. Kletter GB, Klein KO, Wong YY. A pediatrician's guide to central precocious puberty. *Clin Pediatr.* 2015;54:414-424.
3. Carel J, Eugster EA, Rogol A, et al. Consensus statement on the use of gonadotropin-releasing hormone analogs in children. *Pediatrics.* 2009;123:e752-e762.
4. Houk CP, Kunselman AR, Lee PA. Adequacy of a single unstimulated luteinizing hormone level to diagnose central precocious puberty in girls. *Pediatrics.* 2009;123:e1059-e1063.
5. Kaplowitz P, Bloch C, the Section on Endocrinology. Evaluation and referral of children with signs of early puberty. *Pediatrics.* 2016;137:e20153732.
6. Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. *J Clin Endocrinol Metab.* 2017:102(11):3869–3903.
7. Gender Identity Research and Education Society. Guidance for GPs and other clinicians on the treatment of gender variant people. UK Department of Health. Published March 10, 2008.
8. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, 7th version. ©2012 World Professional Association for Transgender Health. Available at http://www.wpath.org.

© 2018 CVS Caremark. All rights reserved.

This document contains confidential and proprietary information of CVS Caremark and cannot be reproduced, distributed or printed without written permission from CVS Caremark. This document contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with CVS Caremark.



# Exhibit R5

| Reference number(s) |
| --- |
| 1966-A, 2084-A |

# SPECIALTY GUIDELINE MANAGEMENT

## ELIGARD (leuprolide acetate)

**POLICY**

## I. INDICATIONS

The indications below including FDA-approved indications and compendial uses are considered a covered benefit provided that all the approval criteria are met and the member has no exclusions to the prescribed therapy.

A. FDA-Approved Indication
Palliative treatment of advanced prostate cancer

B. Compendial Uses
1. Prostate cancer
    a. Adjuvant therapy for lymph node-positive disease found during pelvic lymph node dissection (PLND)
    b. Initial androgen deprivation therapy (ADT) for:
        i. Intermediate risk group
        ii. High or very high risk group
        iii. Regional disease
        iv. Metastatic disease
    c. Recurrent disease in patients who experience biochemical failure after previous therapy
    d. Progressive castration-naïve disease
2. Gender Dysphoria (also known as gender non-conforming or transgender persons)
***NOTE: Some plans may opt-out of coverage for gender dysphoria.***

All other indications are considered experimental/investigational and are not a covered benefit.

## II. EXCLUSIONS

Coverage for prostate cancer will not be provided when Eligard is used as neoadjuvant therapy prior to radical prostatectomy.

## III. CRITERIA FOR INITIAL APPROVAL

**A. Prostate Cancer**
Authorization of 12 months may be granted for treatment of prostate cancer.

## IV. CONTINUATION OF THERAPY

All members (including new members) requesting authorization for continuation of therapy must meet all initial authorization criteria.

© 2017 CVS Caremark. All rights reserved.

This document contains confidential and proprietary information of CVS Caremark and cannot be reproduced, distributed or printed without written permission from CVS Caremark. This document contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with CVS Caremark.

CVS caremark

KADEL00309332



| Reference number(s) |
| --- |
| 1966-A, 2084-A |

## V. REFERENCES

1. Eligard [package insert]. For Collins, CO: Tolmar Pharmaceuticals; January 2017.
2. The NCCN Drugs & Biologics Compendium® © 2016 National Comprehensive Cancer Network, Inc. http://www.nccn.org. Accessed November 09, 2016.
3. National Comprehensive Cancer Network. NCCN clinical practice guidelines in oncology: prostate cancer. Version 3.2016. http://www.nccn.org/professionals/physician_gls/pdf/prostate.pdf. Accessed November 10, 2016.
4. Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, et al. Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab.* 2009;94:3152-3154.
5. Gender Identity Research and Education Society. Guidance for GPs and other clinicians on the treatment of gender variant people. UK Department of Health. Published March 10, 2008.
6. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, 7th version. ©2012 World Professional Association for Transgender Health. Available at http://www.wpath.org.

