IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, *et al.*, <br><br> *Defendants*. | Case No. 1:19-cv-00272-LCB-LPA |

**PLAINTIFFS' MOTION TO
EXCLUDE EXPERT TESTIMONY OF DR. PETER ROBIE**

Pursuant to Federal Rules of Civil Procedure 26 and Federal Rules of Evidence 104, 403, and 702, and for the reasons set forth in the accompanying Memorandum of Law, Plaintiffs respectfully move this Court to exclude the testimony of Dr. Peter Robie, a disclosed expert of Defendants Dale Folwell, Dee Jones, and the North Carolina State Health Plan for Teachers and State Employees.

1

Dated: February 2, 2022                                    Respectfully submitted,

/s/ Amy E. Richardson                                      /s/ Deepika H. Ravi
Amy E. Richardson                                          Deepika H. Ravi*
N.C. State Bar No. 28768                                   Grace H. Wynn*
Lauren E. Snyder                                           HARRIS, WILTSHIRE & GRANNIS LLP
N.C. State Bar No. 54150                                   1919 M Street N.W., 8th Floor,
HARRIS, WILTSHIRE & GRANNIS LLP                            Washington, D.C. 20036
1033 Wade Avenue, Suite 100                                Phone: 202-730-1300
Raleigh, NC 27605-1155                                     Facsimile: 202-730-1301
Phone: 919-429-7386                                        dravi@hwglaw.com
Facsimile: 202-730-1301
arichardson@hwglaw.com                                     Tara Borelli*
                                                           Carl S. Charles*
Michael W. Weaver*                                         LAMBDA LEGAL DEFENSE AND
Adam M. Safer*                                               EDUCATION FUND, INC.
MCDERMOTT WILL & EMERY                                     158 West Ponce De Leon Ave.
444 W. Lake St., Suite 4000                                Ste. 105
Chicago, IL 60606                                          Decatur, GA 30030
Phone: 312-984-5820                                        Phone: 404-897-1880
Facsimile: 312-984-7700                                    Facsimile: 404-506-9320
mweaver@mwe.com                                            tborelli@lambdalegal.org

Dmitriy G. Tishyevich*                                     Omar Gonzalez-Pagan*
Warren Haskel*                                             LAMBDA LEGAL DEFENSE AND
MCDERMOTT WILL & EMERY                                       EDUCATION FUND, INC.
One Vanderbilt Avenue                                      120 Wall Street, 19th Floor
New York, NY 10017-3852                                    New York, NY 10005
Phone: 212-547-5534                                        Phone: 212-809-8585
Facsimile: 646-417-7668                                    Facsimile: 212-809-0055
dtishyevich@mwe.com                                        ogonzalez-pagan@lambdalegal.org

Lauren H. Evans*                                           David Brown*
MCDERMOTT WILL & EMERY                                     Ezra Cukor*
The McDermott Building                                     TRANSGENDER LEGAL DEFENSE
500 North Capitol Street, NW                                 AND EDUCATION FUND, INC.
Washington, DC 20001-1531                                  520 8th Ave, Ste. 2204
Phone: 202-756-8000                                        New York, NY 10018
Facsimile: 202-756-8087                                    Phone: 646-993-1680
levans@mwe.com                                             Facsimile: 646-993-1686

dbrown@transgenderlegal.org

*Counsel for Plaintiffs*

* Appearing by special appearance pursuant to L.R. 83.1(d).

3

Case 1:19-cv-00272-LCB-LPA   Document 202   Filed 02/02/22   Page 3 of 4

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered users.

Dated: February 2, 2022  /s/ Deepika H. Ravi
Deepika H. Ravi
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street N.W., 8th Floor,
Washington, D.C. 20036
Phone: 202-730-1300
Facsimile: 202-730-1301
dravi@hwglaw.com