## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, et al., | |
| *Plaintiffs*, | |
| v. | Case No. 1:19-cv-00272-LCB-LPA |
| DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, et al., | |
| *Defendants*. | |

## ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. PETER ROBIE

This matter comes before the Court on the motion of Plaintiffs Maxwell Kadel; Jason Fleck; Connor Thonen-Fleck, by his next friends and parents, Jason Fleck and Alexis Thonen; Julia McKeown; Michael D. Bunting, Jr.; C.B., by his next friends and parents, Michael D. Bunting, Jr. and Shelley K. Bunting; and Dana Caraway ("Plaintiffs") to exclude the testimony of Dr. Peter Robie, a disclosed expert of Defendants Dale Folwell, Dee Jones, and the North Carolina State Health Plan for Teachers and State Employees.

Having considered Plaintiffs' Motion and Memorandum in Support, and for good cause shown, IT IS HEREBY ORDERED that Plaintiffs' Motion to Exclude Expert Testimony of Dr. Peter Robie is GRANTED.

This _____ day of _____ 2022.

_____

The Honorable Loretta C. Biggs
United States District Judge