# EXHIBIT D

Declaration of Omar Gonzalez-Pagan in support of
Motion to Exclude Expert Testimony of Dr. Paul W. Hruz
*Kadel v. Folwell*, No. 1:19-cv-00272-LCB-LPA (M.D.N.C.)

```
 1            IN THE UNITED STATES DISTRICT COURT FOR
 2                 THE DISTRICT OF SOUTH DAKOTA
 3
 4    TERRI BRUCE,                    )
 5         Plaintiff,                 )
 6    vs.                             ) No. 17-5080
 7    STATE OF SOUTH DAKOTA and       )
 8    LAURIE GILL, in her official)
 9    capacity as Commissioner of )
10    of the South Dakota Bureau  )
11    of Human Resources,             )
12         Defendants.                )
13
14        DEPOSITION OF DR. PAUL W. HRUZ, M.D., Ph.D.
15             TAKEN ON BEHALF OF THE PLAINTIFF
16                       JULY 16, 2018
17
18
19    (Starting time of the deposition:  8:49 a.m.)
20
21
22
23
24
25
```

Exhibit 0003
9/29/2021
Hruz

```
 1                    I N D E X
 2                                                        PAGE
 3   QUESTIONS BY:
 4   Ms. Cooper                                              5
 5
 6
 7                   E X H I B I T S
 8
 9   EXHIBIT         DESCRIPTION                           PAGE
10   Exhibit 1  Dr. Hruz Expert Declaration                 40
11   Exhibit 2  Cross Sex Steroids Article                  51
12   Exhibit 3  International Conference/Madrid Document    56
13   Exhibit 4  About The National Catholic Bioethics
14              Quarterly                                   69
15   Exhibit 5  Declaration of Dr. Spack                    84
16   Exhibit 6  Endocrine Treatment of Gender Dysphoria;
17              Clinical Practice Guideline                223
18   Exhibit 7  Expert Declaration of Dr. Paul Hruz
19              - Adams Case                               262
20   Exhibit 8  National Catholic Certification Program
21              in Health Care Ethics                      293
22   (Original exhibits retained by the court reporter to
23        be copied and attached to the transcript.)
24
25
```

```
 1            IN THE UNITED STATES DISTRICT COURT FOR
 2                  THE DISTRICT OF SOUTH DAKOTA
 3
 4     TERRI BRUCE,                   )
 5           Plaintiff,               )
 6     vs.                            ) No. 17-5080
 7     STATE OF SOUTH DAKOTA and      )
 8     LAURIE GILL, in her official   )
 9     capacity as Commissioner of    )
10     of the South Dakota Bureau     )
11     of Human Resources,            )
12           Defendants.              )
13
14
15            Deposition of DR. PAUL W. HRUZ, M.D.,
16     Ph.D., produced, sworn and examined on the 16th
17     Day of July, 2018 between the hours of 9:00 a.m.
18     and 5:00 p.m. at the offices of Alaris Litigation
19     Services, 711 N. 11th Street, in the City of St.
20     Louis, State of Missouri, before Rebecca Brewer,
21     Registered Professional Reporter, Certified
22     Realtime Reporter, Missouri Certified Shorthand
23     Reporter, and Notary Public within and for the
24     State of Missouri.
25
```

```
 1              A P P E A R A N C E S
 2              FOR THE PLAINTIFF:
 3              Ms. Leslie Cooper
 4              Mr. Joshua A. Block
 5              American Civil Liberties Union Foundation
 6              125 Broad Street, 18th Floor
 7              New York, New York, 10004
 8              Lcooper@aclu.org
 9              Jblock@aclu.org
10
11              FOR THE DEFENDANT:
12              Mr. Jerry D. Johnson
13              Jerry Johnson Law Office
14              909 St. Joseph Street, Suite 800
15              Rapid City, South Dakota, 57701
16              Jdjbjck@aol.com
17
18
19
20
21     Ms. Rebecca Brewer, RPR, CCR, CRR
22     Alaris Litigation Services
23     711 North Eleventh Street
24     St. Louis, Missouri, 63101
25     (314) 644-2191
```

1  clarify what you mean by formal education.
2      Q    **Well, I'll ask broadly; any kind of**
3  **training of any sort that a doctor would get in the**
4  **course of, you know, either their initial medical**
5  **education or continuing education.**
6      A    So, working at a major academic
7  institution, we're actually charged with providing
8  medical education and so, to the extent that we've
9  held journal clubs that we've had presentations with
10 my colleagues where we've discussed the scientific
11 evidence, where we've gone formally through the DSM
12 Guidelines, where we've gone through the Endocrine
13 Society Guidelines, that has been done at my
14 institution.  Have I sought out and gone to a
15 separate conference related to gender dysphoria?
16 The answer is no.
17     Q    **But, at your own institution, you've**
18 **participated in these interactions, these journal**
19 **clubs and other activities that address gender**
20 **dysphoria and the treatment for gender dysphoria?**
21     A    That is a standard -- that is one of the
22 components of what we do for all the conditions that
23 endocrinologists are engaged in.
24     Q    **Okay.  Have you conducted any research**
25 **related to gender dysphoria or the treatment of**

```
 1    gender dysphoria?
 2         A    No formal trials, no.
 3         Q    Any other research?
 4         A    I've been in the area of HIV research for
 5    20 years and conducted a number of scientific
 6    studies that -- but not directly related to gender
 7    dysphoria.
 8         Q    Yeah, I'm sorry if I was unclear.  I
 9    didn't -- I know you've done research, but in the
10    area of gender dysphoria, no research, is that
11    right?
12         A    I have not done any -- I'm not a clinical
13    trials physician scientist.  I'm a bench scientist.
14         Q    What does that mean?
15         A    I conduct laboratory research, so I'm
16    engaged in hypothesis-driven research.
17         Q    Okay.  So, talking about research broadly,
18    you haven't conducted any form of research relating
19    to gender dysphoria, is that right?
20         A    No, I have.  I would consider research in
21    looking at the extensive literature that's there is
22    research.  It's not a randomized controlled trial,
23    it's not a formal study, but that would fit within
24    the domain of research.
25         Q    You mean reviewing research that was
```

