# <u>EXHIBIT L</u>

Declaration of Omar Gonzalez-Pagan in support of
Motion to Exclude Expert Testimony of Dr. Paul W. Hruz
*Kadel v. Folwell*, No. 1:19-cv-00272-LCB-LPA (M.D.N.C.)

Journal Pre-proof

Do Clinical Data From Transgender Adolescents Support the Phenomenon of "Rapid-Onset Gender Dysphoria"?

Greta R. Bauer, PhD, MPH, Margaret L. Lawson, MD, MSc, FRCPC, Daniel L. Metzger, MD, FAAP, FRCPC, for the Trans Youth CAN! Research Team

PII: S0022-3476(21)01085-4

DOI: https://doi.org/10.1016/j.jpeds.2021.11.020

Reference: YMPD 12679

To appear in: *The Journal of Pediatrics*

Received Date: 31 August 2021

Revised Date: 8 October 2021

Accepted Date: 10 November 2021

Please cite this article as: Bauer GR, Lawson ML, Metzger DL, for the Trans Youth CAN! Research Team, Do Clinical Data From Transgender Adolescents Support the Phenomenon of "Rapid-Onset Gender Dysphoria"?, *The Journal of Pediatrics* (2021), doi: https://doi.org/10.1016/j.jpeds.2021.11.020.

This is a PDF file of an article that has undergone enhancements after acceptance, such as the addition of a cover page and metadata, and formatting for readability, but it is not yet the definitive version of record. This version will undergo additional copyediting, typesetting and review before it is published in its final form, but we are providing this version to give early visibility of the article. Please note that, during the production process, errors may be discovered which could affect the content, and all legal disclaimers that apply to the journal pertain.

© 2021 Published by Elsevier Inc.

**Title:** **Do Clinical Data From Transgender Adolescents Support the Phenomenon of "Rapid-Onset Gender Dysphoria"?**

**Authors:** Greta R. Bauer[a], PhD, MPH; Margaret L. Lawson[b], MD, MSc, FRCPC; Daniel L. Metzger[c], MD, FAAP, FRCPC, for the Trans Youth CAN! Research Team*

**Affiliations:** [a]Epidemiology and Biostatistics, Schulich School of Medicine & Dentistry, Western University, London, Canada; [b]Division of Endocrinology and Metabolism, Department of Pediatrics, Children's Hospital of Eastern Ontario, University of Ottawa, Ottawa, Canada; [c]Division of Endocrinology, Department of Pediatrics, BC Children's Hospital, University of British Columbia, Vancouver, Canada

*List of additional members of the Trans Youth CAN! Study Group is available at www.jpeds.com (Appendix)

**Correspondence:** Greta Bauer, Epidemiology and Biostatistics, Western Centre for Public Health and Family Medicine, 1465 Richmond St. N., London, ON N6G 2M1, [gbauer@uwo.ca], 519-661-2111 x86262

Funded by the Canadian Institutes for Health Research (MOP-148641 [to G.B.]). CIHR played no role in the design, conduct, writing, or submission decisions for this study. The authors declare no conflicts of interest.

**Abbreviations:** ; OASIS = Overall Anxiety Severity and Impairment Scale; MDS = Modified Depression Scale; K6 = Kessler-6 Scale; TYC-GDS = Trans Youth CAN! Gender Distress Scale

Journal Pre-proof

Although emergence of gender dysphoria at puberty is long established, a distinct pathway of "rapid onset gender dysphoria" (ROGD) was recently hypothesized based on parental data. Using adolescent clinical data, we tested a series of associations that would be consistent with this pathway, however our results did not support the ROGD hypothesis.

Puberty has long been understood as one period when gender dysphoria often first emerges.(1) Although most transgender (trans) older adolescents and adults report needing gender-affirming medical care (hormones and/or surgeries), and also report having been aware of their gender at young ages,(2) only a small proportion receive gender-affirming care as adolescents. Use of hormonal suppression with a gonadotropic-releasing hormone agonist (GnRHa), and hormones such as estrogen and testosterone therapies in trans and gender-diverse adolescents is supported by the American Academy of Pediatrics, the Pediatric Endocrine Society, the Endocrine Society, and the World Professional Association for Transgender Health.(1,3–5) Referrals to adolescent gender clinics have increased internationally, particularly among those assigned female at birth.(6–9)

