# EXHIBIT M

Declaration of Omar Gonzalez-Pagan in support of
Motion to Exclude Expert Testimony of Dr. Paul W. Hruz
*Kadel v. Folwell*, No. 1:19-cv-00272-LCB-LPA (M.D.N.C.)

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:19-cv-272-LCB-LPA

MAXWELL KADEL, et al.

    Plaintiffs

v.

DALE FOLWELL, et al.

    Defendants

REMOTE VIDEOTAPED VIDEOCONFERENCE

DEPOSITION TESTIMONY OF:

PATRICK LAPPERT, M.D.

September 30, 2021

```
 1              A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFFS (via remote
 4    videoconference):
 5
 6    Dmitriy Tishyevich, Esq.
 7    MCDERMOTT, WILL & EMERY
 8    One Vanderbilt Avenue
 9    New York, New York  10017
10    dtishyevich@mwe.com
11
12    Tara L. Borelli, Esq.
13    LAMBDA LEGAL DEFENSE AND EDUCATION FUND
14    158 West Ponce de Leon Avenue, Suite 105
15    Decatur, Georgia  30030
16    tborelli@lambdalegal.com
17
18    Omar Gonzalez-Pagan, Esq.
19    LAMBDA LEGAL DEFENSE AND EDUCATION FUND
20    120 Wall Street, 19th Floor
21    New York, New York  1005
22    ogonzalez-pagan@lambdalegal.com
23
```

```
 1    FOR THE DEFENDANTS (via remote
 2    videoconference):
 3
 4    John G. Knepper, Esq.
 5    LAW OFFICE OF JOHN G. KNEPPER LLC
 6    1720 Carey Avenue, Suite 590
 7    Cheyenne, Wyoming  82001
 8    john@knepperllc.com
 9
10    Kevin G. Williams, Esq.
11    BELL, DAVIS & PITT
12    100 North Cherry Street, Suite 600
13    Winston-Salem, North Carolina  27101
14    kwilliams@belldavispitt.com
15
16
17    ALSO PRESENT (via remote
18    videoconference):
19
20    Andrew Baker, Videographer
21
22
23
```

1     these meetings in more detail.  So, how
2     many -- strike that.
3             You've been to two meetings
4     organized by ADF?
5        A.   That's my recoll- -- yeah, two
6     meetings.  I think that's right.
7        Q.   All right.  Let's start with the
8     first one.  This was in 2017?
9        A.   That sounds about right, yeah.
10       Q.   What --
11       A.   I think it was 2017, yeah.
12       Q.   What month roughly?
13       A.   I don't remember now.
14       Q.   Do you know how they came to
15    invite you to that first meeting?
16       A.   I do not.
17       Q.   Before that meeting, you had not
18    published anything about gender
19    dysphoria, had you?
20       A.   No.
21       Q.   Before that meeting, you had not
22    published anything about the risks of use
23    of hormone blockers in minors; right?

```
 1         A.   No.  I've given -- I gave some
 2    -- some -- I think they may have heard of
 3    me not through publications, but through
 4    public speaking.
 5         Q.   How long have you been doing
 6    public speaking on the issues related to
 7    gender dysphoria?
 8         A.   Since 2014.
 9         Q.   Let's start with the first
10    meeting.  So, Dr. Hruz was also present
11    at that meeting?
12         A.   Yes.
13         Q.   Was Dr. Levine present at that
14    meeting?
15         A.   I don't think I've ever met Dr.
16    Levine, so I don't -- he couldn't have
17    been there because I would have
18    remembered meeting him, and I don't
19    remember ever having met him.
20         Q.   How about Dr. McHugh?
21         A.   No.  I would have remembered
22    him.  He's a very famous person.
23         Q.   How many people were present at
```

1  heart of the presentation was what's the
2  state of the science and where is the
3  reliable science coming from and what is
4  it -- what is it showing us, so.  But
5  they also -- the audience wanted to have
6  an understanding of what these plastic
7  surgery interventions were.  So there was
8  an extensive discussion of the
9  particulars of the surgeries, the details
10 about the surgeries, the typical outcomes
11 of the surgeries, so.
12      Q.   I want to -- strike that.
13           One of the topics of discussion
14 at that meeting was about the need to
15 have expert witnesses for litigation;
16 right?
17           MR. KNEPPER:  Objection, form,
18 scope.
19      A.   I remember -- I remember a
20 fairly long discussion about the poverty
21 of people who are willing to testify
22 because of the risk that they take in
23 testifying.  That was a -- that was a

1   fairly long discussion.  And the
2   difficulty that that -- that people have
3   in finding expert witnesses because of
4   the risks they place themselves in, in
5   testifying.
6       Q.   And people at that meeting were
7   asked whether they would be willing to
8   participate as expert witnesses; right?
9       A.   Yes.
10      Q.   Before that meeting, you had
11  never testified as an expert witness?
12      A.   Before this moment, I never
13  testified as an expert witness.
14      Q.   Who made the introductory
15  remarks at the beginning of this meeting?
16           MR. KNEPPER:  Objection, form,
17  scope.
18      A.   I'm trying to remember.  It was
19  a -- it was an attorney whose first name
20  is Jeff, and I'm trying to remember what
21  his last name was.  But he seemed to be
22  the -- the -- kind of the emcee, if you
23  will.  Yeah, Jeff.  I'll see if, in the