IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, *et al.*, <br><br> *Defendants*. | Case No. 1:19-cv-00272-LCB-LPA |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. PAUL R. McHUGH

This matter comes before the Court on the motion of Plaintiffs Maxwell Kadel; Jason Fleck; Connor Thonen-Fleck; Julia McKeown; Michael D. Bunting, Jr.; C.B., by his next friends and parents, Michael D. Bunting, Jr. and Shelley K. Bunting; Sam Silvaine; and Dana Caraway ("Plaintiffs") to exclude the testimony of Dr. Paul R. McHugh, a disclosed expert of Defendants Dale Folwell, Dee Jones, and the North Carolina State Health Plan for Teachers and State Employees.

Having considered Plaintiffs' Motion and Memorandum in Support, and for good cause shown, IT IS HEREBY ORDERED that Plaintiffs' Motion to Exclude Expert Testimony of Dr. Paul R. McHugh is GRANTED.

This ___ day of _____, 2022.

_____
The Honorable Loretta C. Biggs
United States District Judge