# EXHIBIT I

Declaration of Omar Gonzalez-Pagan in support of
Motion to Exclude Expert Testimony of Dr. Paul R. McHugh
*Kadel v. Folwell*, No. 1:19-cv-00272-LCB-LPA (M.D.N.C.)

March 22, 2017

To Whom It May Concern,

Dr. Paul McHugh and Dr. Lawrence Mayer's Fall 2016 report, "Sexuality and Gender: New Findings from the Biological, Psychological and Social Sciences," published in the 50th issue of the non-peer reviewed bioethics magazine The New Atlantis, misleads readers about the state of scientific research and evidence-based clinical practice guidelines addressing the health of people who are lesbian, gay, bisexual, transgender and queer (LGBTQ).

As researchers with expertise in gender and sexuality, and/or as clinicians who serve LGBTQ people, we are called to correct the record. A substantial body of research points to stigma and its consequences as contributing to the mental and physical health disparities among LGBTQ people.[1-16] Based on scientific consensus, many major medical associations have issued guidelines and policy statements calling for clinicians to affirm and support the sexual orientation, gender identity and gender expression of their patients as part of a standard, evidence-based approach to high quality, patient-centered healthcare.[17-25]

Although the "Sexuality and Gender" report cites many peer-reviewed scientific articles, the interpretation, analysis, and summary of the scientific evidence in the report has not been peer-reviewed. As scientific and medical experts, we affirm that the report's conclusions do not reflect current scientific or medical consensus about sexual orientation or gender identity research findings or clinical care recommendations. As such, the report's conclusions should not be viewed as a source of scientific or medical justification to support any legislation, judicial action, policymaking or clinical decision-making affecting the lives of LGBTQ people or their families.

In summary, as researchers and clinicians with expertise in gender and sexuality, we affirm that the "Sexuality and Gender" report does not represent prevailing expert consensus opinion about sexual orientation or gender identity related research or clinical care.

Signed,

Lauren Abern, MD

Shayna Abraham, MA

Mere Abrams, MSW
Gender Specialist

Sheila Addison, PhD

Exhibit
0019

Licensed Marriage and Family Therapist

Deanna Adkins, MD
Assistant Professor of Pediatrics

Leonard Alberts, MD

Vicki Allen, MSW, LCSW-C
Therapist

Brittany Allen, MD
Assistant Professor
Co-Medical Director, Pediatric and Adolescent Transgender Health (PATH) Clinic, American Family Children's Hospital

Heather Kramer Almquist, LPC
Psychotherapist

Juan Luis Alvarez Gayou, MD, PhD

Ilana Ambrogi, MD

Jean Amoura, MD

Joel Anderson, PhD

Eva Angeli, MD

Y. Gavriel Ansara, PhD

Sascha Arbouet, MD

Jon Arcelus, MD, PhD
Full Professor, Mental Health and Transgender Health

Dani Archie, PhD

Tyler Arguello, PhD, MSW
Assistant Professor & Diplomate of Clinical Social Work

Jane Ariel, PhD

Ian Armstrong, MD

Joycelyn Atchison, MD

Alison Austin, MA, CRC

Ashley Austin, PhD
Associate Professor

C. Morgan Ayres
Member, World Professional Association of Transgender Health

Meg-John Barker, PhD

Lisa Baron, MD

Lorna Barton, MSW

Elizabeth Bates, MD

Lauren B. Beach, PhD, JD
Director of Research, Program for LGBTI Health, Vanderbilt University Medical Center

Aimee Beardslee, MS, LMHC
Licensed Mental Health Counselor

Christopher Beaudoin, MD

Jordan Becerril, MD

Jodi Beetlestone, PsyD

Jo-Anne Beggs, LCSW-R, RSW

Mark Behar, PA-C

Uri Belkind, MD, MS

Case 1:19-cv-00272-LCB-LPA   Document 207-10   Filed 02/02/22   Page 4 of 39

Karla A. Bell, PT, DPT, OCS, GCS

Rosa Benato, MS

Dianne Berg, PhD
Assistant Professor

Ruth Berggren, MD
Professor of Medicine/Infectious Diseases

Ellen Berman, MD
Clinical Professor of Psychiatry, Perelman School of Medicine, University Of Pennsylvania

Anne Bernstein, PhD
Family Psychologist and Professor, The Wright Institute

Chiara Bertone, PhD
Associate Professor, University of Eastern Piedmont

Rebecca Bickel, LCSW

Megan Bird, MD
Medical Director of Gender and Sexual Health, Legacy Health

Lori Bisbey, PhD, MA
Consultant Registered Psychologist

Jacalyn Bishop, MD, FAAP

Jennifer Anne Blair, MA, LPCC

Irene Blanco, MD
Associate Professor of Medicine

Shannon Blaney, MD, MPH

Erick Blaudeau, MD

Daniel Blumrosen, MA, MFT

Case 1:19-cv-00272-LCB-LPA   Document 207-10   Filed 02/02/22   Page 5 of 39

Susan Bonadonna, MD

Jordon Bosse, MS, RN
Nurse Educator & Researcher

Walter Pierre Bouman, MD, MA, MSCI, FRCPsych, UKCPreg

Jessica Branch, MA, LPC

Richard A. Brandon-Friedman, MSW, LCSW, LCAC
Associate Faculty and Social Work Fellow

