## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, *et al.,*

               *Plaintiffs*,

         v.

DALE FOLWELL, in his official capacity as
State Treasurer of North Carolina, *et al.,*

               *Defendants*.

Case No. 1:19-cv-00272-LCB-LPA

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. PATRICK W. LAPPERT

This matter comes before the Court on the motion of Plaintiffs Maxwell Kadel; Jason Fleck; Connor Thonen-Fleck; Julia McKeown; Michael D. Bunting, Jr.; C.B., by his next friends and parents, Michael D. Bunting, Jr. and Shelley K. Bunting; Sam Silvaine; and Dana Caraway ("Plaintiffs") to exclude the testimony of Dr. Patrick W. Lappert, a disclosed expert of Defendants Dale Folwell, Dee Jones, and the North Carolina State Health Plan for Teachers and State Employees.

Having considered Plaintiffs' Motion and Memorandum in Support, and for good cause shown, IT IS HEREBY ORDERED that Plaintiffs' Motion to Exclude Expert Testimony of Dr. Patrick W. Lappert is GRANTED.

This \_\_\_ day of _____, 2022.

                         _____
                         The Honorable Loretta C. Biggs
                         United States District Judge