**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

MAXWELL KADEL, *et al.*,

                  *Plaintiffs*,

                  v.

DALE FOLWELL, in his official capacity as
State Treasurer of North Carolina, *et al.*,

                  *Defendants*.

Case No. 1:19-cv-00272-LCB-LPA

**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PORTIONS OF
EXHIBIT 1 TO PLAINTIFFS' MOTION TO EXCLUDE
EXPERT TESTIMONY OF DR. PATRICK W. LAPPERT**

This matter comes before the Court on Plaintiffs' Motion to Seal Portions of Exhibit 1 to Plaintiffs' Motion to Exclude Expert Testimony of Dr. Patrick W. Lappert.

The Court finds that pages 47 to 55 of Exhibit 1 reference and discuss Plaintiffs' private health information, that good cause exists to maintain this information under seal, and that no less drastic alternative is available to protect this information.

Having considered Plaintiffs' motion, and for good cause shown, IT IS HEREBY ORDERED that Plaintiffs' Motion to Seal is GRANTED and that Exhibit 1 is ACCEPTED UNDER SEAL.

This _____ day of February 2022.

_____
Loretta C. Biggs
United States District Judge