IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, *et al.*,

    *Plaintiffs*,

v.

DALE FOLWELL, in his official capacity as
State Treasurer of North Carolina, *et al.*,

    *Defendants*.

Case No. 1:19-cv-00272-LCB-LPA

## DECLARATION OF CARL S. CHARLES

Pursuant to 28 U.S.C. § 1746, I, Carl S. Charles, do hereby declare as follows:

1. I am over 18 years of age.

2. I am a Staff Attorney at Lambda Legal Defense and Education Fund, Inc. and serve as counsel of record for the plaintiffs in the above-captioned matter.

3. I have personal knowledge of the facts stated herein, except those stated on information and belief, and if called upon, could and would testify competently to them.

4. I submit this declaration in support of Plaintiffs' Motion to Exclude Expert Testimony of Dr. Stephen B. Levine.

5. Attached as **Exhibit A** is a true and correct copy of excerpts from the expert witness declaration of Dr. Stephen B. Levine, M.D., (including Exhibit A, a copy of his curriculum vitae) in the above-captioned matter, which is dated April 28, 2021,

1

was served upon Plaintiffs on May 1, 2021, and was entered as Exhibit 1 to Dr. Levine's deposition in this matter on September 10, 2021.

6. Attached as **Exhibit B** is a true and correct copy of excerpts of the transcript of the deposition of Dr. Stephen B. Levine on September 10, 2021, taken in relation to the above-captioned matter.

7. Attached as **Exhibit C** is a true and correct copy of excerpts from the transcript of the bench trial in *Soneeya v. Turco*, No. 07-12325-DPW (D. Mass 2019) where Dr. Stephen B. Levine testified on April 4, 2019, and which was entered as Exhibit 6 to Dr. Levine's deposition in this matter on September 10, 2021.

8. Attached as **Exhibit D** is a true and correct copy of an excerpt of the transcript of the deposition of Dr. Stephen B. Levine taken on August 30, 2018, in relation to *Soneeya v. Turco*, No. 07-12325-DPW (D. Mass. 2019).

9. Attached as **Exhibit E** is a true and correct copy of an excerpt of the transcript of the deposition of Dee Jones on August 3, 2021, taken in relation to the above-captioned matter.

10. Attached as **Exhibit F** is a true and correct of an excerpt of the rebuttal report of Dr. George R. Brown, M.D., signed on June 10, 2021, and served on Defendants on June 11, 2021, in the above-captioned matter.

11. Attached as **Exhibit G** is a true and correct copy of excerpts of the zoomed deposition of Dr. Stephen B. Levine taken in related to *Claire v. Florida Dept. of*

*Management Services*, 504 F. Supp. 3d 1328 (N.D. Fla. 2020), and which was entered as Exhibit 2 to Dr. Levine's deposition in this matter on September 10, 2021.

12. Attached as **Exhibit H** is a true and correct copy of an excerpt from the published Ph.D. Thesis, "On Gender Dysphoria," written by Cecilia Dhejne in 2017 which was entered as Exhibit 13 to Dr. Levine's deposition in this matter on September 10, 2021.

13. Attached as **Exhibit I** is a true and correct copy of the article "Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden," published in February 2011, which was entered as Exhibit 12 to Dr. Levine's deposition in this matter on September 10, 2021.

14. Attached as **Exhibit J** is a true and correct copy of the article "Long Term Follow-Up of Individuals Undergoing Sex-Reassignment Surgery: Somatic Morbidity and Cause of Death," published in March 2016 which was entered as Exhibit 14 to Dr. Levine's deposition in this matter on September 10, 2021.

15. Attached as **Exhibit K** is a true and correct copy of an excerpt of the rebuttal report of Dr. Joanna Olson-Kennedy, signed on May 30, 2021, and served on Defendants June 1, 2021, in the above-captioned matter.

16. Attached as **Exhibit L** is a true and correct copy of the article "Correction: Parent reports of adolescents and young adults perceived to show signs of a rapid onset of gender dysphoria," published March 19, 2019, which was entered as Exhibit 7 to Dr. Levine's deposition in this matter on September 10, 2021.

3

17. Attached as **Exhibit M** is a true and correct copy of the article "Do Clinical Data From Transgender Adolescents Support the Phenomenon of 'Rapid-Onset Gender Dysphoria'?," accepted for publication in the scientific journal The Journal of Pediatrics on November 10, 2021, and published online on November 15, 2021.

18. Attached as **Exhibit N** is a true and correct copy of an excerpt from Day One of Remote Videotaped Deposition of Dr. Paul McHugh, M.D., from September 8, 2021, taken in relation to the above captioned matter.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated this 2nd day of February, 2022.

*/s/ Carl S. Charles*
Carl S. Charles

4