# Exhibit C

```
 1                   UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
 2

 3    _____

 4    KATHEENA SONEEYA,

 5                       Plaintiff,        Civil Action
                                           No. 07-12325-DPW
 6    V.
                                           April 8, 2019
 7    THOMAS A. TURCO III, in his official
      capacity as Commissioner of the
 8    Massachusetts Department of Correction,  10:23 a.m.

 9                       Defendant.
      _____
10

11

12             TRANSCRIPT OF BENCH TRIAL DAY 1

13         BEFORE THE HONORABLE DOUGLAS P. WOODLOCK

14               UNITED STATES DISTRICT COURT

15             JOHN J. MOAKLEY U.S. COURTHOUSE

16                    1 COURTHOUSE WAY

17                    BOSTON, MA  02210

18

19

20

21
                  DEBRA M. JOYCE, RMR, CRR, FCRR
22                 KELLY MORTELLITE, RMR, CRR
                      Official Court Reporters
23                John J. Moakley U.S. Courthouse
                   1 Courthouse Way, Room 5204
24                      Boston, MA  02210
                       joycedebra@gmail.com
25
```

```
 1   witness, ask me.
 2               MS. HANCOCK:  Okay.  Apologies, your Honor.
 3   BY MS. HANCOCK:
 4   Q.   So two versions were released since 1999, correct?
 5   A.   Correct.
 6   Q.   And one in 2001, as you just testified, right?
 7   A.   Right.
 8   Q.   And another one in 2011; is that right?
 9   A.   Yes.
10   Q.   And as you understand it, there's going to be an eighth
11   version coming out soon, correct?
12   A.   Yes.
13   Q.   And you're not involved in drafting that version, correct?
14   A.   I am not.
15   Q.   And you requested to participate in drafting that version,
16   correct?
17   A.   I'm not sure that's correct.
18   Q.   You did not ask to be involved in drafting that version?
19   A.   I think -- I think I actually might have, now that you
20   bring it up, but I was told I had to be a member of WPATH.
21   Q.   Now, you've worked as a consultant for the DOC since
22   around 2007 or 2008.  Does that sound right?
23   A.   That sounds right.
24   Q.   And you're not technically engaged by the DOC, though,
25   right?
```