# Exhibit D

```
 1           STEPHEN B. LEVINE, M.D.
 2    IN THE UNITED STATES DISTRICT COURT
 3     FOR THE DISTRICT OF MASSACHUSETTS
 4        Civil Action No. 07-12325-DPW
 5   ---------------------------------------x
 6   KATHEENA NEVIA SONEEYA,
 7   f/k/a Kenneth Hunt,
 8              Plaintiff,
 9     V.
10   THOMAS A. TURCO III,
11   in his official capacity as
12   Commissioner of the Massachusetts
13   Department of Corrections,
14              Defendant.
15   ---------------------------------------x
16    DEPOSITION OF STEPHEN B. LEVINE, M.D.
17   Thursday, August 30th, 2018, 9:42 a.m.
18                   Regus
19   2000 Auburn Drive, Beachwood, OH   44122
20
21
22
23   Reported by:
24   Jill A. Kulewsky, RPR
25   JOB NO. 146861
```

STEPHEN B. LEVINE, M.D.
answer to it.  I think the verbiage of
the criteria may have changed in very
subtle ways, but practically speaking, it
did not.

The name change came about, in
part, because one can be gender dysphoric
without having a disorder.  So there are
many people who objected to the D in GID.
The assumption that this variation in
identity was a disorder was politically
objectionable to many people in the trans
community and those people who advocate
for those -- for those what used to be
patients.

So this is probably going to
change again, and if we had this
deposition in two years, we would
probably call this not gender dysphoria
but gender incongruence.

Q.   Could you tell me a little bit
more about that, why you think it's
changing, what's changing about it?

A.   This is fraught -- this is a
political subject.  The psychiatric

STEPHEN B. LEVINE, M.D.
conditions, what constitutes a disorder
changes with the time, and afterall, the
DSM changes every 10, 12 years.

We in psychiatry and mental
health, we reconfigure our concepts about
every decade about what is a disorder and
how to name them, and both scientific
data, clinical experience and politics
all influence the DSM.

And the DSM is in controversy
with the World Health Organization that
produces the ICD, the International
Classification of Diseases.  So the
proposed ICD-11 is to stop calling this a
disorder, stop implying by nosology that
there is anything wrong with these
people, and that this is just going to be
considered a phenomenon that affects
one's mental health.

So that's why there are people
who are advocating to get rid of gender
dysphoria and just call it gender
incongruence because some people have
gender incongruence who are not

STEPHEN B. LEVINE, M.D.
dysphoric, they just accept the fact that
they have the body of one -- an anatomic
body and mental identity that is somewhat
different from their body, and at various
times in their life they struggle with
that incongruence, but they're not
mentally distressed, and therefore, they
don't have a disorder or they're not
dysphoric.

So when you see in the
development of one's gender sense, for in
the population there are enormous
variations in the degree to which one is
consonant or happy with or feels
masculine in a male body, where to draw a
line between disorder, disease, mental
condition, emotional distress and just
ordinary human diversity is unclear.

And the changes in nosology
are reflecting the increased awareness
over time, both within the trans
community and the mental health
community, of great diversity and the
lack of invariability of distress over

STEPHEN B. LEVINE, M.D.
the diversity or over the incongruence.
So you and I are caught up at a certain
point in time where our concepts are
rapidly changing, and none of us are very
sure what's going on.

It's not like schizophrenia.
It's not like somebody who's tried to
jump off a bridge six times in his or her
life.

Q.   So would you --
A.   Okay.
Q.   Is GD a medical or psychiatric
condition, in your opinion?
A.   In my opinion, it is
definitely a psychiatric condition.
Q.   Are you familiar with WPATH?
A.   Oh, yes.
Q.   What is it?
A.   Well, it used to be the Harry
Benjamin International Gender Dysphoria
Association.  I, in fact, was the
chairman in writing the standards of care
for the 19 -- the 5th version.  It was
published in 1999.  Most of the

Page 38

STEPHEN B. LEVINE, M.D.
language -- as I read the seventh
version, much of the language I actually
wrote.
     And the seventh version is
just lifted from the fifth version, so
I'm sort of familiar with it.
   Q.  We'll get to the standards in
just a second.  What's your understanding
of what that organization does?
   A.   That organization initially
arose to study the phenomenon of men who
wanted to live as women and women who
wanted to live as men.  It was -- it
began in the '70s -- in the '60s,
actually, late '60s, I think, and it was
funded by somebody who himself was a
transgendered person, and we began
developing -- I joined it in the '70s,
and we began to articulate the standards
of care for how these people ought to be
handled by psychiatry, by endocrinology
and by surgery.
     So it began as a bunch of
academics interested in this subject, and

Page 39

STEPHEN B. LEVINE, M.D.
it became over the years not just an
academic institution, but it became --
well, an organization that invited the
trans people themselves to be part of it.
     By doing that, the
organization became an advocate of trans
people, and it always claims to be a
scientific organization, but in fact,
there is a great distinction between
science and behavior that science
dictates for professionals and advocacy,
which leads to entirely different things
far beyond science.
     So what kind of organization
is this today, I think you're asking me?
Well, it's a mixture -- it's a minority
rights organization that feels very
strongly that there's nothing inherently
wrong with anybody who has an
incongruence in their gender identity,
and it's not a symptom of anything, it's
just the way people are, and that these
people are marginalized and discriminated
against just like homosexual people used

Page 40

STEPHEN B. LEVINE, M.D.
to be by psychiatry in the mid '70s, and
that anyone who is interested in trans
people needed to be their strong advocate
at all times.
     So that became a standard
of -- I would say if you're a
credentialed person, if you know about
this, you must be an advocate.  If you're
a cynic, if you're a scientific, if you
have skepticism, well, you may be the
enemy.
     So what has happened is that
over the years, WPATH has become an
advocacy organization that lawyers or the
legal profession, in trying to understand
how medicine operates, relies very
heavily on the collective wisdom of
organizations.
     So WPATH has great respect in
the courtroom and great respect as the
international standard for how people
ought to be treated, even though there
are parts of WPATH that say these are
case-by-case decisions, and that patients

Page 41

STEPHEN B. LEVINE, M.D.
elect surgeries, doctors don't recommend
surgeries.
     It seems that the WPATH
standards have stimulated a social
phenomenon in this society, and not just
in America but elsewhere, where if a
person wants something, the doctors
should be providing them.  If a doctor is
skeptical about providing what this
teenager or 70-year-old person wants,
then the doctor is obviously not
competent.
     As a result of that, there are
many people who just abandon interest in
these patients because they just feel
like WPATH is much more political than it
is scientific, and the doctors need to be
skeptical and need to be humble, and
there's too much certainty embodied in
the behavior that, I would say, rests
upon the standards of care.
     The standards of care are
actually more conservative sounding than
the people who quote them are, and so