# Exhibit E



Deposition of:
# Dee Jones

*August 3, 2021*

In the Matter of:

# Kadel, et al vs. Folwell

Veritext Legal Solutions
800-734-5292 | calendar-dmv@veritext.com |

```
 1              IN THE UNITED STATES DISTRICT COURT FOR
 2                THE MIDDLE DISTRICT OF NORTH CAROLINA
 3
 4
 5     MAXWELL KADEL, et al.,      )
                                   )
 6                Plaintiffs,      )
                                   )   No. 1:19-cv-272-LCB-LPA
 7          V.                     )
                                   )
 8     DALE FOLWELL, et al.,       )
                                   )
 9                Defendants.      )
       _____    )
10
11
12
                              DEPOSITION
13                                OF
                               DEE JONES
14
                       IN HER INDIVIDUAL CAPACITY
15                               and
                 30(b)(6) DESIGNEE FOR NC STATE HEALTH PLAN
16
                            AUGUST 3, 2021
17
18             THIS TRANSCRIPT IS NOT COMPLETE
           PORTIONS OF THIS TRANSCRIPT AND/OR EXHIBITS
19     MAY BE DESIGNATED CONFIDENTIAL/ATTORNEYS EYES ONLY
           AFTER REVIEW OF TRANSCRIPT BY ATTORNEYS WITHIN 30
20      DAYS OF DATE OF DEPOSITION PER PROTECTIVE ORDER
21
22
                           PNC PLAZA DOWNTOWN
23                301 Fayetteville Street, Suite 1700
                         Raleigh, North Carolina
24
25       Reported by: Michelle Maar, RDR, RMR, FCRR
```

```
 1      APPEARANCES:
 2      On behalf of the Plaintiffs:
 3           HARRIS, WILTSHIRE & GRANNIS
             By: Deepika H. Ravi
 4           1919 M Street NW, 8th Floor
             Washington, DC 20036
 5           Dravi@hwglaw.com
 6           HARRIS, WILTSHIRE & GRANNIS
             By: Amy E. Richardson
 7           1033 Wade Avenue, Suite 100
             Raleigh, NC 27605
 8           Arichardson@hwglaw.com
 9           Lambda Legal Defense and Education Fund
             By: Tara Borelli
10           730 Peachtree Street NE, Suite 640
             Atlanta, GA 30318
11           Tborelli@lambdalegal.org
12
        On behalf of Defendants Dale Folwell, Dee Jones, and the NC
13      State Health Plan for Teachers and State Employees:
14           BELL, DAVIS & PITT
             By: Alan M. Ruley
15               Mark A. Jones
             100 N. Cherry Street, Suite 600
16           Winton-Salem, NC 27101
             Aruley@belldavispitt.com
17           Mjones@belldavispitt.com
18           LAW OFFICE OF JOHN G. KNEPPER
             By: John G. Knepper
19           1720 Carey Avenue, Suite 590
             Cheyenne, WY 82001
20           John@knepperLLC.com
21           NORTH CAROLINA STATE HEALTH PLAN/NORTH CAROLINA
             DEPARTMENT OF THE STATE TREASURER
22           By: James Benjamin Garner
                 Kendall M. Bourdon
23               Joel Heimbach
             3200 Atlantic Avenue
24           Raleigh, NC 27604
             Ben.garner@nctreasurer.com
25           Kendall.bourdon@nctreasurer.com
             Joel.heimbach@nctreasurer.com
```

1    APPEARANCES CONTINUED:
2    On behalf of Defendant State of North Carolina Department of Public Safety:
3
         NORTH CAROLINA DEPARTMENT OF JUSTICE
4        By: Alan McInnes (via teleconference)
         114 W. Edenton Street
5        Raleigh, NC 27603
         Amcinnes@ncdoj.gov
6
     On behalf of Defendants UNC at Chapel Hill, NC State
7    University, and UNC at Greensboro:
8        NORTH CAROLINA DEPARTMENT OF JUSTICE
         By: Zachary A. Padget(via teleconference)
9        114 W. Edenton Street
         Raleigh, NC 27603
10       Zpadget@ncdoj.gov
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1    A.   Yes.
2    Q.   So looking at all enrollees in the Plan, 15
3    percent of those enrollees account for 85 percent of the
4    cost of treatment?
5    A.   Correct.
6    Q.   Can an individual enrolled in the State Health
7    Plan request that the State Health Plan change the pronoun
8    associated with that enrollee?
9    A.   Please rephrase.
10   Q.   Can an individual that's enrolled in the State
11   Health Plan request that the Plan change in its records the
12   pronoun that's associated with that individual?
13   A.   The member can change his or her own pronoun.
14   Q.   How does that process occur?
15   A.   The member logs in to eBenefits or calls into the
16   call center, benefit-focused call center, and either
17   changes it him or herself, or requests that it be changed.
18   Q.   Okay.
19   A.   It's not validated.
20   Q.   What does that mean for it not to be validated?
21   A.   You could put in whatever you want.  There's two
22   options, male or female.
23            And if I were female and put in female, I could
24   do that.  Or if I wanted to put in male, I can do that.  If
25   I make an error, I can do that too.

1  Q. And you said an individual can either log in and
2  change that themselves or they can make a request that the
3  Plan make that change?
4  A. No. They call into the call center, talk to a
5  call center rep who will record the call. And then they
6  can be requested to make that change.
7  Q. To whom is that request made?
8  A. The call center rep.
9  Q. If a call center rep gets that kind of request,
10 what happens next?
11 A. They comply with the request.
12 Q. And how does that process occur?
13 A. They go into the system and check yes or no or
14 male or female or exactly -- I guess it's male or female.
15 Q. And prior to going into the system, is any
16 validation requested?
17 A. Absolutely. Whatever -- like the member would
18 call in, and there would be validation questions from the
19 call center rep back to the member to confirm any number of
20 demographic statistics.
21 Q. What are those validation questions?
22 A. I don't know them specifically. But it's
23 something that would be similar to what we all do, which is
24 your address, your full name, possibly your Social Security
25 number, you know, phone numbers, whatever, to try to --

1  they're a vendor.  I don't tell them how to do their job.
2  I just tell them they have to validate it.  It's not my
3  obligation how to exactly do it.
4       Q.   So is it fair to say that validation is with
5  respect to making sure that the person calling in and
6  making this request is who they say they are?
7       A.   Yes.
8       Q.   Does the Plan require proof of any enrollee's
9  chromosomes before it goes into the system and complies
10 with that question?
11      A.   No.
12      Q.   Does it require proof of an enrollee's anatomy?
13      A.   No.
14      Q.   And does it require proof of an enrollee's DNA?
15      A.   No.
16      Q.   Everything we just talked about with regard to
17 changing the pronoun in the system, does that also apply to
18 a request to change an individual enrollee's gender marker
19 in the system?
20      A.   We don't track gender markers in the system other
21 than male or female.  We only have but two options right
22 now.
23      Q.   Is participation in the Plan required for state
24 agency employees?
25      A.   No.  They have a choice.  I mean the benefit