# Exhibit N



Deposition of:
# Dr. Paul McHugh

*September 8, 2021*

In the Matter of:

# Kadel, et al vs. Folwell

Veritext Legal Solutions
800-734-5292 | calendar-dmv@veritext.com |

```
 1        IN THE UNITED STATES DISTRICT COURT FOR
 2          THE MIDDLE DISTRICT OF NORTH CAROLINA
 3     *     *     *     *     *
 4   MAXWELL KADEL, et. al.,   *
 5      Plaintiffs             * Case No.:
 6         vs.                 * 1:19-CV-00272-LCB-LPA
 7   DALE FOLWELL, et.al.,     *
 8      Defendants             *
 9     *     *     *     *     *
10             Remote videotaped deposition of PAUL
11   McHUGH, M.D., was taken on Wednesday, September 8,
12   2021, commencing at 9:40 a.m., before Allison L.
13   Shearer, RPR, a Notary Public.
14
15
16
17
18
19
20
21   Reported By:  Allison L. Shearer, RPR
```

1  APPEARANCES:

2

3  On behalf of the Plaintiff:

4      LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.

5           Omar Gonzalez-Pagan, Esquire

6           ogonzalez-pagan@lambdalegal.org

7           120 Wall Street, 19th Floor

8           New York, NY 10005

9           (212) 809-8585

10

11     MCDERMOTT, WILL, & EMERY

12          Rachel Evans, Esquire

13          levans@mwe.com

14          500 North Capitol Street NW

15          Washington, D.C. 20001

16          (202) 756 8864

17

18

19

20

21  ALSO PRESENT:   Eliza Spikes, Videographer

1  APPEARANCES (Continued):
2
3  On behalf of the Defendants Dale Folwell, Dee
4  Jones, and the North Carolina State Health Plan for
5  Teachers and State Employees:
6     LAW OFFICE OF JOHN G. KNEPPER
7        John G. Knepper, Esquire
8        john@knepperllc.com
9        1720 Carey Avenue, Suite 590
10       Cheyenne, Wyoming 82001
11       (307) 632-2842
12
13  On behalf of Defendant State of North Carolina
14  Department of Public Safety:
15     NORTH CAROLINA DEPARTMENT OF JUSTICE
16       Alan McInnes, Esquire
17       amcinnes@ncdoj.gov
18       114 West Edenton Street
19       Raleigh, North Carolina 27602
20       (919) 716-6529
21

1  A.  Well, I don't think so.  It might have
2  been something that I thought.
3  Q.  Okay.  Is it a term -- is the term
4  Transgender Treatment Industries a term that is
5  commonly used and accepted within the scientific
6  community?
7  A.  I don't think so.  As I say, it's
8  probably just mine.
9  Q.  Is the term Transgender Treatment
10 Industry a term that is commonly used and accepted
11 within the medical community?
12 A.  No, I -- I don't suppose so.
13 Q.  Is there a peer-reviewed article or study
14 you can point me to that utilizes the term
15 Transgender Treatment Industry?
16 A.  No, I -- I couldn't do that for you.  No.
17 Q.  I'll be honest.  I never encountered this
18 term until I saw your report and that of your
19 colleagues in this case.  So...
20 A.  It -- it's okay.
21 Q.  So I have questions because I, myself --