```
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
 2
                  ~~~~~~~~~~~~~~~~~~~~
 3
     MAXWELL KADEL, et al.,
 4
 5              Plaintiffs,
 6
           vs.            Case No. 1:19-cv-272-LCB-LPA
 7
 8   DALE FOLWELL, in his official
     capacity as State Treasurer of
 9   North Carolina, et al.,
10
                Defendants.
11
12                ~~~~~~~~~~~~~~~~~~~~
13                  Video Deposition of
                  STEPHEN B. LEVINE, M.D.
14
15                 September 10, 2021
                      9:05 a.m.
16
17                    Taken at:
                Veritext Legal Solutions
18                1100 Superior Avenue
                    Cleveland, Ohio
19
20               Tracy Morse, RPR
21
22
23
24
25
```

1  just looked at in December of 2020, which is
2  not even a full year ago, you testified
3  differently.  So what has changed in nine
4  months?
5              MR. KNEPPER:  Objection, form.
6        A.    What has changed in nine months?
7  In nine months, I've reviewed a lot of the
8  literature.  I've heard the arguments.  I've
9  talked to pediatric endocrinologists.  I've
10 read articles, new articles.  I've seen the
11 lack of follow-up.  I've seen the
12 misinformation that puberty blocking hormones
13 were entirely reversible, even in the face of
14 the fact where people making those claims could
15 not even conceptualize the psychosocial
16 implications of remaining puerile.  So a lot
17 has changed in nine months.  And I don't think
18 nine months ago I was exactly gung-ho on these
19 treatments, but I think I'm just a little more
20 strong today.
21           And I just need to tell you that one of
22 the great advantages of being a professional is
23 that one spends one's life learning and
24 evolving and changing.  And the fact that five
25 years ago or ten years ago, I thought this and

1  today I think this, it may be a problem in the
2  legal profession, but it's not a problem in the
3  medical profession.  We expect doctor's
4  concepts to evolve with clinical experience in
5  advance of science.  And we also know that
6  politics affects a lot of things that happen in
7  medicine.  And certainly the politics has
8  changed in this field.
9           And what is happening, we've had one
10 direction of the politics of transgender life
11 until the last two and half years, three years
12 and suddenly the politics are changing again.
13 And they're changing as a result of science,
14 some of the things you've been -- in these
15 exhibits, you see.  And so we're -- I'm allowed
16 to, in my view, without being embarrassed, I'm
17 allowed to have an evolution in my views as
18 certainly -- you know, if you quote one
19 sentence here and one sentence here and another
20 sentence out of context there, it appears that,
21 oh, my god, I'm inconsistent, but what I am is
22 in evolution, in developmental, professional
23 evolution, which is an ideal thing both in a
24 lawyer and in a physician.
25          Q.   All right.  Very quickly and then