THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION
FILE No. 1:19-CV-00272-LCB-LPA

|  |  |  |
|---|---|---|
| MAXWELL KADEL, | ) ) ) | |
| Plaintiff, | ) ) | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | ) ) | **Local Rule 83.1(e)(2)** |
| JASON FLECK, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**NOW COMES** Defendant, North Carolina Department of Public Safety ("Defendant"), by and through undersigned counsel, Special Deputy Attorney General Alex R. Williams, and provides notice pursuant to Local Rule 83.1(e)(2) that there has been a substitution of counsel in this case. Special Deputy Attorney General Alex R. Williams is hereby being substituted as counsel for the Defendant in place of Special Deputy Attorney General James B. Trachtman due to an extremely heavy caseload and to permit him to focus more heavily on his management responsibilities in the Public Safety Section.

Special Deputy Attorney General Alex R. Williams is aware of and will comply with all pending deadlines in the case, including proceeding with any scheduled trial or hearings. Said substitution is being made pursuant to Local Rule 83.1(e)(2).

Respectfully submitted, this 13th day of May, 2022.

          **JOSHUA H. STEIN**
          **Attorney General**

          /s/ Alex R. Williams
          Alex R. Williams (N.C.S.B. No. 41679)
          Special Deputy Attorney General
          N.C. Department of Justice
          Public Safety Section
          P. O. Box 629
          Raleigh, North Carolina 27602-0629
          Telephone:   (919) 716-6528
          Facsimile:    (919) 716-6761
          E-Mail:       awilliams@ncdoj.gov

## **CERTIFICATE OF SERVICE**

I, Alex R. Williams, hereby certify that on May 13, 2022, I electronically filed the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of the Court utilizing the CM/ECF system which will provide electronic notification to all counsel of record.

Dated this the 13th day of May, 2022.

          /s/ Alex R. Williams
          **Alex R. Williams**
          Special Deputy Attorney General