UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

**MASTER TRIAL CALENDAR**

HONORABLE LORETTA C. BIGGS, UNITED STATES DISTRICT JUDGE
HONORABLE L. PATRICK AULD, UNITED STATES MAGISTRATE JUDGE

**JULY 5, 2022**
9:30 a.m.

NOTICE TO COUNSEL

Said term will begin on **July 5, 2022. The court is monitoring the COVID-19 outbreak and may issue subsequent orders affecting the July Master Calendar. Counsel will be notified of a date certain for trial closer to the start of the term. Counsel in all cases shall be prepared to appear at any time during the Master Calendar term when notified to do so by the Court. Counsel will be notified of a date certain for trial closer to the start of the term.** Any case in which a jury is selected shall be prepared to commence on 24-hour notice.

For the purposes of compliance with Fed.R.Civ.P.26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein, all cases listed below should consider the first date of the Master Calendar as their trial date. **Unless the court orders otherwise, pretrial disclosures must be made no later than June 3, 2022. Motions in limine must be filed no later than June 10, 2022. Any objections to pretrial disclosures and responses to motions in limine must be served and promptly filed no later than June 17, 2022.**

A settlement conference in each case will ordinarily be set approximately two weeks before commencement of the Master Calendar term. Counsel are directed to bring their clients and representatives from the corporations to the settlement conference.

Jury Selection for **Judge Loretta C. Biggs, will take place in Courtroom No. 4, 251 N. Main St., Winston Salem, NC.** Counsel shall remain in contact with the Clerk's Office as to the position of their case(s) on the trial list.

If you are contemplating using either the District Court's or your own Digital Evidence Presentation System, please visit the Court Technology section at our website, www.ncmd.uscourts.gov. If counsel choose to use their own system, they are to contact opposing counsel and the **Judge's Case Manager** at least one week prior to commencement of the trial.

As cases are resolved, counsel may be required to appear before a **different** judge for jury selection and/or trial. The tentative trial judge is listed in parenthesis beside each case.

| | | |
|---|---|---|
| 1:18CV01042 | DEIRDRE L. BOSTICK v. CABARRUS COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES | (Biggs) |

**JURY: CIVIL RIGHTS**
Plaintiff:   Deirdre L. Bostic (Pro Se)
Defendant:   David B. Goldberg
             Richard M. Koch
ETT:         ?

| | | |
|---|---|---|
| 1:19CV00272 | MAXWELL KADEL, ET AL. v. DALE FOLWELL, ET AL. | (Biggs) |

**JURY: CIVIL RIGHTS**
Plaintiff:   Deepika H. Ravi
             Omar F. Gonzalez-Pagan
             Tara L. Borelli
             Adam Safer
             Carl S. Charles
             David Brown
             Dmitriy G. Tishyevich
             Ezra U. Cukor
             Grace H. Wynn
             Lauren H. Evans
             Lauren E. Snyder
             Michael W. Weaver
             Warren Haskell
             Amy E. Richardson
Defendant:   John G. Knepper
             James Garner
             Kevin G. Williams
             Mark A. Jones
             James B. Trachtman
Amicus:      Sarah M. Saint
             Shana L. Fulton
ETT:         5 days

| | | |
|---|---|---|
| 1:19CV00961 | PATRICK CLEMONS v. THE CITY OF GREENSBORO, ET AL.<br>**JURY: CIVIL RIGHTS ACT**<br>Plaintiff:   Patrick Clemons (Pro Se)<br>Defendant:   Jason R. Benton<br>             Daniel E. Peterson<br>ETT:   4-5 days | (Biggs) |
| 1:19CV01152 | Q.C., ET AL. v. WINSTON SALEM/FORSYTH COUNTY SCHOOLS BOARD OF EDUCATION<br>**JURY: CIVIL RIGHTS OF HANDICAPPED CHILD**<br>Plaintiff:   Stacey M. Gahagan<br>Defendant:   David B. Noland<br>             Maura K. O'Keefe<br>ETT:   3 days | (Biggs) |
| 1:20CV00738 | STEPHANIE A. WALKER v. PETSENSE LLC, ET AL.<br>**JURY: DIVERSITY- TORT/NON-MOTOR VEHICLE**<br>Plaintiff:   Quintin D. Byrd<br>Defendant:   Kevin S. Joyner<br>             Jefferson P. Whisenant<br>ETT:   2-3 days | (Biggs) |
| 1:20CV00833 | ANNA N. GUARDIPEE, ET AL. v. RAJ TRANSPORT INC., WILLIAM B. SMITH JR.<br>**JURY: TORT NEGLIGENCE**<br>Plaintiff:   Jennifer S. Degraw<br>           Andrew M. Bowman<br>           Matthew W. Broughton<br>           Matthew B. Tynan<br>           Robert J. King, III<br>           Daniel Colston<br>Defendant:   Frank M. Wall<br>ETT:   4 days | (Biggs) |