IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, *et al.*, | |
| *Plaintiffs*, | |
| v. | No. 1:19-cv-272-LCB-LPA |
| DALE FOLWELL, *et al.*, | |
| *Defendants*. | |

## SUGGESTION OF SUBSEQUENTLY DECIDED AUTHRITY

Pursuant to Local Rule 7.3(i), Defendants, the North Carolina State Health Plan for Teachers and State Employees, Dale Folwell (*in his official capacity as State Treasurer of North Carolina*), and Dee Jones (*in her official capacity as Executive Administrator of the State Health Plan*), by and through undersigned counsel, respectfully suggest *Doe v. Snyder*, 28 F.4th 103 (9th Cir. 2022) for the Court's consideration.[1]

---

[1] Because this decision is published a copy is not attached, per Local Rule 7.3(i).

Respectfully submitted, this the 17th day of May, 2022.

*/s/ John G. Knepper*
John G. Knepper
Wyo. Bar No. 7-4608
Law Office of John G. Knepper, LLC
1720 Carey Avenue, Suite 590
Cheyenne, WY 82001
Telephone: (307) 632-2842
John@KnepperLLC.com

*/s/ Kevin G. Williams*
Kevin G. Williams
N.C. Bar No. 25760

*/s/ Mark A. Jones*
N.C. Bar No. 36215
BELL, DAVIS & PITT, P.A
100 N. Cherry St., Suite 600
Winston-Salem, NC 27101
T(336)722-3700;F 722-8153
kwilliams@belldavispitt.com
mjones@belldavispitt.com