# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, et al.,

                     *Plaintiffs*,

                     v.

DALE FOLWELL, et al.,

                     *Defendants*.

No. 1:19-cv-00272-LCB-LPA

## JOINT MOTION TO SPECIALLY SET TRIAL AND ALLOW 8-10 DAYS FOR PROCEEDINGS

Plaintiffs Maxwell Kadel, Sam Silvaine, Jason Fleck, Connor Thonen-Fleck, Julia McKeown, Michael D. Bunting, Jr., C.B., and Dana Caraway (collectively, "Plaintiffs") and Defendants Dale Folwell, Dee Jones, and North Carolina State Health Plan for Teachers and State Employees, and State of North Carolina Department of Public Safety (collectively, "Defendants") hereby jointly move this Court to specially set the trial of this matter for a date certain and to allow 8-10 days for trial proceedings, and state as follows:

1.     This matter is currently scheduled for trial before the Court during the term commencing on July 5, 2022, at 9:30 a.m. *See* ECF No. 222.

2.     The pretrial disclosures must be made no later than June 3, 2022, motions in limine must be filed no later than June 10, 2022, and any objections to pretrial

disclosures and responses to motions in lime must be served and filed no later than June 17, 2022.

3.      The Parties have conferred and believe that this case will take longer to try than their initial five-day estimate set forth in the Parties' Rule 26(f) Report. *See* ECF No. 61.

4.      Since the Parties filed their Rule 26(f) Report, they have added a plaintiff, Dana Caraway, and a defendant, North Carolina Department of Public Safety. *See* ECF No. 75.

5.      The Parties have also found it necessary to rely on more expert witnesses, who likely will be called at trial, than initially anticipated when they filed the Rule 26(f) Report.

6.      For these reasons, the Parties now estimate that this trial will take 8-10 days to complete and ask that the Court modify the time for trial accordingly.

7.      The Parties also ask that trial be specially set and the accompanying pretrial deadlines be adjusted accordingly for a date certain.

8.      Every expert witness that Plaintiffs or Defendants intend to call at trial resides outside of the State of North Carolina and, therefore, will need to travel to Winston-Salem for trial.

9.      Plaintiffs expect to call experts who live in San Francisco, CA, Los Angeles, CA, Chicago, IL, and Johnson City, TN. Defendants' experts are located in St. Louis, MO, Baltimore, MD, Cleveland, OH, and Decatur, AL. Given the difficulties

associated with travel, coordinating schedules, securing lodging and workspace, and other logistical challenges, the Parties (and potentially the Court) would greatly benefit from this matter being specially set by the Court.

10.    Additionally, Defendants include public officials, including the elected North Carolina State Treasurer, who have substantial responsibilities and difficult schedules because of their official duties and responsibilities.

11.    Moreover, all of the Plaintiffs will need to travel from across the state. Plaintiffs have substantial responsibilities in their respective workplaces or places of education and will need to make arrangements in order to be available for trial.

12.    The Parties submit that a specially set trial date would eliminate the potential expense and prejudice that would result if all of the parties and witnesses traveled to Winston-Salem only to have the trial delayed until later in the trial period.

WHEREFORE, the Parties respectfully request that the Court grant their Joint Motion to Specially Set Trial and Allow 8-10 Days for Proceedings.

Dated: May 19, 2022                    Respectfully submitted,

/s/ Amy Richardson
Amy E. Richardson                      Tara L. Borelli*
N.C. State Bar No. 28768               Carl S. Charles*
Lauren E. Snyder                       LAMBDA LEGAL DEFENSE AND
N.C. State Bar No. 54150               EDUCATION FUND, INC.
HARRIS WILTSHIRE & GRANNIS LLP         1 West Court Square, Ste. 105
1033 Wade Avenue, Suite 100            Decatur, GA 30030
Raleigh, NC 27605-1155                 Telephone: 404-897-1880
Phone: 919-429-7386 | Fax: 202-730-1301   Facsimile: 404-506-9320
arichardson@hwglaw.com                 tborelli@lambdalegal.org

3

Deepika H. Ravi*
Grace H. Wynn*
HARRIS WILTSHIRE & GRANNIS LLP
1919 M Street N.W., 8th Floor,
Washington, D.C. 20036
Phone: 202-730-1300 | Fax: 202-730-1301
dravi@hwglaw.com

Michael W. Weaver*
Adam M. Safer*
MCDERMOTT WILL & EMERY
444 W. Lake St., Suite 4000
Chicago, IL 60606
Phone: 312-984-5820 | Fax: 312-984-7700
mweaver@mwe.com

Dmitriy G. Tishyevich*
Warren Haskel*
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017-3852
Phone: 212-547-5534 | Fax: 646-417-7668
dtishyevich@mwe.com

Lauren H. Evans*
MCDERMOTT WILL & EMERY
500 North Capitol Street, N.W.
Washington, D.C. 20001-1531
Phone: 202-756-8864 | Fax: 202-591-2900
levans@mwe.com

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: 212-809-8585
Facsimile: 212-809-0055
ogonzalez-pagan@lambdalegal.org

David Brown*
Ezra Cukor*
TRANSGENDER LEGAL DEFENSE AND
EDUCATION FUND, INC.
520 8th Ave, Ste. 2204
New York, NY 10018
Telephone: 646-993-1680
Facsimile: 646-993-1686
dbrown@transgenderlegal.org

*Counsel for Plaintiffs*

* Appearing by special appearance pursuant to L.R. 83.1(d).

/s/ John G. Knepper
John G. Knepper
Wyo. Bar No. 7-4608
Law Office of John G. Knepper, LLC
1720 Carey Avenue, Suite 590
Cheyenne, WY 82001
Telephone: (307) 632-2842
John@KnepperLLC.com

/s/ Kevin G. Williams
Kevin G. Williams
N.C. Bar No. 25760

/s/ Mark A. Jones
N.C. Bar No. 36215
BELL, DAVIS & PITT, P.A
100 N. Cherry St., Suite 600
Winston-Salem, NC 27101
T(336)722-3700;F 722-8153
kwilliams@belldavispitt.com
mjones@belldavispitt.com

*Counsel for Defendants Dale Folwell, Dee Jones, and North Carolina State Health Plan for Teachers and State Employees*

**JOSHUA H. STEIN**
**Attorney General**

/s/ Alex R. Williams
Alex R. Williams (N.C.S.B. No. 41679)
Special Deputy Attorney General
N.C. Department of Justice
Public Safety Section
P. O. Box 629 Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6528
Facsimile: (919) 716-6761
E-Mail: awilliams@ncdoj.gov

*Counsel for Defendant State of North Carolina Department of Public Safety*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users.

Dated: May 19, 2022

*/s/ Amy Richardson*
Amy E. Richardson
N.C. State Bar No. 28768
HARRIS, WILTSHIRE & GRANNIS LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Phone: 919-429-7386
Fax: 202-730-1301
arichardson@hwglaw.com