IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, et al., | |
| *Plaintiffs*, | |
| v. | No. 1:19-cv-00272-LCB-LPA |
| DALE FOLWELL, et al., | |
| *Defendants*. | |

### ORDER

This matter is before the Court on a Joint Motion to Specially Set Trial and Allow 8-10 Days for Proceedings.

Upon consideration of the Joint Motion filed by Plaintiffs Maxwell Kadel, Sam Silvaine, Jason Fleck, Connor Thonen-Fleck, Julia McKeown, Michael D. Bunting, Jr., C.B., and Dana Caraway (collectively, "Plaintiffs") and Defendants Dale Folwell, Dee Jones, and North Carolina State Health Plan for Teachers and State Employees, and State of North Carolina Department of Public Safety (collectively, "Defendants")

IT IS HEREBY ORDERED, that the Joint Motion to Specially Set Trial and Allow 8-10 Days for Proceedings is GRANTED.

The trial is specially set for _____, 2022.

Pretrial disclosures must be made no later than _____, 2022.

Motions in limine must be filed no later than _____, 2022

Any objections to pretrial disclosures and responses to motions in limine must be served and promptly filed no later than _____, 2022.

This, the \_\_\_\_day of _____, 2022.

_____
Loretta C. Biggs
United States District Judge