| WITNESS | WILL CALL | MAY CALL |
|---|---|---|
| Dale Folwell | **X** | |
| Dee Jones | **X** | |
| Paul McHugh, M.D. | **X** | |
| Stephen Levine, M.D. | **X** | |
| Peter Robie | **X** | |
| Paul H. Hruz, M.D. | **X** | |
| Patrick W. Lappert, M.D. | **X** | |
| Adam Korn (CVS Caremark) | **X** | |
| Brian Hermreck (CVS Health) | | **X** |
| Aimee Forehand (Blue Cross Blue Shield NC) | **X** | |
| Neal Alexander (NCSHP Board) | | **X** |
| Warren Newton (NCSHP Board) | | **X** |