| EXHIBIT NO | DESCRIPTION | BATES RANGE (if applicable) | (M)AY USE/(W)ILL USE |
|---|---|---|---|
| 1 | NC State Health Plan Enhanced 80/20 PPO Plan Benefits Booklet Jan 1-Dec 31, 2016 | PLAN DEF002650-002755 | M |
| 2 | Segal Consulting Memorandum To: Mona Moon From: Kristen R. Schatten, November 29,2016 RE Transgender Cost Estimate | PLAN DEF0006964-0006965 | M |
| 3 | Email Brad Young and Mona Moon RE WUNC:Gender Dysphoria Coverage | PLAN DEF0029555-0029557 | M |
| 4 | Email From: Caroline Smart RE Gender Dysphoria Vote from December 2016 Board Meeting | PLAN DEF0006962-0012822 | M |
| 5 | Email From: BCBSNC Susan Murray re 2017 Gender Identity Dysphoria Claim Activity 3.6.17 | PLAN DEF0061645-0061648 | M |
| 6 | Email From: BCBSNC Susan Murray re Updated Gender Dysphoria Claim Information #s 11.3.17 | PLAN DEF0007940-0009075 | M |
| 7 | Email From: Lorraine Munk RE Message from Treasurer Folwell | PLAN DEF0028665-0028666 | M |
| 8 | Email From: Onboardingcenter RE NCSU Training Program 8.3.16 | | M |
| 9 | Email From: Liz Milks To: J. McKeown Re Urgent NCSU Documentation Needed 8.18.16 | Univ.Defs0001690 | M |
| 10 | Form ORP-1 J. McKeown 8.4.16 | Univ.Defs0001717 | M |
| 11 | W-2 2017 NC State University Julia O'Neal McKeown | | M |
| 12 | NC State Terms and Conditions of Employment | Univ.Defs0001707-10 | M |
| 13 | NC State Health Plan Traditional 70/30 PPO Plan Benefits Booklet Jan 1-Dec 31, 2016 | PLAN DEF0116888-0116988 | M |
| 14 | Carrboro Community Health Center Office Visit J. McKeown 11.2.2020 Patient Profile | KADEL004717-004720 | M |
| 15 | Carrboro Community Health Center Office Visit J. McKeown 11.2.2020 Patient Profile | KADEL004710-004712 | M |
| 16 | Carrboro Community Health Center Office Visit J. McKeown 11.2.2020 Patient Profile | KADEL004677-004680 | M |
| 17 | Financial Summary 1.8.1801.8.21 Pharmacy J. McKeown | | M |
| 18 | Prescription Orders; Estradiol Valerate CVS 1.5.21 | | M |
| 19 | Duke Health Initial Consult J. McKeown 3.16.2018 | KADEL004609-004616 | M |
| 20 | Duke University Letter to Dr. Keelee MacPhee 6.14.18 | PLAN DEF0132713 | M |
| 21 | Letter from Dr. Keelee MacPhee 6.28.18 | PLAN DEF0132711 | M |
| 22 | Letter to Dr. Keelee MacPhee from Lori Oshrain 4.21.18 | PLAN DEF0132712 | M |
| 23 | Renaissance Plastic and Reconstructive Surgery, PA New Patient Encounter 3.20.18 | PLAN DEF0132708-0132710 | M |
| 24 | Duke Health Itemized Services 7.11.19 J. McKeown | KADEL004644-004649 | M |
| 25 | Gender Dysphoria | PLAN DEF 202999-203007 | M |
| 26 | Encounter #15 Thonen-Fleck 9.2.16 | KADEL006584-006616 | M |
| 27 | Encounter Thonen-Fleck 9.15.16 | KADEL006536-006544 | M |
| 28 | Encounter Thonen-Fleck 11.8.16 | KADEL006532-006559 | M |
| 29 | Encounter Thonen-Fleck 11.23.16 | KADEL006530-006531 | M |
| 30 | The Center for Holistic Healing PC Visit Summary 5.22.17 | KADEL006196-006191 | M |
| 31 | Wake Forest Baptist Medical Center Visit Thonen-Fleck 7.13.17 | KADEL006673-006682 | M |
| 32 | The Center for Holistic Healing PC Visit Summary 9.20.17 | KADEL006190 | M |
