IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, *et al.*,
    *Plaintiffs*,

v.

DALE FOLWELL, *et al.*,
    *Defendants*.

No. 1:19-cv-00272-LCB-LPA

### STATE HEALTH PLAN DEFENDANTS' *MOTION IN LIMINE* TO EXCLUDE EXPERT TESTIMONY BY GEORGE BROWN, M.D., AND LOREN SCHECHTER, M.D.

Defendants, the North Carolina State Health Plan for Teachers and State Employees, Dale Folwell (in his official capacity as State Treasurer of North Carolina), and Dee Jones (in her official capacity as Executive Administrator of the State Health Plan) (the Plan Defendants), by and through undersigned counsel, respectfully move this Court to exercise its "special gatekeeping obligation," *Sardis v. Overhead Door Corp.*, 10 F.4th 268, 281 (4th Cir. 2021) (citing *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 592–93 (1993)), to exclude—under Rule 702—the expert testimony of George Brown, M.D. and Loren Schecter, M.D. Fed. R. Evid. 702. A supporting memorandum is filed contemporaneously herewith. A hearing upon this Motion *in Limine* is respectfully requested.

Respectfully submitted this the 10th day of June, 2022.

| | |
|---|---|
| */s/ John G. Knepper* | */s/ Kevin G. Williams* |
| John G. Knepper | Kevin G. Williams |
| Wyo. Bar No. 7-4608 | N.C. Bar No. 25760 |
| Law Office of John G. Knepper, LLC | |
| 1720 Carey Ave. Suite 590 | */s/ Mark A. Jones* |
| Cheyenne, WY 82001 | N.C. Bar No. 36215 |
| Telephone: (307) 632-2842 | BELL, DAVIS & PITT, P.A. |
| john@knepperllc.com | 100 N. Cherry St. Suite 600 |
| | Winston-Salem, NC 27101 |
| | Telephone: (336) 722-3700 |
| | Facsimile: (336) 722-8153 |
| | kwilliams@belldavispitt.com |
| | mjones@belldavispitt.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2022, the foregoing *Motion in Limine* was filed electronically with the Clerk of Court using the CM/ECF electronic filing system, which will send notification of such filing to all registered users.

| | |
|---|---|
| */s/ John G. Knepper* <br> John G. Knepper <br> Wyo. Bar No. 7-4608 <br> Law Office of John G. Knepper, LLC <br> 1720 Carey Ave. Suite 590 <br> Cheyenne, WY 82001 <br> Telephone: (307) 632-2842 <br> john@knepperllc.com | */s/ Kevin G. Williams* <br> Kevin G. Williams <br> N.C. Bar No. 25760 <br><br> */s/ Mark A. Jones* <br> N.C. Bar No. 36215 <br> BELL, DAVIS & PITT, P.A. <br> 100 N. Cherry St. Suite 600 <br> Winston-Salem, NC 27101 <br> Telephone: (336) 722-3700 <br> Facsimile: (336) 722-8153 <br> kwilliams@belldavispitt.com <br> mjones@belldavispitt.com |