IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DALE FOLWELL, in his official capacity as State Treasurer of North Carolina, *et al.*,<br><br>*Defendants*. | Case No. 1:19-cv-00272-LCB-LPA |

**PLAINTIFFS' MOTION *IN LIMINE* #2, TO EXCLUDE EVIDENCE OF PLAINTIFFS' OTHER CLAIMS OR LAWSUITS**

Pursuant to Federal Rules of Evidence 402, 403, and 404, and for reasons set forth in the accompanying memorandum of law, Plaintiffs respectfully move this Court to exclude evidence of Plaintiffs' other claims and lawsuits. A supporting memorandum of law is filed contemporaneously herewith.

1

| Dated: June 10, 2022 | Respectfully submitted, |
|---|---|
| */s/ Amy E. Richardson* | */s/ Lauren H. Evans* |
| Amy E. Richardson | Lauren H. Evans* |
| (N.C. Bar No. 28768) | McDermott Will & Emery |
| Lauren E. Snyder | 500 N. Capitol Street, NW |
| (N.C. Bar No. 54150) | Washington, D.C. 20001 |
| HARRIS, WILTSHIRE & GRANNIS LLP | Phone: 202-756-8864 |
| 1033 Wade Avenue, Suite 100 | Fax: 202-591-2900 |
| Raleigh, NC 27605-1155 | levans@mwe.com |
| Phone: 919-429-7386 \| Fax: 202-730-1301 | |
| arichardson@hwglaw.com | Tara Borelli* |
| lsnyder@hwglaw.com | Carl S. Charles* |
| | LAMBDA LEGAL DEFENSE AND |
| Deepika H. Ravi* | EDUCATION FUND, INC. |
| HARRIS, WILTSHIRE & GRANNIS LLP | 1 West Court Square, Ste. 105 |
| 1919 M Street N.W., 8th Floor, | Decatur, GA 30030 |
| Washington, D.C. 20036 | Telephone: 404-897-1880 |
| Phone: 202-730-1300 \| Fax: 202-730-1301 | Facsimile: 404-506-9320 |
| dravi@hwglaw.com | tborelli@lambdalegal.org |
| | |
| Michael W. Weaver* | Omar Gonzalez-Pagan* |
| Adam M. Safer* | LAMBDA LEGAL DEFENSE AND |
| MCDERMOTT WILL & EMERY | EDUCATION FUND, INC. |
| 444 W. Lake St., Suite 4000 | 120 Wall Street, 19th Floor |
| Chicago, IL 60606 | New York, NY 10005 |
| Phone: 312-984-5820 \| Fax: 312-984-7700 | Telephone: 212-809-8585 |
| mweaver@mwe.com | Facsimile: 212-809-0055 |
| | ogonzalez-pagan@lambdalegal.org |
| Dmitriy Tishyevich* | |
| Warren Haskel* | David Brown* |
| MCDERMOTT WILL & EMERY LLP | TRANSGENDER LEGAL DEFENSE AND |
| One Vanderbilt Avenue | EDUCATION FUND, INC. |
| New York, NY 10017-3852 | 520 8th Ave, Ste. 2204 |
| Phone: 212-547-5534 | New York, NY 10018 |
| Fax: 646-417-7668 | Telephone: 646-993-1680 |
| dtishyevich@mwe.com | Facsimile: 646-993-1686 |
| | dbrown@transgenderlegal.org |

*Counsel for Plaintiffs*

* Appearing by special appearance pursuant to L.R. 83.1(d).

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered users.

Dated: June 10, 2022                      /s/ *Amy E. Richardson*
                                              Amy E. Richardson
                                              (N.C. Bar No. 28768)
                                              HARRIS, WILTSHIRE & GRANNIS LLP
                                              1033 Wade Avenue, Suite 100
                                              Raleigh, NC 27605-1155
                                              Phone: 919-429-7386 | Fax: 202-730-1301
                                              arichardson@hwglaw.com