IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, *et al.*,<br>　　　*Plaintiffs*,<br><br>　　　v.<br><br>DALE FOLWELL, *et al.*,<br>　　　*Defendants*. | No. 1:19-cv-00272-LCB-LPA |

**STATE HEALTH PLAN DEFENDANTS'**
***MOTION IN LIMINE* TO EXCLUDE EXPERT TESTIMONY**
**BY REBUTTAL EXPERT WITNESSES RANDI ETTNER, PH.D., DAN KARASIC,**
**M.D., AND JOHANNA OLSON-KENNEDY M.D.**

Defendants, the North Carolina State Health Plan for Teachers and State Employees, Dale Folwell (in his official capacity as State Treasurer of North Carolina), and Dee Jones (in her official capacity as Executive Administrator of the State Health Plan) (the Plan Defendants), by and through undersigned counsel, respectfully move this Court to exclude—under Rule 702—the rebuttal expert testimony of Randi Ettner Ph.D., Dan Karasic, M.D., and Johanna Olson-Kennedy, M.D. Fed. R. Evid. 702. A supporting memorandum is filed contemporaneously herewith. A hearing upon this Motion *in Limine* is respectfully requested. Respectfully submitted this the 10th day of June, 2022.

*/s/ John G. Knepper*  
John G. Knepper  
Wyo. Bar No. 7-4608  
Law Office of John G. Knepper, LLC  
1720 Carey Ave. Suite 590  
Cheyenne, WY 82001  
Telephone: (307) 632-2842  
john@knepperllc.com  

*/s/ Kevin G. Williams*  
Kevin G. Williams  
N.C. Bar No. 25760  

*/s/ Mark A. Jones*  
N.C. Bar No. 36215  
BELL, DAVIS & PITT, P.A.  
100 N. Cherry St. Suite 600  
Winston-Salem, NC 27101  
Telephone: (336) 722-3700  
Facsimile: (336) 722-8153  
kwilliams@belldavispitt.com  
mjones@belldavispitt.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2022, the foregoing *Motion in Limine* was filed electronically with the Clerk of Court using the CM/ECF electronic filing system, which will send notification of such filing to all registered users.

*/s/ John G. Knepper*
John G. Knepper
Wyo. Bar No. 7-4608
Law Office of John G. Knepper, LLC
1720 Carey Ave. Suite 590
Cheyenne, WY 82001
Telephone: (307) 632-2842
john@knepperllc.com

*/s/ Kevin G. Williams*
Kevin G. Williams
N.C. Bar No. 25760

*/s/ Mark A. Jones*
N.C. Bar No. 36215
BELL, DAVIS & PITT, P.A.
100 N. Cherry St. Suite 600
Winston-Salem, NC 27101
Telephone: (336) 722-3700
Facsimile: (336) 722-8153
kwilliams@belldavispitt.com
mjones@belldavispitt.com

- 3 -