# Exhibit 2

Plaintiffs' Motion *in Limine* No. 3, regarding pronoun usage and misgendering
*Kadel v. Folwell,* Case No. 1:19-cv-00272-LCB-LPA (M.D.N.C.)

# UNITED STATES ARMY COURT OF CRIMINAL APPEALS

Before
CAMPANELLA, KRAUSS, and PENLAND
Appellate Military Judges

**UNITED STATES, Appellee**
**v.**
**Private First Class BRADLEY E. MANNING (nka CHELSEA E. MANNING), United States Army, Appellant**

ARMY 20130739

----------
ORDER
----------

WHEREAS:

A military judge sitting as a general court-martial convicted appellant of various violations of Articles 92 and 134 of the Uniform Code of Military Justice [hereinafter UCMJ], 10 U.S.C. §§ 892, 934 (2006). The military judge sentenced appellant to a dishonorable discharge, confinement for 35 years, forfeiture of all pay and allowances, and reduction to the grade of E-1. The convening authority approved the adjudged sentence and credited appellant with 1,293 days against the sentence to confinement.

On 4 February 2015, appellant filed a "Motion for Court Order to Use Appellant's Legal Name and to Preclude the Use of Appellant's Former Name in All Court Documents."

On 9 February 2015, appellee filed a "Response to Appellant's Motion for Court Order to Use Appellant's Legal Name and to Preclude the Use of Appellant's Former Name in All Court Documents."

On 18 February 2015, with leave from this court, appellant filed a "Reply to Government Response to [Appellant's] Motion for Court Order to Use Appellant's Legal Name and to Preclude the Use of Appellant's Former Name in All Court Documents."

NOW, THEREFORE, IT IS HEREBY ORDERED:

Appellant's "Motion for Court Order to Use Appellant's Legal Name and to Preclude the Use of Appellant's Former Name in All Court Documents" is GRANTED IN PART and DENIED IN PART. In respect to historic fact and this court's standard practice, the caption will remain as is. Reference to appellant in all

future formal papers filed before this court and all future orders and decisions issued by this court shall either be neutral, e.g., Private First Class Manning or appellant, or employ a feminine pronoun.

DATE: 4 March 2015

FOR THE COURT:

MALCOLM H. SQUIRES, JR.
Clerk of Court

CF:
JALS-DA JALS-CR3
JALS-GA JALS-CCR
JALS-CCZ
Nancy Hollander, Esq.
Vincent J. Ward, Esq.