# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL et al, )<br>)<br>        Plaintiffs, )<br>)<br>   v. )<br>)   1:19CV272<br>DALE FOLWELL et al, )<br>)<br>        Defendants. ) | |

## NOTICE
=============

**TAKE NOTICE** that a proceeding in this case has been **set** as indicated below:

DATE & TIME:     **June 17, 2022 – 11:00 a.m.**
PROCEEDING:    **Telephonic Status Conference**

___

John S. Brubaker, Clerk

By: /s/ Debbie Blay, Deputy Clerk

Date: June 14, 2022

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD