# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL et al

    v.                        Case Number: 1:19CV272

DALE FOLWELL et al

# NOTICE
===============

**TAKE NOTICE** that a **JURY TRIAL** has been **SET** in the above-referenced case:

| | |
|---|---|
| PLACE: | **Hiram H. Ward Federal Building** |
| | **251 N. Main Street, Winston-Salem, North Carolina** |
| | **Courtroom No. 4** |
| DATE & TIME: | **December 5, 2022 - 9:30 a.m.** |
| PROCEEDING: | **Jury Trial** |

    A settlement conference will be set to a date to be determined. Counsel are directed to bring their clients and a representative from the corporations to the settlement conference.

    The parties shall comply in all respects with Fed. R. Civ. P. 26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein. **Unless the court orders otherwise, pretrial disclosures must be made no later than November 7, 2022. Motions in limine must be filed no later than November 14, 2022. Any objections to pretrial disclosures and responses to motions in limine must be served and promptly filed no later than November 21, 2022.**

    **Each party shall file a trial brief, along with proposed jury instructions on the issues no later than November 16, 2022.** Counsel shall consult and endeavor to file one (1) set of agreed upon jury instructions to the extent practicable and may file competing jury instructions where there is disagreement. An electronic Word version of the jury instructions shall be emailed to the assigned district judge's ECF mailbox. The Court may require findings of fact and conclusion of law following the trial.

_____

John S. Brubaker, Clerk

By: /s/ Debbie Blay, Deputy Clerk
Date: June 17, 2022

TO:    ALL COUNSEL OF RECORD