IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:19-cv-272-LCB

| | |
|---|---|
| MAXWELL KADEL, *et al.*, <br> *Plaintiffs*, <br><br> *v.* <br><br> NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES, <br><br> *Defendant*. | **O R D E R** <br><br> CORRECTING DOC. 234 |

This matter is before the Court on the Motion of Defendant North Carolina State Health Plan for Teachers and State Employees ("State Health Plan"), pursuant to Federal Rule of Civil Procedure 60(a), to correct portions of its previous Memorandum Opinion and Order. (Doc. 234, entered June 10, 2022).

For the reasons stated in the Motion, Defendant State Health Plan's Motion is GRANTED, and it is hereby ORDERED that on page 67, "NCSHP" in lines 18-19 shall be hereby replaced with "state official Defendants." It is further ORDERED that on page 72, "Defendants" in line 18 shall be replaced with "state official Defendants."

SO ORDERED, this the __ day of July, 2022.

_____
U.S. District Judge