FILED: July 12, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1730
(1:19-cv-00272-LCB-LPA)

_____

MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK, by his next friends and parents; JULIA MCKEOWN; MICHAEL D. BUNTING, JR.; C.B., by his next friends and parents; SAM SILVAINE; DANA CARAWAY

        Plaintiffs - Appellees

v.

NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES

        Defendant - Appellant

and

DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees; STATE OF NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY

        Defendants

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Case Number | 1:19-cv-00272-LCB-LPA |

| Date notice of appeal filed in originating court: | 07/11/2022 |
|---|---|
| Appellant(s) | North Carolina State Health Plan for Teachers and State Employees |
| Appellate Case Number | 22-1730 |
| Case Manager | Rachel J Lee<br>804-916-2702 |