IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, *et al.*,  )
  )
       Plaintiffs,  )
  )
v.  )
  )   1:19CV272
DALE FOLWELL, *et al.*,  )
  )
       Defendants.  )
  )

**ORDER**

LORETTA C. BIGGS, District Judge.

The above-captioned matter is before this Court on limited remand from the Fourth Circuit Court of Appeals, *see Kadel v. Folwell*, No. 22-1721 (4th Cir. August 2, 2022); (ECF No. 258), for the purpose of resolving the unopposed Motion to Correct Memorandum Opinion and Order, filed by Defendant North Carolina State Health Plan for Teachers and State Employees ("NCSHP"), (ECF Nos. 247; 254).

For the reasons stated in this Court's Notice of Intent to Correct and Clarify Memorandum Opinion and Order, entered on July 18, 2022, (ECF No. 255), Defendant NCSHP's unopposed Motion Memorandum Opinion and Order, (ECF no. 247), is hereby **GRANTED**. A corrected version of this Court's Memorandum Opinion and Order, originally entered on June 10, 2022, (ECF No. 234), will be filed simultaneously with this Order. The filing of this Order and the corrected Memorandum Opinion and Order

1

completes this Court's proceedings related to the Fourth Circuit Court of Appeal's limited remand.

This, the 10th day of August 2022.

/s/ Loretta C. Biggs
United States District Judge