IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, et al.,

    *Plaintiffs*,

v.

DALE FOLWELL, et al.,

    *Defendants*.

No. 1:19-cv-00272-LCB-LPA

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that the law firm of Harris, Wiltshire & Grannis LLP has changed its name to HWG LLP, effective immediately. The remainder of the address is unchanged. As a result, the address of the firm's Raleigh, North Carolina office is now:

    HWG LLP

    1033 Wade Avenue

    Suite 100

    Raleigh, NC 27605

    Telephone: (202) 730-1300

    Fax: (202) 730-1301

The address of the firm's D.C. office is now:

1

HWG LLP

1919 M Street NW

Eighth Floor

Washington, DC 20036

Telephone: (202) 730-1300

Fax: (202) 730-1301

Please update your records to reflect this change.

Dated: August 16, 2022                    Respectfully Submitted,


/s/ Amy E. Richardson

Amy E. Richardson
N.C. State Bar No. 28768
Lauren E. Snyder
N.C. State Bar No. 54150
HWG LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Phone: 919-429-7386 | Fax: 202-730-1301
arichardson@hwglaw.com
lsnyder@hwglaw.com

Deepika H. Ravi*
Grace H. Wynn*
HWG LLP
1919 M Street N.W., 8th Floor,
Washington, D.C. 20036
Phone: 202-730-1300 | Fax: 202-730-1301
dravi@hwglaw.com
gwynn@hwglaw.com

*Counsel for Plaintiffs*

*Appearing by special appearance pursuant to L.R. 83.1(d).

3

# CERTIFICATE OF SERVICE

I, Amy Richardson, hereby certify that on April 8, 2020, I electronically filed the foregoing NOTICE OF CHANGE OF FIRM NAME with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

/s/ Amy E. Richardson

Amy E. Richardson
N.C. State Bar No. 28768
HWG LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Phone: 919-429-7386 | Fax: 202-730-1301
arichardson@hwglaw.com