IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, et al.,

    *Plaintiffs*,

v.

DALE FOLWELL, et al.,

    *Defendants*.

No. 1:19-cv-00272-LCB-LPA

**MOTION TO WITHDRAW AS COUNSEL**

NOW COMES Michael W. Weaver, who previously made a special appearance pursuant to Local Rule 83.1, respectfully requests an order allowing him to withdraw as counsel for all Plaintiffs in the above-captioned civil action ("Plaintiffs"). In support of this motion, undersigned counsel states as follows:

1. On April 13, 2021, Mr. Weaver of the law firm of McDermott Will & Emery LLP ("McDermott") entered a notice of special appearance as counsel for the Plaintiffs.

2. Mr. Weaver will be leaving the employment of McDermott effective December 1, 2022.

3. Adam Safer, Dmitriy G. Tishyevich, and Lauren H. Evans will continue to represent Plaintiffs on behalf of McDermott, as well as all counsel who have entered a notice of appearance on behalf of Plaintiffs, so there will be no detriment to or disruption to the Plaintiffs' legal representation.

1

4. All Plaintiffs are aware that they will continue to be represented by attorneys from McDermott as well as all counsel who have entered a notice of appearance on behalf of Plaintiffs.

5. The undersigned certifies that the granting of this Motion will not delay the proceedings in this matter or this Court.

**WHEREFORE**, undersigned counsel respectfully asks this Court to grant this motion for leave of Court to withdraw Mr. Weaver's representation of the Plaintiffs and to terminate Mr. Weaver's appearance of counsel of record in this case.

Dated: November 17, 2022

Respectfully submitted,

/s/ Michael W. Weaver
Michael W. Weaver*
Adam M. Safer*
MCDERMOTT WILL & EMERY
444 W. Lake St., Suite 4000
Chicago, IL 60606
Phone: 312-984-5820
Fax: 312-984-7700
mweaver@mwe.com
asafer@mwe.com

Amy E. Richardson
N.C. State Bar No. 28768
Lauren E. Snyder
N.C. State Bar No. 54150
HWG LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Phone: 919-429-7386 | Fax: 202-730-1301
arichardson@hwglaw.com

Tara Borelli*
Carl S. Charles*
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
1 West Court Square, Ste. 105
Decatur, GA 30030
Phone: 404-897-1880
Facsimile: 404-506-9320
tborelli@lambdalegal.org

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
120 Wall Street,
19th Floor
New York, NY 10005
Phone: 212-809-8585
Facsimile: 212-809-0055
ogonzalez-pagan@lambdalegal.org

2

Deepika H. Ravi*
Grace H. Wynn*
HWG LLP
1919 M Street N.W., 8th Floor,
Washington, DC 20036
Phone: 202-730-1300
Fax: 202-730-1301
dravi@hwglaw.com

Dmitriy G. Tishyevich*
Warren Haskel*
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017-3852
Phone: 212-547-5534
Fax: 646-417-7668
dtishyevich@mwe.com

Lauren H. Evans*
MCDERMOTT WILL & EMERY
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Phone: 202-756-8864
Fax: 202-591-2900
levans@mwe.com

David Brown*
Ezra Cukor*
TRANSGENDER LEGAL DEFENSE AND
EDUCATION FUND, INC.
520 8th Ave, Ste. 2204
New York, NY 10018
Phone: 646-993-1680
Facsimile: 646-993-1686
dbrown@transgenderlegal.org
ecukor@transgenderlegal.org

*Counsel for Plaintiffs*

\* Appearing by special appearance pursuant to L.R. 83.1(d).

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users.

Dated: November 17, 2022
/s/ Michael W. Weaver
Michael W. Weaver
MCDERMOTT WILL & EMERY
444 W. Lake St., Suite 4000
Chicago, IL 60606
Phone: 312-984-5820
Fax: 312-984-7700
mweaver@mwe.com

DM_US 191908008-1.099739.0038