IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, *et al.*,<br>*Appellees*,<br><br>v.<br><br>DALE FOLWELL, *et al.*,<br>*Defendants*. | No. 1:19-cv-272 |

### NOTICE OF SUBSTITUTION

The undersigned provides notice to this Honorable Court, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, that Dee Jones has ceased to be the Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees. The undersigned accordingly requests that for any further proceedings in the district court, this party hereafter "be designated by official title rather than by name," pursuant to Rule 17(d) of the Federal Rules of Civil Procedure.

Respectfully submitted, this the 20th day of January, 2023.

> */s/ Mark A. Jones*
> N.C. Bar No. 36215
> BELL, DAVIS & PITT, P.A.
> 100 N. Cherry St. Suite 600
> Winston-Salem, NC 27101
> Telephone: (336) 722-3700
> Facsimile: (336) 722-8153
> kwilliams@belldavispitt.com
> mjones@belldavispitt.com