## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, et al.,

*Plaintiffs,*

v.

1:19-cv-00272

DALE FOLWELL, et al.,

*Defendants.*

## ORDER

Upon consideration of the joint motion by Plaintiff Dana Caraway ("Plaintiff") and Defendant North Carolina Department of Public Safety ("DPS Defendant") to dismiss with prejudice Plaintiff's claim against DPS Defendant under Title VII of the Civil Rights Act of 1964 ("Title VII"), which is the only claim being brought against DPS Defendant,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Plaintiff's claim against DPS Defendant under Title VII is **DISMISSED** *with prejudice*. Each party will bear its own attorney's fees and costs.

This, the 9th day of August 2023.

/s/ Loretta C. Biggs
United States District Judge