IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, et al., <br><br>    *Plaintiffs*, <br><br>v. <br><br>DALE FOLWELL, et al., <br><br>    *Defendants*. | No. 1:19-cv-00272-LCB-LPA |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Lauren H. Evans, who previously made a special appearance pursuant to Local Rule 83.1(d), respectfully requests an order allowing her to withdraw as counsel for all Plaintiffs in the above-captioned civil action ("Plaintiffs"). In support of this motion, undersigned counsel states as follows:

1. On September 8, 2021, Ms. Evans of the law firm McDermott Will & Emery LLP ("McDermott") entered a notice of special appearance as counsel for the Plaintiffs.

2. Ms. Evans will be leaving the employment of McDermott effective September 5, 2022.

3. Dmitriy G. Tishyevich and Warren Haskel will continue to represent Plaintiffs on behalf of McDermott, as well as all counsel who have entered a notice of appearance on behalf of Plaintiffs, so there will be no detriment to or disruption to the Plaintiffs' legal representation.

4. All Plaintiffs are aware that they will continue to be represented by attorneys

1

from McDermott as well as all counsel who have entered a notice of appearance on behalf of Plaintiffs.

5. The undersigned certifies that the granting of this Motion will not delay the proceedings in this matter or this Court.

**WHEREFORE**, undersigned counsel respectfully asks this Court to gran this motion for leave of Court to withdraw Ms. Evans' representation of the Plaintiffs and to terminate Ms. Evans' appearance of counsel of record in this case.

Dated: September 1, 2023

Respectfully submitted,

/s/ Lauren H. Evans
Lauren H. Evans*
MCDERMOTT WILL & EMERY
500 North Capitol Street, NW
Washington, D.C. 20001
Telephone: 202-756-8864
Facsimile: 202-591-2900
levans@mwe.com

Amy E. Richardson
(N.C. Bar No. 28768)
Lauren E. Snyder
(N.C. Bar No. 54150)
HARRIS, WILTSHIRE & GRANNIS LLP
1033 Wade Avenue, Suite 100
Raleigh, NC 27605-1155
Phone: 919-429-7386 | Fax: 202-730-1301
arichardson@hwglaw.com

Deepika H. Ravi*
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street N.W., 8th Floor,
Washington, D.C. 20036
Phone: 202-730-1300 | Fax: 202-730-1301
dravi@hwglaw.com

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th FloorNew
York, NY 10005 Telephone:
212-809-8585
Facsimile: 212-809-0055
ogonzalez-pagan@lambdalegal.org

Tara Borelli*
Carl S. Charles*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1 West Court Square, Ste. 105
Decatur, GA 30030
Telephone: 404-897-1880
Facsimile: 404-506-9320
tborelli@lambdalegal.org

David Brown*
TRANSGENDER LEGAL DEFENSE AND
EDUCATION FUND, INC.
520 8th Ave, Ste. 2204
New York, NY 10018
Telephone: 646-993-1680
Facsimile: 646-993-1686
dbrown@transgenderlegal.org

Dmitriy G. Tishyevich*  
Warren Haskel*  
MCDERMOTT WILL & EMERY  
One Vanderbilt Avenue  
New York, NY 10017-3852  
Phone: 212-547-5534 | Fax: 646-417-7668  
dtishyevich@mwe.com

*Counsel for Plaintiffs*

\* Appearing by special appearance pursuant to L.R. 83.1(d).

## **CERTIFICATE OF SERVICE**

      I, Lauren H. Evans, hereby certify that on September 1, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all parties who have appeared with an email address of record.

      /s/ Lauren H. Evans
      Lauren H. Evans
      MCDERMOTT WILL & EMERY
      500 North Capitol Street, NW
      Washington, D.C. 20001
      Telephone: 202-756-8864
      Facsimile: 202-591-2900
      levans@mwe.com