# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MAXWELL KADEL, *et al.*,

    *Plaintiffs*,

v.

DALE FOLWELL, *et al.*,

    *Defendants*.

Case No. 1:19-cv-00272-LCB-LPA

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Carl S. Charles, who previously made a special appearance pursuant to Local Rule 83.1, respectfully requests an order allowing him to withdraw as counsel for all Plaintiffs in the above-captioned civil action ("Plaintiffs"). In support of this motion, undersigned counsel states as follows:

    1.    On March 23, 2021, Mr. Charles of Lambda Legal Defense and Education Fund, Inc. ("Lambda Legal") entered a notice of special appearance as counsel for Plaintiffs.

    2.    Mr. Charles will be leaving the employment of Lambda Legal effective September 8, 2023.

    3.    Tara Borelli and Omar Gonzalez-Pagan will continue to represent Plaintiffs on behalf of Lambda Legal, as well as all counsel who have entered a notice of appearance

on behalf of Plaintiffs, so there will be no detriment to or disruption to the Plaintiffs' legal representation.

4. All Plaintiffs are aware that they will continue to be represented by attorneys from Lambda Legal as well as all counsel who have entered a notice of appearance on behalf of Plaintiffs.

5. The undersigned certifies that the granting of this Motion will not delay the proceedings in this matter or this Court.

WHEREFORE, undersigned counsel respectfully asks this Court to grant this motion for leave of Court to withdraw Mr. Charles' representation of the Plaintiffs and to terminate Mr. Charles' appearance of counsel of record in this case.

Dated: September 1, 2023

Respectfully submitted,

Amy E. Richardson
N.C. State Bar No. 28768
Lauren E. Snyder
N.C. State Bar No. 54150
HWG LLP
333 Fayetteville Street, Suite 1500
Raleigh, NC 27601
Phone: 919-429-7386
Facsimile: 202-730-1301
arichardson@hwglaw.com
lsnyder@hwglaw.com

/s/ Carl S. Charles
Carl S. Charles*
Tara Borelli*
LAMBDA LEGAL DEFENSE AND
  EDUCATION FUND, INC.
1 West Court Square, Ste. 105
Decatur, GA 30030
Phone: 404-897-1880
Facsimile: 404-506-9320
tborelli@lambdalegal.org
ccharles@lambdalegal.org

Deepika H. Ravi*
HWGLLP
1919 M Street N.W., 8th Floor,
Washington, D.C. 20036
Phone: 202-730-1300
Facsimile: 202-730-1301
dravi@hwglaw.com

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
  EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Phone: 212-809-8585
Facsimile: 212-809-0055
ogonzalez-pagan@lambdalegal.org

Dmitriy Tishyevich*  
MCDERMOTT WILL & EMERY  
One Vanderbilt Avenue  
New York, NY 10017-3852  
Phone: 212-547-5534  
Facsimile: 646-417-7668  
dtishyevich@mwe.com  

Lauren H. Evans*  
MCDERMOTT WILL & EMERY  
500 N. Capitol Street, NW  
Washington, DC 20001  
Phone: 202-756-8864  
Fax: 202-591-2900  
levans@mwe.com  

David Brown*  
TRANSGENDER LEGAL DEFENSE  
   AND EDUCATION FUND, INC.  
520 8th Ave, Ste. 2204  
New York, NY 10018  
Phone: 646-993-1680  
Facsimile: 646-993-1686  
   dbrown@transgenderlegal.org  

*Counsel for Plaintiffs*

\* Appearing by special appearance pursuant to L.R. 83.1(d).

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users.

Dated: September 1, 2023 /s/ Carl S. Charles
Carl S. Charles
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1 West Court Square, Ste. 105
Decatur, GA 30030
Telephone: 404-897-1880
Facsimile: 404-506-9320
ccharles@lambdalegal.org