IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DALE FOLWELL, *et al.*, <br><br> *Defendants*. | No. 1:19-cv-00272-LCB-LPA |

**NOTICE OF SUBSTITUTION OF COUNSEL**

NOW COMES Lauren E. Snyder, who previously made an appearance pursuant to Local Rule 83.1, and respectfully requests the Clerk of Court to withdraw her appearance as counsel for all Plaintiffs in the above-captioned civil action ("Plaintiffs"). Ms. Snyder will be departing HWG LLP on March 15th, 2024, and will therefore no longer represent Plaintiffs in this matter. Amy Richardson and Deepika H. Ravi of HWG LLP will continue to represent Plaintiffs, as will other counsel who have entered a notice of appearance on behalf of Plaintiffs, so there will be no detriment to or disruption on the Plaintiffs' legal representation.

Dated: March 6, 2024                    Respectfully submitted,

/s/ Lauren E. Snyder

Lauren E. Snyder
N.C. State Bar No. 54150
HWG LLP
333 Fayetteville Street, Suite 1500
Raleigh, NC 27601
Phone: 919-504-9833
Facsimile: 202-730-1301
lsnyder@hwglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice was filed electronically with the Clerk of Court using the CM/ECF system which will send notifications of such filing to all registered users.

Dated: March 6, 2024

/s/ Lauren E. Snyder
Lauren E. Snyder
N.C. State Bar No. 54150
HWG LLP
333 Fayetteville Street, Suite 1500
Raleigh, NC 27601
Phone: 919-504-9833
Facsimile: 202-730-1301
lsnyder@hwglaw.com