IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DALE FOLWELL, et al.,<br><br>*Defendants*. | No. 1:19-cv-00272-LCB-LPA<br><br>MOTION TO WITHDRAW AS COUNSEL |

NOW COMES David Brown, who previously made a special appearance pursuant to Local Rule 83.1, to respectfully request an order allowing him to withdraw as counsel for Plaintiffs in the above-captioned civil action. In support of this motion, undersigned counsel states as follows:

1. On March 23, 2021, Mr. Brown from the Transgender Legal Defense and Education Fund ("TLDEF") entered a notice of special appearance as counsel for the Plaintiffs.

2. Mr. Brown has resigned from his position at TLDEF, effective March 8th, 2024.

3. Ezra Cukor from TLDEF will continue to represent Plaintiffs, and all other counsel of record will continue to represent Plaintiffs, so there will be no detriment to or disruption to the Plaintiffs' legal representation.

4. The undersigned certifies that the granting of this Motion will not delay the proceedings in this matter or this Court.

**WHEREFORE**, undersigned counsel respectfully asks this Court to grant this motion for leave of Court to withdraw Mr. Brown's representation of the above named Plaintiffs, and to terminate his appearance as counsel of record in this case.

* * *

Dated: March 7, 2024

          Respectfully submitted,

          /s/ David Brown
          David Brown
          Ezra Cukor
          TRANSGENDER LEGAL DEFENSE
          AND EDUCATION FUND, INC.
          520 8th Ave, Ste. 2204
          New York, NY 10018
          Telephone: 646-993-1675
          Facsimile: 646-993-1686
          dbrown@transgenderlegal.org
          ecukor@transgenderlegal.org

          *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I certify that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users.


Dated: March 7, 2024                                          /s/ David Brown