IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DALE FOLWELL, *et al.*, <br><br> *Defendants*. | No. 1:19-cv-00272-LCB-LPA |

**MOTION TO WITHDRAW AS COUNSEL**

NOW COMES Lauren E. Snyder, who previously made an appearance pursuant to Local Rule 83.1, respectfully requests an order allowing her to withdraw as counsel for all Plaintiffs in the above-captioned civil action ("Plaintiffs"). In support of this motion, undersigned counsel states as follows:

1. On December 9, 2020, Ms. Snyder of HWG LLP ("HWG") entered an appearance of counsel as counsel for Plaintiffs.

2. Ms. Snyder will no longer be employed by HWG after March 15, 2024.

3. Amy E. Richardson and Deepika H. Ravi will continue to represent Plaintiffs on behalf of HWG, as well as all counsel who have entered a notice of appearance on behalf of Plaintiffs, so there will be no detriment to or disruption on the Plaintiffs' legal representation.

4. The undersigned certifies that the granting of this Motion will not delay the proceedings in this matter or this Court.

WHEREFORE, undersigned counsel respectfully asks this Court to grant this motion for leave of Court to withdraw Ms. Snyder's representation of the Plaintiffs and to terminate Ms. Snyder's appearance of counsel of record in this case.

Dated: March 7, 2024  /s/ Lauren E. Snyder  
Lauren E. Snyder  
N.C. State Bar No. 54150  
HWG LLP  
333 Fayetteville Street, Suite 1500  
Raleigh, NC 27601  
Phone: 919-504-9833  
Facsimile: 202-730-1301  
lsnyder@hwglaw.com  

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was filed electronically with the clerk of Court using the CM/ECF system which will send notifications of such filing to all registered users.

Dated: March 7, 2024

/s/ Lauren E. Snyder
Lauren E. Snyder
N.C. State Bar No. 54150
HWG LLP
333 Fayetteville Street, Suite 1500
Raleigh, NC 27601
Phone: 919-504-9833
Facsimile: 202-730-1301
lsnyder@hwglaw.com