# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 1, 2025

Clerk
United States Court of Appeals
  for the Fourth Circuit
Lewis F. Powell Jr. Courthouse and
  Annex
1100 E. Main Street, Suite 501
Richmond, VA 23219-3517

      Re:  Dale Folwell, et al.
            v. Maxwell Kadel, et al.
           No. 24-99 (Your docket No. 22-1721)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                            Sincerely,

                            SCOTT S. HARRIS, Clerk

                            By

                            M. Altner
                            Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 1, 2025

Ms. Erin E. Murphy, Esq.
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Ms. Tara L. Borelli, Esq.
Lambda Legal Defense and
 Education Fund, Inc.
1 West Court Square, Ste. 105
Decatur, GA 30030

   **Re: Dale Folwell, et al.
     v. Maxwell Kadel, et al.
     No. 24-99**

Dear Counsel:

  Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Fourth Circuit.

  The petitioners are given recovery of costs in this Court as follows:

    **Clerk's costs:**   $300.00

  This amount may be recovered from the respondents.

           Sincerely,

           SCOTT S. HARRIS, Clerk

           By

           *M. Altner*
           M. Altner
           Assistant Clerk – Judgments

cc: Clerk, 4th Cir.
   (Your docket No. 22-1721)

# Supreme Court of the United States

No. 24–99

DALE FOLWELL, STATE TREASURER OF
NORTH CAROLINA, ET AL.,

Petitioners

v.

MAXWELL KADEL, ET AL.

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Fourth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for a writ of certiorari is granted. The judgment of the above court in this cause is vacated with costs, and the case is remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of *United States* v. *Skrmetti* 605 U. S. ___ (2025).

**IT IS FURTHER ORDERED** that the petitioners, Dale Folwell, State Treasurer of North Carolina, et al., recover from Maxwell Kadel, et al., Three Hundred Dollars ($300.00) for costs herein expended.

June 30, 2025

**Clerk's costs:**           $300.00

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States