IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, et al., <br><br>        *Plaintiffs*, <br><br>        v. <br><br>DALE FOLWELL, et al., <br><br>        *Defendants*. | No. 1:19-cv-00272-LCB-LPA |

**JOINT STATUS REPORT**

Plaintiffs Maxwell Kadel, Jason Fleck, Connor Thonen-Fleck, Julia McKeown, Michael D. Bunting, Jr., C.B., Sam Silvaine, and Dana Caraway, and Defendants Dale Folwell, Dee Jones, North Carolina State Health Plan for Teachers and State Employees (collectively, the "parties"), respectfully submit the following joint status report pursuant to October 27, 2025 correspondence from Chief Deputy Clerk Gloria L. Powell. Per Ms. Powell's instructions, the parties summarize below the current status of the case and motions that remain pending. As discussed below, there are no motions that require the Court's attention, and the parties agree that a stay is appropriate.

***Current status of the case: the parties believe a stay is appropriate.*** This case was remanded from the U.S. Court of Appeals for the Fourth Circuit on November 5, 2025. Dkt. 299. In that order, the Fourth Circuit vacated a permanent injunction previously entered in favor of Plaintiffs on their equal protection claim, and ordered

1

further consideration of the effect of a recent Supreme Court decision, *United States v. Skrmetti*, on the claims in this case. *Id*.

Two claims remain pending in this case. Plaintiffs argue that the North Carolina State Health Plan's exclusion of gender-affirming care for transgender participants violates (i) the Equal Protection Clause of the Fourteenth Amendment, and (ii) Section 1557 of the Affordable Care Act, 42 U.S.C. § 18116. The Court previously granted Plaintiffs summary judgment on the Equal Protection claim, partial summary judgment on the Affordable Care Act claim (Dkt. 234, 276), and entered a permanent injunction on the equal protection claim (Dkt. 234), which has now been vacated. Dkt. 299. The parties agree that further consideration of both claims should be stayed. The Fourth Circuit will hear an appeal presenting the same claims in a case challenging a similar exclusion of gender-affirming care in West Virginia's Medicaid program. *Anderson v. Crouch*, No. 22-1927 (4th Cir.). Argument is scheduled in *Anderson* for December 9, 2025, and will focus on the same issue remanded for consideration here, *i.e.*, any effect *Skrmetti* may have on equal protection and Section 1557 claims involving gender-affirming care for transgender people. Given this issue overlap, the Fourth Circuit's decision in *Anderson* will thus likely clarify the impact of *Skrmetti* on claims in this case.

Accordingly, the parties agree it would advance both judicial and party economy to stay this case until all Fourth Circuit proceedings are exhausted (*i.e.*, through issuance of the *Anderson* mandate and the disposition of any petition for rehearing). A stay will avoid piecemeal litigation and conserve judicial resources while *Anderson* is pending. To

keep the Court apprised, the parties are prepared to submit another Joint Status Report to this Court within 14 days of the mandate issuing in *Anderson*.

***Pending motions in need of a ruling.*** Ms. Powell's correspondence also requested that the parties identify any pending motions in need of a ruling. No motions presently require the Court's attention. To the extent prior rulings are implicated by the vacatur, the parties propose addressing any such matters after *Anderson*, and will confer and—as noted above, file a Joint Status Report within 14 days of the *Anderson* mandate.

For the reasons above, the parties agree that judicial and party economy would best be served by staying the proceedings until after all Fourth Circuit proceedings are exhausted in *Anderson*.

Dated: November 10, 2025

Respectfully submitted,

/s/ Amy E. Richardson
Amy E. Richardson
N.C. State Bar No. 28768
HWG LLP
333 Fayetteville St, Suite 1500
Raleigh, NC 27601
Phone: 919-504-9833 | Fax: 202-730-1301
arichardson@hwglaw.com

Dmitriy G. Tishyevich*
Warren Haskel*
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017-3852
Phone: 212-547-5534
Fax: 646-417-7668
dtishyevich@mwe.com

Tara Borelli*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1 West Court Square, Ste. 105
Decatur, GA 30030
Phone: 404-897-1880
tborelli@lambdalegal.org

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Phone: 212-809-8585
ogonzalez-pagan@lambdalegal.org

Sydney Duncan*
Ezra Cukor*
ADVOCATES FOR TRANS EQUALITY
EDUCATION FUND

3

520 8th Ave, Ste. 2204  
New York, NY 10018  
Phone: 646-993-1680  
ecukor@transgenderlegal.org

*Counsel for Plaintiffs*

\* Appearing by special appearance pursuant to L.R. 83.1(d).


*/s/ John G. Knepper*  
Wyo. Bar. No. 7-4608  
LAW OFFICE OF JOHN G. KNEPPER, LLC  
1720 Carey Ave. Suite 590  
Cheyenne, WY 82001  
Telephone: (307) 632-2842  
Facsimile: (307) 432-0310  
john@knepperllc.com

*/s/ Kevin G. Williams*  
N.C. Bar No. 25760

*/s/ Mark A. Jones*  
N.C. Bar No. 36215  
BELL, DAVIS & PITT, P.A.  
100 N. Cherry St. Suite 600  
Winston-Salem, NC 27101  
Telephone: (336) 722-3700  
Facsimile: (336) 722-8153  
kwilliams@belldavispitt.com  
mjones@belldavispitt.com

*Counsel for State Health Plan Defendants*

# CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users.

<table>
<tr><td>Dated: November 10, 2025</td><td>/s/ Amy E. Richardson<br>Amy E. Richardson<br>N.C. State Bar No. 28768<br>HWG LLP<br>333 Fayetteville St, Suite 1500<br>Raleigh, NC 27601<br>Phone: 919-504-9833 Telephone: 919-429-7386<br>Facsimile: 202-730-1301<br>arichardson@hwglaw.com</td></tr>
</table>