# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, et al., *Plaintiffs*, v. DALE FOLWELL, et al., *Defendants*. | Civil Action No. 1:19-cv-00272 |

### NOTICE OF CHANGE OF FIRM NAME AND CONTACT INFORMATION

COMES NOW the undersigned counsel, and hereby gives notice of an organizational name change for plaintiffs' counsel, previously known as Transgender Legal Defense and Education Fund. The new name of the organization is Advocates for Trans Equality Education Fund, effective immediately.

The address remains 520 8th Ave, Ste. 2204, New York, NY 10018. Contact information has been updated in PACER and is below:

Ezra Cukor, ecukor@transequality.org

Sydney Duncan, sduncan@transequality.org

\*\*\*

1

Dated: November 7, 2025

Respectfully submitted,

/s/ Amy E. Richardson
Amy E. Richardson
N.C. State Bar No. 28768
HWG LLP
333 Fayetteville Street, Suite 1500
Raleigh, NC 27601
Telephone: 919-429-7386
Facsimile: 202-730-1301
arichardson@hwglaw.com

Grace Wynn*
HWG LLP
919 M Street N.W., 8th Floor,
Washington, D.C. 20036
Telephone: 202-730-1300
Facsimile: 202-730-1301
gwynn@hwglaw.com

Tara L. Borelli*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
730 Peachtree Street NE, Suite 640
Atlanta, GA 30318-1210
Telephone: 404-897-1880
Facsimile:    404-897-1884
tborelli@lambdalegal.org

/s/ Sydney Duncan*
Sydney Duncan*
Ezra Cukor*
ADVOCATES FOR TRANS EQUALITY
EDUCATION FUND
520 8th Ave, Ste.
2204 New York, NY
10018 Telephone:
646-993-1680
Facsimile: 646-993-1686
ecukor@transequality.org
sduncan@transequality.org

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: 212-809-8585
Facsimile: 212-809-0055
ogonzalez-pagan@lambdalegal.org

Dmitriy Tishyevich*
Adam Safer*
Warren Haskel*
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY 10017-3852
Phone: 212-547-5534
Facsimile: 646-417-7668
dtishyevich@mwe.com

*Counsel for Plaintiffs*

* Appearing by special appearance pursuant to L.R. 83.1(d)

# CERTIFICATE OF SERVICE

I, Sydney Duncan, hereby certify that on November 6, 2025, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

/s/ Sydney Duncan
Sydney Duncan
ADVOCATES FOR TRANS EQUALITY
EDUCATION FUND
520 8th Ave, Ste. 2204
New York, NY 10018
Telephone: 646-898-2205
Facsimile: 646-993-1686
sduncan@transequality.org
