IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MAXWELL KADEL, et al., )<br>)<br>Plaintiffs, )<br>) 1:19-CV-00272<br>DALE FOLWELL, et al., )<br>)<br>Defendants. ) | |

## ORDER

On November 10, 2025, a Joint Status Report (Dkt. 302) was filed by the parties in this case. As requested by the parties and for good cause shown,

**IT IS ORDERED** that the proceedings in this case are **STAYED** until after all Fourth Circuit proceedings are exhausted in *Anderson v. Crouch*, No. 22-1927 (4th Cir).

**IT IS FURTHER ORDERED** that the parties file a Joint Status Report within 14 days of the *Anderson* mandate.

This the 25th day of February, 2026.

_____
LINDSEY A. FREEMAN
UNITED STATES DISTRICT JUDGE