**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| MAXWELL KADEL, et al., | |
| *Plaintiffs*, | |
| v. | No. 1:19-cv-00272-LAF-LPA |
| DALE FOLWELL, et al., | |
| *Defendants*. | |

**STIPULATION FOR VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties hereby stipulate that this action be voluntarily dismissed with prejudice, with Plaintiffs and Defendants to bear their own costs, and no fees to be awarded between Plaintiffs and Defendants.

* * *

1

Dated: June 22, 2026

Respectfully submitted,

/s/ Amy E. Richardson
Amy E. Richardson (N.C. Bar 28768)
HWG LLP
4141 Parklake Ave., Ste. 200
Raleigh, NC 27612
Telephone: (919) 882-7878
Facsimile: (919) 653-0435
Amy Richardson
amy.richardson@maynardnexsen.com

Dmitriy G. Tishyevich*
Warren Haskel*
McDermott Will & Emery
One Vanderbilt Avenue
New York, NY  10017-3852
Phone: 212-547-5534
Fax: 646-417-7668
dtishyevich@mwe.com

/s/ Tara L. Borelli
Tara L. Borelli*
Lambda Legal Defense and
Education Fund, Inc.
1 West Court Square, Ste. 105
Decatur, GA 30030
Phone: 404-897-1880
tborelli@lambdalegal.org

Omar Gonzalez-Pagan*
Lambda Legal Defense and
Education Fund, Inc.
120 Wall Street, 19th Floor New
    York, NY 10005
Phone: 212-809-8585
ogonzalez-pagan@lambdalegal.org

Sydney Duncan*
Ezra Cukor*
Advocates for Trans Equality
    Education Fund
520 8th Ave, Ste. 2204
New York, NY 10018
Phone: 646-993-1680
ecukor@transgenderlegal.org

*Counsel for Plaintiffs*

* Appearing by special appearance pursuant to L.R. 83.1(d).

2

/s/ John G. Knepper
Wyo. Bar. No. 7-4608
Law Office of John G. Knepper, LLC
1720 Carey Ave. Suite 590
Cheyenne, WY 82001
Telephone:  (307) 632-2842
Facsimile:  (307) 432-0310
john@knepperllc.com

/s/ Kevin G. Williams
N.C. Bar No. 25760

/s/ Mark A. Jones
N.C. Bar No. 36215
Bell, Davis & Pitt, P.A.
100 N. Cherry St. Suite 600
Winston-Salem, NC 27101
Telephone:  (336) 722-3700
Facsimile:  (336) 722-8153
kwilliams@belldavispitt.com
mjones@belldavispitt.com

*Counsel for State Health Plan Defendants*

3

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users.

Dated:  June 22, 2026

/s/ Tara L. Borelli
Tara L. Borelli
*Counsel for Plaintiffs*

4