© 2017 CVS Caremark. All rights reserved.

This document contains confidential and proprietary information of CVS Caremark and cannot be reproduced, distributed or printed without written permission from CVS Caremark. This document contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with CVS Caremark.



Exhibit R6

| Reference number(s) |
|---|
| 1968-A, 2085-A |

# SPECIALTY GUIDELINE MANAGEMENT

## TRELSTAR (triptorelin pamoate)

**POLICY**

### I. INDICATIONS

The indications below including FDA-approved indications and compendial uses are considered a covered benefit provided that all the approval criteria are met and the member has no exclusions to the prescribed therapy.

A. FDA-Approved Indication
   1. Palliative treatment of advanced prostate cancer

B. Compendial Uses
   1. Prostate cancer
      a. Adjuvant therapy for lymph node-positive disease found during pelvic lymph node dissection (PLND)
      b. Initial androgen deprivation therapy (ADT) for:
         i. Intermediate risk group
         ii. High or very high risk group
         iii. Regional disease
         iv. Metastatic disease
      c. Recurrent disease in patients who experience biochemical failure after previous therapy
      d. Progressive castration-naïve disease
   2. Gender dysphoria (also known as gender non-conforming or transgender persons)
      ***NOTE: Some plans may opt-out of coverage for gender dysphoria.***

All other indications are considered experimental/investigational and are not a covered benefit.

### II. EXCLUSIONS

Coverage for prostate cancer will not be provided when Trelstar is used as neoadjuvant therapy prior to radical prostatectomy.

### III. CRITERIA FOR INITIAL APPROVAL

**A. Prostate Cancer**
Authorization of 12 months may be granted for treatment of prostate cancer.

### IV. CONTINUATION OF THERAPY

All members (including new members) requesting authorization for continuation of therapy must meet all initial authorization criteria.

© 2017 CVS Caremark. All rights reserved.

This document contains confidential and proprietary information of CVS Caremark and cannot be reproduced, distributed or printed without written permission from CVS Caremark. This document contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with CVS Caremark.



| Reference number(s) |
| --- |
| 1968-A, 2085-A |

## V. REFERENCES

1. Trelstar [package insert]. Parsippany, NJ: Watson Pharma; August 2016.
2. The NCCN Drugs & Biologics Compendium® © 2016 National Comprehensive Cancer Network, Inc. http://www.nccn.org. Accessed November 14, 2016.
3. National Comprehensive Cancer Network. NCCN clinical practice guidelines in oncology: prostate cancer. Version 3.2016. http://www.nccn.org/professionals/physician_gls/pdf/prostate.pdf. Accessed November 09, 2016.
4. Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, et al. Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab*. 2009;94:3152-3154.
5. Gender Identity Research and Education Society. Guidance for GPs and other clinicians on the treatment of gender variant people. UK Department of Health. Published March 10, 2008.
6. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, 7th version. ©2012 World Professional Association for Transgender Health. Available at http://www.wpath.org.

© 2017 CVS Caremark. All rights reserved.

This document contains confidential and proprietary information of CVS Caremark and cannot be reproduced, distributed or printed without written permission from CVS Caremark. This document contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with CVS Caremark.



Exhibit R7

| Reference number(s) |
| --- |
| 1969-A, 2086-A |

# SPECIALTY GUIDELINE MANAGEMENT

## VANTAS (histrelin acetate)

## POLICY

### I. INDICATIONS

The indications below including FDA-approved indications and compendial uses are considered a covered benefit provided that all the approval criteria are met and the member has no exclusions to the prescribed therapy.