1    published by other people?  Is that what you mean?
2         A    So, again, we can define research in many
3    different ways.  If you're asking the question about
4    research, about gathering information, about the
5    evidence that's available, I've done a considerable
6    amount of research and that has consisted of looking
7    at what published data is available supporting the
8    recommendations that are being made.  That I would
9    consider research, but it is not a clinical trial.
10        Q    Okay.  And what people might call studies,
11   scientific studies, have you done any scientific
12   studies?
13        A    Again, how you define studies, again, I
14   have not done clinical trials.
15        Q    Okay.  When you were deposed in the Adams
16   case, November, I believe it was, last year, you
17   mentioned you were in the process of responding to a
18   research funding announcement by the NIH to do
19   research related to gender dysphoria or gender
20   identity issues.  Did I get that right?
21        A    Yes.
22        Q    Can you tell me the status of that?
23        A    Yes.  There are a number of logistical
24   issues that are needing to be worked out.  There is
25   no funding for that particular study going on,

```
 1   recruiting the people that are going to be necessary
 2   to conduct that study, again, I'm a pediatric
 3   endocrinologist.  And to my knowledge, you know,
 4   that hasn't moved much beyond the initial planning
 5   stages.  The proposal itself was a suggestion to
 6   address the question of -- a very particular
 7   question of the effects of pubertal blockade on the
 8   trajectory as far as the number of individuals that
 9   went on to cross hormone therapy and those that did
10   not.
11        Q    So, did you ever submit a proposal to NIH
12   to do this research?
13        A    No.
14        Q    Okay.  Did you ever respond to the funding
15   announcement in any way?
16        A    Depends on how you say "respond."  I've
17   already said I did not submit a proposal.  I have
18   taken that to colleagues.  In fact, I've had very
19   recent discussions with my colleague at Washington
20   University that is interested in starting some sort
21   of research effort.  And I could speak at length of
22   what I've recommended to him as far as how these
23   studies should be conducted.  I've been very
24   disappointed that the rigor -- scientific rigor
25   that's necessary for those studies is not currently
```

1  realignment of gender identity with sex that occurs
2  when people do not get pubertal blockade, to the
3  results of that particular -- again, it was a very
4  small study -- would lead to that being asked as a
5  hypothesis as to whether that intervention itself
6  might have been influencing the outcome.
7       Q    So, just to make sure I'm clear, it is
8  still just a hypothesis that pubertal blockade could
9  lead to persistence?  That's not been proven?
10      A    That is correct.  And the opposite has not
11 been proven as well.
12      Q    I understand.  Okay.  Let's take your
13 report from this case.  Actually, before we turn to
14 that, I forgot to ask one other question.  Do you
15 have experience conducting clinical trials on any
16 topic?
17      A    I've only been involved in one clinical
18 trial.  It's a very small study and my role was very
19 minor.
20      Q    And what was that topic?
21      A    It was on the influence of insulin
22 sensitivity on cardiac function.
23      Q    I see.  So clinical trials isn't your area
24 of expertise?
25      A    That is correct.

```
 1   the meeting was?
 2        A    He was trying to convene a meeting so we
 3   could discuss the issues related to gender
 4   dysphoria.  There was -- they were searching for
 5   somebody from the endocrine field that would be
 6   willing to talk over the issues that I had expertise
 7   in, that I had developed my understanding of what
 8   the literature showed, and he specifically said,
 9   You've got expertise in this area and we'd like to
10   learn.
11        Q    And did they talk about a need to develop
12   expert witnesses for litigation?
13        A    You know, I think that was implicit.  I
14   don't think that was -- I mean, I was not surprised
15   when I was asked to serve as an expert.  I'd
16   actually submitted a declaration prior to that
17   meeting.  And I'm not sure exactly how that -- any
18   of the details how I was asked to do that, but so I
19   had already done some of the work there, so I made
20   the assumption that that was one of the reasons why
21   he invited me down.
22        Q    Okay.  So, the folks there were people who
23   would potentially be expert witnesses in litigation?
24        A    Not everyone that was there.  I think
25   there were people that explicitly said, I'm not
```