In 2018, a phenomenon of "rapid onset gender dysphoria" or "ROGD" was hypothesized as a distinct pathway involving social contagion among youth vulnerable due to mental or neurodevelopmental disorders,(10–12) raising public concerns regarding potential for later regret following gender-affirming medical care. This discussion has occurred primarily in the context of data from a single online parental survey.(10,11) Although this parental study has generated controversy,(13) methodological and social critique,(12,14,15) and calls for additional research,(16,17) its hypotheses have not yet been tested on data from youth themselves. Specifically, ROGD is hypothesized as a phenomenon in youth with gender dysphoria emerging

Journal Pre-proof

at or after puberty, socially influenced through peer contagion, and with contributing factors including poor mental health, neurodevelopmental disabilities, parent-child conflict, and maladaptive coping strategies.(10,11)

If the "ROGD" hypothesis indeed characterizes a distinct clinical phenomenon, and these youth access referrals for hormone suppression or gender-affirming hormones, then we would expect to see differentiation within clinical samples between those with more-recent (ie, "rapid-onset") vs. more-remote knowledge regarding their gender. Based on the published hypothesis,(10) we would expect more recent gender knowledge to be associated with self-reported mental health measures, mental health and neurodevelopmental disability diagnoses, behaviors consistent with maladaptive coping (e.g. self-harm), support from online and/or transgender friends but not parents, and lesser gender dysphoria. We aim to test these hypotheses.

Journal Pre-proof

## Methods

Baseline data (2017–2019) from the Trans Youth CAN! Cohort included pubertal/postpubertal adolescents aged <16 attending a first referral visit for hormone suppression or gender-affirming hormones at 10 Canadian medical clinics that provide specialized gender-affirming care to adolescents through a range of different care models. Ethics approval was received from all study sites. Years gender was known was missing for one participant (excluded), for a final sample of n=173. Methods and measures are described in detail elsewhere.(18)

Self-reported measures were obtained from baseline interviewer-administered adolescent surveys,(19) and diagnoses from baseline clinical records.(20) *Recent gender knowledge* was

coded by subtracting age in years from age adolescents self-reported they "realized your gender was different from what other people called you". As ages were whole numbers, a difference of 1 could indicate <1 year to just under 2 years. Values ≤1 were coded as recent gender knowledge, with an alternate definition (values ≤2) for sensitivity analysis. *Mental health symptoms* were assessed with the Overall Anxiety Severity and Impairment Scale (OASIS),(21) the Modified Depression Scale (MDS),(22) and the Kessler-6 (K6) scale for psychological distress.(23) *Mental health diagnoses* extracted from chart included anxiety, depression, personality disorder, eating disorder, and *neurodevelopmental disorder diagnoses* included autism, obsessive compulsive disorder, or attention deficit hyperactivity disorder. *Gender dysphoria symptoms* were assessed using the Trans Youth CAN! Gender Distress Scale (TYC-GDS).(24) Self-reported *mental health behaviors* included self-harm, substance use, and suicidal behavior. Three measures captured *social connections* to online and trans communities: having gender-supportive online friends was coded if adolescents reported online friends who knew their gender and were "very supportive", and having online or trans friends as general sources of support was indicated in checklist items. *Parental support* was coded if youth indicated all biological/step/foster parents were "very supportive" of their gender identity or expression.

Statistical analyses were conducted using SAS version 9.4.1, weighted to account for clinics' different recruitment periods due to staggered start dates, to improve generalizability.(18) For analyses of associations between recency of gender knowledge and hypothesized correlates, a series of multiple regressions was conducted, with recency as the independent variable of interest, controlling for age and sex assigned at birth. Linear regressions were used for continuous dependent variables (e.g., psychometric scales). For dichotomous dependent variables, modified Poisson regression with robust variance estimation was used.(25)

Journal Pre-proof

As “rapid-onset” has not been precisely defined, we conducted a sensitivity analysis repeating these analyses using the alternate (value ≤2) definition of recent gender knowledge.

## Results

Recency of gender knowledge is presented in the Figure, results of hypothesized associations (recency value ≤1) in Table I, and variable means and frequencies in Table II (available at www.jpeds.com). Controlling for age and sex assigned at birth, recent gender knowledge was not significantly associated with depressive symptoms, psychological distress, past diagnoses with mental health issues or neurodevelopmental disorders, gender dysphoria symptoms, self-harm, past-year suicide attempt, having gender-supportive online friends, general support from online friends or transgender friends, or gender support from parents. Recent gender knowledge was associated with lower scores on anxiety severity/impairment (b= −3.272; 95% CI: −5.172, −1.373), and lower prevalence of marijuana use (PR=0.11; 95% CI: 0.02, 0.82), counter to hypothesized directions of effect. For sensitivity analysis using the alternate (value ≤2) definition of recent gender knowledge, we found all results substantively the same in statistical significance and direction of effect, except past-year marijuana use, which now only approached statistical significance (p=0.0677).