Ari Brandsdorfer, MD

David Brennan, PhD
Associate Professor, University of Toronto

Jutta Brettschneider, MS, OTR/L

Cedric M. Bright, MD, FACP

Liam Briones, MD, MBA

Li Brookens, LCSW

Kyria Brown

Marcia Brubeck, JD, MSW
Psychotherapy & Advocacy

Delaney Bryan, SPT

Stephanie Budge, PhD
Assistant Professor, University of Wisconsin-Madison

Jenn Burleton
Founder & Executive Director, TransActive Gender Center

Jennifer A. Burnett, MS, MD, FAAFP

Case 1:19-cv-00272-LCB-LPA   Document 207-10   Filed 02/02/22   Page 6 of 39

Loretta Bush, RN, MS, PPNP-BC

Susanne Cabrera, MD
Director, Gender Health Clinic, Children's Hospital of Wisconsin

Billy A. Caceres, MSN

Toni Calasanti, PhD
Professor

Brittney Caldera, RN, MSN, MBA

Jessica Calderon-Mora, PhD

Edward Callahan, PhD
Associate Vice Chancellor Emeritus and Professor Emeritus, University of California, Davis
School of Medicine

P. Myles Cameron, LMSW

Elizabeth Camlin, LGSW

Lary Campbell, BSN, RN-BC

Edward Cannon, PhD
Associate Professor

Antonia Caretto, PhD
Licensed Clinical Psychologist

Ward Carpenter, MD
Physician

Julie Case, BSN

Catherine Cassel, MSW, LCSW

Caitlin Cassidy, MA

Scott Chaiet, MD, MBA

Belinda Chaplin, RN, BNursing(Hons1), PhD, AFHEA

Brittany Charlton, PhD
Instructor

Elise Chenier, PhD
Professor

Karen Chopra, LPC
Licensed Professional Counselor

Jules Chyten-Brennan, DO

Ethan Cicero, BSN
Nurse Researcher and Scholar

Jessie R. Cohen, MSW, LCSW, QMHP

Jason Coleman, PhD

Megan Coleman, MSN
Megan Coleman, Director of Community Research

Kara Connelly, MD
Assistant Professor

James Conniff, MD, MPH
Faculty Physician

Maureen Connolly, MD
Pediatrician

Sandra Conti, LCPC

Christopher Cook, MD, PhD
Professor

Jennifer Cook, PhD, LPC, NCC
Assistant Professor, Licensed Professional Counselor

Deborah Cooper, MA, MFT

Deanna Cor, PhD

Lea Córdova, MA, MS
LGBT Health Consultant

Heather Corliss, PhD, MPH
Professor of Public Health, San Diego State University

Brenda Cossman, LL.M, LL.B
Professor

M. Franci Crepeau-Hobson, PhD
Associate Professor & Licensed Psychologist

Jessica Cristallo, MD

Andrew Cronyn, MD

Diana Currie, MD
Clinical Faculty, Providence St Peter Family Medicine and UW Ob/Gyn

Marguerite Cusack, JD, LICSW, LCSW

Griet De Cuypere, MD, PhD

Dawn Darling, LICSW

E. Maxwell Davis, PhD
Director, Integrated Behavioral Health Program, California Social Work Education Center

Sara Derosa, MSW, LCSW

Sean DeYoung, MSW, LCSW
Chief Executive Officer, Pittsburgh AIDS Task Force

Case 1:19-cv-00272-LCB-LPA   Document 207-10   Filed 02/02/22   Page 9 of 39

Alejandro Diaz, MD
Assistant Professor of Pediatrics

James Dinh, MSW

Brian Dodge, PhD, MS
Associate Professor

Cort Dorn-Medeiros, PhD
Assistant Professor

Parin Dossa, PhD
Professor

Nadia Dowshen, MD
Co-Director, Gender and Sexuality Development Clinic, Children's Hospital of Philadelphia,
Assistant Professor of Pediatrics, Perelman School of Medicine, University of Pennsylvania

Shannon Dubach, PsyD, MBA

L. Zachary DuBois, PhD
Assistant Professor

Mel Duffy, PhD

Marian Duggan, PhD, MA

Joanna Dunlap, PhD, MBA

Laura Durso, PhD
Vice President, LGBT Research and Communications Project, Center for American Progress