| 33 | Wake Forest Baptist Medical Center Visit Thonen-Fleck 9.21.17 | KADEL006683-006684 | M |
| 34 | Wake Forest Baptist Medical Center Visit Thonen-Fleck 10.13.17 | KADEL006685-006692 | M |
| 35 | The Center for Holistic Healing PC Visit Summary Thonen-Fleck 10.31.17 | KADEL006189-006186 | M |
| 36 | Wake Forest Baptist Medical Center Visit Thonen-Fleck 11.28.17 | KADEL006695-006699 | M |
| 37 | Wake Forest Baptist Medical Center Initial Consult 1.2.18 | KADEL006241-006244 | M |
| 38 | The Center for Holistic Healing PC Visit Summary 1.2.18 | KADEL006185 | M |
| 39 | Wake Forest Baptist Medical Center Visit 1.10.18 | KADEL006254-006259 | M |
| 40 | Psychiatric Progess Notes Thonen-Fleck 11.14.18 | KADEL007688-007706 | M |
| 41 | Wake Forest Baptist Medical Center Visit Thonen-Fleck 1.26.18 | KADEL006700-006707 | M |
| 42 | Wake Forest Baptist Medical Center Visit Thonen-Fleck 3.6.18 | KADEL006266-006270 | M |
| 43 | Wake Forest Baptist Medical Center Visit Thonen-Fleck 3.23.18 | KADEL006303-006309 | M |
| 44 | Wake Forest Baptist Medical Center Visit Thonen-Fleck 8.2.18 | KADEL006714 | M |
| 45 | Wake Forest Baptist Medical Center Visit Thonen-Fleck 9.21.18 | KADEL006715 | M |
| 46 | The Cosmetic Concierge 10.17.18 | KADEL006105-006106 | M |
| 47 | Wake Forest Baptist Medical Center Visit Thonen-Fleck 2.5.19 | KADEL006331 | M |
| 48 | The Cosmetic Concierge 3.20.19 | KADEL006108-006110 | M |
| 49 | Bathory International PLLC Psychological Evaluation Thonen-Fleck | KADEL006111-006119 | M |
| 50 | Procedure Notes, Hope Sherie, MD | KADEL006150 | M |
| 51 | Consent for Procedure, The Cosmetic Concierge 5.28.19 | KADEL006161-006162 | M |
| 52 | Creditable Service of NC, Bunting 9.10.90 | | M |
| 53 | Pre-Offer Notice to Applicant, Bunting 9.10.90 | | M |
| 54 | Enrollment Application, Bunting 9.24.90 | | M |
| 55 | Personal Benefits Statement, Bunting 1992 | | M |
| 56 | Change Form, Bunting | | M |
| 57 | Handwritten Note re Witholding 4.23.97 | | M |
| 58 | Recruitment , Bunting 1999 | | M |
| 59 | Personnel Information Form UNC Chapel Hill, Bunting | | M |
| 60 | UNC Appointment Employment Letter, Bunting | | M |
| 61 | EHRA Faculty Appointee Conditions of Employment, Bunting 11.17.16 | | M |

| # | Description | Bates | Mark |
|---|---|---|---|
| 62 | Annual Performance Appraisal, Bunting | | M |
| 63 | Letter to Bubba Cunningham 1.28.19 | | M |
| 64 | SHRA NEW Employee Orientation | | M |
| 65 | UNC HR Combined Benefits updated 9.29.2015 | | M |
| 66 | 2016 UNC 2016 Benefits Summary | | M |
| 67 | Employee History of Changes, Bunting | | M |
| 68 | NC State Health Plan Enhanced 80/20 PPO Plan Benefits Booklet Jan 1-Dec 31, 2017 | PLAN DEF0117300-0117402 | M |
| 69 | NC State Health Plan Enhanced 80/20 PPO Plan Benefits Booklet Jan 1-Dec 31, 2018 | | M |
| 70 | LGBTQ Center UNC Background Discussion with Terri Phoenix | | M |
| 71 | Resolution of the Employee Forum UNC Chapel Hill 2.21.19 | | M |
| 72 | Encounters, C.Bunting | KADEL007078-007155 | M |
| 73 | Chapel Hill Children Adolescents Clinic Account Inquiry | KADEL007156-007161 | M |