A. FDA-Approved Indication[1]
Palliative treatment of advanced prostate cancer

B. Compendial Uses
1. Prostate cancer[2]
2. Gender dysphoria (also known as gender non-conforming or transgender persons)[4-6]
***NOTE: Some plans may opt-out of coverage for gender dysphoria.***

All other indications are considered experimental/investigational and are not a covered benefit.

### II. CRITERIA FOR INITIAL APPROVAL

**A. Prostate cancer[1-3]**
Authorization of 12 months may be granted for treatment of prostate cancer.

### III. CONTINUATION OF THERAPY

All members (including new members) requesting authorization for continuation of therapy must meet all initial authorization criteria.

### IV. REFERENCES

1. Vantas [package insert]. Malvern, PA: Endo Pharmaceuticals; June 2017.
2. The NCCN Drugs & Biologics Compendium® © 2017 National Comprehensive Cancer Network, Inc. http://www.nccn.org. Accessed November 29, 2017.

© 2018 CVS Caremark. All rights reserved.

This document contains confidential and proprietary information of CVS Caremark and cannot be reproduced, distributed or printed without written permission from CVS Caremark. This document contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with CVS Caremark.

CVS caremark™

3. National Comprehensive Cancer Network. NCCN clinical practice guidelines in oncology: prostate cancer. Version 2.2017. http://www.nccn.org/professionals/physician_gls/pdf/prostate.pdf. Accessed November 29, 2017.
4. Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. *J Clin Endocrinol Metab*. 2017:102(11):3869–3903.
5. Gender Identity Research and Education Society. Guidance for GPs and other clinicians on the treatment of gender variant people. UK Department of Health. Published March 10, 2008.
6. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, 7th version. ©2012 World Professional Association for Transgender Health. Available at http://www.wpath.org.

 © 2018 CVS Caremark. All rights reserved.

This document contains confidential and proprietary information of CVS Caremark and cannot be reproduced, distributed or printed without written permission from CVS Caremark. This document contains prescription brand name drugs that are trademarks or registered trademarks of pharmaceutical manufacturers that are not affiliated with CVS Caremark.

# Exhibit R8

1          IN THE UNITED STATES DISTRICT COURT

2         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

3              Civil Action No. 1:19-cv-00272

4

   MAXWELL KADEL, et al.,              )

5                                      )

                   Plaintiffs,    )

6                                      )

        vs.                       )

7                                      )

   DALE FOLWELL, in his official       )

8    capacity as State Treasurer of    )

   North Carolina, et al.,             )

9                                      )

                   Defendants,    )

10   _____)

11

12          DEPOSITION OF DAN H. KARASIC, M.D.

13                       Remote

                  September 20, 2021

14              9:00 a.m. Pacific Time

15

16

17

18

19      Prepared by:

      Vicki L. O'Ceallaigh Champion, CR

20      Certificate No. 50534

21

22

23      Prepared for:

24

25      (Certified copy)

Case 1:19-cv-00272-LCB-LPA   Document 201-1   Filed 02/02/22   Page 24 of 32

1  when we are referring to people with gender

2  dysphoria, little-G-little-D, we are also maybe

3  referring people -- to people who might meet a

4  criteria -- might meet the criteria for the DSM

5  diagnosis, but the DSM diagnosis is, you know -- has

6  a specific set of criteria.

7         And the gender dysphoria, small letters,

8  existed before those seven criteria were laid out,

9  because that -- those criteria did not, you know,

10  exist until 2013.

11  BY MR. KNEPPER:

12     Q.   Do all transgender people suffer from the

13  diagnosis of gender dysphoria?

14         MR. HASKEL:  Objection to form, foundation.

15     A.   So in the DSM, they put in a post-transition

16  specifier, and specifically -- so the people --

17  people can get ongoing care post-transition, so --

18  so I think that that was put in specifically so that

19  if people are being, you know, treated under that

20  diagnosis and their -- their symptoms have

21  alleviated because of treatment, they can continue

22  getting treatment under that diagnosis.