## Discussion

We did not find support within a clinical population for a new etiologic phenomenon of “ROGD” during adolescence. Among adolescents under age 16 seen in specialized gender clinics, associations between more recent gender knowledge and factors hypothesized to be involved in ROGD were either not statistically significant, or were in the opposite direction to

Case 1:19-cv-00272-LCB-LPA Document 205-13 Filed 02/02/22 Page 7 of 19

what would be hypothesized. This putative phenomenon was posited based on survey data from a convenience sample of parents recruited from websites,(10) and may represent the perceptions or experiences of those parents, rather than of adolescents, particularly those who may enter into clinical care. Similar analyses should be replicated using additional clinical and community data sources. Our finding of lower anxiety severity/impairment scores in adolescents with more recent gender knowledge suggests the potential for longstanding experiences of gender dysphoria (or their social complications) playing a role in development of anxiety, which could also be explored in future research.

**Acknowledgment:** The Trans Youth CAN! Study Team thank the trans youth and their families who have generously shared their time and experience with us. We acknowledge the contributions of the local site teams to participant recruitment, in particular the team of research assistants involved in data collection.

Journal Pre-proof

## References

1. World Professional Association for Transgender Health. Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People (7th version) [Internet]. 2012 [cited 2021 May 30]. Available from: https://www.wpath.org/publications/soc
2. Scheim AI, Bauer GR. Sex and gender diversity among transgender persons in Ontario, Canada: results from a respondent-driven sampling survey. J Sex Res 2015;52:1–14.
3. Rafferty J, AAP Committee on Psychosocial Aspects of Child and Family Health, AAP Committee on Adolescence, AAP Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness. Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. Pediatrics 2018;142:e20182162.
4. Lopez X, Marinkovic M, Eimicke T, Rosenthal SM, Olshan JS. Statement on gender-affirmative approach to care from the Pediatric Endocrine Society Special Interest Group on Transgender Health. Curr Opin Pediatr 2017;29:475–80.
5. Hembree WC, Cohen-Kettenis PT, Gooren L, Hannema SE, Meyer WJ, Murad MH, et al. Endocrine treatment of gender-dysphoric/gender-incongruent persons: an Endocrine Society Clinical Practice Guideline. J Clin Endocrinol Metab 2017;102:3869–903.
6. Spack NP, Edwards-Leeper L, Feldman HA, Leibowitz S, Mandel F, Diamond DA, et al. Children and adolescents with gender identity disorder referred to a pediatric medical center. Pediatrics 2012;129:418–25.
7. Chen M, Fuqua J, Eugster EA. Characteristics of referrals for gender dysphoria over a 13-year period. J Adolesc Health 2016;58:369–71.

Journal Pre-proof

Journal Pre-proof

8. Wiepjes CM, Nota NM, de Blok CJM, Klaver M, de Vries ALC, Wensing-Kruger SA, et al. The Amsterdam Cohort of Gender Dysphoria Study (1972–2015): trends in prevalence, treatment, and regrets. J Sex Med 2018;15:582–90.
9. Aitken M, Steensma TD, Blanchard R, VanderLaan DP, Wood H, Fuentes A, et al. Evidence for an altered sex ratio in clinic- referred adolescents with gender dysphoria. J Sex Med 2015;12:756–63.
10. Littman L. Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. Romer D, editor. PLOS ONE 2018;13:e0202330.
11. Littman L. Correction: Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. PLOS ONE 2019;14:e0214157.
12. Costa AB. Formal comment on: Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. PLOS ONE 2019;14:e0212578.
13. Wadman M. ‘Rapid onset’ of transgender identity ignites storm. Science 2018;361:958–9.
14. Ashley F. A critical commentary on ‘rapid-onset gender dysphoria.’ Sociol Rev 2020;68:779–99.
15. Restar AJ. Methodological critique of Littman’s (2018) parental-respondents accounts of “rapid-onset gender dysphoria.” Arch Sex Behav 2020;49:61–6.
16. Hutchinson A, Midgen M, Spiliadis A. In support of research into rapid-onset gender dysphoria. Arch Sex Behav 2020;49:79–80.
17. Zucker KJ. Adolescents with gender dysphoria: Reflections on some contemporary clinical and research issues. Arch Sex Behav 2019;48:1983–92.