Sara Belle Earle, RN, BSN

Deborah Edberg, MD
Family Physician

Eve Edem, MSW, LCSW

Elizabeth Egan, MHS, PA-C

Alice Eggleston, MPH, PA
Clinical Reaearch Manager

Jesse Ehrenfeld, MD, MPH
Director, Program for LGBTI Health, Vanderbilt University Medical Center

Diane Ehrensaft, PhD
Associate Professor of Pediatrics, University of California San Francisco

W. Suzanne Eidson-Ton, MD, MS
Clinical Professor, Department of Family and Community Medicine, University of California Davis

Michele Eliason, PhD
Professor

Jill Elliott, PA-C

Stephanie Ellis, MPH

Anando Emryss, PGDipl
Specialist Psychotherapist

David English, MD
Faculty Physician

Patrick Ennis, MD
Family Physician

Laura Erickson-Schroth, MD

Robert Esterl, MD
Associate Dean for Student Affairs & Distinguished Teaching Professor Department of Surgery, UT Health San Antonio School of Medicine

Diane Estrada, PhD

Randi Ettner, PhD

Harmony Evans, MS

Tiffany Ewton, MHA, MPH

Joy Brooke Fairfield, PhD
Assistant Professor

Geraldine Faria, PhD

Jamie Feldman, MD, PhD

Sacha Ferguson, MSN, DNP, FNP-BC

Eduarda Ferreira, PhD

Wendy Fields, BSN, MSN, RN, FNP-C

Kristy Fiore, MS, LPC
Licensed Professional Counselor

Colleen Fisher, PhD, MSW
Associate Professor

Leticia Y. Flores, PhD

Lauren Fogel, PsyD

Allyson Foley, MSW

Catherine Forbes, PhD

Michelle Forcier, MD, MPH
Director, Gender and Sexual Health Clinics

Catherine Forest, MD, MPH
Clinical Assistant Professor of Medicine

Case 1:19-cv-00272-LCB-LPA   Document 207-10   Filed 02/02/22   Page 12 of 39

Maureen Francis, MD

Michelle Franck, LCSW
Clinical Psychotherapist

Jefferson Frank, PhD
Professor

Laurel Freeman, LMSW

Joseph Freund, MD

Cecilia Froberg, MS, MFT

Lindsey Fuller, MD

Luke Gahan

Jerry Gale, PhD

Dylan Galos
PhD Candidate, Division of Epidemiology and Community Health, University of Minnesota

Megan Gandy-Guedes, PhD, MSW

Liliana Garcia, MD
Endocrinologist & Assistant Professor, University of Missouri

Patricia Garcia-Fernandez, PhD

Aaron Gardner, MPH, MA
Social Epidemiologist

Robert Garofalo, MD, MPH
Editor-in-Chief, Transgender Health
Professor of Pediatrics, Northwestern University

Sharon Gates, MA

Case 1:19-cv-00272-LCB-LPA   Document 207-10   Filed 02/02/22   Page 13 of 39

Jorge Gato, PhD

Peter Gehrig, MD

Troyann Gentile, PhD
Assistant Professor

Maria Gervits, MD

Krystal Ghisyawan, PhD

Katherine Gibson, FNP
Family Nurse Practitioner

Satinder Gill, PsyD
Director of Clinical Services, University of California Davis

Nancy Giunta, PhD
Associate Professor

Eric Goepfert, MD
Assistant Professor of Psychiatry

Jacquelyn Gold, MD

Amy Goldfarb, MD

Jennifer Carolyn Gomes, MD

Cesar Gonzalez, PhD
Board Certified Clinical Psychologist

Jaimie Goralnick, MD
Child, Adolescent and Adult Psychiatrist

Allegra Gordon, PhD, MPH
Research Fellow, Boston Children's Hospital & Harvard Medical School

Hannah Gould, MPH, LCSW-C

Case 1:19-cv-00272-LCB-LPA   Document 207-10   Filed 02/02/22   Page 14 of 39

Licensed Independent Clinical Social Worker

Julie Graham, MS, MFT
Director, Transgender Health Services

Finn V. Gratton, LMFT, LPCC

Dianne Gregory
Health Information Analyst

Lisa Griffin, PhD
Licensed Clinical Psychologist

Traci Griggs, BSN
Medical Adherence Nurse Care Manager

Paul Gross, MD

Charles Grove, PhD
Behavioral Health Consultant, Mazzoni Center Family & Community Medicine