| 74 | UNC Health Visit 12.7.18 | KADEL007400-007427 | M |
| 75 | UNC Health Visit 2.8.19 | KADEL007373-007399 | M |
| 76 | UNC Physicians Account | KADEL00315116-00315119 | M |
| 77 | Duke Health Visit Summary C.B. 8.25.17 | KADEL006855-006878 | M |
| 78 | Duke Health Itemized Services C.B. 4.1.2020 | | M |
| 79 | EmergeOrtho, P.A. Billing Summary | KADEL006797-006803 | M |
| 80 | Health Insurance Marketplace Application 11.15.2018 | | M |
| 81 | Patient Financial History, C.B. | KADEL006783 | M |
| 82 | Duke Health Progress Notes 6.2.19 | KADEL127987-127997 | M |
| 83 | Chapel Hill Pediatric Psychology Assessment | KADEL00315075-00315087 | M |
| 84 | Letter from Shelley Bunting | | M |
| 85 | Shelley Bunting Narrative | | M |
| 86 | Testimony of Shelley Bunting, NCSHP Board of Trustees Meeting 10.22.2018 | | M |
| 87 | UNC Health Visit 8.21.2020 | KADEL007201-007216 | M |
| 88 | Email From: Mona Moon Re Fiscal Imact of SHP 11.21.16 | PLAN DEF0051364-0051365 | M |
| 89 | NC State Health Plan Informational Materials 11.16.16 | PLAN DEF0029541-0029546 | M |
| 90 | Email From: Mona Moon Re SHP Board Agenda 11.27.16 | PLAN DEF0014041-0014043 | M |
| 91 | Email Blake Thomas 11.29.16 | PLAN DEF0016424-0016426 | M |
| 92 | Email Rebecca Martinez Fitzgerald 8.12.16 | PLAN DEF0098632-0098633 | M |
| 93 | Statement on State Health Plan Coverage of Sex Change Operations 10.24.18 | PLAN DEF0021499 | M |
| 94 | Handwritten Note on NC State Health Plan | PLAN DEF0160914 | M |
| 95 | Encounters, C.Bunting 9.2.16 | KADEL006568-006578 | M |
| 96 | The Center for Holistic Healing Visit Summaries | KADEL006183-006196 | M |
| 97 | Blue Cross Blue Shield of NC Explanation of Benefits March 2018 | KADEL00310136-00310137 | M |
| 98 | Blue Cross Blue Shield of NC Explanation of Benefits January 2018 | | M |
| 99 | Wake Forest Baptist Medical Center Visit Summary 2.5.19 | KADEL006331-006337 | M |
| 100 | Mood Treatment Center, Thonen-Fleck | KADEL007707-007708 | M |
| 101 | Wake Forest Baptist Medical Center Visit 4.4.17 | KADEL006660-006670 | M |
| 102 | Wake Forest Baptist Medical Center Visit 9.2.18 | KADEL006715 | M |
| 103 | Email From: Alexis Thonen to Dr. Bathory | KADEL00313033 | M |
| 104 | Confirmation Statement, Open Enrollment Elections Jason Fleck | | M |
| 105 | View Hire, Kadel | | M |
| 106 | UNC HR Annual Perfomance Appraisal Form, Kadel | | M |
| 107 | School of Government Onboarding Schedule, Kadel 10.10.16 | | M |
| 108 | UNC Earnings, Credit Union Kadel | | M |
| 109 | UNC Earnings, Kadel 11-12.19 | | M |
| 110 | UNC Earnings, Kadel 10.19 | | M |
| 111 | Insurance Verification Form , Miriam Brodersen, LCSW | KADEL00315073 | M |
| 112 | Member Claim form | | M |
| 113 | Chapel Hill Community Health Center Visit, Kadel 5.5.18 | KADEL007603-007605 | M |
| 114 | Chapel Hill Community Health Center Visit, Kadel 11.2.18 | KADEL007595-007596 | M |
| 115 | Chapel Hill Community Health Center Visit, Kadel 10.17.18 | KADEL007597-007602 | M |
| 116 | Chapel Hill Community Health Center Visit, Kadel 3.9.16 | KADEL00312922-00312926 | M |