23  BY MR. KNEPPER:

24     Q.   Are there individuals -- does that mean that

25  all individuals -- are there any other individuals

1    who are transgender who do not suffer from gender
2    dysphoria other than individuals who are
3    post-transition?
4            MR. HASKEL:  Objection to form,
5    foundation.
6        A.   Are you asking me to make a diagnosis of all
7    transgender people?
8    BY MR. KNEPPER:
9        Q.   I'm asking you if the set of people who are
10   transgender and the people -- and the set of people
11   who suffer from gender dysphoria, the psychiatric
12   diagnosis, are the same -- are the same.  In other
13   words, it's a one-to-one correlation.
14           Do all people who are transgender suffer
15   from gender dysphoria, the psychiatric diagnosis?
16           MR. HASKEL:  Object to the form,
17   foundation.
18       A.   So the DSM-5 and the APA make a distinction
19   between people who have transgender identity and
20   people who meet the criteria of the diagnosis for
21   gender dysphoria making it, you know -- establishing
22   that you have the diagnosis of gender dysphoria if
23   you meet the criteria for it, but that transgender
24   identity itself is not a mental illness.
25

 1  BY MR. KNEPPER:

 2      Q.   I want to try to see if I can get a specific

 3  answer.  Is your testimony that not all individuals

 4  who express a transgender identity have a diagnosed

 5  illness of gender dysphoria?

 6          MR. HASKEL:  Same objections, form,

 7  foundation.

 8      A.   I think I would just leave my testimony as

 9  it is.

10  BY MR. KNEPPER:

11      Q.   I will try to get you to a "yes" or "no"

12  then.

13          Do all transgender individuals suffer from

14  gender dysphoria within the DSM-5 criteria?

15          MR. HASKEL:  Objection; form, foundation,

16  asked and answered.

17      A.   So, again, I would -- I would say people

18  meet the DSM diagnosis.  They meet the criteria for

19  it.  If they meet the criteria for it, I can't say

20  whether every person does.  I do think one can say

21  that the APA left an open door with the

22  post-transition specifier to continue giving the

23  diagnosis, you know, with that specifier for people

24  even after they have received transition care.

25

1    BY MR. KNEPPER:

2        Q.    So is your testimony that you do not know

3    whether all individuals expressing a transgender

4    identity suffer from gender dysphoria?

5            MR. HASKEL:  Objection; form.  Objection;

6    foundation, mischaracterizing the witness's

7    testimony.

8        A.    Yeah.  I said my testimony, and that's --

9    that's what it is.

10   BY MR. KNEPPER:

11       Q.    Sure.  Can you answer the following question

12   "yes" -- I'm going to ask you whether you can answer

13   the following question with a "yes" or "no" answer.

14           Do all individuals -- do all transgender

15   individuals suffer from gender dysphoria as

16   described in the DSM-5?

17           MR. HASKEL:  Objection; form, foundation.

18       A.    So, again, my testimony is what it is.  I

19   can't speak for every transgender people, for every

20   transgender person.  I think the APA left an open

21   door for that diagnosis.  I know, for example, in

22   discussions --

23   BY MR. KNEPPER:

24       Q.    Doctor -- Doctor -- I'm sorry to --

25           MR. HASKEL:  If you could let the Witness

1  finish, and then you can ask --

2          MR. KNEPPER:  I asked him a very specific

3  question, Warren.  I asked him whether he could

4  answer that question "yes" or "no."  And I haven't

5  gotten --

6          MR. HASKEL:  Hold on.  Hold on.  Let's let

7  the record -- he was answering your question.  I

8  think there was testimony.  The record is clear.  If

9  you want to strike that question and then ask your

10  question again.  I objected to form, foundation.