Journal Pre-proof

18. Bauer GR, Pacaud D, Couch R, Metzger DL, Gale L, Gotovac S, et al. Transgender youth referred to clinics for gender-affirming medical care in Canada. Pediatrics 2021;148: e2020047266.

19. Trans Youth CAN! Research Team. Trans Youth CAN! Baseline Youth Survey (English) [Internet]. 2017 [cited 2020 Jun 30]. Available from: https://transyouthcan.ca/wp-content/uploads/2018/04/Youth-Baseline-Survey.pdf

20. Trans Youth CAN! Baseline Case Report Form [Internet]. 2017 [cited 2020 Jun 30]. Available from: https://transyouthcan.ca/wp-content/uploads/2019/03/Case-Report-Form-COMBINED-Baseline-Clean-Jan22.2018.pdf

21. Campbell-Sills L, Norman SB, Craske MG, Sullivan G, Lang AJ, Chavira DA, et al. Validation of a brief measure of anxiety-related severity and impairment: the Overall Anxiety Severity and Impairment Scale (OASIS). J Affect Disord 2009;112:92–101.

22. Dunn EC, Johnson RM, Green JG. The Modified Depression Scale (MDS): A brief, no-cost assessment tool to estimate the level of depressive symptoms in students and schools. School Ment Health 2012;4:34–45.

23. Kessler RC, Andrews G, Colpe LJ, Hiripi E, Mroczek DK, Normand S-LT, et al. Short screening scales to monitor population prevalences and trends in non-specific psychological distress. Psychol Med 2002;32:959–76.

24. Bauer G, Churchill S, Ducharme J, Feder S, Gillis L, Gotovac S, et al. Trans Youth CAN! Gender Distress Scale (TYC-GDS) [Internet]. 2021. Available from: https://transyouthcan.ca/wp-content/uploads/2021/04/Gender-Distress-Scale-vSHARE_EN-2021.pdf

Journal Pre-proof

25. Zou G. A modified Poisson regression approach to prospective studies with binary data. Am J Epidemiol 2004;159:702–6.

Figure 1. Recency of gender knowledge among adolescents age <16 referred to Canadian clinics for hormone suppression or gender-affirming hormones (n=173). Age at which knew gender was different was subtracted from current age in years; thus, "2 years" could range from more than 1 year to less than 3 years. Lighter gray represents recent gender knowledge in this analysis, with a sensitivity analysis also including the patterned bar.

Journal Pre-proof

Table 1. Associations between short-term awareness of gender and variables hypothesized to be associated with "rapid-onset gender dysphoria," controlling for age and sex assigned at birth

| Dependent variable | B [a] | SE | p | PR [a] | 95% CI [b] |
|---|---|---|---|---|---|
| Mental health scales | | | | | |
| Anxiety severity/impairment (OASIS) | -3.272 | 0.961 | 0.0008 | | (-5.172 -1.373) |
| Depressive symptoms (MDS) | -1.276 | 0.845 | 0.1328 | | (-2.944, 0.392) |
| Psychological distress (K6) | -1.156 | 1.060 | 0.2771 | | (-3.248, 0.936) |
| Record of diagnosis with mental health disorder [c] | -0.509 | 0.315 | 0.1059 | 0.60 | (0.32, 1.11) |
| Record of diagnosis with neurodevelopmental disorder [d] | 0.066 | 0.362 | 0.8563 | 1.07 | (0.52, 2.17) |
| Gender dysphoria/distress (TYC-GDS) | -0.193 | 0.122 | 0.1139 | | (-0.434, 0.047) |
| Mental health related behaviors | | | | | |
| Self harm, past year | -0.052 | 0.191 | 0.7833 | 0.95 | (0.65, 1.38) |
| Marijuana use, past year | -2.178 | 1.010 | 0.0310 | 0.11 | (0.02, 0.82) |
| Past-year suicide attempt | -0.592 | 0.785 | 0.4505 | 0.55 | (0.12, 2.58) |
| Social connection indicators [e] | | | | | |
| Reports having online friends supportive of gender | -0.050 | 0.157 | 0.7505 | 0.95 | (0.70, 1.29) |