Sara Grove, MA

Eduardo Leon Guerrero, MD
Transgender Social Worker

Jess Guerriero, MSW

Shilpa Gulati, MD, MS

Fatima Gutierrez, MD, FAAO

Ronald Gutierrez, MSW, LCSW

Evelyn Hall, MD

Michael Haller, MD, MSCI
Professor and Chief, Pediatric Endocrinology

Laura Halley, MSW

Dean Hamer, PhD
Scientist Emeritus, National Institutes of Health

Douglas Hamill, MD, MDiv

Tavi Hancock, MA, MSW

Dawn Harbatkin, MD
Medical Director

W. David Hardy, MD
Senior Director of Evidence-Based Practices

James Harrison, PhD

George Harrison, MD

Lindsay Hartley, RN, MSN, WHNP-BC

Jennifer Hastings, MD

Jean Hatton, MA

Nikki Hayfield, PhD

Lori Haymore, MA

Johnson Haynes, MD

Shea Hazarian
Academic Programs Analyst, UC Davis School of Medicine

Carol Hendler, MSW

Sarah Henkle, MD

Sarah Henn, MD, MPH
Senior Director of Health Care Operations/Medical Services

Case 1:19-cv-00272-LCB-LPA   Document 207-10   Filed 02/02/22   Page 16 of 39

Marie Hennelly, MD

Mark Henrickson, MSW, PhD, RSW

Samuel Hensley, MSW

Amy Hequembourg, PhD
Senior Research Scientist

Shane Hill, PhD
Clinical Psychologist

Stephanie Ho, MD

Heidi Hoefinger, PhD
Professor of Science, Berkeley College

Abby Hollander, MD

Jennifer Holzman, MA

Kiri Horsey, LPC
Child and Family Therapist

Jimmy Hu, MD, Physician
Physician

Mark Hughes, PhD
Professor

Vicie Hurst, PhD
Psychologist

Courtney Hutchins, MPH

Sadie Hutson, PhD

Alex Iantaffi, PhD, MS
Family Therapist and Independent Scholar

Case 1:19-cv-00272-LCB-LPA   Document 207-10   Filed 02/02/22   Page 17 of 39

Farah Ibrahim, PhD

Katie Imborek, MD
Assistant Professor of Family Medicine

Leona Irvine

Jay Irwin, PhD, MA
Associate Professor of Sociology, University of Nebraska at Omaha

Rita Jablonski-Jaudon, PhD, CRNP, ANP-BC, FAAN
Nurse Practitioner and Associate Professor

Ron Jackson Suresha

Jeanna Jacobsen, PhD, MSW

Amit Jain, MD, MPH

Nancy James, PsyD
Licensed Clinical Psychologist

Kristen Jarvis, RN
Registered Nurse

John Javien, MD, MPH

Anita Jaynes, MS, APRN

Joseph R. Jefferson, MA, CPRP, LMFT

Pablo Joo, MD
Assistant Dean for Medical Education

Tuula Juvonen, PhD
Academy Research Fellow

Rachel Kahn, MA, LMHC

Case 1:19-cv-00272-LCB-LPA   Document 207-10   Filed 02/02/22   Page 18 of 39

Harrison Kalodimos, MD

Dan Karasic, MD
Health Sciences Clinical Professor of Psychiatry, UCSF

Owen Karcher, MA
Art Therapist

Alexa Kaskowitz, MD, MPH
Pediatric and Adolescent Gynecologist, The Permanente Medical Group

Sabra L. Katz-Wise, PhD
Assistant Professor

Miriam Kaufman, BSN, MD, FRCPC
Head, Division of Adolescent Medicine, SickKids and U of T

Brian Kavanagh, PhD

Marion Kavanaugh-Lynch, MD, MPH, MS
Director, California Breast Cancer Research Program

Leslie Kent, LCSW-C
Clinical Social Worker

Colton Keo-Meier, PhD
Clinical Psychologist

Haley Kerman, MSN, RN, PHN

Joyce Kermeen, LMFT

Sameer Khan, MD
Psychiatrist

Samina Khatun, PhD
Trainee Counselling Psychologist

Patrick Kilcarr, PhD

Case 1:19-cv-00272-LCB-LPA   Document 207-10   Filed 02/02/22   Page 19 of 39

Director, Center for Personal Development

Paul Kilfoil, CAS

M.K. Kinney, MSW

Cali Kirkham

Augustus Klein, MSW

Cary Klemmer, MSW

Asher Kline, MS

Gail Knudson, MD, MPE, FRCPC

Alexander Kondakov, PhD
Assistant Professor

Eliana Korin, MA, Dipl. Psic
Director of Behavioral Science, Montefiore Medical Center

Anu Kotay, PhD

Krishna Kothary, MSN, FNP-C

Amy Krasner, MSW, LICSW

Irwin Krieger, LCSW
Clinical Social Worker

Ross Kristal, MD

Alexis Kuerbis, PhD, MSW
Assistant Professor and Licensed Clinical Social Worker

Sandhya Kumar, MD

Laura Kuper, PhD

Case 1:19-cv-00272-LCB-LPA   Document 207-10   Filed 02/02/22   Page 20 of 39

Psychologist, GENder Education and Care Interdisciplinary Support Program at Children's Medical Center Dallas

Lindsay Kurahara, MA

Ki Kurtz, DO

Roger Lake, MS, LMFT

Shaked Laks, MD

Judith Landau, MD

Benjamin Laniakea, MD
Clinical Instructor

Marissa Lapedis, MD

Joseph De Lappe, MA

Benjamin Larisey, LCSW

Brenna Lash, MPH

Jasper J. Lawson, PhD

Adrienne Lawson-Thompson, EdD, MA
Director of Institutional Culture, Climate & Community Engagement