| 117 | Chapel Hill Community Health Center Visit, Kadel 4.4.16 | KADEL007643-007647 | M |
| 118 | Chapel Hill Community Health Center Visit, Kadel 8.14.16 | KADEL007638-007642 | M |
| 119 | Chapel Hill Community Health Center Visit, Kadel 6.16.16 | KADEL007633-007637 | M |
| 120 | Wellness Center Client Assessment 6.3.16 | KADEL00315624-00315634 | M |
| 121 | Initial Evaluation, Miriam Brodersen 7.18.17 | KADEL00315064-00315065 | M |
| 122 | Letter from Miriam Brodersen LCSW 10.18.18 | KADEL005101 | M |
| 123 | Extended Letter from Miriam Brodersen LCSW 10.18.18 | KADEL004897-004898 | M |

| # | Description | Bates | M |
|---|---|---|---|
| 124 | Letter from Eli Ogburn, MSW LICSW | KADEL005079-005080 | M |
| 125 | Letter to BCBS Appeals Department, Noah E. Lewis 12.10.18 | KADEL00315738-00315769 | M |
| 126 | NC State Payroll, Pranger 7.18 | KADEL00313008 | M |
| 127 | NC State Health Plan Notice 8.7.2017 | KADEL00313071-00314245 | M |
| 128 | Blue Cross Blue Shield Corporate Medical Policy | PLAN DEF0153298-0153306 | M |
| 129 | Piedmont Plastic Surgery and Dermatology, Financial Responsibilities Pranger | KADEL004112-004113 | M |
| 130 | Piedmont Plastic Surgery and Dermatology, Financial History Pranger | KADEL00312601-00312602 | M |
| 131 | Blue Cross Blue Shield Explanation of Benefits September 2017 | | M |
| 132 | Blue Cross Blue Shield Explanation of Benefits July 2017 | | M |
| 133 | Claim Summary, Pranger | PLAN DEF194506 | M |
| 134 | Claims Detail | PLAN DEF167501 | M |
| 135 | Planned Parenthood South Atlantic Visit 4.11.17 | KADEL004130-004137 | M |
| 136 | Planned Parenthood Visit 1.11.19 | KADEL004094-004098 | M |
| 137 | Visit with Patricia Adams, LCSW 8.29.2017 | KADEL004201-004213 | M |
| 138 | Letter from Molly Parks Psy.D. 7.17.17 | KADEL004182-004183 | M |
| 139 | Letter from Karen C DeVane ASCW, LCSW 6.21.17 | KADEL00311952 | M |
| 140 | Intake Questionnaire, Sarah Baesmith LCSW, LMSW 10.31.19 | KADEL00316868-00316871 | M |
| 141 | Diagnosis & Treatment Plan, Sarah Baesmith LCSW, LMSW 11.14.19 | KADEL00317001 | M |
| 142 | Chart Note, Sarah Baesmith LCSW, LMSW 4.6.2020 | KADEL00316925 | M |
| 143 | Psychotherapy Note, Sarah Baesmith LCSW, LMSW | KADEL004487 | M |
| 144 | Standard Progress Note, Sarah Baesmith LCSW, LMSW | KADEL00316958-00316959 | M |
| 145 | Planned Parenthood South Atlantic Visit 2.4.2020 | KADEL004185-004191 | M |
| 146 | Syracuse University Counseling Center, Pranger | KADEL004104-004110 | M |
| 147 | Curriculum Vitae, Loren Schechter, M.D. FACS | | M |
| 148 | Article: Transgender Surgery, *Ann Transl Med 2021,9(7):605* | | M |
| 149 | Article: 'Reduction in Mental Health Treatment Utilization Among Transgender… ' *Am J Psychiatry 177:8, August 2020* | | M |
| 150 | Letters to the Editor, *Am J Psychiatry 177:8, August 2020* | | M |
| 151 | Article: 'Long-Term Follow-Up of Transsexual Persons…' *PlosOne, February 2011, Vol. 6, Issue 2,e16885* | | M |
| 152 | Article: 'Correction: Parent Reports of …Rapid Onset of Gender Dysphoria' *PlosOne,https://doi.org/10.1371/journal.pone.0214157* | | M |