11  I'm still --

12          MR. KNEPPER:  This is going to be a very

13  long day if I can't even get him to answer whether

14  he can answer a "yes" or "no" question.  It's very

15  simple.  If he can answer it, he can say "yes."  If

16  he can't answer it, he can say "no."  At that point,

17  if he --

18          MR. HASKEL:  If he --

19          MR. KNEPPER:  -- if he wants to say "no

20  because," that's fine, but that's what I'm asking

21  for.

22  BY MR. KNEPPER:

23      Q.   Can you answer that question "yes" or "no,"

24  Dr. Karasic?

25      A.   Well, I thought I was in the middle of

1    answering the question.

2         Q.   Okay.

3              MR. HASKEL:  Do you want to ask it again,

4    Counsel, so we have a clear record.

5              MR. KNEPPER:  Vicki -- Vicki, could you read

6    that question back, please.

7              THE COURT REPORTER:  Certainly.  Give me

8    just a moment.

9                   (Requested portion of record read.)

10             MR. HASKEL:  Objection; form, foundation.

11        A.   Okay.  So I don't need -- I was going to

12   give you an example, but I would say "no."

13   BY MR. KNEPPER:

14        Q.   Now, I would love to have the example.  I

15   wanted to make sure I had that answer on the record.

16        A.   Okay.  So when -- I know when we were in

17   discussions about this when -- about the diagnosis

18   of -- so discussions about the diagnosis of gender

19   dysphoria, which is in DSM-5, and gender

20   incongruence, which is in ICD-11 -- an example was

21   given by Peggy Cohen-Kettenis, who was leading the

22   efforts, along with Ken Zucker, for the gender

23   dysphoria diagnosis in DSM-5 and was an essential

24   person in the ICD-11 diagnosis.

25             And there was discussion about the

Case 1:19-cv-00272-LCB-LPA   Document 201-1   Filed 02/02/22   Page 30 of 32

1  differences between gender dysphoria and gender

2  incongruence, and an example given by Peggy

3  Cohen-Kettenis was that there are sometimes --

4  sometimes children who were started at -- on puberty

5  blockers who were not expressing gender dysphoria

6  that was causing social or occupational dysfunction,

7  because they seemed to be functioning similarly to

8  gender peers, and so that was an example that Peggy

9  Cohen-Kettenis gave.

10        And so the -- I think they intentionally,

11  with DSM-5, had this post-transition specifier with

12  ICD-11, they did not include a specifier for

13  clinically significant distress or impairment and

14  social and occupational functioning.  And I think

15  the intent in ICD-11 was to include all transgender

16  people.  Of note, though, ICD-11, the diagnosis was

17  outside of the mental disorder chapter.

18     Q.   Your testimony was that you can't answer

19  "yes" or "no" to the question whether all

20  transgender individuals suffer from gender dysphoria

21  as defined by the DSM-5.

22        Are there -- are you aware of any --

23     A.   I think there is an objection over there,

24  but --

25        MR. HASKEL:  Well, I don't think there was

1   actually a question.  I think you were
2   characterizing his testimony, which I don't know if
3   that's a question or you were going to ask a
4   question after --
5           MR. KNEPPER:  Hold on.  Hold on.  I stopped,
6   because I wanted to let Dr. Karasic speak.
7           MR. HASKEL:  Okay.
8           MR. KNEPPER:  I absolutely will finish my
9   question, but I want to give the Witness -- when he
10  raised his finger and said he wanted to say
11  something, I wanted to give him an opportunity to
12  make sure that I was saying something correctly.
13  BY MR. KNEPPER:
14      Q.   So go ahead, Dr. Karasic.
15      A.   So on that last answer, I was saying in the
16  example I was giving was a "no" to the question of
17  do all transgender people also have a diagnosis of
18  gender dysphoria, and I was giving an example that
19  related to the difference between gender dysphoria
20  and gender incongruence of ICD-11, so just to
21  clarify my answer --
22      Q.   Thank you.  That does -- that does clarify
23  for me.
24           I'm going to ask you the converse question
25  now.  Do all individuals -- are all individuals who