Journal Pre-proof

| | | | | | |
|---|---|---|---|---|---|
| Indicates online friends as source of general support | -0.223 | 0.286 | 0.4366 | 0.80 | (0.46, 1.40) |
| Indicates trans friends as source of general support | -0.049 | 0.298 | 0.1016 | 0.61 | (0.34, 1.10) |
| All parents supportive of gender identity/expression | -0.004 | 0.202 | 0.9836 | 1.00 | (0.67, 1.48) |

a. Estimates adjusted for age in years and sex assigned at birth. B = beta, regression parameter estimate; PR = prevalence ratio.

b. 95% confidence intervals for betas (for linear regressions) or PRRs (for modified Poisson regressions)

c. Extracted from medical record: any diagnosis from clinic or referrer of anxiety, depression, personality disorder, eating disorder. Personality disorder diagnoses were uncommon (n=2) and no youth had a record of eating disorder diagnosis.

d. Extracted from medical record: any diagnosis from clinic or referrer of attention deficit hyperactivity disorder (ADHD), obsessive compulsive disorder (OCD), or autism.

e. Hypothesized by other authors based on a survey of parents recruited from websites generally unsupportive of gender-affirming care.(10)

Journal Pre-proof

Journal Pre-proof

30
25
20
15
10
5
0
Weighted proportion
24.6
17.4
13.8
12.7
7.9
6.6
3.0
4.2
3.8
1.7
1.5
2.3
0.6
0
1
2
3
4
5
6
7
8
9
10
11
12
Difference between age at clinic visit and age knew gender was different, years

Journal Pre-proof

Journal Pre-proof

Appendix

Additional members of the Trans Youth CAN! Study Group:

Joseph Bonifacio, MD, FRCPC, Adolescent Medicine, St. Michael's Hospital, Unity Health Toronto, Toronto, Ontario

Robert Couch, MSc, MD, FRCPC, Division of Pediatric Endocrinology, Department of Pediatrics, Stollery Children's Hospital, University of Alberta, Edmonton, Alberta

Jennifer Ducharme, PhD, C.Psych, Department of Clinical Health Psychology, Max Rady College of Medicine, Rady Faculty of Health Sciences, University of Manitoba, Winnipeg, Manitoba

Stephen Feder, MDCM, MPH, CCFP, Division of Adolescent Medicine, Department of Pediatrics, Children's Hospital of Eastern Ontario, University of Ottawa, Ottawa, Ontario

Lorraine Gale, MSW, Trans Youth CAN! Study Team, Toronto, Ontario

Shuvo Ghosh, MD, FAAP, Department of Pediatrics, Montreal Children's Hospital, McGill University Health Centre, Montreal, Quebec

Sandra Gotovac, PhD, Epidemiology and Biostatistics, Schulich School of Medicine & Dentistry, Western University, London, Ontario

Natasha Johnson, MD, FRCPC, Division of Adolescent Medicine, Department of Pediatrics, McMaster University, McMaster Children's Hospital, Hamilton, Ontario

Carys Massarella, MD, FRCPC, St. Joseph's Healthcare, Hamilton, Ontario

Arati Mokashi, MD, FRCPC, Department of Pediatrics, Division of Endocrinology, Dalhousie University; IWK Health Centre, Halifax, Nova Scotia

Danièle Pacaud, MD, FRCPC, Alberta Children's Hospital, Department of Pediatrics, Cumming School of Medicine, University of Calgary, Calgary, Alberta

Mark Palmert, MD, PhD, Division of Endocrinology, The Hospital for Sick Children, Departments of Pediatrics and Physiology, University of Toronto, Toronto, Ontario

Joe Raiche, MD, FRCPC, Foothills Medical Centre, Department of Psychiatry, Cumming School of Medicine, University of Calgary, Calgary, Alberta

Annie Pullen Sansfaçon, PhD, School of Social Work, University of Montreal, Montreal, Quebec

Journal Pre-proof

Elizabeth Saewyc, PhD, RN, jFSAHM, FCAHS, FAAN, FCAN, School of Nursing, University of British Columbia, Vancover, British Columbia

Kathy Nixon Speechley, PhD, Departments of Paediatrics and Epidemiology and Biostatistics. Schulich School of Medicine & Dentistry, Western University, London, Ontario

Robert Stein, MDCM, FRCPC, Division of Pediatric Endocrinology, London Health Sciences Centre, Schulich School of Medicine & Dentistry, London, Ontario