Carolyn Leach, CWHNP/ANP

Cynthia LeBlanc, MS, LMFT

Susan LeLacheur, MPH, DrPH, PA-C

Barbara Lewis, PA-C

Christopher Lewis, MD
Pediatric Endocrinology Fellow

Case 1:19-cv-00272-LCB-LPA   Document 207-10   Filed 02/02/22   Page 21 of 39

David Ley, PhD

Linda Li, MD

Marguerita Lightfoot, PhD

Lisa Lindley, DrPH

Roxana Llerena-Quinn, PhD

Gemma Lock, PhD

Ana Maria Lopez, MD, MPH

Julie Loza, MD

C. Emily Lu, MD
Family Medicine Physician

Micah Lubensky, PhD, MS

Cora Ludwig, MD

Andrew Lulla, MD

Mitchell Lunn, MD
Assistant Professor of Medicine & Co-Director, The PRIDE Study, University of California, San
Francisco

Elaine M. Maccio, PhD, MSW, LCSW

Jennifer Macdonald, MD, PhD
Resident Physician

Naomi Malouf, PhD, BSN
Licensed Professional Counselor

Lucrezia Mangione, MA

Case 1:19-cv-00272-LCB-LPA   Document 207-10   Filed 02/02/22   Page 22 of 39

Liz Margolies, LCSW
Executive Director, National LGBT Cancer Network

Elisabeth Marsh, LICSW

Laura Marshall, MA

Bess Marshall, MD
Professor of Pediatrics Washington University in St. Louis

Eva Martin, MD
Georgia Department of Health

Maren Martin, LCSW

Glenna Martin, MD, MPH

Christina Martin, LPC

Mariya Masyukova, MD, MS

Ruchi Mathur, MD
Assistant Professor

Cheryl Matias, PhD
Assistant Professor

Allison Mattheis, PhD

Mary Mattis, MSW
Clinical Director, SoCo Counseling

Evan McEwing, RN, BSN, CCRP, RQAP-GCP
Nurse Specialist

Lauren McGovern, MSW, MS, LICSW

Grainne McMahon, PhD

Case 1:19-cv-00272-LCB-LPA   Document 207-10   Filed 02/02/22   Page 23 of 39

Katie McNamara, MA, LCSW

Jacob McWilliams, PhD
Women and Gender Coordinator, University of Colorado Denver

Denise Medico, PhD
Professor of Clinical Sexology, Université du Québec à Montréal

Kody Meginnes, MA, LMFT

Neha Meht, MD, DO

William Mellman, MSW
Research Scientist

Dane Menkin, CRNP
Clinical Operations Manager

A.J. Metthe, MSW, LCSW

Elizabeth Meyer, PhD
Associate Professor

Birgit Meyer, MD
Child and Adolescent Psychiatrist

Sarah Milburn, MD

Christine Milrod, PhD, LMFT, AASECT-CST

Yasmin Miranda, MS, LMHC

Michelle Mitchell, MS

Jeanne Mitchler-Fiks, MSW, LCSW

Sara Mize, PhD

Joanna Mizielinska, PhD

Case 1:19-cv-00272-LCB-LPA   Document 207-10   Filed 02/02/22   Page 24 of 39

Jay Mongiardo, MD, MBA

Surya Monro, PhD
Professor

Mary Moore, MSW, LCSW-C

Lee Moore, ARNP

Mayra Morales, MBA

Amy Morgan, MS, LMFT

Charles Moser, MD, PhD

Michelle Murray, MA

Arien Muzacz, PhD, LPC
Licensed Professional Counselor

Mioki Myszkowski, MD

Sunshine Nakae, PhD
Assistant Dean for Admissions, Recruitment and Student Life

Lalit Narayan, MBBS, MA

Sumathi Narayana, MD

Scott Nass, MD
Family Physician

Elijah C. Nealy, PhD, MSW

Mary Nedela, MS
Limited License Marriage and Family Therapist

Justin Neisler, MD
Founder, Equality Clinic of Augusta

John Nelson, PhD, MSN
Program Director, Rutgers School of Nursing

Matthew Newell, BSN, RN

Laine Newman, MFA, MA
PhD Candidate (ABD)

Henry Ng, MD, MPH
Associate Professor, CWRU School of Medicine

Vincent Nguyen, MD, MBA

Todd B. Nippoldt, MD

Gillian Nuding, MSW, LCSW

Coleman Nye, PhD
Assistant Professor of Gender, Sexuality, and Women's Studies, Simon Fraser University

Maeve O'Brien, PhD

Dan O'Connell, MD, MPH
Assistant Professor of Family Medicine, Montefiore Medical Center