| 153 | Article: ' Formal Comment on: Parent Reports…' *PlosOne,https://doi.org/10.1371/journal.pone.0214157* | | M |
| 154 | Psychiatric Misadventures' by Paul R. McHugh, *The American Scholar* | | M |
| 155 | Outcome of Sex Reassgnment Surgery for Transsexuals' by Ira B. Pauly; *Aus. And NZ Jrnl of Psychiatry (1981) 15:45-51* | | M |
| 156 | 'Neurobiology of  Gender Identity and Sexual Orientation'  by C.E. Roselli *J Neuroendocrinol. 2018 July ; 30(7): e12562. doi:10.1111/jne.12562* | | M |
| 157 | Transgender, Gender Identity, and Gender Expression Non-Discrimination' *Anton, B. S. (2009) American Psychologist, 64, 372-453. doi:10.1037/a0015932* | | M |
| 158 | Article: 'Surgical Sex, Why We Stopped Doing Sex Change Operations' by Paul R. McHugh, November 2004 | | M |
| 159 | Article: 'The Rise and Fall of Gender Identity Clinics in the 1960s and 1970s' *FACS Bulletin, April 2021* | | M |
| 160 | Case Western Reserve University 'Lesbian Gay Bisexual Transgender Center' (https://case.edu/lgbt/) | | M |
| 161 | On Gender Dysphoria by Cecilia Dhejne; Department of Clinical Neuroscience, Karolinska Instituet, Stockholm, Sweden | | M |
| 162 | Article: 'Long-Term Follow-Up…Somatic Morbidity and Cause of Death' *Sex Med 2016; 4:e60-e68* | | M |
| 163 | A Typology of Gender Detransition and its implications for Healthcare Providers' by Pablo Exposito-Campos, *Journal of Sex and Marital Therapy 2021, Vol.47., No. 3, 270-280* | | M |
| 164 | Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons…' Clinical Practice Guideline | | M |
| 165 | Pediatric Obesity- Assessment, Treatment, and Prevention…' Clinical Practice Guideline | | M |
| 166 | State Employee Retirement System Form, Dana Caraway 12.14.98 | | M |
| 167 | State of North Carolina Department of Justice General Certification, Dowd Evans Caraway | | M |
| 168 | NCDPS  STS History (ST03) Report 8.2.21 | NCDPS000500-000505 | M |
| 169 | Transcript Report, Dowd Caraway | NCDPS 000506-000521 | M |
| 170 | Confirmation Statement, Open Enrollment Elections, Dowd Caraway | NCDPS 000422-000427 | M |
| 171 | First Amended Complaint for Declaratory Injunctive and Other Relief Doc. No. 75 | | M |
| 172 | Letter from Bariatric Coordinator, Lisa Craig to Hickory Surgical Clinic | NCDPS 001337 | M |
| 173 | D. Caraway Pay Slip 5.2020 | KADEL00312595 | M |
| 174 | Patient Procedure History, D. Caraway | KADEL005388-005389 | M |
| 175 | Planned Parenthood Invoice, D. Caraway | KADEL00316718-00316730 | M |
| 176 | The Pisgah Institute Account Information Report, D. Caraway | KADEL005139-005140 | M |
| 177 | Walgreens Prescription Profile, D. Caraway | KADEL00316751-00316758 | M |
| 178 | Article: 'International  Clinical Practice Guidelines for Gender Minority/Trans People…'  *BMJ Open 2021; 11:e048943* | | M |
| 179 | Article: 'Expertise in Pycyotherapy, An Elusive Goal'  by Terence J,G. Tracey, *Amer. Psych. April 2014 Vol. 69, No. 3, 218-229* | | M |
| 180 | Article: 'Reassessing Mental Health Treatment Utilization Reduction in Transgender Individuals…' *Am J Psychiatry 177:8 August2020* | | M |