Françoise Susset, PsyD, Meraki Health Centre, Montreal, Quebec

Julia Temple Newhook, PhD, Department of Gender Studies, Memorial University, St. John's, Newfoundland and Labrador

Ashley Vandermorris, MD, MSc, FRCPC, Division of Adolescent Medicine, Department of Paediatrics, The Hospital for Sick Children, Toronto, Ontario

John Vandermeulen, MD, FRCPC, Division of Adolescent Medicine, Department of Pediatrics, McMaster University, McMaster Children's Hospital, Hamilton, Ontario

Journal Pre-proof

## Online content to accompany the following Brief Report:

Bauer GR, Lawson ML, Metzger DL, for the Trans Youth CAN! Research Team. Do clinical data from transgender adolescents support the phenomenon of "rapid-onset gender dysphoria"? *Journal of Pediatrics*, 2021.

**Online Table 2.**
**Weighted frequencies or means for sociodemographic and study variables (n=173)**

| Variable | Value |
|---|---|
| Age, n ($\%_w$) | |
| 10–11 years | 17 (8.5) |
| 12-13 years | 37 (22.6) |
| 14–15 years | 119 (68.9) |
| Ethnoracial background,[a] , n ($\%_w$) | |
| Indigenous | 33 (18.4) |
| Non-Indigenous visible minority [b] | 10 (6.6) |
| Non-Indigenous white | 128 (75.0) |
| Immigration background, n ($\%_w$) | |
| 1 or more immigrant parent | 126 (28.7) |
| No immigrant parents | 44 (71.3) |
| Living environment, n ($\%_w$) | |
| City | 87 (55.2) |
| Suburb | 59 (33.9) |
| Rural | 27 (10.9) |
| Gender identity, n ($\%_w$) | |
| Male or primarily a boy | 125 (75.7) |
| Female or primarily a girl | 32 (15.9) |
| Non-binary [c] | 14 (8.3) |
| Mental health scales, $mean_w$ (SD) | |
| Anxiety severity/impairment (OASIS) | 8.842 (4.548) |
| Depressive symptoms (MDS) | 15.077 (4.030) |
| Psychological distress (K6) | 10.746 (5.100) |
| Record of diagnosis with mental health disorder,[d] n ($\%_w$) | 92 (51.6) |
| Record of diagnosis with neurodevelopmental disorder,[e] , n ($\%_w$) | 44 (25.9) |
| Gender dysphoria/distress (TYC-GDS), $mean_w$ (SD) | 4.048 (0.557) |
| Mental health related behaviors, n ($\%_w$) | |
| Self harm, past year | 110 (67.9) |
| Marijuana use, past year | 29 (20.0) |
| Past-year suicide attempt | 24 (16.9) |
| Social connection indicators,[f] n ($\%_w$) | |
| Reports having online friends supportive of gender | 109 (69.9) |
| Indicates online friends as source of general support | 79 (49.3) |
| Indicates trans friends as source of general support | 92 (55.8) |
| All parents supportive of gender identity/expression | 109 (61.8) |

Journal Pre-proof

a. Coded to match Statistics Canada categories of Indigenous, visible minority, and white. Non-white, Non-Indigenous ethnoracial backgrounds were indicated by the following numbers of participants: 6 Black Canadian or African-American, 2 Black African, 4 Latin American, 4 East Asian, 1 Indo-Caribbean, 3 Black Caribbean, 1 Middle Eastern, and 1 Southeast Asian (participants could indicate more than one).
b. The Canadian government defines visible minorities as “persons, other than Aboriginal peoples, who are non-Caucasian in race or non-white in colour”.(1)
c. Response option was “non-binary or something other than male or female”.
d. Extracted from medical record: any diagnosis from clinic or referrer of anxiety, depression, personality disorder, eating disorder. Personality disorder diagnoses were uncommon (n=2) and no youth had a record of eating disorder diagnosis.
e. Extracted from medical record: any diagnosis from clinic or referrer of attention deficit hyperactivity disorder (ADHD), obsessive compulsive disorder (OCD), or autism.
f. Hypothesized by other authors based on a survey of parents.(2)

## References

1. Government of Canada SC. Visible minority of person [Internet]. 2015 [cited 2021 May 29]. Available from: https://www23.statcan.gc.ca/imdb/p3Var.pl?Function=DEC&Id=45152

2. Littman L. Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria. PLOS ONE. 2018;13:e0202330.

Journal Pre-proof