Juno Obedin-Maliver, MD, MPH
Assistant Professor, Obstetrics Gynecology & Reproductive Sciences, University of California San Francisco

Katie Larson Ode, MD
Clinical Assistant Professor

Oladimeji Oki, MD

Steven Onken,  PhD
Associate Professor

Michelle Orengo-McFarlane, MD

Phyllis Oropallo, MA
Licensed Gender Specialist

Ismael Díaz Oropeza, PsyD

John P. Ouderkirk, MD

Heather Ouellette, MD, MA

Jena Ourso, LMSW

Rachel Paneth-Pollak, MD, MPH

Maura Pantone, MA

Daniel Parker, PhD
Clinical Psychologist

Viraj Patel, MD, MPH
Assistant Professor of Medicine

Leigh Patterson, MD, MA

Ruth Pearce, PhD

Drake Pearson
Patient Navigator

Joan Pedersen, MA, ThM, LCSW-C

Jessica Peipock, MSW

M. Eli Pendleton, MD

Amy Penkin, LCSW

Raquel Peralta, MD

Christina Peterson, MSW, LICSW

Case 1:19-cv-00272-LCB-LPA   Document 207-10   Filed 02/02/22   Page 27 of 39

Hieu Pham, MD, MPH

Psyche Philips, NP-C

Michal Pitoňák, PhD

R. Lucas Platero, PhD

Alex Pollard, MA

Tonia Poteat, PhD, MS, MPH, PA
Assistant Professor, Johns Hopkins Bloomberg School of Public Health

David Primo, MD, MS

Kay Przywojski, LPC
Licensed Professional Counselor

Jake Pyne, MSW
PhD Candidate & Researcher, McMaster University

Samantha Quesada, BSN

Molly Rabinowitz, MPH

Katherine Rachlin, PhD
Member, Board of Directors, World Professional Association for Transgender Health

Sara L. Raftery, LMSW

Lewis Raynor, PhD, MS, MPH
Investigator, Oregon Community Health Information Network

Alex Redcay, PhD
Executive Director & Assistant Professor

Jill Rees, PhD

Katelyn Regan, MEd, MSW, LSW

Case 1:19-cv-00272-LCB-LPA   Document 207-10   Filed 02/02/22   Page 28 of 39

Clinical Social Worker

Daniel Reirden, MD
Associate Professor of Pediatrics and Internal Medicine, University of Colorado School of Medicine

Sari Reisner, ScD

Danielle Restrepo, MA

Gibran Rodriguez de los Reyes, MA

Cynthia Reyes

Scott Rhodes, PhD, MPH
Professor

Christina Richards, MSc, DCPsych, CPsychol, MBACP (Accred.), AFBPsS

Jai Richards, MA, R Psych (Provisional), CCC

Damien Riggs, PhD, MA
Associate Professor

William Robertson, MA

Sean Robinson, PhD, MBA
Associate Professor, Morgan State University

Remigio Roque, MD

Nicole Rosendale, MD

Carla Rosinski, MA, LMHC

Erica Rotondo, DO
Board Certified Family Medicine Physician

Mollie A. Ruben, PhD

Case 1:19-cv-00272-LCB-LPA   Document 207-10   Filed 02/02/22   Page 29 of 39

Kristen Russell, MSW, LCSW

Neal Rzepkowski, MD

Aoife Sadlier, MA

Edgar Rodriguez Sanchez, MA
PhD Candidate, Counselling & Psychotherapy

Irma Santiago, MD

Kyriakie Sarafoglou, MD
Pediatric Endocrinologist & Inborn Error of Metabolism Specialist

Michelle Sariev, NP

Courtney Saw, MD

Loren Schechter, MD

Joanna Scheib, PhD

Ayden Scheim
PhD Candidate, Epidemiology and Biostatistics, Western University

Bee Scherer, PhD
Full Professor of Gender Studies & Director of the INCISE Research Centre, Canterbury Christ
Church University

Anna Schettle, LICSW

Jason Schneider, MD
Associate Professor, Emory University School of Medicine

Wilma Schroeder, BSN, RN, BN, MMFT

Jeremy Schwartz, MSW, LCSW

Rachael Scicluna, PhD

Andres Sciolla, MD
Associate Professor

Maggie Scribner

Amrita Seehra, MD

Ellen Selkie, MD, MPH

Joanna Semlyen, PhD

Shervin Shadianloo, MD
Child and Adolescent Psychiatrist

Rachel Shah, MD

Sheila M. Shannon, PhD

Manisha Sharma, MD

Monica Shaw, MD, MA
Professor of Medicine

Allison Sherwood, FNP-BC

Samantha Shinberg, LGSW

Lee Shropshire

Daniel Shumer, MD, MPH

Vincent Silenzio, MD, MPH
Associate Professor of Psychiatry, Public Health Sciences, and Family Medicine, University of
Rochester