| 181 | Article: 'A Follow-Up Study of Boys with Gender Identity Disorder' *Frontiers in Psychiatry, March 2021 Vol. 12 Article 632784* | | M |
| 182 | Article: ' Short-Term outcomes of Pubertal Suppression in a Selected Cohort…' *PlosOne February 2021* | | M |
| 183 | Article: 'Puberty Blockers and Suicidality in Adolescents Suffering from Gender Dysphoria' by Michael Biggs *Archives of Sexual Behaviour*,  3.6.2020 | | M |
| 184 | Article: 'Association Between Gender Confirmation Treatments and Perceived Gender Congruence…' *J Sex Med. 2018 April; 15(4):591-600* | | M |
| 185 | Clinical Practice Guidelines We Can Trust, Institute of Medicine 2011 | PLAN DEF 203414-203704 | M |

| # | Description | Bates | M |
|---|---|---|---|
| 186 | Article: 'Gender-Affirming Surgeries and Improved Psychosocial Health Outcomes' *JAMA Surgery July 2021 Vol. 156, Number 7* | | M |
| 187 | Email From: Dale Folwell RE Reporter Interview, 10.25.18 | PLAN DEF0033668 | M |
| 188 | Merck Manual Professional Version, 'Gender Dysphoria (Gender Incongruence)' by George R. Brown | | M |
| 189 | Merck Manual Professional Version, 'Gender Dysphoria (Gender Incongruence)' by George R. Brown, Bibliography | | M |
| 190 | Evidence Review: Gender-Affirming Hormones for Children and Adolescents with Gender Dysphoria, *NICE October 2020* | | M |
| 191 | Article: 'Puberty Suppression in Adolescents with Gender Identity Disorder: A Prospective Follow-Up Study' *J Sex Med 2011; 8:2276-2283* | | M |
| 192 | Article: 'Considering Sex as a Biological Variable in Basic and Clinical Studies…' *Endocrine Review,2021 Vol. 42, No. 3, 219-258* | | M |
| 193 | Article: 'Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults…' by Johanna Olson-Kennedy, M.D., *JAMA Pediatrics* | | M |
| 194 | Article: 'Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment' *Pediatrics 2014;134;696* | | M |
| 195 | Article: 'Psychological Functioning, Parenting Stress, and Parental Support Among Clinic-Referred Prepubertal Gender-Expansive Children' *Amer. Psych Assoc. 2019* | | M |
| 196 | Article: 'Policy Change Regarding Hormonal Treatment of Minors with Gender Dysphoria at Tema Barn-Astrid Lingren Children's Hospital' by F.Gauffins and S.Norgren | | M |
| 197 | Royal Courts of Justice, Judgment on Appeal, in *Bell v Tavistock and Portman NHS Foundation Trust*, September 17, 2021 | | M |
| 198 | Evidence Review: Gonadotrphin releasing hormone analogues for children and adolescents with gender dysphoria, NICE October 2020 | | M |
| 199 | Article: 'Treatment of Central Precocious Puberty' by Erica A.Eugster, *Journal of the Endocrine Society, May 2019 Vol. 3, Iss. 5* | | M |
| 200 | The Use of Cross-Sex Steroids in the Treatment of Gender Dysphoria' by Paul W. Hruz, M.D. 2017 | | M |
| 201 | Article: 'Mental Healthcare Utilization of Transgender Youth Before and After Affirming Treatment' *J Sex Med 2021;18:1444-1454* | | M |
| 202 | Article: 'Understanding the Role of Puberty in Structural and Functional Development of the Adolescent Brain' *Journal of Research on Adolescence, 29(1), 32-53 2019* | | M |