Janet Silverstein, MD

Gabrijela Simetinger, MD, PhD

Case 1:19-cv-00272-LCB-LPA   Document 207-10   Filed 02/02/22   Page 31 of 39

Rachel Simon, MSW, LSW, MEd
Psychotherapist

Lisa Simons, MD
Medical Director, Gender Development Program, Ann & Robert H. Lurie Children's Hospital of Chicago

Paul Simpson, PhD

Alexandora Siporin, DO

Matthew Skinta, PhD, ABPP
Director, Sexual & Gender Identities Clinic, Palo Alto University

Jacquelyn Smith, PhD
Pediatric Psychologist

James Smith, Dip. Psych

Jan Smith, LCSW
Clinical Social Worker

Rumeli Snyder, MSW, LCSW

Lauren Sonderegger, MD
Resident Physician

Katie Spencer, PhD
Licensed Psychologist & Gender Specialist

Rachael St. Claire, PhD
Licensed Psychologist

Sara Staley, PhD
Research Associate, University of Colorado Boulder

Heather Stambaugh, MA, LMHC NCC CAP

Agata Stasińska, MA

Researcher

Carolyn Stead, PhD
Psychologist

Carl Stein, MHS, PA-C
Physician Assistant

Stacie Steinbock, MHA
Director, Health Sciences Campus LGBT Center, University of Louisville

Jennifer Stella, MD

Hillary Stern, LCSW

Jaime Stevens, MD, MPH

Samantha Stimmel, MD

Cheryl Stobie, PhD

Kelly Storck, LCSW
Private Practice Therapist

Joan Stratton, MSW, LICSW
Charles Strauss, MSW, LICSW

Carl Streed Jr, MD
Chair, American Medical Association Advisory Committee on LGBTQ Issues

Antonio Tena Suck, DrPH

Francoise Susset, PsyD

Alenka Svab, PhD
Professor, University of Ljubljana

Robin Sweeney, MA, LMFT

Judit Takacs, PhD

Efrain Talamantes, MD, MBA, MSHPM

Lisa Talati, DO

Catherine Tallant, MA

Margaret Tandoh, MD

Angela Tang, PhD

Vin Tangpricha, MD, PhD
Associate Professor of Medicine

Cynthia Tavilla, MA

Megan Telfair, EdM

Elizabeth TenBrook, MS

Teresa Terry

Zoey Thill, MD

Fanshen Thompson, LCSW

Andrew Peter Thompson, PhD

Laura A. Thor, DMin, LCSW

Bjoerg Thorsteinsdottir, MD

Valerie Tobin, MS, PMHNP

Jean Toner, PhD
Instructor, Arizona State University

Greg Townsend, MD

Ann Travers, PhD

Case 1:19-cv-00272-LCB-LPA   Document 207-10   Filed 02/02/22   Page 34 of 39

David Trimble, PhD
Clinical Assistant Professor of Psychiatry, Boston University School of Medicine

Carin Tunåker, PhD

Jos Twist, MS

Markie Twist, PhD
Associate Professor

Chelsea Unruh, MD

Haktan Ural, PhD

Susan Utter, MA, LMFT

Lida Vala, MA, LMFT

Ana Valentin, MSW
Clinical Social Worker and Psychotherapist

Michelle Vaughan, PhD
Associate Professor

Jaimie Veale, PhD

Sandra  Veronick, LCSW

Diane Verrochi, MSN

Ana Lilia Villafuerte, PhD

Dana Vince, LPC-MHSP

Dawn Wade, MA, MFT, ATR

A. Waggoner, RN, BSN

Ruth Walker, MD, PhD

Oakland Walters

Caroline Walters, PhD

Lin-Fan Wang, MD, MPH

Chen Wang, MD
Family Medicine Resident

Adam Ward, MS
PhD student, Infectious Disease Epidemiology, The George Washington University