| 203 | Article: 'The Amsterdam Cohort of Gender Dysphoria Study (1972-2015)…' *J Sex Med 2018;15:582e590* | | M |
| 204 | Article: 'Regret in Surgical Decision Making: A Sytematic Review of Patient and Physician Perspectives' *World J Surg (2017) 41:1454–1465* | | M |
| 205 | Article: 'A Typology of Gender Detransition and Its Implications for Healthcare Providers' *Journal of Sex and Marital Therapy January 2021* | | M |
| 206 | Corporate Medical Policy; Blue Cross Blue Shield of NC, Gender Affiemation Surgery and Hormone Therapy | | M |
| 207 | Antiandrogen or estradiol treatment or both during hormone therapy in transitioning transgender women', Cochrane Library | | M |
| 208 | North Carolina State Health Plan Traditional 70/30 PPO Plan Benefits Booklet Jan 1-Dec 31, 2017 | PLAN DEF0072540-0072639 | M |
| 209 | Article: ' The Emperor of junk science forensics has died' by Radley Balko 8.31.17 Washington Post Opinion | | M |
| 210 | Specialty Guidelines for Forensic Psychology, American Psychologist, January 2013 | | M |
| 211 | Article: 'Quality of Life following Male-to-Female Sex Reassignment Surgery' *Deutsches Ärzteblatt International 2019; 16: 253–60* | | M |
| 212 | Article: 'Brain Sex Differences Related to Gender Identity Development: Genes or Hormones' *Int. J. Mol. Set 2020,21,2123* | | M |
| 213 | Article: 'The Neuroanatomy of Transgender Identity: Mega-Analytic Findings from the ENIGMA Transgender Persons Working Group' The Journal of Sexual Medicine | | M |
| 214 | Agenda, Meeting Materials, and Minutes – NCSHP BoT – 12/1-2/2016 | PLAN DEF 153129-153544 | M |
| 215 | Agenda, Meeting Materials, and Minutes – NCSHP BoT – 7/24/2017 | PLAN DEF 154013-154032 | M |
| 216 | Agenda, Meeting Materials, and Minutes – NCSHP BoT – 9/19/2017 | PLAN DEF 154033-154111 | M |
| 217 | Agenda, Meeting Materials, and Minutes – NCSHP BoT – 11/28/2017 | PLAN DEF 154112-154194 | M |
| 218 | Agenda, Meeting Materials, and Minutes – NCSHP BoT – 7/17/2018 | PLAN DEF 154306-154352 | M |
| 219 | Agenda, Meeting Materials, and Minutes – NCSHP BoT – 8/30/2018 | PLAN DEF 154353-154430 | M |
| 220 | Agenda, Meeting Materials, and Minutes – NCSHP BoT – 10/22/2018 | PLAN DEF 154431-154495 | M |
| 221 | Agenda, Meeting Materials, and Minutes – NCSHP BoT – 12/10/2018 | PLAN DEF 154496-154555 | M |
| 222 | Agenda, Meeting Materials, and Minutes – NCSHP BoT – 8/27/2019 | PLAN DEF 154617-154659 | M |
| 223 | Agenda, Meeting Materials, and Minutes – NCSHP BoT – 7/14/2020 | PLAN DEF 154810-154845 | M |
| 224 | Agenda, Meeting Materials, and Minutes – NCSHP BoT – 8/30/2018 | PLAN DEF 154353-154430 | M |
| 225 | Email from Susan Murray to Mona Moon – 10/19/2016 | PLAN DEF 24574-24575 | M |
| 226 | Email from Lotta Crabtree to Mona Moon – 7/7/2016 | PLAN DEF 64066-64069 | M |
| 227 | Draft Motion for 2016 Board meeting – 12/1/2016 | PLAN DEF 195206 | M |
| 228 | Motion to Delay Action – 12/1/2016 | PLAN DEF 195207 | M |
| 229 | BCBS Corporate Medical Policy – 2013 | PLAN DEF 101204-101209 | M |