Nicki Ward, PhD, MA

Susanne Watson, PhD
Clinical Psychologist

Antonia Way, MD

Carolyn Wellford, RN

Erica Werfel, MSW, LCSW/LCSW-C/LICSW

Norbert A. Wetzel, ThD, MFT
Licensed Psychologist

Michelle Wexelblat, LICSW

G. Zachariah White, MFA, PsyD, LP
Licensed Psychologist

Sara Wiener, LMSW
Director of Mental Health Services

Jesse Wilkinson, MA
Researcher & Clinician

Sara Willott, LCSW
Psychotherapist

Case 1:19-cv-00272-LCB-LPA   Document 207-10   Filed 02/02/22   Page 36 of 39

Erin Wilson, DrPH

Liesl Wolf, BSN, PHN, RN

Carolyn Wolf-Gould, MD

Margaret Wolff, DPH, MSW
Research Project Director & Adjunct Assistant Professor

Michael R. Woodford, PhD
Associate Professor

Joshua Yap, MD

Tracey Yeadon-Lee, PhD

Abraham Young, MD

Barry Zevin, MD
Medical Director, Transgender Health Services

Suzanne Zinck, MD

Hannah Zipple, MSW

Anna Zoli, PhD

*Institutions are listed for identification purposes only.*

Case 1:19-cv-00272-LCB-LPA   Document 207-10   Filed 02/02/22   Page 37 of 39

## Selected References

1. Hatzenbuehler ML. Advancing Research on Structural Stigma and Sexual Orientation Disparities in Mental Health Among Youth. J Clin Child Adolesc Psychol. 2016:1-13.
2. Hayon R. Gender and Sexual Health: Care of Transgender Patients. FP Essent. 2016;449:27-36.
3. Carmel TC, Erickson-Schroth L. Mental Health and the Transgender Population. J Psychosoc Nurs Ment Health Serv. 2016;54(12):44-48.
4. Hatzenbuehler ML, Pachankis JE. Stigma and Minority Stress as Social Determinants of Health Among Lesbian, Gay, Bisexual, and Transgender Youth: Research Evidence and Clinical Implications. Pediatr Clin North Am. 2016;63(6):985-997.
5. Blosnich JR, Marsiglio MC, Gao S, et al. Mental Health of Transgender Veterans in US States With and Without Discrimination and Hate Crime Legal Protection. Am J Public Health. 2016;106(3):534-540.
6. Gridley SJ, Crouch JM, Evans Y, et al. Youth and Caregiver Perspectives on Barriers to Gender-Affirming Health Care for Transgender Youth. J Adolesc Health. 2016;59(3):254-261.
7. Everett BG, Hatzenbuehler ML, Hughes TL. The impact of civil union legislation on minority stress, depression, and hazardous drinking in a diverse sample of sexual-minority women: A quasi-natural experiment. Soc Sci Med. 2016;169:180-190.
8. Hatzenbuehler ML, Phelan JC, Link BG. Stigma as a Fundamental Cause of Population Health Inequalities. American Journal of Public Health. 2013;103(5):813-821.
9. Hatzenbuehler ML, Bellatorre A, Lee Y, Finch BK, Muennig P, Fiscella K. Structural stigma and all-cause mortality in sexual minority populations. Soc Sci Med. 2014;103:33-41.
10. Danoff A. Transgender Care Matters. Endocr Pract. 2016;22(7):899-901.
11. Murad MH, Elamin MB, Garcia MZ, et al. Hormonal therapy and sex reassignment: a systematic review and meta-analysis of quality of life and psychosocial outcomes. Clin Endocrinol (Oxf). 2010;72(2):214-231.
12. The Health of Lesbian, Gay, Bisexual, and Transgender People: Building a Foundation for Better Understanding. Washington, D.C.: The Institute of Medicine; 2011.
13. Committee On Adolescence. Office-based care for lesbian, gay, bisexual, transgender, and questioning youth. Pediatrics. 2013;132(1):198-203.
14. Levine DA, Committee On Adolescence. Office-based care for lesbian, gay, bisexual, transgender, and questioning youth. Pediatrics. 2013;132(1):e297-313.
15. Lick DJ, Durso LE, Johnson KL. Minority Stress and Physical Health Among Sexual Minorities. Perspect Psychol Sci. 2013;8(5):521-548.
16. Meyer IH. Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: conceptual issues and research evidence. Psychol Bull. 2003;129(5):674-697.

17. Standards of Care for the Health of Transsexual, Transgender, and Gender Non-Conforming People. World Professional Association for Transgender Health; 2011.
18. Advancing Effective Communication, Cultural Competence, and patient- and family-centered care for the lesbian, gay, bisexual, and transgender community: A field guide. Oakbrook Terrance, IL: The Joint Commission; 2011.
19. Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, et al. Endocrine Treatment of Transsexual Persons: An Endocrine Society Clinical Practice Guideline. J Clin Endocr Metab. 2009;94(9):3132-3154.
20. Policies on Lesbian, Gay, Bisexual, Transgender & Queer (LGBTQ) Issues. American Medical Association; https://www.ama-assn.org/delivering-care/policies-lesbian-gay-bisexual-transgender-queer-lgbtq-issues. Accessed January 9, 2017.
21. Guidelines for Psychological Practice with Transgender and Gender Nonconforming People. American Psychological Association; 2015.
22. Guidelines for Psychological Practice with Lesbian, Gay & Bisexual Clients. American Psychological Association; 2011.
23. Reisner SL, Poteat T, Keatley J, et al. Global health burden and needs of transgender populations: a review. Lancet. 2016;388(10042):412-436.
24. Makadon HJ, Mayer KH, Potter J, Goldhammer H, American College of Physicians (2003- ). The Fenway guide to lesbian, gay, bisexual, and transgender health. Second edition. ed. Philadelphia: American College of Physicians; 2015.
25. Guidelines for Care of Lesbian, Gay, Bisexual and Transgender Patients. Gay and Lesbian Medical Association; 2006.