| 230 | CVS Health Notice – June 2016 | KADEL 263-264 | M |
| 231 | BCBS Corporate Medical Policy – 2015 | PLAN DEF 95847-95852 | M |
| 232 | WPATH 7 | PLAN DEF 95895-96104 | M |
| 233 | Email from Susan Murray to Mark Collins – 11/23/2016 | PLAN DEF 89769-89773 | M |
| 234 | Text of Board Approval – 12/2/2016 | PLAN DEF 47017 | M |
| 235 | Text of Board Approval – 12/2/2016 | PLAN DEF 25294 | M |
| 236 | Notice of Preliminary Injunction -- 1/3/2017 | PLAN DEF 83952 | M |
| 237 | Preliminary Injunction (Burwell) | PLAN DEF 106442-106687 | M |
| 238 | CVS Lupron UM – 2017 | PLAN DEF 7523 | M |
| 239 | Testosterone UM – 2017 | PLAN DEF 52245-52248 | M |
| 240 | BCBS Medical Policy – Sept 2016 | PLAN DEF 8671-8679 | M |
| 241 | BCBS Medical Policy – May 2017 | KADEL 310167-310174 | M |
| 242 | Pharmacy & Therapeutics Committee Meeting Materials – 8/22/2017 | PLAN DEF 113829-113957 | M |
| 243 | Section 1557 Sheet | PLAN DEF 28945 | M |
| 244 | Email from Susan Murray to David Cozart – 9/18/2017 | PLAN DEF 58748 | M |
| 245 | PBM Decision Memo – effective 1/1/2018 | PLAN DEF 54530 | M |
| 246 | Fertility Agent SGM | PLAN DEF 13578-13580 | M |
| 247 | Lupron SGM | PLAN DEF 190256-190257 | M |

| | | | |
|---|---|---|---|
| 248 | Testosterone SGM (Oral) | PLAN DEF 190046-190047 | M |
| 249 | Testosterone SGM | PLAN DEF 190263-190266 | M |
| 250 | Triptodur SGM | PLAN DEF 170376 | M |
| 251 | Eligard SGM | PLAN DEF 170356-170347 | M |
| 252 | Supprelin SGM | PLAN DEF 170372-170373 | M |
| 253 | Vantas SGM | PLAN DEF 170375 | M |
| 254 | Trelstar SGM | PLAN DEF 170374 | M |
| 255 | Zoladex SGM | PLAN DEF 170348-170349 | M |
| 256 | Email from Dee Jones with attached cost savings report | PLAN DEF 105261, 78712-78722 | M |
| 257 | Email from Peter Robie to Dee Jones and Dale Folwell | PLAN DEF 76131 | M |
| 258 | BCBS Policy – Breast Surgery | PLAN DEF 190052-190069 | M |
| 259 | BCBS Policy – Gender Confirmation Surgery | PLAN DEF 190815-190823 | M |
| 260 | Handwritten Treasurer 2018 Statement | PLAN DEF 160914 | M |
| 261 | Segal Report – January 2021 | PLAN DEF 166382-166383 | M |
| 262 | Dec 2020 Financial Status Report – NCSHP | PLAN DEF 195130 | M |
| 263 | Dec 2016 Financial Status Report – NCSHP | PLAN DEF 195117 | M |
| 264 | Dec 2018 Financial Status Report – NCSHP | PLAN DEF 195118-195119 | M |
| 265 | Dec 2014, 2015, 2017, 2019 Financial Status Report – NCSHP | PLAN DEF 195158-195162 | M |
| 266 | Feb 2021 Financial Status Report – NCSHP | PLAN DEF 195120 | M |
| 267 | Benefit Book 70/30 Plan – 2016 | PLAN DEF 78510-78610 | M |
| 268 | Benefit Book 80/20 Plan – 2016 | PLAN DEF 116589-116694 | M |
| 269 | Benefit Book 70/30 Plan – 2014 | PLAN DEF 114474-114565 | M |
| 270 | Benefit Book 80/20 Plan – 2014 | PLAN DEF 114566-114662 | M |
| 271 | GRADE Diagnoses | PLAN DEF 204451-204455 | M |
| 272 | Plaintiff CVS Charges | PLAN DEF 205489-205521 | M |
| 273 | Guidelines we can Trust | PLAN DEF 203414-203704 | M |
| 274 | BCBS Medical Policy – Experimental/Investigative treatments | BLUECROSSNC 2968-2974 | M |